# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MICHIGAN

| |
|---|
| JEFFREY RYAN FENTON,<br><br>　　　　　　PLAINTIFF<br>v.<br><br>VIRGINIA LEE STORY ET AL.,<br><br>　　　　　　DEFENDANTS |

**ORDER**

DOCKET No. 1:23-cv-1097

Plaintiff Jeffrey Ryan Fenton filed with this court a MOTION FOR PREPAYMENT OF SERVICE FEES on January 2, 2024.

IT IS HEREBY ORDERED that service of process fees will be prepaid by the court, with Plaintiff reimbursing the court said fees no later than 30 days after any ruling or settlement in his favor, provided that the monetary sums associated with the ruling or settlement exceed the aforesaid fees. Should the monetary sums associated with the ruling or settlement be less than or equal to the aforesaid fees, Plaintiff will reimburse the court the amount specified in the ruling or settlement no later than 30 days thereafter.

For the Court:

Ann E. Filkinsolfe,
Clerk of Court