## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MICHIGAN

**FILED- LN**

March 25, 2024 4:07 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: eod  FILED BY: 603 26

**JEFFREY RYAN FENTON,**

         PLAINTIFF

    V.

**VIRGINIA LEE STORY ET AL.,**

         DEFENDANTS

**CASE NO. 1:23-CV-1097**

### SMALL INDIVIDUAL EXHIBITS WITH WEB URLS

### FOR QUICK & EASY REFERENCE (SECTION 1 OF 4)

I, Jeffrey Ryan Fenton, declare as follows:

    1.    My name is Jeffrey Ryan Fenton.

    2.    I am the Plaintiff in this federal lawsuit (CASE NO. 1:23-CV-1097).

    3.    Please file this exhibit in my case, so that I can reference it in my lawsuit.

    4.    Per the Clerk's request last time, I did not bind it.

    5.    Thank you.

Pursuant to 28 U.S. Code § 1746, I declare under penalty of perjury that the foregoing is true and correct.

        Executed 3/25/2024

**JEFFREY RYAN FENTON**

17195 SILVER PARKWAY, #150
FENTON, MI, 48430-3426
JEFF.FENTON@LIVE.COM
(P) 615.837.1300
(F) 810.255.4438

I was a LICENSED Real Estate Agent "Affiliate Broker" in the State of Tennessee for SEVENTEEN (17) Years (until long after our divorce), with access to hundreds of millions of dollars worth of inventory, without ever a single complaint or issue of any sort! Everyone who worked with me: clients, lenders, property owners, investors, inspectors, contractors, buyers, both unrepresented and with their agents, co-workers, paralegals and closing attorneys, had only the greatest of respect for me and my work.

Neither my ex-wife nor I know of anyone who gave people more for their money, or worked in their client's best interests, more than I did!

c/oJEFFREY "JEFF" RYAN FENTON
1986 SUNNYSIDE DRIVE
BRENTWOOD, TN 37027

 

**STATE OF TENNESSEE**
**DEPARTMENT OF**
**COMMERCE AND INSURANCE**

JEFFREY "JEFF" RYAN FENTON
ID NUMBER: 295752
LIC STATUS: RETIRED
EXPIRATION DATE: July 25, 2021
TENNESSEE REAL ESTATE COMMISSION
AFFILIATE BROKER

602860      THIS IS TO CERTIFY THAT ALL REQUIREMENTS
OF THE STATE OF TENNESSEE HAVE BEEN MET

My marketing was second to none, as were my contract skills. My attention to detail and background in both printing, graphic arts, and amateur web design, brought compliments from competing agents who were recognized as the "best" from their firms. I devoted two-weeks (80+ hours) to marketing each and every listing I had, while most agents would never dream of investing that much time. But I listed every house to SELL, and every house I did, for top-dollar with minimal time on the market, except for ONE condo, during my 17-Years.

I quit working as a full-time agent upon the realization that 60% of the business was getting the listing not selling it. While a politician I am not.

Attorney Virginia Lee Story made me out to be a "monster" in Judge Michael W. Binkley's Court, with ZERO history to substantiate ANY of it, just her WORD. She lied repeatedly about matters of Real Estate Law, Binkley never once corrected her or exercised his judicial supervisory DUTY.

# State of Tennessee

11715560

**TENNESSEE REAL ESTATE COMMISSION**
**AFFILIATE BROKER**
**JEFFREY "JEFF" RYAN FENTON**

*This is to certify that all requirements of the State of Tennessee have been met.*

**ID NUMBER:** 295752
**LIC STATUS:** RETIRED
**EXPIRATION DATE:** July 25, 2021



IN-1313
**DEPARTMENT OF**
**COMMERCE AND INSURANCE**







To view more pictures of this breathtaking property, please visit our website at Brentwood21.com.

## · Arden Woods ·
### 6393 Chartwell Court
### Brentwood, Tennessee

**FOR SALE**

**Century 21**
**Signature Properties**
**(615) 837-1300**
Each Office Is Independently Owned And Operated

**Jeff Fenton**



# License Search and Verification

**License verification is moving to License, Permit, Registration Search on August 15, 2021.**

For best results, please limit the number of search fields. Only exact matches will be displayed. You may need to try different variations of search terms. e.g., "Smith and Smith Construction" and "Smith & Smith Construction." If any name has an apostrophe in it, please replace the apostrophe with a percent sign, entering "Smith's Auto Shop" as "Smith%s Auto Shop."

After you submit the search form, your results will appear below the form in this window (the form will remain for your reuse)...if you cannot see the results below, please scroll further down the search form.

For self-insured workers' compensation, or other reports, please submit to the Public Record Request form.

<< Click Here To Go Back To The Search Page

| License Details | |
|---|---|
| **License Status** | Expired |
| **License #** | 295752 |
| **License ID** | 295752 |
| **Expiration Date** | Jul 25 2021 |
| **Original Date** | Dec 9 2004 |
| **Profession Code** | 2501 |
| **Profession Name** | Real Estate Agent |
| **First Name** | JEFFREY "JEFF" |
| **Middle Name** | RYAN |
| **Last Name** | FENTON |
| **City** | BRENTWOOD |
| **State** | TN |
| **Zip Code** | 37027 |
| **Rank** | Affiliate Broker |

Case 3:24-cv-01282    Document 42    Filed 03/25/24    Page 4 of 71 PageID #: 3612
https://rico.jefffenton.com/evidence/2004-12-09_through_2021-07-25_tn-real-estate-license.pdf    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

**License Activity Description**          Expired-Grace

## Continuing Education

| License ID | Course Name | Provider Name | End Date | Credit Hours |
|---|---|---|---|---|
| 295752 | TREC CORE 2015-2016(PP) | MCKISSOCK, INC | Jul 24 2015 | 6 |
| 295752 | SUCCESS IN COMM REALESTATE(CR | CCIM INSTITUTE | Jul 24 2014 | 16 |
| 295752 | 2013-2014 TREC CORE(1338) (I) | MCKISSOCK, INC | Jul 2 2013 | 6 |
| 295752 | LEINS,TAXES & FORECLOSURES(I) | MCKISSOCK, INC | Jul 2 2013 | 4 |
| 295752 | NATL MARK,NEG,CLOSE SALE (I) | MCKISSOCK, INC | Jul 2 2013 | 3 |
| 295752 | SHORT SALES (I) | MCKISSOCK, INC | Jul 2 2013 | 3 |
| 295752 | EFFECTIVE LISTING PRES (I) | MCKISSOCK, INC | Jul 3 2011 | 4 |
| 295752 | TREC CORE 11/12 (1338) (I) | MCKISSOCK, INC | Jul 1 2011 | 6 |
| 295752 | SHORT SALES (I) | MCKISSOCK, INC | Jun 29 2011 | 3 |
| 295752 | FHA 203K RENOV LOAN (CR) | REAL ESTATE LEADERSHIP SCHOOL | Apr 12 2011 | 3 |
| 295752 | CONCISE GUIDE TO RE TAX (I) | MCKISSOCK, INC | Jan 16 2009 | 4 |
| 295752 | LOAN TYPES/INSTRU OF FIN (I) | MCKISSOCK, INC | Jan 7 2009 | 3 |
| 295752 | TITLE INSURANCE/CURRENT (I) | MCKISSOCK, INC | Dec 31 2008 | 2 |
| 295752 | TAX OF R E CAPITAL GAIN (I) | MCKISSOCK, INC | Dec 30 2008 | 3 |
| 295752 | TREC CORE 07/08 (1338)(I) | MCKISSOCK, INC | Dec 29 2008 | 4 |

Case 3:24-cv-01282    Document 42    Filed 03/25/24    Page 5 of 71 PageID #: 3613
https://rico.jefffenton.com/evidence/2004-12-09_through_2021-07-25_tn-real-estate-license.pdf
Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

| 295752 | APPRAISAL PROCESS AGENTS (DB) | MCKISSOCK, INC | Oct 23 2006 | 4 |
|---|---|---|---|---|
| 295752 | TREC CORE 05/06 (1338)(I) | MCKISSOCK, INC | Oct 17 2006 | 4 |
| 295752 | REALTRACS PLUS (CR) | REALTRACS SOLUTIONS (MTRMLS,INC) | Jun 5 2006 | 2 |
| 295752 | BECAUSE IT'S RIGHT THING (CR) | WILLIAMSON COUNTY ASSN. OF REALTORS | May 18 2006 | 4 |
| 295752 | WHAT YOU SAY WILL HURT U (CR) | WILLIAMSON COUNTY ASSN. OF REALTORS | May 18 2006 | 2 |
| 295752 | COURSE FOR NEW AFFILIATES(CR) | NASHVILLE SCHOOL OF REAL ESTATE | Aug 13 2004 | 30 |
| 295752 | REAL ESTATE FUNDAMENTALS (CR) | NASHVILLE SCHOOL OF REAL ESTATE | Aug 6 2004 | 60 |

Case 3:24-cv-01282    Document 42    Filed 03/25/24    Page 6 of 71 PageID #: 3614
https://rico.jefffenton.com/evidence/2004-12-09_through_2021-07-25_tn-real-estate-license.pdf    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

I've been married three times. **First Wife:** 18-20. **Second Wife:** mid-twenties, lasted 4-years. **Third & Last Wife:** 2005-2019 (WILCO Docket #48419B). For the sake of protecting their anonymity (within this document), I will call my most recent wife by a very fond, private pet name, **"Tootie"**. (It might not sound flattering, but it originated from the greatest fondness, and was never used derogatorily!) I will refer to my second wife here, as **"Previous Wife"** or **"Prior Wife"**.

*Pastors Jon & Kitty Sterns (Franklin Vineyard), Pastors Jerry & Cindy Bryant (Nashville Vineyard), Dr. Roy Hamley (Woodmont Hills Counseling Center), and* ▮▮**Tootie**▮▮ *(Girlfriend Extraordinaire):*

## Greetings!

This started off as an introduction letter to the Sterns, as they've succeeded in learning very little about me thus far (which I'll credit to my avoidance) but I've come to a point where I want to move forward, and to be **unknown** has never been my desire. (Did I hear the Bryant's say "AHMEN"? LOL) It requires a certain fondness, or at least a willingness to read, in order to grow very close to me.

The biggest emotional/spiritual problem that I have struggled with this past year, is the **absolute inability to "balance accounts"** from my past. My past relationships with God, the Vineyard (Nashville), and my ▮▮**Previous Wife**▮▮. For that reason I've decided to also use this letter to try to put language to some of those issues, and am hoping that this will be an instrument that will help bring about closure. Jerry & Cindy – I think that there were a lot of things that were unsaid, but understood, yet I feel that I owe you a direct explanation of why I left the church, the nature of my hurts & resentments prior to leaving, the reason that now in coming back to church I have chosen the Franklin Vineyard over Nashville, and to tell you both once again that **I love you very much and truly appreciate the investment that you made into my life.**

I've decided to do this in an open format, copied to all those mentioned above, hoping **not** to cause anyone shame, or expose anyone's nakedness, but rather because I think it is important for all those addressed to understand **My Journey**, what has brought me to this point, decisions I've made and why, and how this all has impacted me thus far. Further I don't wish to speak behind anyone's back (except ▮▮**Prior Wife**▮▮ for reasons that shall become obvious later on). I've included Dr. Roy Hamely in the addressing of this letter as he is a Christian Counselor who is currently working with ▮▮**Tootie**▮▮ and myself, both individually and as a couple, to help aid us in moving forward. I've also copied this letter to ▮▮**Tootie**▮▮, though much of it may be hard for her to read as it pertains to my ex-wife ▮▮**Prior Wife**▮▮. I think that it is important that as we move forward together, we both are knowledgeable about what has brought us each to this point, and the struggles that we still face (individually and together) even if those struggles do not directly involve the other.

First off, in regards to the Pastoral oversight, Counseling, and Care, I give you all complete permission to speak freely with each other about me. I am largely an open book. If you have something to say, or a burden on your heart, please don't tip-toe with me, **just say it.** I seem to possess an anointing that at some point causes even the most conservative pastor to swear, in an attempt to get through to me. So I expect this. Please feel free to cuss as you must. LOL

**Please honor my request that you treat this letter with the absolute of confidentiality.** It is intended for those who are named at top and absolutely no one else.

Case 3:24-cv-01282   Document 42   Filed 03/25/24   Page 7 of 71 PageID #: 3615
https://rico.jefffenton.com/evidence/2005-02-09_thirty-page-letter-before-marriage.pdf   Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

The only REAL "evidence" in **#48419B** are <u>MY OWN WORDS</u>. While they refuse to even allow me to provide the CONTEXT within which they were spoken, the background and history behind them. WHY I said what I said, WHEN I said it. Or what my words were even MEANT to communicate & convey! I'm just accused of texting/emailing **TOO MUCH** (try the **"block"** button), labeling me an **"abusive stalker"**. <u>WORDS</u> <u>MEAN</u> <u>SOMETHING!</u> **I'm** <u>NO</u> <u>MORE</u> of a <u>"STALKER"</u>, **than** <u>anyone</u> <u>reading</u> <u>this</u> is a <u>"PEDOPHILE"</u>! To assassinate my character while REFUSING to HEAR my TESTIMONY & DEFENSE, is an unconscionable ABUSE OF POWER, causing me to suffer "OFFICIAL OPPRESSION" for well over 2 years now!

# Contents:

(It's a bad sign when a letter has a "Table of Contents".)

| | |
|---|---|
| 1 | Intro |
| 2 | Contents |
| 3 | Father – Adolescents – Vegas |
| 4 | Meet the Vineyard (Nashville) |
| 5 | The Sweat Shop |
| 6 | Met Prior Wife |
| 7 | Marriage |
| 8 | |
| 9 | True Love |
| 10 | |
| 11 | Father vs. Husband |
| 12 | Different Journeys |
| 13 | |
| 14 | Love / Hate Relationship |
| 15 | |
| 16 | Dear Jeff |
| 17 | |
| 18 | Purging the Prior Wife Files |
| 19 | |
| 20 | Divorced   Previous Wife |
| 21 | |
| 22 | I'm never going to know! – Seeking Counsel |
| 23 | The Prophecy |
| 24 | Why did I leave the Vineyard (Nashville)? |
| 25 | Hurts and Resentments |
| 26 | Vineyard Mass Exodus |
| 27 | In Steps Tootie |
| 28 | Tootie Meets God |
| 29 | Walking Through Doors - Conclusion |

It may be <u>UNUSUAL</u> to be so <u>verbose</u>, but everyone is different, <u>there is certainly no crime in that!</u> I have been a **WRITER** who best communicates through writing since my TEENS! **That is my FIRST AMENDMENT RIGHT!** It is how I'm wired! How I personally **process life** and **communicate** most effectively. **"Tootie"** knew that when we met, long before we ever got married.

*My writing has by far attracted more women in my life than any other quality about me. Many women find my intense honesty, vulnerability, and sincerity, combined with my ability to articulate it, to be rare and something which they are attracted to, and/or can deeply RELATE with!*

Most of my life writing has been my most applauded strength and **"gift"**. I've helped change policies throughout the State of Tennessee, before with this "gift". I've been thanked by governors, senators, mayors, given a special award... Often (if not USUALLY), Tootie EDITED my writing for grammar, punctuation, spelling, and overall content. Tootie showed little dislike for my writing, until she LEFT me, and it reminded her of the TRUTH, which we had both experienced together. Our promises to each other, **while I tried to persuade her onto a healthier path for <u>herself</u>.**

NEVER ONCE, in 15-YEARS, had I heard the word "ABUSE" or "Emotional Abuse" from "Tootie", <u>until she secretly met with her first</u> <u>DIVORCE ATTORNEY</u>! We walked very closely with numerous counselors, mentors, pastors, leaders in our lives, we have worked through several of our OWN issues and relational challenges. Yet NEVER ONCE was I remotely accused of "abusing" my beloved "Tootie" in ANY WAY, SHAPE or FORM! (Such claims are no less than litigious terrorism!)

**The point of me sharing this document with the Court** is not the CONTENT, it is the VERBOSITY, the BULK OF WRITTEN CONTENT, a **THIRTY-PAGE** written letter PRIOR to marriage - where there were no secrets, all the cards were ALWAYS on the table (at least from my end)! This also shows the level of AUTHENTICITY, HONESTY, OPENNESS, TRANSPARENCY, VULNERABILITY, and the level of ACCOUNTABILITY that I've walked in for DECADES! **This is WHO I AM!** <u>Regardless of what those with an agenda pretend or claim!</u>

**I have a LIFETIME of EVIDENCE proving MY IDENTITY!** I belonged to writers groups at church. I founded **NashvilleChristian.com**, as I met with church leaders throughout the mid-state. Twice I was a guest on local radio programs. While I designed, administered and managed the website and fax service prior, for over a decade. I also served as Tootie's SOUND BOARD. She shared and bounced everything off of me, DAILY, while I helped her and her company in any way that I could! I communicated with Tootie probably **5-25 times per day** on average, via texts, emails and phone calls. **We were connected at the hip, and together a force to be reckoned with!** (This was as much by HER will as it was by MINE!) **We were a TEAM!**

Unfortunately, our greatest strengths are often our greatest weakness, when our lives enter into a state of trauma. (Hence, I do regret some things that I've said and done.) **Yet REALITY is NOTHING as has been fraudulently claimed, to bind and discard me, without cost or consequence.**

SOUTHLAND TITLE & ESCROW CO., INC.

**\*\*\*\* REAL ESTATE CLOSING \*\*\*\***

59660

Buyer/Borrower: Gartee
Seller: Fenton
Lender: Regions Bank DBA Regions Mortgage     0896573804
Property: 2121 Highway 12 South #139/Ashland City /
Settlement Date: October 29, 2007     Closer/Responsible Party: Donna
Disbursement Date: October 29, 2007
Check Amount: $ 21,680.85
Pay To: Fawn     Fenton
For:

*Southland Title & Escrow Co., Inc.*

ALL THINGS FINANCIAL sm

170 08358 05203 7302 #00084
PD 10/29/2007 CD 10/29/2007 10:58:14
DDA Deposit
    102196610     $21,680.85

Please visit www.ftb.com/teller today.

## FINAL PROCEEDS FROM THE SALE OF MS. FENTON'S PREMARITAL CONDO

| | |
|---|---|
| $21,681 | RECEIVED AT CLOSING |
| - $5,000 | IMPROVEMENTS & HOLDING |
| -$11,660 | REPAY FAWN'S MOTHER |
| - $1,000 | TITHES |
| $4,021 | MARITAL BENEFIT OF CONDO |

OMB NO. 2502-0265

| A. | | B. TYPE OF LOAN: | | | | |
|---|---|---|---|---|---|---|
| **U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT** | 1. ☐ FHA | 2. ☐ FmHA | 3. ☐ CONV. UNINS. | 4. ☒ VA | 5. ☐ CONV. INS. | |
| | 6. FILE NUMBER: 07-10-013 | | 7. LOAN NUMBER: 0896573804 | | | |
| **SETTLEMENT STATEMENT** | 8. MORTGAGE INS CASE NUMBER: | | | | | |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "[POC]" were paid outside the closing; they are shown here for informational purposes and are not included in the totals. 1.0 3/06 (GARTEE 07-10-013.PFD/07-10-013/15)

| D. NAME AND ADDRESS OF BORROWER: | E. NAME AND ADDRESS OF SELLER: | F. NAME AND ADDRESS OF LENDER: |
|---|---|---|
| Gartee<br>2121 Highway 12 South #139<br>Ashland City, TN 37015 | Fawn　Fenton | Regions Bank<br>DBA Regions Mortgage<br>2050 Parkway Office Circle<br>Birmingham, AL 35244 |

| G. PROPERTY LOCATION:<br>2121 Highway 12 South #139<br>Ashland City, TN 37015<br>Cheatham County, Tennessee<br>Unit 139 Hickory Hills Ph 3 | H. SETTLEMENT AGENT: Southland Title & Escrow Co. Inc.<br>7101 Executive Center Drive, Suite 151<br>Brentwood, TN 37027 | 62-1632932 |
|---|---|---|
| | PLACE OF SETTLEMENT | I. SETTLEMENT DATE: |
| | 7101 Executive Center Drive, Suite 151<br>Brentwood, TN 37027 | October 29, 2007 |

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER:** | | **400. GROSS AMOUNT DUE TO SELLER:** | |
| 101. Contract Sales Price | 104,000.00 | 401. Contract Sales Price | 104,000.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement Charges to Borrower (Line 1400) | 4,487.65 | 403. | |
| 104. Nov. HOA Dues to Hickory Hills Condos. | 100.00 | 404. | |
| 105. HOA Transfer Fee to Hickory Hills Condos. | 35.00 | 405. | |
| *Adjustments For Items Paid By Seller in advance* | | *Adjustments For Items Paid By Seller in advance* | |
| 106. City/Town Taxes 10/29/07 to 01/01/08 | 24.02 | 406. City/Town Taxes 10/29/07 to 01/01/08 | 24.02 |
| 107. County Taxes 10/29/07 to 01/01/08 | 136.59 | 407. County Taxes 10/29/07 to 01/01/08 | 136.59 |
| 108. Assessments to | | 408. Assessments to | |
| 109. HOA Dues 10/29/07 to 11/01/07 | 9.68 | 409. HOA Dues 10/29/07 to 11/01/07 | 9.68 |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. GROSS AMOUNT DUE FROM BORROWER** | 108,792.94 | **420. GROSS AMOUNT DUE TO SELLER** | 104,170.29 |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER:** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER:** | |
| 201. Deposit or earnest money | 1,000.00 | 501. Excess Deposit (See Instructions) | |
| 202. Principal Amount of New Loan(s) | 107,432.00 | 502. Settlement Charges to Seller (Line 1400) | 1,111.79 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first Mortgage to Wash. Mutual/#84619060 | 74,811.42 |
| 205. | | 505. Payoff of second Mortgage to First TN/#44583703969 | 5,650.23 |
| 206. | | 506. | |
| 207. | | 507. (Deposit disb. as proceeds) | |
| 208. | | 508. | |
| 209. | | 509. | |
| *Adjustments For Items Unpaid By Seller* | | *Adjustments For Items Unpaid By Seller* | |
| 210. City/Town Taxes to | | 510. City/Town Taxes to | |
| 211. County Taxes to | | 511. County Taxes to | |
| 212. Assessments to | | 512. Assessments to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. 2007 City Taxes to Ashland City Tax Dept. | 137.00 |
| 218. | | 518. 2007 County Taxes to Cheatham Co. Trustee | 779.00 |
| 219. | | 519. | |
| **220. TOTAL PAID BY/FOR BORROWER** | 108,432.00 | **520. TOTAL REDUCTION AMOUNT DUE SELLER** | 82,489.44 |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER:** | | **600. CASH AT SETTLEMENT TO/FROM SELLER:** | |
| 301. Gross Amount Due From Borrower (Line 120) | 108,792.94 | 601. Gross Amount Due To Seller (Line 420) | 104,170.29 |
| 302. Less Amount Paid By/For Borrower (Line 220) | ( 108,432.00) | 602. Less Reductions Due Seller (Line 520) | ( 82,489.44) |
| **303. CASH ( X FROM ) ( TO ) BORROWER** | 360.94 | **603. CASH ( X TO ) ( FROM ) SELLER** | 21,680.85 |

HUD-1 (3-86) RESPA, HB4305.2

https://rico.jefffenton.com/evidence/2007-10-29_wifes-premarital-condo-proceeds.pdf　　Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

## L. SETTLEMENT CHARGES

| | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|
| **700. TOTAL COMMISSION Based on Price** $ 104,000.00 @ 0.4000 % 416.00 | | | |
| Division of Commission (line 700) as Follows: | | | |
| 701. $416.00 to Century 21 Signature Properties | | | |
| 702. $ to | | | |
| 703. Commission Paid at Settlement | | | 416.00 |
| 704. to | | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | | |
| 801. Loan Origination Fee % to | | | |
| 802. Loan Discount % to | | | |
| 803. Appraisal Fee to Realty Services POC B $350 | | -350.00 | |
| 804. Credit Report to Equifax Mtg Svs. | | 15.00 | |
| 805. Lender's Inspection Fee to | | | |
| 806. Appraisal to Baggett & Associates | | 325.00 | |
| 807. VA Funding Fee to Dept. of Veteran Affairs | | 3,432.00 | |
| 808. Flood Det. to First Am. Flood Data | | 3.00 | |
| 809. Flood Life of Loan to First Am. Flood Data | | 4.50 | |
| 810. | | | |
| 811. | | | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | | |
| 901. Interest From 10/29/07 to 11/01/07 @ $ 19.130000/day ( 3 days 6.5000%) | | 57.39 | |
| 902. Mortgage Insurance Premium months | | | |
| 903. Hazard Insurance Premium 1.0 years | | | |
| 904. | | | |
| 905. | | | |
| **1000. RESERVES DEPOSITED WITH LENDER** | | | |
| 1001. Hazard Insurance months @ $ per month | | | |
| 1002. Mortgage Insurance months @ $ per month | | | |
| 1003. City/Town Taxes 2.000 months @ $ 11.42 per month | | 22.84 | |
| 1004. County Taxes 2.000 months @ $ 64.92 per month | | 129.84 | |
| 1005. Assessments months @ $ per month | | | |
| 1006. months @ $ per month | | | |
| 1007. months @ $ per month | | | |
| 1008. Aggregate Adjustment months @ $ per month | | 0.00 | |
| **1100. TITLE CHARGES** | | | |
| 1101. Settlement or Closing Fee to Southland Title & Escrow Co. Inc. | | | 195.00 |
| 1102. Abstract or Title Search to | | | |
| 1103. Title Examination to Southland Title & Escrow Co. Inc. | | 200.00 | |
| 1104. Title Insurance Binder to | | | |
| 1105. Document Preparation to Southland Title & Escrow Co. Inc. | | | 95.00 |
| 1106. Notary Fees to | | | |
| 1107. Attorney's Fees to | | | |
| (includes above item numbers: ) | | | |
| 1108. Title Insurance to Southland Title & Escrow/ChicagoTitle Company Rei.Cr.$95.86 | | | 351.79 |
| (includes above item numbers: ) | | | |
| 1109. Lender's Coverage $ 107,432.00 47.25 | | | |
| 1110. Owner's Coverage $ 104,000.00 304.54 | | | |
| 1111. Southland Title & Escrow Co. Inc. | | | |
| 1112. Southland Title & Escrow Co. Inc. | | | |
| 1113. Express Payoffs to Southland Title & Escrow/Federal Express | | | 30.00 |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | | |
| 1201. Recording Fees: Deed $ 12.00; Mortgage $ 112.00; Releases $ | | 124.00 | |
| 1202. City/County Tax/Stamps:Deed ; Mortgage | | | |
| 1203. State Tax/Stamps: Revenue Stamps 385.80: Mortgage 122.33 | | 508.13 | |
| 1204. Release Processing Fees to Southland Title & Escrow Co. Inc. | | | 24.00 |
| 1205. | | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | | |
| 1301. Survey to | | | |
| 1302. Pest Inspection to All-American Pest Control POC:S65.00 | | | |
| 1303. Certificate of Ins. to EOI Direct Order #361041 | | 15.95 | |
| 1304. | | | |
| 1305. | | | |
| **1400. TOTAL SETTLEMENT CHARGES (Enter on Lines 103, Section J and 502, Section K)** | | 4,487.65 | 1,111.79 |

( 07-10-013 / 07-10-013 / 15 )

https://rico.jeffenton.com/evidence/2007-10-29_wifes-premarital-condo-proceeds.pdf

## BUYER / SELLER CERTIFICATION

**Borrower:** Gartee
**Seller:** Fawn Fenton
**Lender:** Regions Bank DBA Regions Mortgage
**Settlement Agent:** Southland Title & Escrow Co. Inc.
(615)370-5170
**Place of Settlement:** 7101 Executive Center Drive, Suite 151
Brentwood, TN 37027
**Settlement Date:** October 29, 2007
**Property Location:** 2121 Highway 12 South #139
Ashland City, TN 37015
Cheatham County, Tennessee
Unit 139 Hickory Hills Ph 3

The Buyer and Seller this date have checked, reviewed and approved the figures appearing on the Disclosure/Settlement Statement (Statement of Actual Costs), consisting of two (2) pages. Buyer acknowledges receipt of the payment of the loan proceeds in full, and Seller acknowledges payment in full of the proceeds due Seller from the settlement.

The Buyer and Seller understand that the tax prorations shown on the Settlement Statement are Based on the prior tax periods rate(s). The Buyer and Seller agree to adjust the tax prorations shown on the Settlement Statement when the actual advalorem tax bill is rendered. Seller agrees to forward the next tax bill to Buyer immediately upon receipt of the bill from the tax office. Buyer understands that the next tax bill (even though in the name of the Seller) is the responsibility of the Buyer.

Seller understands that the payoff figure(s) shown on the first page of the Settlement Statement are figures supplied to the Settlement Agent by the Seller's lender(s) and is/are subject to confirmation upon tender of payment. If the payoff figure(s) are inaccurate, Seller agrees to immediately pay any shortage(s) that may exist.

As part of the consideration of this sale, the contract between the parties is by reference incorporated herein and made a part hereof; the terms and conditions contained therein shall survive the closing and shall not merge upon the delivery of the warranty deed.

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

Gartee                                    Fawn        Fenton

To the best of my knowledge, the HUD-1 Settlement Statement which I have prepared is a true and accurate account of the funds which were received and have been or will be disbursed by the undersigned as part of the settlement of this transaction.

Southland Title & Escrow Co. Inc.
Settlement Agent

WARNING: It is a crime to knowingly make false statements to the United States on this or any similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 & Section 1010.

(GARTEE 07-10-013.PFD/07-10-013/16)

Case 3:24-cv-01282     Document 42     Filed 03/25/24     Page 12 of 71 PageID #: 3620
https://rico.jefffenton.com/evidence/2007-10-29_wifes-premarital-condo-proceeds.pdf          Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

Fawns Mom Loan

| Date | Num | Transaction | Increase | C | Decrease | Balance |
|------|-----|-------------|----------|---|----------|---------|
| 12/1/2005 | | Opening Balance<br>cat:    [Fawns Mom Loan] | 11,490.00 | | | -11,490.00 |
| 12/9/2007 | 1693 | Diane ███ **Fawn's Mom**<br>cat:    [3072 - FTB Joint Checking (6610)] | | | 11,660.00 | 170.00 |

# Supplemental Personal Tax Report

1/1/2007 Through 12/31/2007 (Cash Basis)

| Date | Account | Description | Memo | Amount |
|------|---------|-------------|------|--------|
| 10/10/2007 | 3072 - FTB Joint Checking (6610) | Nashville Zoo At Grassmere | Annual Safari Membership | -125.00 |
| **TOTAL Animal Related** | | | | **-1,190.00** |
| | | | | |
| **Charity-Non Cash** | | | | |
| 2/10/2007 | 8963 - Fawn FTB Checking (8088) | Michaels | Art Supplies for Zoo | -18.80 |
| **TOTAL Charity-Non Cash** | | | | **-18.80** |
| | | | | |
| **Church Tithes & Offerings** | | | | |
| 1/1/2007 | 3072 - FTB Joint Checking (6610) | New Song Christian Fellowship | Karen Ray - Tithe on Sale | -200.00 |
| 1/3/2007 | 3072 - FTB Joint Checking (6610) | New Song Christian Fellowship | Garry - Tithe on Sale | -210.00 |
| 1/7/2007 | 8963 - Fawn FTB Checking (8088) | New Song Christian Fellowship | | -200.00 |
| 2/4/2007 | 8963 - Fawn FTB Checking (8088) | New Song Christian Fellowship | | -200.00 |
| 3/4/2007 | 8963 - Fawn FTB Checking (8088) | New Song Christian Fellowship | | -200.00 |
| 3/18/2007 | Fawn Ascend Checking (7) | New Song Christian Fellowship | Montgomery - Tithe on Proceeds | -1,000.00 |
| 4/1/2007 | 3072 - FTB Joint Checking (6610) | New Song Christian Fellowship | | -178.00 |
| 4/15/2007 | 3072 - FTB Joint Checking (6610) | New Song Christian Fellowship | | -178.00 |
| 5/5/2007 | 3072 - FTB Joint Checking (6610) | New Song Christian Fellowship | | -178.00 |
| 5/20/2007 | 3072 - FTB Joint Checking (6610) | New Song Christian Fellowship | | -178.00 |
| 6/3/2007 | 3072 - FTB Joint Checking (6610) | New Song Christian Fellowship | | -178.00 |
| 6/23/2007 | 3072 - FTB Joint Checking (6610) | New Song Christian Fellowship | | -178.00 |
| 7/1/2007 | 3072 - FTB Joint Checking (6610) | New Song Christian Fellowship | | -178.00 |
| 8/1/2007 | 3072 - FTB Joint Checking (6610) | New Song Christian Fellowship | Sproul - Tithe on Purchase | -243.00 |
| 8/4/2007 | 3072 - FTB Joint Checking (6610) | New Song Christian Fellowship | | -356.00 |
| 8/19/2007 | 3072 - FTB Joint Checking (6610) | New Song Christian Fellowship | | -178.00 |
| 9/9/2007 | 3072 - FTB Joint Checking (6610) | New Song Christian Fellowship | | -195.00 |
| 9/15/2007 | 3072 - FTB Joint Checking (6610) | New Song Christian Fellowship | 2007 Harvest Project Offering - PIF | -300.00 |
| 9/15/2007 | 3072 - FTB Joint Checking (6610) | New Song Christian Fellowship | Chartwell - Tithe on Sale | -1,200.00 |
| 9/16/2007 | 3072 - FTB Joint Checking (6610) | New Song Christian Fellowship | | -195.00 |
| 9/30/2007 | 3072 - FTB Joint Checking (6610) | New Song Christian Fellowship | | -195.00 |
| 10/21/2007 | 3072 - FTB Joint Checking (6610) | New Song Christian Fellowship | | -195.00 |
| 11/4/2007 | 3072 - FTB Joint Checking (6610) | New Song Christian Fellowship | | -195.00 |
| 11/18/2007 | 3072 - FTB Joint Checking (6610) | New Song Christian Fellowship | | -195.00 |
| 12/2/2007 | 3072 - FTB Joint Checking (6610) | New Song Christian Fellowship | | -195.00 |
| 12/16/2007 | 3072 - FTB Joint Checking (6610) | New Song Christian Fellowship | | -195.00 |
| 12/23/2007 | 3072 - FTB Joint Checking (6610) | New Song Christian Fellowship | Tithe on A/H Year End Bonus | -300.00 |
| 12/23/2007 | 3072 - FTB Joint Checking (6610) | New Song Christian Fellowship | Tithe on 12/31 A/H Paycheck | -195.00 |
| 12/23/2007 | 3072 - FTB Joint Checking (6610) | New Song Christian Fellowship | 2121 Highway 12 South #139 - Tithe on Proceeds | -1,000.00 |
| **TOTAL Church Tithes & Offerings** | | | | **-8,588.00** |

# Condo Sale - Income & Expense Report

1/1/2001 Through 12/31/2007 (Cash Basis)

| Date | Account | Description | Memo | Amount |
|---|---|---|---|---|
| **INCOME** | | | | |
| **-Condo In-** | | | | |
| 10/29/2007 | Condo | Property Sold | Gross Amount Due to Seller | 104,170.29 |
| **TOTAL -Condo In-** | | | | **104,170.29** |
| | | | | |
| **TOTAL INCOME** | | | | **104,170.29** |
| | | | | |
| **EXPENSES** | | | | |
| **-C-** | | | | |
| **Acquisition** | | | | |
| 4/11/2001 | Condo | Property Purchased | Gross Amount Due from Borrower | -84,228.86 |
| 5/6/2002 | Condo | Refinance Expense @ Divorce | Based off of Good Faith Estimate | -1,406.00 |
| **TOTAL Acquisition** | | | | **-85,634.86** |
| | | | | |
| **Advertising** | | | | |
| 7/3/2007 | 3072 - FTB Joint Checking (6610) | The Sign Center | For Sale Sign | -60.09 |
| 8/27/2007 | 3953 - Ascend Visa (Fawn-90) | Target | Staging Materials | -49.44 |
| 8/28/2007 | 3072 - FTB Joint Checking (6610) | Cheatham County Register | Master Deed | -6.75 |
| 8/28/2007 | 3953 - Ascend Visa (Fawn-90) | Lowe's | Staging - Lamp | -43.67 |
| 8/28/2007 | 3953 - Ascend Visa (Fawn-90) | Michaels Arts And Crafts Store | Staging - Tree | -32.76 |
| 8/29/2007 | 3953 - Ascend Visa (Fawn-90) | Jo-Ann Fabric And Craft Stores | Staging Materials | -46.68 |
| 8/29/2007 | 3953 - Ascend Visa (Fawn-90) | Michaels Arts And Crafts Store | Staging Materials | -12.53 |
| 8/30/2007 | 3953 - Ascend Visa (Fawn-90) | Wal-Mart | Staging - Rug | -26.19 |
| **TOTAL Advertising** | | | | **-278.11** |
| | | | | |
| **Cleaning & Maintenance** | | | | |
| 7/17/2007 | Condo HELOC | Cheatham Co. Floor Covering & Paint | Paint | -148.36 |
| 7/21/2007 | 3072 - FTB Joint Checking (6610) | Lowe's | Spackling & Paper Towel | -11.85 |
| 7/21/2007 | 3072 - FTB Joint Checking (6610) | Wal-Mart | Caulk | -7.62 |
| 7/27/2007 | 3072 - FTB Joint Checking (6610) | The Home Depot | Paint Tray Liners | -4.34 |
| 7/27/2007 | 3072 - FTB Joint Checking (6610) | Cheatham Co. Floor Covering & Paint | Paint | -62.56 |
| 7/30/2007 | 3072 - FTB Joint Checking (6610) | Lowe's | Paint Supplies | -42.97 |
| 8/5/2007 | 3072 - FTB Joint Checking (6610) | The Home Depot | Toilet Parts | -84.08 |
| 8/7/2007 | 3072 - FTB Joint Checking (6610) | The Home Depot | Trim Pry Bar | -15.25 |
| 8/7/2007 | 3072 - FTB Joint Checking (6610) | The Home Depot | Return - Tile Scraper | 26.79 |
| 8/7/2007 | 3072 - FTB Joint Checking (6610) | The Home Depot | Tile Scraper & Gloves | -26.79 |

https://rico.jefffenton.com/evidence/2007-10-29_wifes-premarital-condo-proceeds.pdf

# Condo Sale - Income & Expense Report

### 1/1/2001 Through 12/31/2007 (Cash Basis)

10/2/2008

| Date | Account | Description | Memo | Amount |
|------|---------|-------------|------|--------|
| 8/7/2007 | 3072 - FTB Joint Checking (6610) | Kroger | Tin Foil for Painting | -5.01 |
| 8/7/2007 | 3072 - FTB Joint Checking (6610) | Hickory Hills Homeowners Assoc. | Locks Changed | -50.00 |
| 8/7/2007 | Store Credits | The Home Depot | Return - Tile Scraper | 5.57 |
| 8/7/2007 | Store Credits | The Home Depot | Tile Scraper & Gloves | -16.48 |
| 8/7/2007 | Condo HELOC | Cheatham Co. Floor Covering & Paint | New Carpet | -2,000.00 |
| 8/9/2007 | 3072 - FTB Joint Checking (6610) | The Home Depot | Floor Stripper | -12.50 |
| 8/11/2007 | 3072 - FTB Joint Checking (6610) | Lowe's | Sink Faucet | -107.07 |
| 8/12/2007 | 3072 - FTB Joint Checking (6610) | The Home Depot | Quarter Round Trim | -74.75 |
| 8/12/2007 | 3072 - FTB Joint Checking (6610) | The Home Depot | Quarter Round Trim | -63.63 |
| 8/12/2007 | 3072 - FTB Joint Checking (6610) | The Home Depot | Return - Quarter Round Trim | 60.92 |
| 8/12/2007 | 3072 - FTB Joint Checking (6610) | The Home Depot | Return - Quarter Round Trim | 56.25 |
| 8/12/2007 | Store Credits | The Home Depot | Tile Samples | -2.08 |
| 8/12/2007 | Store Credits | The Home Depot | Quarter Round Trim | -3.49 |
| 8/14/2007 | 3072 - FTB Joint Checking (6610) | The Home Depot | Floor Bully Scrapper | -32.50 |
| 8/14/2007 | Condo HELOC | Floorz | New Vinyl Flooring | -1,119.00 |
| 8/18/2007 | 3953 - Ascend Visa (Fawn-90) | The Home Depot | Shoe Molding | -7.87 |
| 8/18/2007 | 3953 - Ascend Visa (Fawn-90) | The Home Depot | Shoe Molding | -80.95 |
| 8/20/2007 | 3953 - Ascend Visa (Fawn-90) | The Home Depot | Anderson Storm Door for Front | -278.00 |
| 8/21/2007 | 3953 - Ascend Visa (Fawn-90) | The Home Depot | Window Screens | -59.43 |
| 8/25/2007 | 3072 - FTB Joint Checking (6610) | The Home Depot | Return - Floor Bully Scrapper | 32.50 |
| 8/25/2007 | 3953 - Ascend Visa (Fawn-90) | The Home Depot | Hardware, Blinds, Etc... | -97.70 |
| 8/25/2007 | 3953 - Ascend Visa (Fawn-90) | The Home Depot | Returns - Hardware | 11.87 |
| 8/25/2007 | 3953 - Ascend Visa (Fawn-90) | The Home Depot | Trim & Weather Seal | -21.05 |
| 8/26/2007 | 3953 - Ascend Visa (Fawn-90) | Lowe's | Plumbing Supplies | -31.14 |
| 8/27/2007 | 3072 - FTB Joint Checking (6610) | Lowe's | Plumbing Supplies | -49.38 |
| 8/27/2007 | 3953 - Ascend Visa (Fawn-90) | Lowe's | Returns - Plumbing | 18.68 |
| 8/28/2007 | 3072 - FTB Joint Checking (6610) | Midway Supply Company | Copper Fitting | -3.61 |
| 8/31/2007 | 3072 - FTB Joint Checking (6610) | The Home Depot | Hot Water Heater Repair Supplies | -56.21 |
| 9/3/2007 | 3072 - FTB Joint Checking (6610) | Wal-Mart | Vaccuum Bags | -5.40 |
| 9/3/2007 | 3953 - Ascend Visa (Fawn-90) | The Home Depot | Return - Damaged Blinds | 17.44 |
| 9/5/2007 | 3072 - FTB Joint Checking (6610) | The Home Depot | Replace - Damaged Blinds | -19.00 |
| 9/6/2007 | 3072 - FTB Joint Checking (6610) | Nippers Corner Cleaners | Press Shower Curtain | -10.92 |
| 9/19/2007 | 3072 - FTB Joint Checking (6610) | The Home Depot | Hardware | -2.14 |
| 9/20/2007 | 3072 - FTB Joint Checking (6610) | Lowe's | Door Strikes & Mineral Spirits | -18.12 |
| 10/1/2007 | 3072 - FTB Joint Checking (6610) | The Home Depot | Plumbing Hardware - Toilet | -8.28 |
| 10/1/2007 | 3072 - FTB Joint Checking (6610) | Wal-Mart | Plumbing Hardware - Toilet | -10.51 |
| 10/11/2007 | 3072 - FTB Joint Checking (6610) | Wal-Mart | Plumbing Hardware - Toilet | -45.35 |
| 10/25/2007 | 3072 - FTB Joint Checking (6610) | The Home Depot | 2" Test Plug (Plumbing) | -3.06 |

## Condo Sale - Income & Expense Report
### 1/1/2001 Through 12/31/2007 (Cash Basis)

| Date | Account | Description | Memo | Amount |
|------|---------|-------------|------|--------|
| 10/25/2007 | 3072 - FTB Joint Checking (6610) | Tusculum Ace Hardware | Weather Seal for Front Door | -21.84 |
| 10/26/2007 | 3072 - FTB Joint Checking (6610) | Terry Blanks A/C & HTG. | Fireplace Inspection & Letter for VA | -100.00 |
| 10/27/2007 | 3072 - FTB Joint Checking (6610) | Kevin Williams | Plumbing Inspection - Steam from Drain | -50.00 |
| 11/13/2007 | 3072 - FTB Joint Checking (6610) | Deposit | Tim Burrows - Damage Reimbursement | 100.00 |
| 11/13/2007 | 3072 - FTB Joint Checking (6610) | Wal-Mart | Return - Plumbing Hardware | 31.05 |
| 12/7/2007 | 3072 - FTB Joint Checking (6610) | The Home Depot | Condo Plumbing Returns | 3.59 |
| 12/7/2007 | Store Credits | The Home Depot | Leaf Bags | -10.36 |
| 12/7/2007 | Store Credits | The Home Depot | Return Materials | 42.77 |
| **TOTAL Cleaning & Maintenance** | | | | **-4,473.22** |

**Hazard Insurance**

| 7/23/2007 | 3072 - FTB Joint Checking (6610) | State Farm Insurance | | -48.24 |
|------|---------|-------------|------|--------|
| **TOTAL Hazard Insurance** | | | | **-48.24** |

**HOA Dues**

| 8/2/2007 | 3072 - FTB Joint Checking (6610) | Hickory Hills Homeowners Assoc. | | -100.00 |
|------|---------|-------------|------|--------|
| 9/1/2007 | 3072 - FTB Joint Checking (6610) | Hickory Hills Homeowners Assoc. | | -100.00 |
| 10/1/2007 | 3072 - FTB Joint Checking (6610) | Hickory Hills Homeowners Assoc. | | -100.00 |
| **TOTAL HOA Dues** | | | | **-300.00** |

**Legal & Professional**

| 10/10/2007 | 3072 - FTB Joint Checking (6610) | Credentials Verification Service | Rental Screen - Rachel Williams | -30.00 |
|------|---------|-------------|------|--------|
| **TOTAL Legal & Professional** | | | | **-30.00** |

**Other Expenses**

| 10/11/2007 | 3072 - FTB Joint Checking (6610) | All American Pest Control | Condo Termite Letter | -65.00 |
|------|---------|-------------|------|--------|
| **TOTAL Other Expenses** | | | | **-65.00** |

**Other Interest**

| 8/7/2007 | Condo HELOC | Finance Charges | HELOC | -8.08 |
|------|---------|-------------|------|--------|
| 9/7/2007 | Condo HELOC | Finance Charges | HELOC | -30.10 |
| **TOTAL Other Interest** | | | | **-38.18** |

**Selling**

| 10/28/2007 | Condo | Southland Title & Escrow | Settlement Charges to Seller | -1,111.79 |
|------|---------|-------------|------|--------|
| **TOTAL Selling** | | | | **-1,111.79** |

**Taxes**

https://rico.jefffenton.com/evidence/2007-10-29_wifes-premarital-condo-proceeds.pdf

Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

# Condo Sale - Income & Expense Report
## 1/1/2001 Through 12/31/2007 (Cash Basis)

| Date | Account | Description | Memo | Amount |
|---|---|---|---|---|
| 11/13/2007 | 3072 - FTB Joint Checking (6610) | Southland Title & Escrow | 2007 County Tax Overage Refund | 89.89 |
| **TOTAL Taxes** | | | | **89.89** |

**Utilities**

| Date | Account | Description | Memo | Amount |
|---|---|---|---|---|
| 7/17/2007 | Condo HELOC | Ashland City Water & Sewer | Service Connection Charge | -50.00 |
| 8/15/2007 | 3072 - FTB Joint Checking (6610) | Ashland City Water & Sewer | Vacancy Period | -15.92 |
| 8/15/2007 | 3072 - FTB Joint Checking (6610) | Cumberland Electric Membership Corp. | Vacancy Period | -79.55 |
| 9/11/2007 | 3072 - FTB Joint Checking (6610) | Ashland City Water & Sewer | Vacancy Period | -15.58 |
| 9/20/2007 | 3072 - FTB Joint Checking (6610) | Cumberland Electric Membership Corp. | Vacancy Period | -61.02 |
| 10/10/2007 | 3072 - FTB Joint Checking (6610) | Piedmont Natural Gas | Vacancy Period | -10.50 |
| 10/11/2007 | 3072 - FTB Joint Checking (6610) | Ashland City Water & Sewer | Vacancy Period | -17.67 |
| 10/12/2007 | 3072 - FTB Joint Checking (6610) | Cumberland Electric Membership Corp. | Vacancy Period | -26.10 |
| 10/30/2007 | 3072 - FTB Joint Checking (6610) | Piedmont Natural Gas | Vacancy Period | -10.00 |
| 11/20/2007 | 3072 - FTB Joint Checking (6610) | Piedmont Natural Gas | Vacancy Period | -26.00 |
| 11/20/2007 | 3072 - FTB Joint Checking (6610) | Cumberland Electric Membership Corp. | Vacancy Period | -55.60 |
| 11/20/2007 | 3072 - FTB Joint Checking (6610) | Ashland City Water & Sewer | Vacancy Period | -17.06 |
| 12/4/2007 | 3072 - FTB Joint Checking (6610) | Ashland City Water & Sewer | Vacancy Period | -14.54 |
| 12/20/2007 | 3072 - FTB Joint Checking (6610) | Cumberland Electric Membership Corp. | Vacancy Period | -26.10 |
| **SUBTOTAL Utilities** | | | | **-425.64** |

**Cell Phone**

| Date | Account | Description | Memo | Amount |
|---|---|---|---|---|
| 7/26/2007 | 3072 - FTB Joint Checking (6610) | AT&T (Mobile) | Fawn - Mobile Voice | -13.47 |
| 8/26/2007 | 3072 - FTB Joint Checking (6610) | AT&T (Mobile) | Fawn - Mobile Voice | -13.63 |
| 9/26/2007 | 3072 - FTB Joint Checking (6610) | AT&T (Mobile) | Fawn - Mobile Voice | -13.47 |
| 10/26/2007 | 3072 - FTB Joint Checking (6610) | AT&T (Mobile) | Fawn - Mobile Voice | -14.58 |
| **TOTAL Cell Phone** | | | | **-55.15** |
| **TOTAL Utilities** | | | | **-480.79** |
| **TOTAL -C-** | | | | **-92,370.30** |

| | | Amount |
|---|---|---|
| **TOTAL EXPENSES** | | -92,370.30 |

| | |
|---|---|
| **OVERALL TOTAL** | **11,799.99** |

ADVERTISING: $278.11
CLEANING & MAINTENANCE (NEW FLOORS): $4,473.22
Utilities: $425.64
Subtotal: $5,176.97        (ROUNDED DOWN)
PRE-SALES IMPROVEMENTS & HOLDING COSTS: $5,000

https://rico.jefffenton.com/evidence/2007-10-29_wifes-premarital-condo-proceeds.pdf

Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)



| | | | | |
|---|---|---|---|---|
| **Residential** | | . LS No. **1220084** | | |
| Status **Closed** | | Area **10** | | List Price **$360,000** |
| Type **Site Built** | | Er/Ea **Exc. Right to Sell** | | Media |
| Address **1986 Sunnyside Dr** | | City **Brentwood** | | Zip **37027** |
| County **Williamson** | | Sub/Dev **Sunny Side** | | MLS Map |
| Lot Number | | Tax ID **013J A 035.00** | | Deed Book/Page **4743/715** |

Directions **FROM NASHVILLE*SOUTH ON HILLSBORO RD**, LEFT ON SUNNYSIDE DR, 1986 IS ON THE RIGHT

## General Information

| | | |
|---|---|---|
| Style **Ranch** | Stories **1.00** | Year Built **1977 / Approximate** |
| Acres **1.470** | Acreage Source | Completion |
| Total Rooms **9** | Size **150.0 x 434.0** | Assoc Fee **$ /mo** |
| Constr **All Brick / Wood** | Lot **Wooded** | Basement **Partial / Unfinished** |
| Driveway **Aggregate** | Floors **Carpet / Finished Wood / Tile /** | Garage **2 / Attached - SIDE** |
| Community Amenities | Waterfront **/** | Roof **Composition Shingle** |

### Rooms and Dimension Information

| | | |
|---|---|---|
| Liv **15X13 / Formal** | Rec **25X33 / Over Garage** | Bed 1 **15X13 / Full Bath** |
| Din **13X12 / Formal** | Hobby **/** | Bed 2 **12X11 /** |
| Kit **15X12 / Eat-In** | Other **/** | Bed 3 **13X13 /** |
| Den **19X13 / Fireplace** | Other **/** | Bed 4 **12X11 /** |

| | Bedrooms | Full Baths | Half Baths | Finished Square Feet (est) | | | |
|---|---|---|---|---|---|---|---|
| Main | **4** | **2** | **1** | Main | **2579** | Est. SqFt. Source | |
| Other | **0** | **0** | **0** | Second | | Tax Record | |
| | | | | Third | | | |
| Total | **4** | **2** | **1** | Basement | | Total | **2579** |

### Office and Showing Information

Show **Call Showing Center**   Owner Name   Open House
Agent **John Taylor** (Ph: 615-794-0833 ext 6035)   CoList Agent (Ph: )
Listing Office **Zeitlin & Co., Realtors** (Ph: (615) 794-0833)   CoList Office (Ph: )
Appt Phone **(615) 327-0101**   Subagency **0**   Buyer Broker **3**   Facilitator **3**
Remarks: **ALL BRICK RANCH*CUL-DE-SAC LOCATION*HUGE BEDROOMS & BONUS ROOM*9FT CEILINGS & CROWN MOLDING IN LIVING RM, DINING RM, & FOYER*HEATED FLR IN GUEST BATH*PRIVATE WOODED LOT*CONVENIENT TO NASHVILLE, BRENTWOOD & FRANKLIN**

### Schools and Utilities

| | | | |
|---|---|---|---|
| Elem1 **Grassland Elementary** | Elem2 | Middle/JR **Grassland Middle School** | High **Franklin High School** |
| Water **City Water** | Sewer **Septic Tank** | Cool **Electric / Central** | Heat **Gas / Central** |

### Features

| Appliances | Interior Features | Exterior Features | Miscellaneous |
|---|---|---|---|
| | | | |
| Range **Cooktop / Electric** | Firepl **1** | Fence | Handicap |
| Oven **Double Oven / Electric** | Drapes | Patio/Deck **Deck** | Energy **Storm Doors / Storm Windows /** |
| | Master Bath **Sep. Shower/Tub / Ceramic** | Pool | Green Cert |
| Other **Dishwasher** | Other **Ceiling Fan / Extra Closets / Utility Connection /** | Other **Garage Door Opener** | Other **Cable TV** |

### Financing and Taxes

Acceptable Buyer Financing **FHA / Other / VA /**   Taxes **$1,461**

### MLS Information

Photo **None**   List Date **Sep 27 2010**   Poss **Date of Deed**
Realtor Remarks: **BUYER OR BUYER AGENT TO VERIFY SCHOOL ZONING AND ANY OTHER PERTINENT INFORMATION**

### Comparable Information

| | | |
|---|---|---|
| Sales Agent **Jeff Fenton** | Co-Sales Agent | Days On Mkt **205** |
| Sales Office **Benchmark Realty, LLC** | Co-Sales Office | Presale **No** |
| Seller Participation **4000** | Closing Date **4/29/2011** | Orig. List Price **$360,000** |
| Terms **Conventional** | Pending Date **4/20/2011** | Sales Price **$350,000** |

---

Requested by: **Jeff Fenton**

*Information believed to be accurate but not guaranteed. Buyers should independently verify all information prior to submitting any offer to purchase.*

**RealTracs Solutions** ®
Report Date: **4/29/2011**

| From: | Jeff Fenton |
|---|---|
| Sent: | Wednesday, September 24, 2014 4:24 PM |
| To: | Kim Hollingshead |
| Cc: | Fawn Fenton |
| Subject: | RE: Fenton Purchase | 1986 Sunnyside Drive, Brentwood | Tenancy by the Entirety? |
| Attachments: | Sunnyside Deed of Trust - Executed.pdf |

Hello Kim!

It has been a while!

It has been recommended to Fawn and I, for liability purposes, that we hold title to our home as **"Tenancy by the Entirety"**.

I know very little about this, but here is an explanation that I found online:

> **Tenancy by the Entirety**: a special form of joint tenancy when the joint tenants are husband and wife -- with each owning one-half. Neither spouse can sell the property without the consent of the other. Words in the deed such as "Bill and Mary, husband and wife as tenancy in the entirety" establish title in tenancy by the entireties. This form of ownership is not available in all states. (http://jtlehmanlaw.com/lawyer/Nashville-TN_fq314.htm)

Can you please tell me how our title is held currently at 1986 Sunnyside Drive, Brentwood, 37027? (You facilitated our closing.) I have a copy of our Deed of Trust (attached), but I can't figure out if this is titled as "Tenants in Common", "Joint Tenancy", or "Tenancy by the Entirety".

Is there a document that you can provide me which shows exactly how our property is titled?

Thanks for your help with this!

## Jeff Fenton

**Meticulous Marketing LLC**
(615) 837-1300 Office
(615) 837-1301 Mobile
(615) 837-1302 Fax

**When it's worth doing RIGHT the first time!**

Submit or respond to a support ticket here.

**Jeff Fenton**

| | |
|---|---|
| **From:** | Kim Hollingshead <Kim@TouchstoneTitleTN.com> |
| **Sent:** | Wednesday, September 24, 2014 4:42 PM |
| **To:** | Jeff Fenton |
| **Cc:** | Fawn Fenton |
| **Subject:** | RE: Fenton Purchase \| 1986 Sunnuyside Drive, Brentwood \| Tenancy by the Entirety? |

And wife

---

**Subject:** RE: Fenton Purchase | 1986 Sunnuyside Drive, Brentwood | Tenancy by the Entirety?

Can you please explain to me how "Tenancy by the Entirety" is specified/differentiated on this document?

Thanks again!

# Jeff Fenton

---

**From:** Kim Hollingshead
**Sent:** Wednesday, September 24, 2014 3:31 PM
**To:** Jeff Fenton
**Cc:** Fawn Fenton
**Subject:** RE: Fenton Purchase | 1986 Sunnuyside Drive, Brentwood | Tenancy by the Entirety?

Jeff, please see attached. Title is currently vested as Tenancy by the Entirety.

*Kimberly K. Hollingshead, Esq.*

President
Touchstone Title& Escrow, LLC
348 Seaboard Lane, Suite 114
Franklin TN 37067
Office: (615) 371-2299
Email: Kim@TouchstoneTitleTN.com
Website: www.TouchstoneTitleTN.com
**************************************************

*Our number one goal is to ensure that you are satisfied with our services. If you have any questions or concerns on this closing, or have suggestions on how we can make your next interaction with us even better, please e-mail me.*

**NOTICE:** YOU ARE NOT AUTHORIZED TO FORWARD THIS EMAIL TO ANYONE. This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. It is not our intention to waive the attorney-client privilege, the attorney work-product doctrine, or any proprietary rights in the information contained on the following pages. If you have received this message in error, please notify the sender immediately by telephone (615-371-2299) or by electronic mail (kim@touchstonetitletn.com), and delete this message and all copies and backups thereof. Thank you.

1

## 31.1 TENANCY BY THE ENTIRETY

When real property is acquired by individuals who are husband and wife at the time of the conveyance, then title is jointly held as an indivisible whole with right of survivorship unless the granting instrument expressly states that title is not to be held as a Tenancy by the Entirety. Upon divorce, a Tenancy by the Entirety is destroyed and absent some decree by the Divorce Court, the interest of the former spouses is converted into a Tenancy in Common with each owning a one-half interest.

## 31.2 TENANTS IN COMMON

When real property is acquired by two or more individuals who are not married at the time of the conveyance, or a Tenancy by the Entirety is destroyed through a divorce, title is held as Tenants in Common. In cases where the property is owned by Tenants in Common, each owner has a certain defined share in the property. Unless the instrument states otherwise, when there are two owners, each will automatically be presumed to own one-half each; if three, a third each, and so on. However, the shares between Tenants in Common do not need to be equal. The parties can decide what share of the property belongs to each owner. For example, if two individuals named Sam and Mark buy a property together, but if Sam contributes more to the purchase price than Mark, this could be reflected in the respective shares each acquires in the property. The deed into these individuals could state that Sam receives 70% interest in the property and Mark is entitled to 30%. The important point is that each of the Tenants in Common owners always owns his or her share of the property, and is only entitled to that same percentage of the sale proceeds. For example, if Sam dies, then his share of the property will be administrated as part of Sam's estate. Mark will continue to own his 30% after Sam's death. Unlike in a Joint Tenancy with a Right of Survivorship, it does not automatically pass to Mark.

When property is held as Tenants in Common, each of the individuals have a right to enter the common estate and take possession of the whole, subject to the equal right of the co-tenants to share in possession of the whole; and one co tenant's occupation or possession of the property can never be deemed adverse to the other co-tenants.

**Tennessee Law Course**
**Property Law**

I. Concurrent Ownership in Tennessee

Tennessee law recognizes three (3) forms of concurrent ownership: tenancy by the entirety; joint tenancy with right of survivorship; and tenancy in common.     As discussed below, although common law joint tenancy has been abolished in Tennessee, a joint tenancy may still be created as a matter of contract.

A. Tenancy by Entirety

   1.  While the tenancy in common and joint tenancy with right of survivorship are available in most jurisdictions, tenancy by entirety is recognized in about half of the states.  See Joseph William Singer, Property (Aspen Student Treatise Series, 5th Edition), page 360.

   2.  Ownership as Tenancy by Entirety is only available to married couples. Under Tennessee law, a married couple can own property (both real and personal property) as tenants by the entirety. *See Bryant v. Bryant*, 522 S.W.3d 392, 400 (Tenn. 2017) (citing *Griffin v. Prince*, 632 S.W.2d 532, 534-35 (Tenn. 1982); Tenn. Code Ann. §§ 36-3-505, 31-1-108).

   3.  A conveyance (in which the 5 unities exist – interest, title, time, possession, and person) to a married couple results in tenancy by the entireties, unless the instrument expressly states that the married couple take ownership by a different form. See *Bryant v. Bryant*, 522 S.W.3d 392, 400 (Tenn. 2017)

   4.  Characteristics of the Tenancy by Entirety

   a)  Tenancy by the entirety is based on the concept that those who are married are not separate persons; rather, they "are but one person." *Tindell v. Tindell*, 37 S.W. 1105, 1106 (Tenn. Ct. App. 1896) (quoting *Den v. Hardenbergh*, 10 N.J.L. 42, 45 (1828)); *see Taul v. Campbell*, 15 Tenn. (7 Yer.) 319, 333, 15 Tenn. 318 (1835) (noting that a husband and wife "take but one estate, as a corporation would take, being by the common law deemed but one person"). 

   b)  Co-tenants in a tenancy by the entirety do not hold their interest by moieties (by parts), they hold by the entirety: "Each is not seised of an undivided moiety, but both are . . . seised of the whole. They are seised, not *per my et per tout* [by the half and by the whole], but solely and simply *per tout* [by the whole]." *Tindell*, 37 S.W. at 1106 (quoting *Den*, 10 N.J.L. at 45).

   c)  Accordingly, "When property is held in a tenancy by the entirety, upon the death of one spouse, the survivor continues to own the whole in fee simple," *Bryant* at 400, and the laws of descent and distribution do not apply. *Grahl v. Davis*, 971 S.W.2d 373, 378 (Tenn. 1998) (citing *Sloan v. Jones*, 192 Tenn. 400, 241 S.W.2d 506, 509 (Tenn. 1951)).

   d)  Because spouses in a tenancy by the entirety are treated as one person, when the property is real estate, a spouse in such a tenancy cannot sever it

1

unilaterally by transferring a portion of the property without the assent of the other spouse – doing so would destroy the other spouse's ownership interest in the whole. See Bryant 522 S.W.3d 392, 401 (citing *Tindell*, 37 S.W. at 1106). *But see* In re Estate of Fletcher 538 S.W.3d 444 (Tenn. 2017), which held that when funds are withdrawn from a bank account held by a married couple as tenants by the entirety, such funds cease to be entireties property.

e) This means that a deed of trust/mortgage signed by one spouse only does not create an encumbrance on the real property except as to the signer's right of survivorship. A judgment lien does not become a lien on the real property (even when recorded as required under Tennessee law). Under Tennessee law, however, a creditor of one spouse may get a lien on the survivorship interest of such debtor -spouse. See *In re Walls*, 45 Bankr. 145 (Bankr. E.D. Tenn. 1984).

2

https://rico.jefffenton.com/evidence/2011-04-29_1986-sunnyside-premarital-assets-invested.pdf    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

# 2009 Form 1099-R

**Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.**

**PAGE 1 of 1**

# Vanguard®

P.O. BOX 2600 - VALLEY FORGE, PA 19482-2600

1-888-285-4563

FAWN ████ FENTON
PO BOX 111777
NASHVILLE TN 37222-1777

**PAYER'S name**
Vanguard Fiduciary Trust Company

**PAYER'S federal Identification number**
23-2640992

**RECIPIENT'S identification number**
████ -20█

This information is being furnished to the Internal Revenue Service.
Department of the Treasury—Internal Revenue Service

| Plan Name | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Fund Name** | | | Account number | | | | | |
| Box 1: Gross distribution | Box 2a: Taxable amount | Box 2b: Taxable amount not determined | Box 4: Federal income tax withheld | Box 7: Distribution code(s) | IRA/ SEP/ SIMPLE | Box 10: State tax withheld | Box 11: State / Payer's state no. | Box 12: State distribution |
| ROTH IRA | | | | | | | | |
| REIT INDEX FUND INV | | | 88016994559 | | | | | |
| 2,984.96 | | X | 0.00 | J | | | | |
| TARGET RETIREMENT 2035 | | | 88016994559 | | | | | |
| 5,235.30 | | X | 0.00 | J | | | | |
| DIVERSIFIED EQUITY INV | | | 88016994559 | | | | | |
| 3,924.17 | | X | 0.00 | J | | | | |

**FAWN'S TOTAL RETIREMENT DISTRIBUTION**
**(After 2007–2008 Financial Crisis)**
**DEPOSITED IN ASCEND JOINT**
**HOUSE INVESTMENT FUND**
**on 10/23/2009**

**$12,144.43**

**Form 1099-R**
**OMB No. 1545-0119**

Copy B Report this income on your federal tax return. If this form shows federal income tax withheld in box 4, attach this copy to your return.



OCTOBER 13, 2009

**Vanguard REIT Index Fund**
**Investor Shares**

VFTC - CUSTODIAN ROTH IRA

FAWN ██████ FENTON
PO BOX 111777
NASHVILLE TN 37222-1777



2607

| ACCOUNT VALUE |
| --- |
| $.00 |

**CHECK**
**CONFIRMATION**

FUND NUMBER          123
ACCOUNT NUMBER  88016994559
CHECK NUMBER        15490981

ACCOUNT SERVICE
CALL 1-800-662-2739

| Trade Date | Transaction Description | Dollar Amount | Share Price | Share Amount | Shares Owned |
| --- | --- | --- | --- | --- | --- |
| | BEGINNING BALANCE | | | | 220.781 |
| 10/13 | Early roth distribution | -2,984.96 | 13.52 | -220.781 | |

| PAID THIS CALENDAR YEAR | Income Dividends | + | Short-term Gains | + | Long-term Gains | = | TOTAL DISTRIBUTIONS |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | 96.44 | | | | | | 96.44 |

2607

Detach this confirmation and retain for your records before cashing or depositing check.

k

■ THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND-NOT A WHITE BACKGROUND ■

**REDEMPTION CHECK**

**Vanguard REIT Index Fund**
**Investor Shares**

| Check Number | Date Of Check | |
| --- | --- | --- |
| 15490981 | 10/13/2009 | 88016994559 |

| Dollars | Cents |
| --- | --- |
| ✕✕✕✕✕✕✕2,984 | 96 |

Please cash this check within six (6) months

Pay To The Order Of
FAWN ██████ FENTON

66-162
433

PAYABLE AT
**PNCBANK**
PNC BANK, National Association
JEANNETTE, PA

_Richard D. Carpenter_
Authorized Signature

**Vanguard®**

⑆00 15490 98 1⑈ ⑆0433016 27⑉ 100 24 19133⑈

https://rico.jefffenton.com/evidence/2011-04-29_1986-sunnyside-premarital-assets-invested.pdf    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)



OCTOBER 13, 2009

**Vanguard Target Retirement 2035 Fund**

FAWN ████ FENTON
PO BOX 111777
NASHVILLE TN 37222-1777



2714

**VFTC - CUSTODIAN ROTH IRA**

| ACCOUNT VALUE | |
| --- | --- |
| | $ .00 |

**CHECK CONFIRMATION**

**FUND NUMBER** 305
**ACCOUNT NUMBER** 88016994559
**CHECK NUMBER** 15491088

ACCOUNT SERVICE
CALL 1-800-662-2739

| Trade Date | Transaction Description | Dollar Amount | Share Price | Share Amount | Shares Owned |
| --- | --- | --- | --- | --- | --- |
| | BEGINNING BALANCE | | | | 456.037 |
| 10/13 | Early roth distribution | -5,235.30 | 11.48 | -456.037 | |

| PAID THIS CALENDAR YEAR | Income Dividends | + | Short-term Gains | + | Long-term Gains | = | TOTAL DISTRIBUTIONS |
| --- | --- | --- | --- | --- | --- | --- | --- |

2714

Detach this confirmation and retain for your records before cashing or depositing check.

**THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND-NOT A WHITE BACKGROUND**

**REDEMPTION CHECK**

**Vanguard Target Retirement 2035 Fund**

| Check Number | Date Of Check | |
| --- | --- | --- |
| 15491088 | 10/13/2009 | 88016994559 |

| | Dollars | Cents |
| --- | --- | --- |
| | ✗✗✗✗✗✗✗5,235 | 30 |

Please cash this check within six (6) months.

Pay To The Order Of
FAWN ████ FENTON

60-162
433

PAYABLE AT
**PNC**BANK
PNC BANK, National Association
JEANNETTE, PA

Richard D. Carpenter
Authorized Signature

**Vanguard®**

⑈00154910088⑈ ⑆043301627⑆ ⑈00241913⑈

 **Vanguard**®

OCTOBER 13, 2009

**Vanguard Diversified Equity Fund**
**Investor Shares**

FAWN ▓▓▓ FENTON
PO BOX 111777
NASHVILLE TN 37222-1777


2933

VFTC - CUSTODIAN ROTH IRA

| ACCOUNT VALUE |
| --- |
| $.00 |

**CHECK**
**CONFIRMATION**

FUND NUMBER          608
ACCOUNT NUMBER 88016994559
CHECK NUMBER      15491307

ACCOUNT SERVICE
CALL 1-800-662-2739

| Trade Date | Transaction Description | Dollar Amount | Share Price | Share Amount | Shares Owned |
| --- | --- | --- | --- | --- | --- |
| | BEGINNING BALANCE | | | | 228.548 |
| 10/13 | Early roth distribution | -3,924.17 | 17.17 | -228.548 | |

| PAID THIS CALENDAR YEAR | Income Dividends | + | Short-term Gains | + | Long-term Gains | = | TOTAL DISTRIBUTIONS |
| --- | --- | --- | --- | --- | --- | --- | --- |

2933

Detach this confirmation and retain for your records before cashing or depositing check.                    x

■     **THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND-NOT A WHITE BACKGROUND**     ■

**REDEMPTION CHECK**                                   **Vanguard Diversified Equity Fund**
                                                       **Investor Shares**

Check Number      Date Of Check

15491307      10/13/2009      88016994559

| Dollars | Cents |
| --- | --- |
| ✱✱✱✱✱✱✱3,924 | 17 |

Please cash this check within six (6) months.

Pay To The Order Of

FAWN ▓▓▓ FENTON                        60-162
                                        ‾‾‾
                                        433


PAYABLE AT
**PNCBANK**
PNC BANK, National Association
JEANNETTE, PA

*Richard D. Carpenter*
Authorized Signature

**Vanguard**®

⑆0015491307⑆ ⑈043301627⑈ 10071191133⑈

https://rico.jefffenton.com/evidence/2011-04-29_1986-sunnyside-premarital-assets-invested.pdf          Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

We lived under the SPIRITUAL PRINCIPAL of the "TWO becoming ONE at MARRIAGE". Throughout the ENTIRE DURATION of OUR MARRIAGE. Until after my ex-wife unnecessarily, prematurely, and irresponsibly ABANDONDED our Marital Residence. (It was 2,500 SqFt, and NOT a hostile environment.)

ALL of our ASSETS and DEBTS were ALWAYS Held as ONE "Tenancy by Entirety". Regardless of whose NAME either were technically in. Those choices were strategically for the BENEFIT of BOTH of US! (Whether for preferential interest rates, risk mitigation, etc... which was EQUALLY for BOTH OUR BENEFIT!) It was a matter of "OUR LEFT POCKET" vs "OUR RIGHT POCKET". NEVER "HERS" or "MINE"!

*Deposit Slip Copy*



**Ascend**
Federal Credit Union

Raising Possibilities

```
ASCEND FEDERAL CREDIT UNION
P.O. BOX 1210
TULLAHOMA
TN 37388

ACCT: 2576580
FAWN FENTON

ACCOUNT-SF           AMOUNT    SEQ
TO AUTO
  2576580-L1         1347.41   181  ← amount put towards Prius
  BALANCE:              0.00   ← current car loan resulting balance
  PREVIOUS:          1346.88
  PRINCIPAL:         1346.88  ← amount owed on car to date
  INTEREST:             0.53  ← remainder of Vanguard checks
  CARRYOVER:        10797.02  ← remainder of Vanguard checks
TO SHARE
  2576580-S0        10797.02   182  ← Vanguard checks remainder deposit to Savings
  BALANCE:          10817.60   ← current resulting savings balance
  PREVIOUS:            20.58
  AVAILABLE:        10812.60
-----------------------------------------
CHECKS:             12144.43  ← Total Vanguard checks

7092588    23 OCT 09 11:54AM
BR 8          TLR 754
```

IMPORTANT NOTICE

REMINDER: Ascend Federal Credit Union does not guarantee funds for checks drawn on other financial institutions. Please remember that even after funds have been made available to you, and you have withdrawn the funds, you are still responsible for checks you deposit or cash that are returned to us unpaid for any other problems involving your transaction.

**FAWN'S TOTAL RETIREMENT DISTRIBUTION**
(After 2007–2008 Financial Crisis)
**DEPOSITED IN ASCEND JOINT**
**HOUSE INVESTMENT FUND**
**on 10/23/2009**

**$12,144.43**



Ascend
Federal Credit Union

550 William Northern Blvd., P.O. Box 1210
Tullahoma, Tennessee 37388
(931)455-5441

| ACCOUNT NUMBER | PAGE |
|---|---|
| 2576580 | 1 |

| | 01OCT09 | 31OCT09 |
|---|---|---|
| SOCIAL SECURITY NUMBER | FROM | TO |
| | STATEMENT PERIOD | |

KN  E-STMT

FAWN FENTON
JEFFREY R FENTON
P.O. BOX 111777
NASHVILLE TN 37222

**REQUIRED CARD ACT NOTIFICATION**
Please note that your loan payment
will not be considered late until
the 24th of the month. *This applies
only to loans under an open end
plan. *This does not apply to closed
end Real Estate, Indirect Auto and
Credit Card loans or loans currently
delinquent.  *This does not apply
to loans with payments that are due
after the 24th of month.

NOTICE: See reverse side for important information

| | |
|---|---|
| SHARE Suffix 0 **OUR JOINT REAL ESTATE INVESTMENT HOLDING FUND FOR OUR MARITAL RESIDENCE AT: 1986 SUNNYSIDE DR, BRENTWOOD, TN 37027** Purchase Closed on 4/29/2011 | Your balance at the beginning of the period................$ 620.58<br>05OCT  WITHDRAWAL E-Branch            -600.00 =      20.58<br>  Transfer "STD" 600.00 to share 7<br>20OCT  DEPOSIT                     453.02 =     473.60<br>  DBO Deposit Funds Transfer From 064005203<br>20OCT  WITHDRAWAL                  -453.02 =      20.58<br>  DBO Withdraw Funds For Credit Distribution<br>23OCT  DEPOSIT  **Fawn's Premarital Retirement Funds** 10797.02 =   10817.60<br>31OCT  DIVIDEND through 31OCT2009 **(After the 2008 Market Crisis)** 3.16 =   10820.76<br>  ANNUAL PERCENTAGE YIELD EARNED:  1.16% FOR A 31 DAY PERIOD<br>  Average Daily Balance:     3232.62<br>Your new balance on 31OCT09...............................$  10820.76<br>Dividends Paid To You In 2009 On Suffix 0      $    42.41 |
| **AUTO Loan 1** **Prius Paid Off from Fawn's Vanguard Retirement** **Remainder Deposited for Marital Residence** | Your balance at the beginning of the period................$    1793.13<br>  4.75% ***ANNUAL PERCENTAGE RATE***<br>  .013014% Daily Periodic Rate<br>                    **FINANCE**<br>                (PAYMENT)**CHARGE**PRINCIPAL<br>20OCT  PAYMENT      (453.02)   6.77    446.25 =    1346.88<br>  DBO distribution $453.02 from account ****580...064005203<br>23OCT  PAYMENT      (1347.41)  0.53   1346.88 =       0.00<br>Your new balance on 31OCT09...............................$       0.00<br>FINANCE CHARGES PAID IN 2009 ON LOAN 1     $    65.53 |
| SHARE DRAFT Suffix 7 | No. 1002576580.  Balance at the beginning of the period.....$   10.26<br>Additions and miscellaneous withdrawals:<br>05OCT  DEPOSIT E-Branch              600.00<br>  Transfer "STD" 600.00 from share 0<br>31OCT  DIVIDEND through 31OCT2009       0.23<br>  ANNUAL PERCENTAGE YIELD EARNED:  0.51% FOR A 31 DAY PERIOD<br>  Average Daily Balance:     532.84<br><br>0 Withdrawals = 0.00  2 Deposits = 600.23  0 Drafts Cleared<br>Your new balance on 31OCT09...............................$     610.49<br>Dividends Paid To You In 2009 On Suffix 7      $     0.48<br><br>  To report a lost or stolen Freedom (Visa Check) Card<br>  after Credit Union Business Hours, call 1-800-250-9655. |
| Your Financial Summary | Your total Draft balances.................................$     610.49<br>Your total Share balances.................................$  10,820.76<br>Your total Loan balances..................................$       0.00 |
| YTD Tax Summary | YEAR... |

*ASTERISK NEXT TO...

We lived under the SPIRITUAL PRINCIPAL of the "TWO becoming ONE at MARRIAGE". Throughout the ENTIRE DURATION of OUR MARRIAGE. Until after my ex-wife unnecessarily, prematurely, and irresponsibly ABANDONDED our Marital Residence. (It was 2,500 SqFt, and NOT a hostile environment.)

ALL of our ASSETS and DEBTS were ALWAYS Held as ONE "Tenancy by Entirety". Regardless of whose NAME either were technically in. Those choices were strategically for the BENEFIT of BOTH of US! (Whether for preferential interest rates, risk mitigation, etc... which was EQUALLY for BOTH OUR BENEFIT!) It was a matter of "OUR LEFT POCKET" vs "OUR RIGHT POCKET". NEVER "HERS" or "MINE"!

# 2010 Form 1099-R

**Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.**

1-800-662-2739

# Vanguard

P.O. BOX 2600 · VALLEY FORGE, PA 19482-2600

**PAYER'S name**
**Vanguard Fiduciary Trust Company**

JEFFREY RYAN FENTON
PO BOX 111777
NASHVILLE TN 37222-1777

**PAYER'S federal identification number**

**23-2640992**

**RECIPIENT'S identification number**

**XXX-XX-5069**

This information is being furnished to the Internal Revenue Service.
Department of the Treasury - Internal Revenue Service

Plan Name

Fund Name

Account number

| Box 1: Gross distribution | Box 2a: Taxable amount | Box 2b: Taxable amount not determined | Box 4: Federal income tax withheld | Box 7: Distribution code(s) | IRA/ SEP/ SIMPLE | Box 10: State tax withheld | Box 11: State/Payer's state no. | Box 12: State distribution |
|---|---|---|---|---|---|---|---|---|
| **ROTH IRA** | | | | | | | | |
| STRATEGIC EQUITY FUND | | | 09984339759 | | | | | |
| **8,023.32** | | X | 0.00 | J | | | | |
| REIT INDEX FUND INV | | | 09984339759 | | | | | |
| **9,758.76** | | X | 0.00 | J | | | | |

**JEFF'S TOTAL RETIREMENT DISTRIBUTION**
(After 2007–2008 Financial Crisis)
**DEPOSITED IN ASCEND JOINT**
HOUSE INVESTMENT FUND
on 4/25/2010

**$17,782.08**

**Form 1099-R**
**OMB No. 1545-0119**

**Copy B** Report this income on your federal tax return. If this form shows federal income tax withheld in box 4, attach this copy to your return.
2-3

01035809



https://rico.jefffenton.com/evidence/2011-04-29_1986-sunnyside-premarital-assets-invested.pdf    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

 **Vanguard**

## Confirmation



 **Confirmation number W206391261**
Thank you. You can print this page for your records.

Vanguard received your transaction on 04/24/2010, at 4:02 a.m., Eastern time.

**Redemption requests received before 4 p.m., Eastern time, are processed the same business day, and your money should be delivered to your bank in two business days. Requests received after 4 p.m., Eastern time, are processed the next business day, and your money should be delivered to your bank in three business days.**

Your Vanguard account will reflect the redemption the day after it is processed.

You'll receive confirmation of this transaction electronically, with an e-mail notification sent at the end of the day on which your request is processed.

Notice of your confirmation will be sent to the Web-registered address below. You can change your e-mail address at any time.

| E-mail address | Business@FentonMail.com |
|---|---|

### Fund information

| | |
|---|---|
| Account | Jeffrey Ryan Fenton—Roth IRA |
| Fund name | Strategic Equity Fund (VSEQX) |
| Fund & account | 0114-09984339759 |

### Method and amount

| | |
|---|---|
| Sale amount | 100% |
| Redemption method | Electronic Bank Transfer |

### Restrictions

| | |
|---|---|
| Restricted until | 06/25/2010 |

Information on Vanguard's frequent-trading policy is available in each fund's prospectus. You can review our redemption policies. 06/25/2010.

### Bank instructions

| | |
|---|---|
| Routing number | 264181626 |
| Name of bank | ASCEND FCU |
| Bank account number | ********6580 |
| Bank account type | Savings (JOINT HOUSE INVESTMENT FUND) |

Case 3:24-cv-01282    Document 42    Filed 03/25/24    Page 32 of 71 PageID #: 3640
https://rico.jefffenton.com/evidence/2011-04-29_1986-sunnyside-premarital-assets-invested.pdf    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

| Bank account registration | Jeffrey R Fenton |
| | Fawn Fenton |

## Withholding information

| Federal withholding | Do not withhold |

© 1995–2010 The Vanguard Group, Inc. All rights reserved. Vanguard Marketing Corp., Distrib. Terms & conditions of use | Security Center | Obtain prospectus | Careers | Vanguard.mobi | ⏩ Feedback | Enhanced Support

 **Vanguard**

## Confirmation



 **Confirmation number W206391736**
Thank you. You can print this page for your records.

Vanguard received your transaction on 04/24/2010, at 3:58 a.m., Eastern time.

**Redemption requests received before 4 p.m., Eastern time, are processed the same business day, and your money should be delivered to your bank in two business days. Requests received after 4 p.m., Eastern time, are processed the next business day, and your money should be delivered to your bank in three business days.**

Your Vanguard account will reflect the redemption the day after it is processed.

You'll receive confirmation of this transaction electronically, with an e-mail notification sent at the end of the day on which your request is processed.

Notice of your confirmation will be sent to the Web-registered address below. You can change your e-mail address at any time.

| | |
|---|---|
| E-mail address | Business@FentonMail.com |

### Fund information

| | |
|---|---|
| Account | Jeffrey Ryan Fenton—Roth IRA |
| Fund name | REIT Index Fund Inv (VGSIX) |
| Fund & account | 0123-09984339759 |

### Method and amount

| | |
|---|---|
| Sale amount | 100% |
| Redemption method | Electronic Bank Transfer |

### Fee information

| | |
|---|---|
| Redemption fee | $0.00 |

### Restrictions

| | |
|---|---|
| Restricted until | 06/25/2010 |

Information on Vanguard's frequent-trading policy is available in each fund's prospectus. You can review our redemption policies. 06/25/2010.

### Bank instructions

| | |
|---|---|
| Routing number | 264181626 |

Case 3:24-cv-01282    Document 42    Filed 03/25/24

https://rico.jefffenton.com/evidence/2011-04-29_1986-sunnyside-premarital-assets-invested.pdf

Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

|  |  |
| --- | --- |
| Name of bank | ASCEND FCU |
| Bank account number | ********6580 |
| Bank account type | Savings (JOINT HOUSE INVESTMENT FUND) |
| Bank account registration | Jeffrey R Fenton |
|  | Fawn Fenton |

### Withholding information

| Federal withholding | Do not withhold |
| --- | --- |

© 1995–2010 The Vanguard Group, Inc. All rights reserved. Vanguard Marketing Corp., Distrib. Terms & conditions of use | Security Center | Obtain prospectus | Careers | Vanguard.mobi | ▶ Feedback | Enhanced Support



**Ascend**
Federal Credit Union

550 William Northern Blvd., P.O. Box 1210
Tullahoma, Tennessee 37388
(931)455-5441

| ACCOUNT NUMBER | PAGE |
|---|---|
| 2576580 | 1 |

| | 01APR10 | 30APR10 |
|---|---|---|
| SOCIAL SECURITY NUMBER | FROM | TO |
| | STATEMENT PERIOD |

KN  E-STMT

FAWN FENTON
JEFFREY R FENTON
P.O. BOX 111777
NASHVILLE TN 37222

MORTGAGE SPECIAL!

Now through May 31 or until
allocated funds are depleted,
Ascend is offering a great
mortgage special. Visit
ascendfcu.org or call
1-800-342-3086 for details.

NOTICE: See reverse side for important information

---

**SHARE**
**Suffix 0**

**OUR JOINT REAL ESTATE INVESTMENT HOLDING FUND**

**FOR OUR MARITAL RESIDENCE AT:**

**1986 SUNNYSIDE DR, BRENTWOOD, TN 37027**

**Purchase Closed on 4/29/2011**

```
Your balance at the beginning of the period.................$   12049.92
28APR  DEPOSIT-ACH-A-INVEST          9758.76 =        21808.68
  VGI-REIT IX IN (INVESTMENT)   MY Premarital Retirement Funds
28APR  DEPOSIT-ACH-INVESTMENT   (After the 2008 Market Crisis)  8023.32 =   29832.00
  VGI-STR EQUITY (INVESTMENT)
30APR  DIVIDEND through 30APR2010          11.93 =        29843.93
  ANNUAL PERCENTAGE YIELD EARNED:   1.05% FOR A 30 DAY PERIOD
  Average Daily Balance:        13828.13

Your new balance on 30APR10.................................$   29843.93
```

| | Total for this period | Total year-to-date |
|---|---|---|
| TOTAL OVERDRAFT ITEM FEES | 0.00 | 0.00 |
| TOTAL RETURNED ITEM FEES | 0.00 | 0.00 |

```
Dividends Paid To You In 2010 On Suffix 0      $     46.01
```

---

**SHARE DRAFT**
**Suffix 7**

```
No. 1002576580.  Balance at the beginning of the period.....$    611.75
Additions and miscellaneous withdrawals:
30APR  DIVIDEND through 30APR2010                0.20
  ANNUAL PERCENTAGE YIELD EARNED:   0.40% FOR A 30 DAY PERIOD
  Average Daily Balance:        611.75


0 Withdrawals = 0.00  1 Deposits = 0.20  0 Drafts Cleared
Your new balance on 30APR10.................................$    611.95
```

| | Total for this period | Total year-to-date |
|---|---|---|
| TOTAL OVERDRAFT ITEM FEES | 0.00 | 0.00 |
| TOTAL RETURNED ITEM FEES | 0.00 | 0.00 |

```
Dividends Paid To You In 2010 On Suffix 7      $      0.95

To report a lost or stolen Freedom (Visa Check) Card
after Credit Union Business Hours, call 1-800-250-9655.
```

---

**Your Financial Summary**

```
Your total Draft balances...................................$    611.95
Your total Share balances...................................$ 29,843.93
```

**YTD Tax Summary**

```
YEAR-TO-DATE INFORMATION FOR TAX PURPOSES:
Total non-IRA dividends earned
(May be reported to IRS as interest for this calendar year)..$    46.96
```

---

We lived under the SPIRITUAL PRINCIPAL of the "TWO becoming ONE at MARRIAGE". Throughout the ENTIRE DURATION of OUR MARRIAGE. Until after my ex-wife unnecessarily, prematurely, and irresponsibly ABANDONDED our Marital Residence. (It was 2,500 SqFt, and NOT a hostile environment.)

ALL of our ASSETS and DEBTS were ALWAYS Held as ONE "Tenancy by Entirety". Regardless of whose NAME either were technically in. Those choices were strategically for the BENEFIT of BOTH of US! (Whether for preferential interest rates, risk mitigation, etc... which was EQUALLY for BOTH OUR BENEFIT!) It was a matter of "OUR LEFT POCKET" vs "OUR RIGHT POCKET". NEVER "HERS" or "MINE"!

*ASTERISK NEXT TO

 **BancorpSouth**
Member FDIC

**Account Number** 00161000417291
**Credit Limit** $30,000.00
**Available Credit** $70.62
**Maturity Date** 03/17/2016

**Account Statement**
| | |
|---|---|
| Statement Closing Date | 02/01/2011 |
| Previous Balance | $20,745.24 |
| Payments | $65.86 |
| Itemized Advances | $9,250.00 |
| Net Adjustments | $0.00 |
| Fees/Late Charges | $0.00 |
| FINANCE CHARGE | $77.27 |
| New Balance | $30,006.65 |
| Minimum Payment Due | $77.27 |
| Payment Due Date | 02/26/2011 |



JEFFREY R FENTON
PO BOX 111777
NASHVILLE TN 37222-1777

# EQUITY CREDIT LINE

**Transactions**

Ending

| Trans | Post | Description | | | Amount | Principal Balance |
|---|---|---|---|---|---|---|
| 01/21/11 | 01/21/11 | EQUITY CR LINE | CHK# | 1061 | $9,250.00 | $29,929.38 |
| 01/26/11 | 01/26/11 | PAYMENT - THANK YOU | | | $65.86- | $29,929.38 |

**HUSBAND'S PREMARITAL RETIREMENT INVESTED IN SUNNYSIDE: $17,782.08**
**HUSBAND'S EQUITY FROM PREMARITAL DUPLEX INVESTED IN SUNNYSIDE: $9,250**

**HUSBAND'S TOTAL PREMARITAL ASSETS INVESTED IN PURCHASE OF MARITAL**
**RESIDENCE AT 1986 SUNNYSIDE DRIVE, BRENTWOOD, TN 37027**
**$27,032.08**

**Finance Charges**

| | Daily Periodic Rate | | Periodic Finance Charges | Nominal Annual Percentage Rate |
|---|---|---|---|---|
| Cash | 0.01027397% | | $77.27 | 3.75% |
| Annual Percentage Rate | 3.75% | Total Periodic Finance Charges | | $77.27 |

IF YOU HAVE QUESTIONS, PLEASE DIAL 1-888-797-7711
FROM 7:00AM - 8:00PM (CT) MONDAY THROUGH FRIDAY AND ON SATURDAY, FROM 7:00AM - 5:00PM (CT).

PAYMENT WILL BE MADE BY AUTODEBIT FROM ACH ACCOUNT 102196610

BANCORPSOUTH
P O BOX 4360
TUPELO, MS 38803-4360

| | |
|---|---|
| Account Number | 00161000417291 |
| New Balance | $30,006.65 |
| Minimum Payment Due | $77.27 |
| Payment Due Date | 02/26/2011 |

Amount enclosed $

*To ensure proper credit, please return this portion with your*
*payment. Please write your account number on your check*
*made payable to BancorpSouth. All payments must be*
*made in U.S. Funds.*

BANCORPSOUTH
P O BOX 2520
TUPELO MS 38803-2520

⑆5998⑈0000⑆ ⑆0016100041729⑈

| ACCOUNT NUMBER | PAGE |
| --- | --- |
| 2576580 | 1 |

| | 01JAN11 | 31JAN11 |
| --- | --- | --- |
| SOCIAL SECURITY NO. | FROM | TO |
| | STATEMENT PERIOD | |

KN  E-STMT

**ASCEND FEDERAL CREDIT**
UNIONP.●. ●OX 1210
TULLAHOMA, TN 37388

Get Financial Focus!
Paying high interest on revolving
debt? Get a great rate during
Ascend's Easy Equity promotion.
Call 800-342-3086 or visit
ascendfcu.org for details.

FAWN FENT●N
JEFFREY R FENTON
P.O. BOX 111777
NASHVILLE TN 37222

---

| SHARE Suffix 0 | | | |
| --- | --- | --- | --- |
| Your balance at the beginning of the period................$ | | | 32076.91 |
| 20JAN | DEPOSIT | 9250.00 = | 41326.91 |
| 22JAN* | DEPOSIT | 750.00 = | 42076.91 |
| 31JAN | DIVIDEN● through 31JAN2011 | 19.82 =DAY | 42096.73 |
| ANNUAL PERCENTAGE YIELD | | 0.65% F●R A 31 PERIOD | |
| EARNED:Avera●e Daily Balance: | 35899.49 | | |

Your new balance on 31JAN11...................................$    42096.73

| | Total for this period | Total year-to-date |
| --- | --- | --- |
| TOTAL OVERDRAFT ITEM | 0.00 | 0.00 |
| TOTAL FEES RETURNED ITEM FEES | 0.00 | 0.00 |

Dividends Paid To You In 2011 On Suffix 0      $    19.82

---

| SHARE DRAFT Suffix 7 | | |
| --- | --- | --- |
| No. 100257658●. ●alance at the beginning of the period.....$ | | 609.82 |
| Additions and miscellaneous withdrawals: | | |
| 31JAN  DIVIDEN● through 31JAN2011 | 0.08 | |
| ANNUAL PERCENTAGE YIELD | 0.15% FOR A 31 DAY PERI●D | |
| EARNED:Avera●e Daily Balance: | ●09.82 | |

0 Withdrawals = ●.0●  1 ●eposits = ●.08  0 Drafts Cleared
Your new ●alance ●n 31JAN11....................................$    609.90

| | Total for this period | Total year-to-date |
| --- | --- | --- |
| T●TAL OVERDRAFT ITEM FEES | 0.00 | ●.●0 |
| TOTAL RETURNED ITEM FEES | 0.00 | ●.00 |

Dividends Paid To Y●u In 2011 ●n Suffix 7      $    0.08

To report a lost or st●len Freed●m (Visa Check) Car●
after Credit Uni●n ●usiness Hours, call 1-800-250-9655.

---

| Your Financial Summary | | |
| --- | --- | --- |
| Your total Draft...................................$ | | 609.90 |
| balances Your total Share.................................$ | | 42,●96.73 |
| balances | | |

| YT● Tax Summary | |
| --- | --- |
| YEAR-TO-●ATE INFORMATION F●R TAX PURP●SES: | |
| Total non-IRA dividends earned | |
| (May be reported to IRS as interest for this calendar year)..$ | 19.90 |

| Previous Year Summary | |
| --- | --- |
| PRIOR YEAR SUMMARY FOR TAX PURP●SES: | |
| Total non-IRA dividends earned | |
| (May be reported to IRS interest for 2●10)....................$ | 219.95 |
| 1099 ●ID dividends will be reported f●r 2010.................$ | 0.00 |

Case 3:24-cv-01282    Document 42    Filed 03/25/24    Page 38 of 71 PageID #: 3646
https://rico.jefffenton.com/evidence/2011-04-29_1986-sunnyside-premarital-assets-invested.pdf    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)



520 Airpark Drive, P.O. Box 1210
Tullahoma, Tennessee 37388
(931)455-5441

| | |
| --- | --- |
| | 01MAR11 | 31MAR11 |
| SOCIAL SECURITY NUMBER | FROM | TO |
| | STATEMENT PERIOD |

KN  E-STMT

The Best Financing for Your Home!

From April 15 to June 10 or until
allocated funds are depleted,
Ascend is offering a great
mortgage special. Visit
ascendfcu.org or call
800-342-3086 for details.

FAWN FENTON
JEFFREY R FENTON
P.O. BOX 111777
NASHVILLE TN 37222

NOTICE: See reverse side for important information

**SHARE
Suffix 0**

**OUR JOINT
REAL ESTATE
INVESTMENT
HOLDING FUND
FOR OUR
MARITAL
RESIDENCE AT:
1986 SUNNYSIDE
DR, BRENTWOOD,
TN 37027
Purchase Closed
on 4/29/2011**

```
Your balance at the beginning of the period.................$   42117.72
 12MAR* DEPOSIT                              2885.00 =    45002.72
 31MAR  DIVIDEND through 31MAR2011              22.41 =    45025.13
  ANNUAL PERCENTAGE YIELD EARNED:   0.60% FOR A 31 DAY PERIOD
  Average Daily Balance:        43979.01
```

```
Your new balance on 31MAR11..................................$    45025.13
```

| | Total for this period | Total year-to-date |
| --- | --- | --- |
| TOTAL OVERDRAFT ITEM FEES | 0.00 | 0.00 |
| TOTAL RETURNED ITEM FEES | 0.00 | 0.00 |

```
Dividends Paid To You In 2011 On Suffix 0       $    63.22
```

**SHARE
DRAFT
Suffix 7**

```
No. 1002576580.  Balance at the beginning of the period.....$    609.97
Additions and miscellaneous withdrawals:
 31MAR  DIVIDEND through 31MAR2011                 0.05
  ANNUAL PERCENTAGE YIELD EARNED:   0.10% FOR A 31 DAY PERIOD
  Average Daily Balance:        609.97

 0 Withdrawals = 0.00  1 Deposits = 0.05  0 Drafts Cleared
Your new balance on 31MAR11..................................$    610.02
```

| | Total for this period | Total year-to-date |
| --- | --- | --- |
| TOTAL OVERDRAFT ITEM FEES | 0.00 | 0.00 |
| TOTAL RETURNED ITEM FEES | 0.00 | 0.00 |

```
Dividends Paid To You In 2011 On Suffix 7       $     0.20

 To report a lost or stolen Freedom (Visa Check) Card
 after Credit Union Business Hours, call 1-800-250-9655.
```

**Your
Financial
Summary**

```
Your total Draft balances....................................$    610.02
Your total Share balances....................................$ 45,025.13
```

**YTD Tax
Summary**

```
YEAR-TO-DATE INFORMATION FOR TAX PURPOSES:
Total non-IRA dividends earned
(May be reported to IRS as interest for this calendar year)..$    63.42
```

We lived under the SPIRITUAL PRINCIPAL of the "TWO becoming ONE at MARRIAGE". **Throughout
the ENTIRE DURATION of OUR MARRIAGE.** Until after my ex-wife unnecessarily, prematurely, and
irresponsibly ABANDONDED our Marital Residence. (It was 2,500 SqFt, and NOT a hostile environment.)

ALL of our ASSETS and DEBTS were ALWAYS Held as ONE "Tenancy by Entirety". Regardless of whose
NAME either were technically in. **Those choices were strategically for the BENEFIT of BOTH of US!**
(Whether for preferential interest rates, risk mitigation, etc... which was EQUALLY for BOTH OUR
BENEFIT!) **It was a matter of "OUR LEFT POCKET" vs "OUR RIGHT POCKET". NEVER "HERS" or "MINE"!**

*ASTERISK NEXT TO

## Transaction Result Page

Apr. 05, 2011 14:09
POST DATE: Apr. 05, 2011 The transfer of 5,000.00 from *0 : HOUSE SAVINGS*
To *7 : TENANT DEPOSITS*
was successful.

**Please refer to the following reference information if you have any questions about this transaction.**

e-branch Apr. 05, 2011 14:09 Ref: 365729

The following information reflects changes to the accounts or loans involved in this transaction

| 0 : HOUSE SAVINGS | | 7 : TENANT DEPOSITS | |
|---|---|---|---|
| Previous Available Balance | 45,020.13 | Previous Available Balance | 610.02 |
| Previous Balance | 45,025.13 | Previous Balance | 610.02 |
| New Available Balance | 40,020.13 | New Available Balance | 5,610.02 |
| New Balance | 40,025.13 | New Balance | 5,610.02 |



FAWN FENTON CELL 308-4350
JEFFREY R FENTON
P.O. BOX 111777
NASHVILLE, TN 37222

2016
87-8162/2641

APRIL 3, 2011 DATE

PAY TO THE ORDER OF ZEITLIN & CO REALTORS          $ 5000⁰⁰

FIVE THOUSAND ———————— ONLY ————— DOLLARS

AEDC FEDERAL
CREDIT UNION
Nashville, Tennessee 37214

FOR 1986 SUNNYSIDE EARNEST MONEY

⑈264181626⑈ ⑈10025765800⑈ 2016

| DATE | TELLER | TRANSACTION / TYPE | ACCOUNT-SFX | PREV BAL | CHK AMT | END BAL |
|------|--------|-------------------|-------------|----------|---------|---------|
| 28APR11 | 723-176 | Cashier's Check Sal | 2576580-0 | | 34500.00 | |

Payee: TOUCHSTONE TITLE AND ESCROW LLC

```
            S(0)        SD(7)
         5525.13      610.02
         Loan(1)    Loan(85)   Loan(90)
            0.00        0.00       0.00
```

CHECK NO : 219813

TOUCHSTONE TITLE AND ESCROW LLC***



**Ascend**
Federal Credit Union

DETACH THIS PORTION BEFORE DEPOSITING

WARNING: THIS CHECK IS PROTECTED BY SECURITY FEATURES. DETAILS ON BACK.

**Ascend**
Federal Credit Union
Raising Possibilities

520 Airpark Drive P.O. Box 1210
Tullahoma, Tennessee 37388
(931) 455-5441

28APR11    87-8162
            2641

CHECK NO : **219813**

AMOUNT

$ **34500.00

PAY THE
SUM OF    THIRTY FOUR THOUSAND FIVE HUNDRED AND 00/100
          DOLLARS

VOID AFTER 90 DAYS

PAY TO THE
ORDER OF   TOUCHSTONE TITLE AND ESCROW LLC***

_Caren C. Gahie_
AUTHORIZED SIGNATURE

_Michael. Conner_
2nd SIGNATURE REQUIRED FOR CHECKS OVER $5,000

Remitter: FAWN FENTON

**CASHIER'S CHECK**

⑈00219813⑈ ⑆264181626⑈ 646226183⑈

## The Brand Promise

Our brand promise is to educate and help you become an effective financial steward. We deliver this promise by asking you questions and offering our full, undivided attention to understand your current life situation and future plans before offering solutions.

Our tagline is "Raising Possibilities." All that we do to define and differentiate ourselves from other financial institutions derives from this. We want to help you recognize and raise all the possibilities as we assist you with personal financial solutions.

Raising Possibilities





520 Airpark Drive, P.O. Box 1210
Tullahoma, Tennessee 37388
(931)455-5441

**Ascend**
Federal Credit Union

| ACCOUNT NUMBER | PAGE |
|---|---|
| 2576580 | 1 |

| | 01APR11 | 30APR11 |
|---|---|---|
| SOCIAL SECURITY NUMBER | FROM | TO |
| | STATEMENT PERIOD | |

KN  E-STMT

FAWN FENTON
JEFFREY R FENTON
P.O. BOX 111777
NASHVILLE TN 37222

The Best Financing for Your Home!

From April 15 to June 10 or until
allocated funds are depleted,
Ascend is offering a great
mortgage special. Visit
ascendfcu.org or call
800-342-3086 for details.

NOTICE: See reverse side for important information

**OUR JOINT REAL ESTATE INVESTMENT HOLDING FUND FOR OUR MARITAL RESIDENCE AT: 1986 SUNNYSIDE DR, BRENTWOOD, TN 37027 Purchase Closed on 4/29/2011**

**After Purchase**

SHARE
Suffix 0

```
Your balance at the beginning of the period................$   45025.13
 05APR  WITHDRAWAL E-Branch                  -5000.00 =    40025.13
    Transfer "STD" 5,000.00 to share 7
 28APR  WITHDRAWAL                          -34500.00 =     5525.13
 30APR  DIVIDEND through 30APR2011               18.37 =     5543.50
    ANNUAL PERCENTAGE YIELD EARNED:   0.60% FOR A 30 DAY PERIOD
    Average Daily Balance:      37241.80
Your new balance on 30APR11...............................$    5543.50
```

| | Total for this period | Total year-to-date |
|---|---|---|
| TOTAL OVERDRAFT ITEM FEES | 0.00 | 0.00 |
| TOTAL RETURNED ITEM FEES | 0.00 | 0.00 |

Dividends Paid To You In 2011 On Suffix 0        $    81.59

SHARE
DRAFT
Suffix 7

```
No. 1002576580.  Balance at the beginning of the period.....$    610.02
Additions and miscellaneous withdrawals:
 05APR  DEPOSIT E-Branch                      5000.00
    Transfer "STD" 5,000.00 from share 0
 30APR  DIVIDEND through 30APR2011                0.08
    ANNUAL PERCENTAGE YIELD EARNED:   0.10% FOR A 30 DAY PERIOD
    Average Daily Balance:       943.35
```

Drafts

```
   ITEM------AMOUNT----DATE---------ITEM------AMOUNT----DATE
   2016     5000.00   07APR
      (* next to number indicates skipped numbers)

1 Withdrawals = 5000.00  2 Deposits = 5000.08  1 Drafts Cleared
Your new balance on 30APR11...............................$    610.10
```

| | Total for this period | Total year-to-date |
|---|---|---|
| TOTAL OVERDRAFT ITEM FEES | 0.00 | 0.00 |
| TOTAL RETURNED ITEM FEES | 0.00 | 0.00 |

Dividends Paid To You In 2011 On Suffix 7        $     0.28

```
   To report a lost or stolen Freedom (Visa Check) Card
   after Credit Union Business Hours, call 1-800-250-9655.
```

Your
Financial
Summary

```
Your total Draft balances.................................$    610.10
Your total Share balances.................................$  5,543.50
```

YTD Tax
Summary

YEAR
Tota
(May

**We lived under the SPIRITUAL PRINCIPAL of the "TWO becoming ONE at MARRIAGE". Throughout the ENTIRE DURATION of OUR MARRIAGE.** Until after my ex-wife unnecessarily, prematurely, and irresponsibly ABANDONDED our Marital Residence. (It was 2,500 SqFt, and NOT a hostile environment.)

**ALL of our ASSETS and DEBTS were ALWAYS Held as ONE "Tenancy by Entirety".** Regardless of whose NAME either were technically in. **Those choices were strategically for the BENEFIT of BOTH of US!** (Whether for preferential interest rates, risk mitigation, etc... which was EQUALLY for BOTH OUR BENEFIT!) **It was a matter of "OUR LEFT POCKET" vs "OUR RIGHT POCKET". NEVER "HERS" or "MINE"!**

*ASTERISK NEXT TO



**FIRST TENNESSEE**

JEFFREY R FENTON
FAWN ■ FENTON
PRIORITY CHOICES CHECKING
Account Number: 00000000000102196610      **For the Period: 04/08/2011 - 05/06/2011**

| | |
|---|---|
| Beginning Balance | $3,005.73 |
| Deposits | + $20,079.18 |
| Withdrawals | - $6,178.71 |
| Ending Balance | = $16,906.20 |

## 5 Deposits Totaling $20,079.18

| Date | Amount | Description |
|---|---|---|
| 4/18/11 | $2,099.59 | DEPOSIT |
| 5/2/11 | $2,099.59 | DEPOSIT |
| 5/2/11 | $10,105.00 | DEPOSIT -Benchmark Realty Commission Fenton Jeff |
| 5/5/11 | $775.00 | DEPOSIT |
| 5/5/11 | $5,000.00 | DEPOSIT |

## 81 Account Transactions Totaling $6,178.71
**Checks**

| Date | Amount | Description |
|---|---|---|
| 4/12/11 | $320.00 | 000001904 |
| 4/14/11 | $85.00 | 000001893 |
| 4/18/11 | $100.00 | 000001895 |
| 4/19/11 | $149.14 | 000001905 |
| 4/19/11 | $131.50 | 000001894 |
| 4/21/11 | $159.01 | 000001906 |
| 5/2/11 | $480.00 | 000001907 |
| 5/3/11 | $85.00 | 000001908 |

**Other Withdrawals**

| Date | Amount | Description | Card # |
|---|---|---|---|
| 4/8/11 | $14.25 | WITHDRAWAL -BK OF AMER VI/MC ONLINE PMT   CKF113652653POS | |
| 4/11/11 | $7.86 | PURCHASE   - SONIC DRIVE IN FRANKLIN    TN DATE 04/07REF 244273310977200396 | 9465 |
| 4/11/11 | $26.43 | WITHDRAWAL -ATT Payment     468900001EPAYR | 9465 |
| 4/11/11 | $44.95 | PURCHASE   - WWW.1AND1.COM 877-4612631  PA DATE 04/06REF 244129010977000003 | 9465 |
| 4/11/11 | $83.01 | POS DB  KROGER    9040 04/08 5713 EDMONDSON P NASHVILLE   TN | 4556 |
| | | | 4556 |
| | | | 4556 |
| | | | 9465 |

We lived under the SPIRITUAL PRINCIPAL of the "TWO becoming ONE at MARRIAGE". Throughout the ENTIRE DURATION of OUR MARRIAGE. Until after my ex-wife unnecessarily, prematurely, and irresponsibly ABANDONED our Marital Residence. (It was 2,500 SqFt, and NOT a hostile environment.)

ALL of our ASSETS and DEBTS were ALWAYS Held as ONE "Tenancy by Entirety". Regardless of whose NAME either were technically in. Those choices were strategically for the BENEFIT of BOTH of US! (Whether for preferential interest rates, risk mitigation, etc... which was EQUALLY for BOTH OUR BENEFIT!) It was a matter of "OUR LEFT POCKET" vs "OUR RIGHT POCKET". NEVER "HERS" or "MINE"!

| | | | |
|---|---|---|---|
| 4/12/11 | $13.50 | POS DB  CVS 06434  9040 04/12 | 4556 |
| | | 06434—     COOKEVILLLE  TN | |
| 4/12/11 | $16.57 | POS DB  WHOLE FOOD 9040 04/11 | 4556 |
| | | 4039 HILLSBORO R NASHVILLE   TN | |
| 4/12/11 | $24.24 | PURCHASE   - KROGER #537 | 9465 |
| | | NASHVILLE   TN | |
| | | DATE 04/10REF 244457111003002573 | |
| 4/12/11 | $25.62 | PURCHASE   - SHELL OIL 5752 | 4556 |
| | | NASHVILLE   TN | |
| | | DATE 04/08REF 243160510995487120 | |
| 4/12/11 | $46.16 | PURCHASE   - LOGANS #489 | 9465 |
| | | NASHVILLE   TN | |
| | | DATE 04/09REF 244450011003002573 | |
| 4/13/11 | $5.23 | PURCHASE   - SCHLOTZSKY'S 1 | 9465 |
| | | NASHVILLE   TN | |
| | | DATE 04/11REF 242316811022000000 | |
| 4/13/11 | $14.17 | POS DB  SOU MICHAE 9040 04/12 | 4556 |
| | | 719 THOMPSON LN  NASHVILLE   TN | |
| 4/13/11 | $77.00 | WITHDRAWAL -1ST NATL BK OMAH | 4556 |
| | | CR CRD PMT   3D0C5F5113EFCD | |
| 4/14/11 | $21.83 | POS DB  PETSMART I 9040 04/13 | 4556 |
| | | 719 THOMPSON LN  NASHVILLE   TN | |
| 4/14/11 | $22.82 | PURCHASE   - LOGANS #489 | 4556 |
| | | NASHVILLE   TN | |
| | | DATE 04/11REF 244450011022000899 | |
| 4/14/11 | $85.00 | POS DB  WALGREEN C 9040 04/13 | 4556 |
| | | WEST END & 31ST  NASHVILLE   TN | |
| 4/14/11 | $199.19 | POS DB  WAL WAL-MA 9040 04/13 | 4556 |
| | | 3717 WAL-SAMS   NASHVILLE   TN | |
| 4/15/11 | $6.54 | PURCHASE   - SCHLOTZSKY'S 1 | 9465 |
| | | NASHVILLE   TN | |
| | | DATE 04/13REF 242316811042000000 | |
| 4/18/11 | $5.59 | POS DB  USPS 47615 9040 04/18 | 4556 |
| | | USPS 4761580291 NASHVILLE   TN | |
| 4/18/11 | $38.00 | WITHDRAWAL -COMPASSION INT'L | 4556 |
| | | DONATIONS   1301489 | |
| 4/18/11 | $49.34 | POS DB  KROGER   9040 04/15 | 4556 |
| | | 5713 EDMONDSON P NASHVILLE   TN | |
| 4/19/11 | $4.84 | PURCHASE   - KROGER #537 | 9465 |
| | | NASHVILLE   TN | |
| | | DATE 04/17REF 244457111073002846 | |
| 4/19/11 | $10.90 | PURCHASE   - LOWES #02725* | 9465 |
| | | NASHVILLE   TN | |
| | | DATE 04/17REF 246921611070007404 | |
| 4/19/11 | $20.18 | PURCHASE   - LOWES #02725* | 9465 |
| | | NASHVILLE   TN | |
| | | DATE 04/17REF 246921611070007404 | |
| 4/19/11 | $26.70 | PURCHASE   - CASA FIESTA ME | 9465 |
| | | ANTIOCH   TN | |
| | | DATE 04/17REF 240133911070101093 | |
| 4/19/11 | $33.50 | PURCHASE   - SHELL OIL 5752 | 4556 |
| | | NASHVILLE   TN | |
| | | DATE 04/15REF 243160511065487170 | |
| 4/19/11 | $53.95 | PURCHASE   - KROGER #537 | 9465 |
| | | NASHVILLE   TN | |

| | | DATE 04/17REF 244457111073002846 | |
|---|---|---|---|
| 4/20/11 | $50.53 | POS DB  KROGER    9040 04/19 | 4556 |
| | | 5713 EDMONDSON P NASHVILLE    TN | |
| 4/21/11 | $19.12 | PURCHASE    - EVERGREEN EXPR | 4556 |
| | | NASHVILLE    TN | |
| | | DATE 04/19REF 242753911099000190 | |
| 4/21/11 | $22.82 | PURCHASE    - LOGANS #489 | 4556 |
| | | NASHVILLE    TN | |
| | | DATE 04/18REF 244450011092000937 | |
| 4/21/11 | $37.49 | PURCHASE    - BOOKSFREE.COM | 4556 |
| | | 703-748-2390  VA | |
| | | DATE 04/18REF 242236911097024772 | |
| 4/21/11 | $186.78 | WITHDRAWAL -Comcast - Nashvi | 4556 |
| | | CABLE SVC    40521808 | |
| 4/22/11 | $7.64 | PURCHASE    - BAJA FRESH 101 | 4556 |
| | | NASHVILLE    TN | |
| | | DATE 04/19REF 243230111105452420 | |
| 4/22/11 | $20.00 | PURCHASE    - ASPCA-PS | 4556 |
| | | 800-628-0028  MD | |
| | | DATE 04/19REF 243889411106703391 | |
| 4/22/11 | $45.93 | POS DB  PETSMART I 9040 04/21 | 4556 |
| | | 719 THOMPSON LN  NASHVILLE    TN | |
| 4/22/11 | $210.00 | CHECKING 170  100409362 | 4556 |
| 4/25/11 | $4.36 | POS DB  PETSMART I 9040 04/24 | 4556 |
| | | 719 THOMPSON LN  NASHVILLE    TN | |
| 4/25/11 | $16.38 | PURCHASE    - BAR-B-CUTIE | 9465 |
| | | NASHVILLE    TN | |
| | | DATE 04/21REF 242107311122068873 | |
| 4/25/11 | $61.90 | POS DB  KROGER    9040 04/23 | 4556 |
| | | 5713 EDMONSON P NASHVILLE    TN | |
| 4/25/11 | $106.48 | WITHDRAWAL -AT&T | 4556 |
| | | PAYMENT    545007448097TNK | |
| 4/25/11 | $161.15 | WITHDRAWAL -N E S | 4556 |
| | | NEAT    05542180263302 | |
| 4/26/11 | $13.09 | PURCHASE    - SCHLOTZSKY'S 1 | 9465 |
| | | NASHVILLE    TN | |
| | | DATE 04/22REF 242316811132000000 | |
| 4/26/11 | $16.75 | PURCHASE    - TACOS Y MARISC | 9465 |
| | | NASHVILLE    TN | |
| | | DATE 04/23REF 244310511142007910 | |
| 4/26/11 | $21.31 | PURCHASE    - KROGER #537 | 9465 |
| | | NASHVILLE    TN | |
| | | DATE 04/24REF 244457111143002302 | |
| 4/26/11 | $22.58 | POS DB  WALGREEN C 9040 04/26 | 4556 |
| | | WEST END & 31ST  NASHVILLE    TN | |
| 4/27/11 | $13.96 | PURCHASE    - QDOBA #273 | 4556 |
| | | BRENTWOOD    TN | |
| | | DATE 04/25REF 244356511162063990 | |
| 4/27/11 | $22.89 | POS DB  PUBLIX SUP 9040 04/26 | 4556 |
| | | 15544 OLD HICKOR NASHVILLE    TN | |
| 4/27/11 | $23.92 | PURCHASE    - RAFFERTY'S #72 | 9465 |
| | | NASHVILLE    TN | |
| | | DATE 04/24REF 247619711152747210 | |
| 4/27/11 | $32.15 | POS DB  KROGER    9040 04/26 | 4556 |
| | | 5713 EDMONDSON P NASHVILLE    TN | |

https://rico.jefffenton.com/evidence/2011-04-29_1986-sunnyside-premarital-assets-invested.pdf    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

| Date | Amount | Description | Account |
|------|--------|-------------|---------|
| 4/27/11 | $95.32 | WITHDRAWAL -BANCORPSOUTH ICPAYMENT 000161000417291 | 4556 |
| 4/27/11 | $425.00 | WITHDRAWAL -SETTLEMENTONE ACH 041811 62745 | 4556 |
| 4/28/11 | $29.78 | PURCHASE - SHELL OIL 5752 NASHVILLE TN DATE 04/25REF 243160511165486310 | 4556 |
| 4/28/11 | $87.25 | NOPIN PMTPULSE 9040 04/27 ORCC RALEIGH NC | |
| 4/29/11 | $13.31 | POS DB WHOLE FOOD 9040 04/28 4039 HILLSBORO R NASHVILLE TN | 4556 |
| 5/2/11 | $5.95 | PURCHASE - EVERGREEN EXPR NASHVILLE TN DATE 04/28REF 242753911189000199 | 4556 |
| 5/3/11 | $2.69 | PURCHASE - SHELL OIL 5752 NASHVILLE TN DATE 04/29REF 243160511205487430 | 9465 |
| 5/3/11 | $13.96 | PURCHASE - QDOBA #273 BRENTWOOD TN DATE 05/01REF 244356511222063990 | 4556 |
| 5/3/11 | $15.48 | PURCHASE - SONIC DRIVE IN FRANKLIN TN DATE 04/29REF 244273311197200439 | 9465 |
| 5/3/11 | $20.40 | PURCHASE - CANTON CHINESE FRANKLIN TN DATE 04/30REF 240710511213301004 | 9465 |
| 5/3/11 | $54.53 | POS DB PETSMART I 9040 05/02 719 THOMPSON LN NASHVILLE TN | 4556 |
| 5/3/11 | $59.30 | PURCHASE - SHELL OIL 5752 NASHVILLE TN DATE 04/29REF 243160511205487440 | 9465 |
| 5/3/11 | $93.33 | WITHDRAWAL -MTN LAUREL ASSC INS PREM 12170434 ,Fawn | 9465 |
| 5/4/11 | $7.64 | PURCHASE - BAJA FRESH 101 NASHVILLE TN DATE 04/29REF 243230111225452520 | 4556 |
| 5/4/11 | $77.30 | POS DB KROGER 9040 05/03 2131 ABBOTT MART NASHVILLE TN | 4556 |
| 5/5/11 | $210.00 | CHECKING 170 100409362 | 4556 |
| 5/6/11 | $22.82 | PURCHASE - LOGANS #489 NASHVILLE TN DATE 05/03REF 244450011243001921 | 4556 |
| 5/6/11 | $29.41 | PURCHASE - SHELL OIL 5754 NASHVILLE TN DATE 05/03REF 243160511245487710 | 4556 |
| 5/6/11 | $57.88 | WITHDRAWAL -METRO WATER UT BILL 005611510147562 | 4556 |
| 5/6/11 | $72.34 | WITHDRAWAL -Benchmark Realty Agent Fee Fenton Jeff | 4556 |
| 5/6/11 | $1,149.37 | WITHDRAWAL -WF HOME MTG AUTO PAY 0373217686 | 4556 |

## First Banking Reserve Summary

| | |
|------|------|
| Previous Reserve In Use | $0.00 |
| Periodic Interest Rate | 1.5 % |
| Payments on Reserve | $0.00 |

| | | |
|---|---|---|
| Annual Percentage Rate | 18.0 % | |
| Reserve Transactions | $0.00 | |
| Approved Reserve | $1,000.00 | |
| Finance Charge | $0.00 | |
| Available Reserve | $1,000.00 | |
| New Reserve In Use | $0.00 | |
| Average Daily Reserve In Use Subject To FINANCE CHARGE | $0.00 | |

## Daily Balance Account Summary

| Date | Balance | Reserve In Use |
|---|---|---|
| 04/07/11 | $3,005.73 | $0.00 |
| 04/08/11 | $2,991.48 | $0.00 |
| 04/11/11 | $2,829.23 | $0.00 |
| 04/12/11 | $2,351.74 | $0.00 |
| 04/13/11 | $2,255.34 | $0.00 |
| 04/14/11 | $1,841.50 | $0.00 |
| 04/15/11 | $1,834.96 | $0.00 |
| 04/18/11 | $3,741.62 | $0.00 |
| 04/19/11 | $3,310.91 | $0.00 |
| 04/20/11 | $3,260.38 | $0.00 |
| 04/21/11 | $2,835.16 | $0.00 |
| 04/22/11 | $2,551.59 | $0.00 |
| 04/25/11 | $2,201.32 | $0.00 |
| 04/26/11 | $2,127.59 | $0.00 |
| 04/27/11 | $1,514.35 | $0.00 |
| 04/28/11 | $1,397.32 | $0.00 |
| 04/29/11 | $1,384.01 | $0.00 |
| 05/02/11 | $13,102.65 | $0.00 |
| 05/03/11 | $12,757.96 | $0.00 |
| 05/04/11 | $12,673.02 | $0.00 |
| 05/05/11 | $18,238.02 | $0.00 |
| 05/06/11 | $16,906.20 | $0.00 |

INQUIRY INFORMATION
ALL INQUIRIES FOR BALANCES, GENERAL INFORMATION, ACCOUNT ERRORS, ACCOUNT
ACTIVITY, AUTOMATED TELLER MACHINE ACTIVITY AND FIRST CHECK TRANSACTIONS
SHOULD BE DIRECTED TO (615)748-8380.
TO REPORT A LOST/STOLEN FIRST CHECK CARD: CALL (615)748-8380 IMMEDIATELY
AND FOLLOW THE VOICE PROMPTS, STARTING WITH OPTION #1.
DIRECT INQUIRIES CONCERNING PREAUTHORIZED ELECTRONIC FUNDS TRANSFER TO
(615)734-6000.
YOU MAY MAIL INQUIRIES CONCERNING AUTOMATED TELLER MACHINE ACTIVITY, FIRST
CHECK TRANSACTIONS, AND PREAUTHORIZED ELECTRONIC FUNDS TRANSFERS TO:
FIRST TENNESSEE BANK N.A. NASHVILLE
P.O. BOX 28100
NASHVILLE, TN  37202

INQUIRY INFORMATION
DIRECT INQUIRIES CONCERNING ERRORS FOR FIRST BANKING RESERVE TO:
FIRST TENNESSEE BANK
ATTENTION: FIRST BANKING SUPERVISOR
P. O. BOX 28100
NASHVILLE, TN.  37202

A MESSAGE FOR YOU
PROTECTING YOUR FINANCIAL INFORMATION IS VERY IMPORTANT TO US. OUR FRAUD
DETECTION SYSTEM USES STATE-OF-THE-ART TECHNOLOGIES TO MONITOR SUSPICIOUS
ACTIVITY AND PROTECT YOU 24 HOURS A DAY. IN ADDITION TO EVERYTHING WE DO
TO PROTECT YOUR ACCOUNTS, YOU SHOULD ALSO CAREFULLY REVIEW YOUR CHECKING
ACCOUNT STATEMENT EACH MONTH.  REMEMBER, THE "LIABILITY FOR UNAUTHORIZED
TRANSACTIONS" PROVISION IN YOUR DEBIT CARDHOLDER AGREEMENT EXPLAINS HOW
TO LIMIT YOUR LIABILITY FOR UNAUTHORIZED TRANSACTIONS RESULTING FROM
FRAUDULENT USE OF YOUR DEBIT CARD.  IF YOU'RE EVER CONCERNED THAT YOU
MIGHT BE A VICTIM OF FRAUD OR IDENTITY THEFT, CALL US.  WE'RE AVAILABLE
24 HOURS A DAY AT THE CUSTOMER SERVICE NUMBER SHOWN ABOVE.

**Check Images**

**Your image cannot be displayed at this time. Please allow 24 hours for your request to be processed, and log back in to see your statement.**



CK: 1904 REF: 92140424 DT: 4/12/11 AMT: $320.00

CK: 000001906 REF: null DT: 4/16/12 AMT: $159.01



CK: 1893 REF: 34330854 DT: 4/14/11 AMT: $85.00

CK: 1895 REF: 29599248 DT: 4/18/11 AMT: $100.00



CK: 1905 REF: 93587543 DT: 4/19/11 AMT: $149.14

CK: 1894 REF: 92856740 DT: 4/19/11 AMT: $131.50



CK: 1907 REF: 92052170 DT: 5/2/11 AMT: $480.00

CK: 1908 REF: 92321004 DT: 5/3/11 AMT: $85.00

---

We lived under the SPIRITUAL PRINCIPAL of the **"TWO becoming ONE at MARRIAGE"**. **Throughout the ENTIRE DURATION of OUR MARRIAGE.** Until after my ex-wife unnecessarily, prematurely, and irresponsibly ABANDONDED our Marital Residence. (It was 2,500 SqFt, and NOT a hostile environment.)

ALL of our ASSETS and DEBTS were ALWAYS Held as **ONE** "Tenancy by Entirety". Regardless of whose NAME either were technically in. **Those choices were strategically for the BENEFIT of BOTH of US!** (Whether for preferential interest rates, risk mitigation, etc... which was EQUALLY for BOTH OUR BENEFIT!) **It was a matter of "OUR LEFT POCKET" vs "OUR RIGHT POCKET". NEVER "HERS" or "MINE"!**

**WARRANTY DEED**

STATE OF TENNESSEE
COUNTY OF WILLIAMSON
THE ACTUAL CONSIDERATION OR VALUE, WHICHEVER IS
GREATER, FOR THIS TRANSFER IS **$350,000.00**

Affiant

Subscribed and sworn to before me, this 29th day of April, 2011.

Notary Public

MY COMMISSION EXPIRES:
(AFFIX SEAL)

THIS INSTRUMENT WAS PREPARED BY:
Southland Title & Escrow Co., Inc.
7101 Executive Center Drive, Suite 151
Brentwood, TN 37027

| ADDRESS NEW OWNERS AS FOLLOWS: | SEND TAX BILLS TO: | MAP-PARCEL NUMBERS |
|---|---|---|
| Fawn ▮ Fenton | Renasant Bank | 013 J-A |
| (NAME) | (NAME) | (MAP) |
| 1986 Sunnyside Drive | 2001 Park Place North, Suite 650 | 035.00 |
| (ADDRESS) | (ADDRESS) | (PARCEL) |
| Brentwood, TN 37027 | Birmingham, AL 35203 | |
| (CITY)  (STATE)  (ZIP) | (CITY)  (STATE)  (ZIP) | |

For and in consideration of the sum of TEN DOLLARS, cash in hand, paid by the hereinafter named Grantee(s), and other good and valuable consideration, the receipt of which is hereby acknowledged, I/we, **Mangel Jerome Terrell and wife, Colette Keyser**, hereinafter called the Grantor(s), have bargained and sold, and by these presents do hereby transfer and convey unto **Jeffrey R. Fenton and wife, Fawn ▮ Fenton**, hereinafter called Grantee(s), their heirs and assigns, that certain tract or parcel of land in Williamson County, TENNESSEE, described as follows, to-wit:

LAND in Williamson County, TN, BEING Lot No. 29, on the Plan of Section 3, Sunny Side Estates, of record in Plat Book 5, page 67 as amended in Book 330, page 844, Register's Office for Williamson County, TN, to which plan reference is hereby made for a complete description thereof.

Being the same property conveyed to Jerome Terrell and spouse, Collette Keyser, by deed dated July 8, 2005, from Melner R. Bond III and spouse, Kimala K. Bond, of record in Book 3615, page 152, and further conveyed to Mangel Jerome Terrell and wife, Colette Keyser, by Quitclaim Deed dated February 20, 2009, from Jerome Terrell and wife, Colette Keyser, of record in Book 4743, page 715, Register's Office for Williamson County, TN.

This conveyance is subject to the taxes for the current year and subsequent years; any and all easements and/or restrictions of record; and all matters shown on the plan of record; all in the said Register's Office.

This is ( ) unimproved (X) improved property, know as: 1986 Sunnyside Drive, Brentwood, Tennessee 37027

TO HAVE AND TO HOLD the said tract or parcel of land, with the appurtenances, estate, title and interest thereto belonging to the said GRANTEES, their heirs and assigns forever; and we do covenant with the said GRANTEES that we are lawfully seized and possessed of said land in fee simple, have a good right to convey it and the same is unencumbered, unless otherwise herein set out; and we do further covenant and bind ourselves, our heirs and representatives, to warrant and forever defend the title to the said land to the said GRANTEES, their heirs and assigns, against the lawful claims of all persons whomsoever. Wherever used, the singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

Witness my/our hand(s) this 29th day of April, 2011.

_____
Mangel Jerome Terrell

_____
Colette Keyser

**STATE OF TENNESSEE**
**COUNTY OF WILLIAMSON**

Before me, the undersigned authority, a Notary Public within and for the State and County, appeared Mangel Jerome Terrell; Colette Keyser with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence) and who upon their oath(s) acknowledged themselves to be the within named bargainor(s), and that they executed the foregoing instrument of their own free will for the purposes therein set forth.

Witness my hand and official seal at office at Brentwood, Tennessee, on this the 29th day of April, 2011.

Notary Public

My Commission Expires: 9/3/2012

This document was e-recorded in Book 5313, Page 452, Williamson Co. ROD on 5/12/11.



WARRANTY DEED

STATE OF TENNESSEE
COUNTY OF WILLIAMSON
THE ACTUAL CONSIDERATION OR VALUE, WHICHEVER IS
GREATER, FOR THIS TRANSFER IS $350,000.00

_____
Affiant

Subscribed and sworn to before me, this 29th day of April, 2011.

_____
Notary Public

MY COMMISSION EXPIRES:
(AFFIX SEAL)

THIS INSTRUMENT WAS PREPARED BY:
Southland Title & Escrow Co., Inc.
7101 Executive Center Drive, Suite 151
Brentwood, TN 37027

| ADDRESS NEW OWNERS AS FOLLOWS: | SEND TAX BILLS TO: | MAP-PARCEL NUMBERS |
|---|---|---|
| Fawn ▮ Fenton | Renasant Bank | 013 J-A |
| (NAME) | (NAME) | (MAP) |
| 1986 Sunnyside Drive | 2001 Park Place North, Suite 650 | 035.00 |
| (ADDRESS) | (ADDRESS) | (PARCEL) |
| Brentwood, TN 37027 | Birmingham, AL 35203 | |
| (CITY)     (STATE)     (ZIP) | (CITY)     (STATE)     (ZIP) | |

For and in consideration of the sum of TEN DOLLARS, cash in hand, paid by the hereinafter named Grantee(s), and other good and valuable consideration, the receipt of which is hereby acknowledged, I/we, **Mangel Jerome Terrell and wife, Colette Keyser**, hereinafter called the Grantor(s), have bargained and sold, and by these presents do hereby transfer and convey unto **Jeffrey R. Fenton and wife,** Fawn ▮ Fenton, hereinafter called Grantee(s), their heirs and assigns, that certain tract or parcel of land in Williamson County, TENNESSEE, described as follows, to-wit:

LAND in Williamson County, TN, BEING Lot No. 29, on the Plan of Section 3, Sunny Side Estates, of record in Plat Book 5, page 67 as amended in Book 330, page 844, Register's Office for Williamson County, TN, to which plan reference is hereby made for a complete description thereof.

Being the same property conveyed to Jerome Terrell and spouse, Collette Keyser, by deed dated July 8, 2005, from Melner R. Bond III and spouse, Kimala K. Bond, of record in Book 3615, page 152, and further conveyed to Mangel Jerome Terrell and wife, Colette Keyser, by Quitclaim Deed dated February 20, 2009, from Jerome Terrell and wife, Colette Keyser, of record in Book 4743, page 715, Register's Office for Williamson County, TN.

This conveyance is subject to the taxes for the current year and subsequent years; any and all easements and/or restrictions of record; and all matters shown on the plan of record; all in the said Register's Office.

This is ( ) unimproved (X) improved property, know as: 1986 Sunnyside Drive, Brentwood, Tennessee 37027

TO HAVE AND TO HOLD the said tract or parcel of land, with the appurtenances, estate, title and interest thereto belonging to the said GRANTEES, their heirs and assigns forever; and we do covenant with the said GRANTEES that we are lawfully seized and possessed of said land in fee simple, have a good right to convey it and the same is unencumbered, unless otherwise herein set out; and we do further covenant and bind ourselves, our heirs and representatives, to warrant and forever defend the title to the said land to the said GRANTEES, their heirs and assigns, against the lawful claims of all persons whomsoever. Wherever used, the singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

Witness my/our hand(s) this 29th day of April, 2011.

_____
Mangel Jerome Terrell

_____
Colette Keyser

**STATE OF TENNESSEE**
**COUNTY OF WILLIAMSON**

Before me, the undersigned authority, a Notary Public within and for the State and County, appeared Mangel Jerome Terrell; Colette Keyser with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence) and who upon their oath(s) acknowledged themselves to be the within named bargainor(s), and that they executed the foregoing instrument of their own free will for the purposes therein set forth.

Witness my hand and official seal at office at Brentwood, Tennessee, on this the 29th day of April, 2011.

Notary Public

My Commission Expires: 9/3/2012

**Certificate of Authenticity**

BK/PG:5313/452-454
11015616

| | | |
|---|---|---|
| 3 PGS : DEED | | |
| KAREN OWENS 214724 - 11015616 | | 1 |
| 05/12/2011 - 02:16 PM | | |
| VALUE | 350000.00 | |
| MORTGAGE TAX | 0.00 | |
| TRANSFER TAX | 1295.00 | |
| RECORDING FEE | 15.00 | |
| DP FEE | 2.00 | |
| REGISTER'S FEE | 1.00 | |
| TOTAL AMOUNT | 1313.00 | |

STATE of TENNESSEE, WILLIAMSON COUNTY
SADIE WADE
REGISTER OF DEEDS

I, _Kimberly Hollingshead_, do hereby make oath that I am a licensed attorney and/or the custodian of the electronic version of the attached document tendered for registration herewith and that this is a true and correct copy of the original document executed and authenticated according to law.

_____
Signature

State of _Tennessee_

County of _Williamson_

Personally appeared before me, _the Undersigned_ a notary public for this county and state, _Kim Hollingshead_ who acknowledges that this certification of an electronic document is true and correct and whose signature I have witnessed.

_____
Notary's Signature

My Commission Expires: _1/9/12_ .

THOMAS L. SEALY
NOTARY
PUBLIC
AT
LARGE
DAVIDSON COUNTY, TENNESSEE



## Williamson County
## Property Tax Notice
**Karen Paris** . Williamson County Trustee
1320 W Main St. Franklin TN 37064
615-790-5709

# 2019

| Tax Receipt # | Total Due |
|---|---|
| 0028996 | $0.00 |
| Taxes are due by 02/28/2020 | |
| Property Address | |
| Sunnyside Dr 1986 | |

| DIST | MAP | GP | C-MAP | PARCEL | SP-INT | CO | CI |
|---|---|---|---|---|---|---|---|
| 07 | 013J | A | 013J | 03500 | 000 | 094 | 000 |

OR CURRENT RESIDENT

☐ INDICATE ADDRESS CHANGE ON REVERSE SIDE

Fenton Jeffrey R Fenton Fawn ■
1986 Sunnyside Dr

**Karen Paris, TRUSTEE**
1320 W Main St. Suite 203
FRANKLIN TN 37064

Brentwood, TN 370270000

## Williamson County Property Tax Notice

**Karen Paris** Williamson County Trustee 1320 W Main St. Suite. Franklin TN 37064 615-790-5709

# 2019

| DIST | MAP | GP | C-MAP | PARCEL | SP-INT | CO | CI |
|---|---|---|---|---|---|---|---|
| 07 | 013J | A | 013J | 03500 | 000 | 094 | 000 |

*Please return the top portion with your payment in the enclosed reply envelope.*

To pay your property taxes make checks payable to :
**WILLIAMSON COUNTY TRUSTEE**
(Your cancelled check serves as your receipt)

### Your payment options are:

- At our office: 1320 W. Main St. Suite 203; Franklin, TN
- At participating local banks
- On-line with credit card of electronic check* at **our website www.WilliamsonPropertyTax.com**

**\*The vendor charges the following processing fees: $2.00 per transaction for e-check payments, and a 2.5% plus $0.30 per transaction for credit/debit card payments.**

Scan to pay!



**To avoid interest, taxes must be paid by February 28, 2020.**

**Beginning March 1, 2020 interest will be added to delinquent taxes at the rate of 1.5% per month.**

| Tax Receipt # | | Total Due |
|---|---|---|
| 0028996 | | $0.00 |
| Property Address | | |
| Sunnyside Dr 1986 | | |
| Classification | | |
| Real Property | | |
| Subdivision | | |
| Sunnyside Est Sec 3 | | |
| Lot | Acres | EQ Factor |
| 0029 | 0.00 | 0.0000 |
| Additional Description | | |
| Appraised value | | $386,900 |
| Assessment | | 25% |
| Assessed value | | $96,725 |
| Interest | | $0.00 |
| County taxes | | $2,147.00 |
| 9th FSSD taxes | | $0.00 |
| City taxes | | $0.00 |
| Total due | | $0.00 |

| Williamson County Trustee | Office Hours: |
|---|---|
| 1320 W Main St Suite 203 | |
| Franklin, TN 37064 | Monday thru Friday |
| (615) 790-5709 | 8:00 am- 4:30 pm |

https://rico.jeffenton.com/evidence/1986-sunnyside-brentwood-tn-2019-property-taxes.pdf          Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)



A BOUNDARY SURVEY OF LOT 29
ON THE PLAN OF SUNNY SIDE ESTATES
SECTION 3, PLAT BOOK 5, PAGE 67
BRENTWOOD, WILLIAMSON COUNTY, TN
MAY 4, 2011

**VACINITY MAP**
(NOT TO SCALE)

AREA
63968.4 Sq. Feet +/-
1.47 Acres +/-

## LEGEND

These standard symbols will
be found in the drawing.

- ○ IRON PIN (SET)
- ○ MAGNETIC NAIL (SET)
- ◉ WATER METER

**B2L**
www.b2lps.com
1198 OLD PINNACLE RD.
JOELTON, TN 37080
PHONE: (615) 946-8650
E-MAIL: b2lhps@gmail.com

I hereby
certify that
this is a
Category I
survey as
defined by the
Standards of
Practice as
adopted by the
Tennessee
State Board of
Examiners for
Land Surveyors,
and the ratio of
precision of
unadjusted error
is greater than
1:10,000  as
shown hereon.

JEFFREY A. LEOPARD
TN RLS #2415

REVISION TABLE

ORDERED BY: JEFF FENTON
PROPERTY ADDRESS: 1986 SUNNY SIDE DR.,
BRENTWOOD, TN 37027
OWNER: MANGEL JEROME TERRELL & COLETTE KEYSER
1986 SUNNYSIDE DR.
BRENTWOOD, TN 37027

DEED REFERENCE: DB 4743, PG 715, R.O.W.C.T.
PLAT REFERENCE: PB 5, PG 67, R.O.W.C.T.
TAX MAP: 013N     GRP: A     PARCEL: 03500
WILLIAMSON COUNTY, BRENTWOOD, TN

| DRAWING SCALE: 1"=50 | | PROJ # | 0057 |
| DRAWN BY: JL | | DATE: MAY 5, 2011 |
| CHECKED BY: BB | | DATE: MAY 5, 2011 |
| FIELD CREW: BB,CB,JL | | DATE: MAY 5, 2011 |

completion of the job as described unless other terms are stated. If payment is not made within time prescribed, I further agree to pay all collections cost and/ or expenses including attorney's fee. I affirm each and every term and fully expect the parties to this contract to abide by the terms here including attorney's fee.

Pay Schedule: Fifty percent (50%) is due to begin work, and the balance is due upon completion of the job. The final payment must be received within ten (10) business days of the acceptance of the certificate of completion. If the final payment is not received within this period, an interest charge of one percent (1%) of the contract amount will be added to the final invoice amount.

Insufficient Funds: Any customer who has a check returned for insufficient funds will be responsible for any bank fees in addition to a service charge of $20.00. The fees and service charge will be added to the outstanding balance.

https://rico.jefffenton.com/evidence/1986-sunnyside-property-improvement-highlights.pdf

Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)



+/-19'-10"  +/-67'-8" (EXISTING)

CATHEDRAL CLG. AREA BELOW

ROOF HORIZONTAL
FOOTPRINT = 3,013 S.F.;
ESTIMATED ACTUAL
ROOF AREA AT 4:12
SLOPE = 3,180 S.F.

EXISTING EAVE
VENTS - VERIFY
LOCATIONS, CLEAN
OR REPLACE

NEW ATTIC
VENTS, TYP.

THESE DASHED
LINES REPRESENT
ICE & WATER
SHIELD, IF
SELECTED

BATHROOM
EXHAUST
FANS

+/-43'-0" (EXISTING)

ADD NEW CRICKET
BEHIND CHIMNEY
& NEW FLASHING

NEW ATTIC
VENT

VENT STACK FROM
KITCHEN SINK DRAIN

RANGE HOOD
EXHAUST VENT

CHECK EAVE
INSULATION
BAFFLES THIS
AREA

VENT STACK
FROM
RESTROOMS

[2] NEW
SOLAR-TUBE
SKYLIGHTS

EXISTING STATIC
ROOF VENTS TO BE
REMOVED

+/-10'-0"

NEW RIDGE/HIP VENT

+/-32'-0" (EXISTING)

VENT STACK FROM
GAS WATER HEATER

VENT STACK &
EXHAUST FAN FROM
RESTROOM BELOW

ELECTRICAL
SERVICE
CONDUIT

CATHEDRAL CLG. AREA BELOW

+/-87'-6" (EXISTING)

1986 SUNNYSIDE DRIVE - ROOF PLAN   SCALE: 1" = 10'-0"

Case 3:24-cv-01282    Document 42    Filed 03/25/24    Page 57 of 71 PageID #: 3665

https://rico.jefffenton.com/evidence/1986-sunnyside-property-improvement-highlights.pdf

Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)



1986 SUNNYSIDE DRIVE - ROOF PLAN

https://rico.jefffenton.com/evidence/1986-sunnyside-property-improvement-highlights.pdf          Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)



https://rico.jefffenton.com/evidence/1986-sunnyside-property-improvement-highlights.pdf

Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)



G r o o v e

October 3, 2011

# PHASE I

Attn: Jeff Fenton
     615-837-1301
     jeff@fentonmail.com

Re: Proposed Job Scope for 1986 Sunnyside Drive
           Brentwood, TN 37027

### JOB SCOPE AND CONTRACT WITH ACCEPTED TERMS AND LIMITIATIONS

This is a proposed job scope for the property located at 1986 Sunnyside Drive, Brentwood, TN 37027. This scope is based on the limited investigation preformed by Donald Knarr of Groove Mold Remediation Services on Monday, April 11, 2011. Heavy to Sporadic mold growth was observed from one end of crawlspace to the other. At this time the types and quantities of mold are not known.

It is the suggestion of Groove Mold that the following crawlspace cleaning service conducted:

1. I see a potential problem with your drainage. I would contact Scott Walter with Vintage (838-0015)
2. I see a potential problem with you HVAC ductwork. I would contact Larry Claud with Innovative Heating and Air (708-7755)
3. A vortex fan will be put in the crawlspace during the cleaning process and vented to the outside.
4. All insulation is to be bagged and removed from the crawlspace.
5. The infected area in the crawlspace will be cleaned by the following method;
   a. Hand Sanding Wire Brushing
   b. HEPA Vacuuming
   c. wet wiping with Penta 900-P
   d. HEPA Vacuuming
6. Independent mold inspector should inspect work and do post testing to confirm that crawlspace is clean. Customer's responsibility

This scope of work is expressly limited to the items listed below. Furthermore, a work authorization will accompany this scope and be an integral part of this agreement. Groove must have all of the documentation signed and approved before work will begin. Work will proceed in a timely manner.
**Time**

- Crawlspace cleaning will be completed in 3 days,
- A start date will be given when this scope is approved
- Groove must be granted full access to the site during normal working hours
- Additional work beyond the scope of work may add substantial time and cost to the project

2964 Sidco Drive,    Suite 110    Nashville, TN 37204 P.615.292.1444  F.615.292.1119

https://rico.jefffenton.com/evidence/1986-sunnyside-property-improvement-highlights.pdf    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

## Limitations

- Scope is only for listed work and valid for 30 days from the date printed on the top of the first page.
- Any change in work must be in writing prior to work being done
- Duct system is not included. A cleaning of the system is recommended. A thorough inspection of the ductwork should be conducted to make sure that the lines are properly connected and sealed.
- Any hidden items not visible at the time of the quote will be charged an amount in accordance with our standard rate schedule
- Due to the age of the HVAC ductwork, the HVAC will need to be shut down during remediation
- Due to nature of the job, Groove Mold can not be held accountable for any damage to any wiring or plumbing during the remediation process. All precautions will be taken to minimize any damages from occurring but Groove Mold will not be held responsible for any damages or cost that come from any damage that is occurred to wiring or plumbing while doing remediation work in the crawlspace.

## Payment

- A deposit of $ 1,400 is due at signing
- Groove Mold does except credit cards with a 2% increase in final pricing.
- The remaining balance will be due immediately following the post-remediation sampling (if conducted)and mold levels have been returned to acceptable levels
- Additional work is to be performed under the original work authorization

## Goal

To create an environment that is less conducive for mold growth (excluding any unforeseeable moisture or water intrusions, i.e., extensive Relative Humidity, pipe breaks, or acts of God).

By eliminating excessive moisture in the crawlspace through a proper moisture barrier and proper crawlspace ventilation, we will be creating an environment that is less conducive for mold growth. Since mold in ubiquitous it is impossible to eliminate mold completely. Creating an environment that is dry with proper airflow and ventilation is paramount to preventing future mold growth within a structure. Customer understands that when trying to prevent mold in the crawlspace there is no one single product or machine that can do this. It is a well balanced attack of preventing water evaporation from occurring, controlling excessively high relative humidity and establishing proper airflow that will keep the crawlspace dry and in essence starves the mold and prevents it from growing.

## Price

| | |
|---|---|
| Insulation Removal and Disposal (1,825 square feet x $0.35) | $ 638.75 |
| Crawlspace Cleaning (1,825 square feet x $1.75) | $3,193.75 |

**In signing I, having the legal right and/or ability to contract work for, 1986 Sunnybrook Drive, Brentwood, TN 37027 and agree to the above described work to be completed.**

JEFF FENTON                                                    10/4/2011
_____      _____      _____
(Printed Name)                          (Signature)                    (Date)

Justin Kreiter                                                 10/11/11
_____      _____      _____
(Groove Representative)              (Signature)                    (Date)

**Page 3 of 3**



https://rico.jefffenton.com/evidence/1986-sunnyside-property-improvement-highlights.pdf          Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

# GPH Electric, Inc.
1538 Richlawn Drive
Brentwood, TN 37027

# Invoice

Phone: 615-504-5619    Fax    615-507-1419    License #: 51582

| Bill To | Date | Invoice # |
|---|---|---|
| Fenton / Jeff<br>1986 Sunnyside Drive<br>Brentwood<br>Tennessee<br>37027 | 9/16/2011 | 2024 |

**Job Location**

| P.O. No. | Terms | Project | | |
|---|---|---|---|---|
| | | | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Supply and install a new 40 circuit panel, indoor top of the line Cutler hamer type CH & a 200amp rated feed through main outdoor raintite panel and ground rod | 2,350.00 | 2,350.00 |
| 1 | Permit | 100.00 | 100.00 |
| 1 | 200amp rated surge protector for power,cable and telephone | 295.00 | 295.00 |
| 1 | Change out the feeder wire to 4/0 200 amp 95' | 900.00 | 900.00 |
| | 1986 Sunny Side Drive, Brentwood, Williamson county37027 | 0.00 | 0.00 |
| | Computer Sales Tax | 9.25% | 0.00 |

*Paid in full*
*GP Hanvey*

| | **Total** | **$3,645.00** |
|---|---|---|



# Proposal

1854 BAKER ROAD
GOODLETTSVILLE , TN. 37072
708-7755

SUBMITTED TO:                                                Date: **10/12/11**

Name: **JEFF FENTON**                          Job Name: **GREENSPEED INFINITY**

Address: **1986 SUNNYSIDE DR**                 Address: **1986 SUNNYSIDE DR- 37027**

City, State, Zip: **BRENTWOOD, TN 37027**      Phone No.: **837-1301**

*We hereby submit specifications and estimates for:*

**INSTALL CARRIER 4 TON INFINITY 25VNA048A003 / FE4ANB006T00 18.3 SEER / 12.5 HSPF**

**GREENSPEED HEAT PUMP SYSTEM WITH 3 ZONES.**

**MAIN FLOOR AREA, CRAWLSPACE, AND BONUS ROOM AND GARAGE, WITH GARAGE HAVING**

**INDEPENDENT DAMPER CONTROLLED BY ON / OFF SWITCH. PROPOSAL ALSO INCLUDES**

**NEW DUCT SYSTEM, ALL PIPING AND CONTROL WIRING AND INFINITY CONTROLS.**

**ELECTRICAIN TO PROVIDE CIRCUIT FOR 15 KW FAN/COIL & RECEPTACAL & LIGHT.**

**ALSO INCLUDES CARRRIER GAPABXCC2420 AIR PURIFIER & UVLCC2LP1020 DUAL UV LIGHT.**

**ONE YEAR WARRANTY ON LABOR**

**TEN YEAR WARRANTY ON PARTS AND COMPRESSORS**

*We hereby propose to furnish labor and materials - complete in accordance with the above specifications, for the sum of:*

**TWENTY SIX THOUSAND ONE HUNDRED EIGHTY & 00/100**          dollars  (   **$26,180.00**   )

*with payment to be made as follows:* **ON COMPLETION**

*All material is guaranteed to be as specified. All work to be completed in a workmanlike manner according to standard practices. Any alteration or deviation from above specifications involving extra costs, will be executed only upon written orders, and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents or delays beyond our control. Owner to carry fire, tornado and other necessary insurance. Our workers are fully covered by Workmen's Compensation Insurance.*

Authorized Signature:              *LARRY CLAUD*

NOTE: This proposal may be withdrawn by us if not accepted withii   **30**   Days

## Acceptance of Proposal

*The above prices, specification and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payment will be made as outlined above.*

Accepted:                  Signature: _____

Date: __**10/13/2011**__     Signature: _____

https://rico.jefffenton.com/evidence/1986-sunnyside-property-improvement-highlights.pdf        Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)



BASEMENT DUCT RE-WORK PLAN
SCALE 1/4" = 1'-0"

FENTON BASEMENT DUCT RE-WORK PLAN
1986 SUNNYSIDE DRIVE, BRENTWOOD, TENNESSEE 37027

DATE - SEPTEMBER 26, 2011

SHEET
M-2

https://rico.jefffenton.com/evidence/1986-sunnyside-property-improvement-highlights.pdf

Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)



https://rico.jefffenton.com/evidence/1986-sunnyside-property-improvement-highlights.pdf   Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)



**SPECIAL NOTE:**
SOIL IS LOOSE AND UNSTABLE, PLEASE SET ALL POSTS AT LEAST 2 FEET DEEP AND THOROUGHLY SECURE IN CONCRETE.

**CHAIN LINK FENCE:**
- 9 GAUGE OD, +/-2" DIAMOND WIRE MESH FABRIC
- COATING: BLACK VINYL
- HEIGHT: 60" (5 FEET)
- INCLUDE BOTTOM TENSION WIRE
- WIRE SELVAGE: KNUCKLE-TWIST (TWIST ON TOP, KNUCKLE ON BOTTOM)

**ALUMINUM FENCE:**
- RADIANCE ALUMINUM FENCE STYLE RAST-110(STAGGERED SPEAR TOP DESIGN)
- ELITE FENCE PRODUCTS, STYLE EFS-15
(ALL ALUMINUM FENCE MATERIALS TO BE FROM THE SAME MANUFACTURER - VERIFY FINAL DECISION WITH OWNER.)
- HEIGHT: 60" (5 FEET)
- PICKETS: 5/8" SQUARE
- FINISH: BLACK POWDER COATED
- LINE POSTS: 2"x2" x 0.080" WALL
- TERMINAL POSTS: 2"x2" x 0.125" WALL (EXCEPT AT DOUBLE GATES)
- ALL GATES TO HAVE WELDED U-FRAME DESIGN
- GATE SWING DIRECTIONS TO BE AS SHOWN ON DRAWING
- GATE LOCKS PROVIDED BY OWNER, INSTALLED BY GATE CONTRACTOR.

4 FT.
@ 135 DEGREES

4 FT.
@ 135 DEGREES

103 FEET

ON EXISTING PROPERTY LINE

60" HIGH CHAIN LINK FENCE, BLACK VINYL COATED.

100 FEET

ON EXISTING PROPERTY LINE

60" HIGH CHAIN LINK FENCE, BLACK VINYL COATED.

PAIR OF SWING GATES WITH FLAT-TOP STAGGERED SPEAR DESIGN, INSTALL D&D TECH. LOKKLATCH DELUXE WITH EXTERNAL ACCESS BUTTON KIT (A), AND D&D 24" LOKKBOLT CANE BOLT ON INACTIVE LEAF (B); PROVIDE IN-GROUND PIPE FOR CANE BOLT SLEEVE. USE 2-1/2" OR 4" POSTS AT THESE GATE LEAVES PER MFR'S RECOMMENDATIONS.

3'-6" GATE WITH FLAT-TOP STAGGERED SPEAR DESIGN, INSTALL D&D TECHNOLOGIES LOKKLATCH DELUXE WITH EXTERNAL ACCESS BUTTON KIT.

60" TALL ALUMINUM FENCE AND GATES

+/-41 FEET

DISCUSS WITH OWNER WHETHER TO TURN CORNER WITH A SECTION OF ALUMINUM FENCE BEFORE STARTING THE CHAIN LINK FENCE, TO INCREASE ALUMINUM FENCE STRUCTURAL STABILITY.

3'-6" GATE WITH ARCH-TOP STAGGERED SPEAR DESIGN, INSTALL LOCKEY ADD-A-BOLT GATE KIT GB210 WITH KEYLESS DEADBOLT (OR SIMILAR DEADBOLT SELECTED BY OWNER) AND PROVIDE SEPARATE LEVER LATCHSET 'NWGL01' BRASS-HANDLE GATE LATCH OR EQUIVALENT DOUBLE-SIDED NON-LOCKING LATCHSET, AND PROVIDE SELF-CLOSING HINGES ON THIS GATE ONLY.

EXISTING DRIVEWAY TO REMAIN

NEW 60" ALUM. FENCE ADJACENT TO EXISTING RETAINING WALL

COORDINATE BOTTOM OF FENCE PICKETS TO ALLOW EXISTING DOWNSPOUT LEADER THROUGH AT THIS CORNER

EXISTING RETAINING WALL TO REMAIN

+/- 20'-0"

12'-0"

+/-8'-6"

60" TALL ALUMINUM FENCE

6'-0"

+/- 26'-6"

+/-20'-0"

10'-6"

+/-3'-0"

DISCUSS WITH OWNER WHETHER TO TURN CORNER WITH A SECTION OF ALUMINUM FENCE BEFORE STARTING THE CHAIN LINK FENCE, TO INCREASE ALUMINUM FENCE STRUCTURAL STABILITY.

**PROVIDED BY OWNER, INSTALLED BY GATE CONTRACTOR:**
- (2) D&D TECHNOLOGIES LOKKLATCH DELUXE GATE LATCHES WITH EXTERNAL ACCESS BUTTON KITS
- (1) D&D TECHNOLOGIES LOKKBOLT 24" DROP BOLT
- (1) LOCKEY ADD-A-BOLT GATE KIT GB210 WITH KEYLESS DEADBOLT (OR SIMILAR)

ALL OTHER MATERIALS AND HARDWARE TO BE PROVIDED AND INSTALLED BY GATE CONTRACTOR.

## NEW FENCE PLAN FOR 1986 SUNNYSIDE DRIVE

**OWNERS: JEFF AND FAWN FENTON**      **DATE: MARCH 15, 2015**

https://rico.jefffenton.com/evidence/1986-sunnyside-property-improvement-highlights.pdf

Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

# THE TENNESSEAN

**NEWS**

# Judge Casey Moreland reprimanded by state judicial board

**Tony Gonzalez** tgonzalez@tennessean.com
Published 10:49 a.m. CT Oct. 23, 2014 | Updated 3:13 p.m. CT Oct. 24, 2014

In a rare public rebuke to a sitting judge, the state board that investigates judicial misconduct has reprimanded Davidson County Judge Casey Moreland for his intervention in a June domestic violence case.

The judge's actions led to what police said was a Nashville woman being beaten and choked unconscious just a few hours after another attack by the same man.

In a three-page letter, the Tennessee Board of Judicial Conduct said Moreland violated three judicial canons and "detrimentally affected the integrity of the Judiciary."

Moreland called Judicial Commissioner Steve Holzapfel on June 8 to share information about prominent real estate developer David Chase, who had been charged with domestic assault.

Moreland had spoken with Chase's defense attorney — a personal friend. The judge's subsequent phone call led Holzapfel to free Chase from jail before a 12-hour domestic violence "cooling off" period.

Police said Chase attacked his girlfriend again.

The case rocked Nashville's criminal justice community and triggered reforms, both because of the close friendship between the judge and defense attorney Bryan Lewis, and in the way that the case illustrated a report critical of judges waiving the cooling-off period.

Designed to protect victims at a dangerous time, the 12-hour hold became mandatory in Davidson County after the Chase case. One of three designated domestic violence judges can still approve an early release, but only after a prosecutor, suspect and victim have a chance to be heard.

1 of 3

State lawmakers said they would introduce a bill to make holds mandatory.

On Thursday Moreland referred questions to his attorney, Ed Yarbrough.

"As far as we're concerned this is the final chapter in this episode," he said. "Judge Moreland indicated early on that he realized he had made a mistake, and he still feels that way.

"While not the most lenient punishment they can impose, (this) certainly is better than some of the alternatives."

The board found Moreland erred in three ways. It concluded that he did not comply with the law, did not promote confidence in the judiciary and abused the prestige of his office.

The finding that Moreland abused his powers could set a precedent in Tennessee, Yarbrough said.

"Most judges and lawyers did not understand, until now, that a judge should not talk to the commissioner in the way that it was done in this case," he said.

He said judges and commissioners communicate often. But the conduct board's reprimand could put a stop to situations in which a judge — who holds a higher office — influences a commissioner.

The Board of Judicial Conduct typically cannot disclose investigations or discipline. But by issuing a public reprimand of Moreland, the board chose one of its most severe options, though they stopped short of imposing any specific requirements on him. The board has taken such action only three other times this year and four times in 2013.

The board can't remove Moreland from the bench. Such action would have to come from the legislature and is reserved for the most severe misbehavior.

Despite widespread criticism, Moreland was re-elected as a general sessions judge in August without opposition. His re-election followed calls for his resignation by senators and a Metro councilwoman. The Metro Police chief and domestic violence advocates blasted the judge.

Moreland, a native Nashvillian, was first appointed to the bench by the Metro Council in 1995. He handled a majority of the more than 97,000 criminal cases that came through the General Sessions court in 2013.

## Charges still pending

The case against Chase, meanwhile, has become something of an escalating legal duel between the developer and ex-girlfriend Lauren Aletia Bull, with her prevailing on most of the points of conflict.

The man and woman each requested an order of protection. Judge Gale Robinson ruled in favor of Bull, requiring that Chase stay away from her for at least a year.

Police said Chase dragged the woman out of his apartment by her ponytail in the early morning of June 8. He was arrested and then released from jail hours later, returned home and broke Bull's phone and choked her until she lost consciousness, police said.

Chase faces charges of domestic assault, aggravated assault by strangulation, vandalism and interference with an emergency call. He is no longer represented by Lewis.

Chase's court filings have challenged police and accused the woman of making false statements and of attacking and stalking him.

But his legal trouble has mounted.

Separately in September, a different judge tripled Chase's bond on a DUI charge from 2012 after prosecutors said he violated the conditions of his bond for the third time by drinking heavily one day. He was wearing a court-ordered monitoring device at the time.

Chase was also indicted on DUI and implied consent charges stemming from a February arrest.

That same week, he stepped away from leading the Virgin Hotel construction project on Music Row.

Facing eight counts across the three cases, Chase is due in court later this month and again in November.

*Reach Tony Gonzalez at 615-259-8089 and on Twitter @tgonzalez.*

---

**NOTE:** Judge Casey Moreland's attorney, **Ed Yarbrough**, is the same attorney who later represented Judge Michael Binkley when he was arrested "during a prostitution sting on Dickerson Road in 2010."

An article by the Nashville Scene dated February 1, 2017, states, "According to the complaint, the charges against Binkley "were dismissed and expunged by Judge Casey Moreland on the very same day in a highly unusual manner, both in timing and procedure. Since that time, Attorney Lewis has boasted to a number of individuals that Judge Binkley 'owes' Attorney Lewis and Judge Moreland for 'fixing' the prostitution charges against Judge Binkley."