exactly I am appealing and the parties which I've asked the court to hold accountable for their unethical and illegal actions against me (see attached "2019-12-08 Statement of Issues Proposed to be Raised.pdf").

It seems to me that some of these rules, oaths, and ethics are failing to be practiced, in the handling of my case:

RULE 8: RULES OF PROFESSIONAL CONDUCT: http://www.tsc.state.tn.us/rules/supreme-court/8

[1] A lawyer is an expert in law pursuing a learned art in service to clients and in the spirit of public service and engaging in these pursuits as part of a common calling to promote justice and public good. Essential characteristics of the lawyer are knowledge of the law, skill in applying the applicable law to the factual context, thoroughness of preparation, practical and prudential wisdom, ethical conduct and integrity, and dedication to justice and the public good.

[2] A lawyer, as a member of the legal profession, is a representative of clients, an officer of the legal system, and a public citizen having special responsibility for the quality of justice.

[3] As a representative of clients, a lawyer performs various functions. As an advisor, a lawyer provides a client with an informed understanding of the client's legal rights and obligations and explains their practical implications. As an advocate, a lawyer zealously asserts the client's position under the rules of the adversary system. As a negotiator, a lawyer seeks a result advantageous to the client but consistent with requirements of honest dealings with others. As an evaluator, a lawyer acts by examining a client's legal affairs and reporting about them to the client or to others.

[6] A lawyer's conduct should conform to the requirements of the law, both in professional service to clients and in the lawyer's business and personal affairs. A lawyer should use the law's procedures only for legitimate purposes and not to harass or intimidate others. A lawyer should demonstrate respect for the legal system and for those who serve it, including judges, other lawyers, and public officials. While it is a lawyer's duty, when necessary, to challenge the rectitude of official action, it is also a lawyer's duty to uphold legal process.

[13] The legal profession's relative autonomy carries with it special responsibilities of self-government. The profession has a responsibility to assure that its regulations are conceived in the public interest and not in furtherance of parochial or self-interested concerns of the bar. Every lawyer is responsible for observance of the Rules of Professional Conduct. A lawyer should also aid in securing their observance by other lawyers. Neglect of these responsibilities compromises the independence of the profession and the public interest which it serves.

Maybe they'll update this since Chancellor Binkley said on 8/29 that "fair is something you do in the fall."

Incidentally, I believe that I got the confusion straightened out, so that the COA has accepted my transcripts from both the 8/1 & the 8/29 hearings for evidence to support my brief upon. I'm not sure why, but the 8/29 transcripts somehow got over looked by Williamson Chancery, despite being sent to them via multiple media formats. I'm glad that has been corrected now though, as that is a very valuable hearing toward my defense. Amongst other things, it proves how I was given several assurances in court, which after I was "run out of town", were not only reneged upon, but nearly the exact opposite took place.

Even the **bible** states, that **<u>what you do in secret</u>**, will be exposed in the light. *(Maybe you can sue God over that "threat".)*

*Luke 8:17 (NKJV)*
- **For nothing is secret that will not be revealed, nor anything hidden that will not be known and come to light.**

*Luke 12:2-3 (MSG)*
- **You can't keep your true self hidden forever; before long you'll be exposed. You can't hide behind a religious mask forever; sooner or later the mask will slip and your true face will be known. You can't whisper one thing in private and preach the opposite in public; the day's coming when those whispers will be repeated all over town.**

*Matthew 10:26-27 (MSG)*
- **Don't be intimidated. Eventually everything is going to be out in the open, and everyone will know how things really are. So don't hesitate to go public now.**

---

I, __VIRGINIA LEE STORY__ , do **solemnly swear** or affirm that I will support the Constitution of the United States and the Constitution of the State of Tennessee. In the practice of my profession, **I will conduct myself** with **honesty**, **fairness**, **integrity**, and **civility** to the best of my skill and abilities, **so help me God.**

---

Some people actually believe that *fairness* is one of the *pillars* of the **<u>rule of law</u>**.

Truly,

## Jeff Fenton

17195 Silver Parkway # 150
Fenton, MI 48430-3426
**Phone:** (615) 837-1300

**From:** Megan Henry <Megan.Henry@tncourts.gov>
**Sent:** Friday, May 1, 2020 9:38 AM
**To:** Jeff Fenton
**Subject:** Affidavit

Affidavit.

Megan Henry
Deputy Clerk
135 4th Ave S, Franklin, TN 37064
615-790-5428

https://rico.jefffenton.com/evidence/2020-05-05_notified-story-about-her-fraudulent-affidavit.pdf          Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

# Delivered: Affidavit | FINAL OFFER TO CANCEL APPEAL: PRIOR to Writing my BRIEF, I'm willing to forfeit my $250k, but my name must be CLEARED for ANY AGREEMENT to drop my Appeal

postmaster@tnlaw.org <postmaster@tnlaw.org>

Tue 5/5/2020 1:08 PM

To:Virginia Story <virginia@tnlaw.org>

📎 1 attachments (52 KB)

Affidavit | FINAL OFFER TO CANCEL APPEAL: PRIOR to Writing my BRIEF, I'm willing to forfeit my $250k, but my name must be CLEARED for ANY AGREEMENT to drop my Appeal;

## Your message has been delivered to the following recipients:

Virginia Story (virginia@tnlaw.org)

Subject: Affidavit | FINAL OFFER TO CANCEL APPEAL: PRIOR to Writing my BRIEF, I'm willing to forfeit my $250k, but my name must be CLEARED for ANY AGREEMENT to drop my Appeal

## Delivered: Affidavit | FINAL OFFER TO CANCEL APPEAL: PRIOR to Writing my BRIEF, I'm willing to forfeit my $250k, but my name must be CLEARED for ANY AGREEMENT to drop my Appeal

postmaster@tnlaw.org <postmaster@tnlaw.org>

Tue 5/5/2020 1:08 PM

To:Kathryn Yarbrough <kyarbrough@tnlaw.org>

📎 1 attachments (48 KB)

Affidavit | FINAL OFFER TO CANCEL APPEAL: PRIOR to Writing my BRIEF, I'm willing to forfeit my $250k, but my name must be CLEARED for ANY AGREEMENT to drop my Appeal;

### Your message has been delivered to the following recipients:

Kathryn Yarbrough (kyarbrough@tnlaw.org)

Subject: Affidavit | FINAL OFFER TO CANCEL APPEAL: PRIOR to Writing my BRIEF, I'm willing to forfeit my $250k, but my name must be CLEARED for ANY AGREEMENT to drop my Appeal

## Delivered: Affidavit | FINAL OFFER TO CANCEL APPEAL: PRIOR to Writing my BRIEF, I'm willing to forfeit my $250k, but my name must be CLEARED for ANY AGREEMENT to drop my Appeal

**postmaster@tnlaw.org** <postmaster@tnlaw.org>

Tue 5/5/2020 1:08 PM

To:Heidi Macy <Heidi@tnlaw.org>

📎 1 attachments (52 KB)

Affidavit | FINAL OFFER TO CANCEL APPEAL: PRIOR to Writing my BRIEF, I'm willing to forfeit my $250k, but my name must be CLEARED for ANY AGREEMENT to drop my Appeal;

### Your message has been delivered to the following recipients:

Heidi Macy (Heidi@tnlaw.org)

Subject: Affidavit | FINAL OFFER TO CANCEL APPEAL: PRIOR to Writing my BRIEF, I'm willing to forfeit my $250k, but my name must be CLEARED for ANY AGREEMENT to drop my Appeal

## Relayed: Affidavit | FINAL OFFER TO CANCEL APPEAL: PRIOR to Writing my BRIEF, I'm willing to forfeit my $250k, but my name must be CLEARED for ANY AGREEMENT to drop my Appeal

### Microsoft Outlook <postmaster@outlook.com>

Tue 5/5/2020 1:08 PM

To:Deborah.Rubenstein@tncourts.gov <Deborah.Rubenstein@tncourts.gov>;john.coke@tncourts.gov <john.coke@tncourts.gov>

📎 1 attachments (29 KB)

Affidavit | FINAL OFFER TO CANCEL APPEAL: PRIOR to Writing my BRIEF, I'm willing to forfeit my $250k, but my name must be CLEARED for ANY AGREEMENT to drop my Appeal;

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

Deborah.Rubenstein@tncourts.gov (Deborah.Rubenstein@tncourts.gov)

john.coke@tncourts.gov (john.coke@tncourts.gov)

Subject: Affidavit | FINAL OFFER TO CANCEL APPEAL: PRIOR to Writing my BRIEF, I'm willing to forfeit my $250k, but my name must be CLEARED for ANY AGREEMENT to drop my Appeal

**IN THE CHANCERY COURT FOR WILLIAMSON COUNTY, TENNESSEE**
**AT FRANKLIN**

FAWN ▮▮▮▮ FENTON, )
    Plaintiff/Wife, )
     )
vs. )    **No. 48419B**
     )
JEFFREY RYAN FENTON, )
    Defendant/Husband. )

**AFFIDAVIT OF VIRGINIA LEE STORY**

RECEIVED BY
Judges' Chambers
Date: *10-22-19* (?)

STATE OF TENNESSEE )
COUNTY OF WILLIAMSON )

    Comes now, Virginia Lee Story, attorney of record for the Petitioner, and after being first duly sworn, states as follows:

    1.    I am over 18 years of age and have personal knowledge of the following facts.

    2.    At the August 29, 2019 hearing in this matter, the Court set this matter for final hearing on October 21, 2019 in open Court with Mr. Jeffrey Fenton present in the courtroom.

    3.    Since the August 29, 2019 hearing, Mr. Fenton relocated to Michigan.

    4.    In his handwritten note, he stated that he does not want to contest the divorce and that he does not wish to communicate with Virginia Story or anyone from her firm, ever again. He states that he will never be in Tennessee again. See attached **Exhibit 1**.

    FURTHER AFFIANT SAITH NOT.

    **VIRGINIA LEE STORY**

SWORN to and subscribed before me this _21st_ day of October, 2019.

Notary Public
My Commission Expires: _6-19-22_



I am so sorry things ended this way, but I can never speak with you again. To protect my heart, not out of anger or resentment

MY HOPE!
BECAUSE MS. STORY LITERALLY TERRORIZED AND ABUSED ME BEYOND BENEFIT TO ANYONE!!

I will never communicate with Virginia Story or anyone from her firm, ever again. Regardless of the consequences.

MY OFFER:
IF , and ONLY IF THE TERMS OF MY OFFER ARE ACCEPTED. BUT MS. STORY STEALS EVERYTHING, WHILE SECRETLY DENYING MY TERMS!!

If she will drop all charges and never contact me again, then I will likewise drop my 250 page counter motion set for october 21st.

MY TERMS:
REQUIRED CONDITIONS:
A VERY GENEROUS OFFER, BUT THEY ALWAYS WANT TO TAKE MORE BY FORCE!!

I will mail you the free simple divorce papers signed — and as long as no lawyers are involved, we each walk with what we have, Assets + debts, and no alimony etc ... due either ever. only if we finish non-contested together without a lawyer

WIFE HAS ALWAYS KNOWN THIS! THE "DANGER GAME" IS JUST LEVERAGE!, TO GET THE POLICE TO HELP!, AS THEY COMMIT A CRIME!!

as we promised each other.

I was b. and will never hurt you or those you love in any way. Despite what they cost me.

I will always love you. I leave only with tremendous sadness, nothing more.

I OFFERED!: TO LET HER GET AWAY WITH EVERYTHING!! BUT HER OWN GREEDY LAWYER, PUTS HER AT RISK SIMPLY FOR THE THRILL OF DOMINATING AND ABUSING ME MORE! WHEN IS ENOUGH!, ENOUGH???

If Ms. Story tries to use any of this against me, I will dedicate my life to fighting and appeal this to state court where the sale of our home will be found and proven to be against state laws. If I never hear from Ms Story or her staff or court, then I'm done, and I surrender all. I will always love you. I'm so sorry!

Please don't sell or discard any of this
(except gas mask + flower vase if you want.)
It was all worth MORE THAN MONEY.
or it wouldn't be sitting here
It is my kiss on the
cheek goodbye! Please
kiss and hug my
puppy for me

Non-Contested, No Assets or Debts, Joint

Divorce papers to be mailed to you

within 2 weeks. It might take

me a week to get to MI and

unload this crap.

MY TERMS REPEATED:
TO MAKE ABSOLUTELY SURE
THERE WERE NO MISUNDERSTANDINGS,
QUESTIONS, OR CONFUSION, WHICH COULD FORCE
US BOTH THROUGH MORE TOTALLY UNNECESSARY PAIN!
WITHOUT BENEFIT TO ANYONE, EXCEPT FOR TO A SADIST!!

MORE
TOTALLY UNNECESSARY
PEACEFUL REASSURANCE,
TO REMOVE ANY POSSIBLE
LINGERING THOUGHT, EVEN IF
FROM HER OWN FAKE STORY!

I will never be in Tennessee

again. You never have ANYTHING

To FEAR FROM ME!

Love,

Goodbye FAWN!

DESPITE MS. STORY'S PROMISE IN COURT ON 8/29/2019, TO HOLD COURT OVER THE PHONE - THEY REFUSED WITHOUT NOTICE!

1    MS. STORY:  Since he probably will be

2  moving to Michigan, I would be amenable to him

3  attending the final hearing by telephone if he doesn't

4  want to drive back.  And I can tell you, I will try to

5  accommodate him in any way I can.

6    THE COURT:  ~~I know you will.  You already~~

7  ~~have~~.

8    MS. STORY:  And, also, the order probably

9  needs to say that Ms. Fenton can execute any other

10 documents that need to be executed because he might

11 not be here to sign anything, that Mr. Anderson might

12 need signed.  So I would like to be able to put that

13 in the Order.

14    THE COURT:  All right.  <u>Then if you'll</u>

15 <u>prepare the Order, that'll take care of us</u>.  That's

16 what we're doing.  That's the Order of the Court.

17 Thank you very much.

18    (Proceedings were adjourned at 11:44 a.m.)

19

20

21

22

23

24

25

Case 3:24-cv-01282    Document 50    Filed 03/25/24    Page 12 of 35 PageID #: 4063
https://rico.jefffenton.com/evidence/2019-10-21_fraudulent-final-affidavit-by-virginia-story.pdf    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)



**From:** Tommy Anderson <tom@tommyanderson.us>
**Sent:** Wednesday, October 9, 2019 6:42 PM
**To:** Jeff Fenton
**Subject:** Re: Closing | Utilities | Fully-Executed Settlement Statement
**Attachments:** image001.gif

Yes Fawn received all electronics and got them in her possession. I will have title company send you everything upon closing completion.
Sincerely,
Tommy Anderson

On Wed, Oct 9, 2019, 5:38 PM Jeff Fenton ▮▮▮▮▮▮▮▮▮ wrote:

Hello Tommy,

Please let me know once the closing is completed, so that I can disconnect the utilities. They are all currently being billed to me, on my credit, and I need to minimize accruing debt, especially with zero proceeds from the sale, with which to pay any of my debts or expenses, while remaining unemployed.

Also, did you inform Fawn about the TV and Camera equipment at the house for her? Do you know if she has obtained that yet, or what her plan is? (I just want to ensure that Fawn gets the equipment, rather than the new buyer... he already got a good enough deal!)

Finally, I would like a scan of the fully executed HUD-1, emailed to me please, upon closing.

Thank you, sir.

Jeff Fenton

1986 Sunnyside Drive

Brentwood, TN 37027

1

# Tenn. R. Sup. Ct. 1.0

### Rule 1.0 - TERMINOLOGY

**(a)** "Belief" or "believes" denotes that the person involved actually supposed the fact in question to be true. A person's belief may be inferred from circumstances.

**(b)** "Confirmed in writing," when used in reference to the informed consent of a person, denotes informed consent that is given in writing by the person or a writing that a lawyer promptly transmits to the person confirming an oral informed consent. See paragraph (e) for the definition of "informed consent." If it is not feasible to obtain or transmit the writing at the time the person gives informed consent, then the lawyer must obtain or transmit it within a reasonable time thereafter.

**(c)** "Firm" or "law firm" denotes a lawyer or lawyers in a law partnership, professional corporation, sole proprietorship or other association authorized to practice law; or lawyers employed in a legal services organization or the legal department of a corporation, government agency, or other organization.

**(d)** "Fraud" or "fraudulent" denotes an intentionally false or misleading statement of material fact, an intentional omission from a statement of fact of such additional information as would be necessary to make the statements made not materially misleading, and such other conduct by a person intended to deceive a person or tribunal with respect to a material issue in a proceeding or other matter.

**(e)** "Informed consent" denotes the agreement by a person to a proposed course of conduct after the lawyer has communicated adequate information and explanation about the material risks of and reasonably available alternatives to the proposed course of conduct.

**(f)** "Knowingly," "known," or "knows" denotes actual awareness of the fact in question. A person's knowledge may be inferred from circumstances.

**(g)** "Partner" denotes a partner in a law firm organized as a partnership or professional limited liability partnership, a shareholder in a law firm organized as a professional corporation, a member in a law firm organized as a professional limited liability company, or a sole practitioner who employs other lawyers or nonlawyers in connection with his or her practice.

**(h)** "Reasonable" or "reasonably," when used in relation to conduct by a lawyer, denotes the conduct of a reasonably prudent and competent lawyer.

**(i)** "Reasonable belief" or "reasonably believes" when used in reference to a lawyer, denotes that the lawyer believes the matter in question and that the circumstances are such that the belief is reasonable.

**(j)** "Reasonably should know," when used in reference to a lawyer, denotes that a lawyer of reasonable prudence and competence would ascertain the matter in question.

**(k)** "Screening" and "screened" denote the isolation of a lawyer from any participation in a matter through the timely imposition of procedures within a firm that are reasonably adequate under the circumstances to protect information that the isolated lawyer is obligated to protect under these Rules or other law.

**(l)** "Substantial" or "substantially," when used in reference to degree or extent, denotes a material matter of clear and weighty importance.

1

# Tenn. R. Sup. Ct. 3.3

### Rule 3.3 - Candor Toward the Tribunal

**BY LAW, any STATEMENTS or AFFIDAVITS written by a Lawyer, especially in an EX PARTE HEARING against a PRO SE LITIGANT, which FAILS to include ALL the MATERIAL FACTS KNOWN TO THE LAWYER, that will enable the tribunal to make an informed decision, whether or not the facts are adverse, constitute "FRAUD UPON THE COURT, BY OFFICER(S) OF THE COURT!"**

**(a)** A lawyer shall not knowingly:

**(1)** make a false statement of fact or law to a tribunal; or

**(2)** fail to disclose to the tribunal legal authority in the controlling jurisdiction known to the lawyer to be directly adverse to the position of the client and not disclosed by opposing counsel; or

**(3)** in an ex parte proceeding, fail to inform the tribunal of all material facts known to the lawyer that will enable the tribunal to make an informed decision, whether or not the facts are adverse.

**(b)** A lawyer shall not offer evidence the lawyer knows to be false, except that a lawyer who represents a defendant in a criminal proceeding, and who has been denied permission to withdraw from the defendant's representation after compliance with paragraph (f), may allow the client to testify by way of an undirected narrative or take such other action as is necessary to honor the defendant's constitutional rights in connection with the proceeding.

**(c)** A lawyer shall not affirm the validity of, or otherwise use, any evidence the lawyer knows to be false.

**(d)** A lawyer may refuse to offer or use evidence, other than the testimony of a client who is a defendant in a criminal matter, that the lawyer reasonably believes is false, misleading, fraudulent or illegally obtained.

**(e)** If a lawyer knows that the lawyer's client intends to perpetrate a fraud upon the tribunal or otherwise commit an offense against the administration of justice in connection with the proceeding, including improper conduct toward a juror or a member of the jury pool, or comes to know, prior to the conclusion of the proceeding, that the client has, during the course of the lawyer's representation, perpetrated such a crime or fraud, the lawyer shall advise the client to refrain from, or to disclose or otherwise rectify, the crime or fraud and shall discuss with the client the consequences of the client's failure to do so.

**(f)** If a lawyer, after discussion with the client as required by paragraph (e), knows that the client still intends to perpetrate the crime or fraud, or refuses or is unable to disclose or otherwise rectify the crime or fraud, the lawyer shall seek permission of the tribunal to withdraw from the representation of the client and shall inform the tribunal, without further disclosure of information protected by RPC 1.6, that the lawyer's request to withdraw is required by the Rules of Professional Conduct.

**(g)** A lawyer who, prior to conclusion of the proceeding, comes to know that the lawyer has offered false tangible or documentary evidence shall withdraw or disaffirm such evidence without further disclosure of information protected by RPC 1.6.

**(h)** A lawyer who, prior to the conclusion of the proceeding, comes to know that a person other than the client has perpetrated a fraud upon the tribunal or otherwise committed an offense against the administration of justice in connection with the proceeding, and in which the lawyer's client was not implicated, shall promptly report the improper conduct to the

# REQUEST FOR MODIFICATION

**Applicant requests accommodation under Tennessee Judicial Branch Policy 2.07**

## Applicant Information

Applicant is: _____ Witness _____ Juror _____ Attorney __X__ Party _____ Other (Specify Nature of Interest):_____

Name: **JEFFREY RYAN FENTON**
Telephone: _____ **(615) 837-1300**
Address: _____ **17195 Silver Parkway, #150**

_____ **Fenton, MI  48430-3426**

Court: **COURT OF APPEALS OF TENNESSEE**
_____ **MIDDLE DIVISION  (AT NASHVILLE)**

Judge:_____

Case No.: _____ **M2019-02059-COA-R3-CV**

1. Type of proceeding. _____ Criminal ___X___ Civil
2. Proceedings to be covered (e.g., bail hearing, preliminary hearing, particular witnesses at trial, sentencing hearing, motion hearing, trial): **Appeal of Forced Sale of Home, Divorce Judgment, Stalking Charge, and Order of Protection**

3. Dates modification needed (specify): _____ **Currently – Throughout Appeal** _____

4. Disability necessitating modification (specify): **Obsessive-Compulsive Personality Disorder (OCPD) DSM-5 301.4 (F60.5), Attention-Deficit Hyperactivity Disorder (ADHD) DSM-5 314.01 (F90.2), Generalized Anxiety Disorder (GAD) DSM-5 300.02 (F41.1), Circadian Rhythm Sleep Disorder (CRSD) Non-24-Hour Sleep-Wake Disorder (Non-24) DSM-5 307.45 (G47.24), Poverty, Forced Geographic Distance from Court**

5. Type of modification requested (specify): **Procedural and Technical Flexibility, Additional TIME for Deadlines to Self-Represent by Necessity, Communication Modifications due to COVID-19 and Excessive Mailing Times to Michigan, Judgment Based Upon the LAWS – not just the Technical Codes which I am Knowledgeable about, or able to Research and Cite (ignorance about the law is no excuse for breaking it, hence it shouldn't be for being protected by the law either). Please Judge based upon the SPIRIT of the Law, not just the Technical Manipulation of Words used to Express, Define, and Communicate it.  Thank you!**

6. Special requests or anticipated problems (specify): **Additional TIME and Patience please. By disorder I'm a Perfectionist who has a nearly impossible time Focusing and Remaining On Task, especially when of Significant Consequence. Yet I can't afford to hire anyone to help Represent me. I also request that all Court Communications please be sent to me Electronically, via Email or Fax (I setup a dedicated fax number for the court), because it often takes a WEEK to receive Mail here in Michigan, plus in-house handling times. My Email is jeff.fenton@live.com, and my dedicated fax number for the court is (810) 255-4438.**

7. Significant problem and request for Court Oversight, Accountability, Advocacy, and Assistance: **I strongly believe that the narrative driving the basis for ALL the actions levied against me so far by the opposing counsel (Ms. Story) has been largely FALSE, Intentionally Deceptive, Bombarding me from every angle simultaneously, specifically to Exploit my Known Disabilities, to Strategically Devastate me, using HARRASSMENT BY LEGAL PROCESS (malicious litigation). Combined with Ms. Story's Reputation, Resources, and Relationships, I don't believe that I ever had a chance at a Fair Trial. Ms. Story BOUND me**

*PLEASE USE MY TN ADA, UNTIL I HAVE TIME TO FILE.*

*Thanks!*

<u>with an OP obtained under False Testimony, then **TOOK** and **DESTROYED** everything of substance, which I
have ever owned, in just two months.</u>

8.    To substantiate my claims about legal inequality and unfairness: <u>**During my trial on August 29th, 2019, at
"The Old Courthouse" in Franklin, as is recorded in VOLUME-4 of my Technical Record, Page-516, Line-6,
the Judge told me, "Fair is something you do in the fall."**</u>

<u>**Despite my many requests that the Court Differentiate this as a "Transcript of Evidence", it remains buried in
my Technical Record, even though the Judge procured the Court Reporter himself. The remainder of that
same transcript clearly reveals how open, objective, and impartial, the Court remained, amidst my Testimony
versus Ms. Story's. I beg you look and see for yourself! Your intervention is requested and seriously needed!**</u>

Documentation provided by my Psychiatrist and my Psychotherapist is included to prove that I have the disabilities
listed, as well as a real need for the modifications sought herein.

My request for a 60-Day extension, for filing my Brief, will follow; but for the sake of TIME, since I am so SLOW at
this, I am sending this Request for Modification separately. Thank you!

I hereby certify that the above information is true and correct to the best of my knowledge.

Date:    7/8/2020                                    _____
                                                                    (Signature of Applicant)

G The request for modification is **GRANTED.**

G **OFFER OF REASONABLE ALTERNATE MODIFICATION** _____

_____

G The request for modification is **DENIED** because:

         ____ the applicant is not a qualified individual with a disability

         ____ the requested modification would fundamentally alter the nature of the judicial program, service or activity

         ____ the requested modification would create an undue financial or administrative burden

         ____ the applicant refused to comply with the Policy

         ____ the applicant's failure to comply with the Policy makes impossible or impracticable the ability to provide the
         requested Modification

(Specify)_____

DATE: _____                    _____
                                                                    Local Judicial Program ADA Coordinator

## APPEALS

G      Presiding Judge Review requested. (Specify reason and the remedy you want): _____

_____

_____

DATE:_____          _____

                                       (Signature of Person Requesting Review)

### PRESIDING JUDGE REVIEW

        I have reviewed the original request for modification, the offer of alternate modification OR the denial of modification and the reason for the denial, and the reason that this review has been requested and find as follows:

_____

_____

_____

_____

DATE:_____          _____

                                PRESIDING JUDGE

G      Administrative Office of the Courts Review requested. (Specify reason and the remedy you want):_____

_____

_____

DATE:_____          _____

                                         (Signature of Person Requesting Review)

### ADMINISTRATIVE OFFICE OF THE COURTS REVIEW

        I have reviewed the original request for modification, the offer of alternate modification OR the denial of modification and the reason for the denial, and the reason that this review has been requested and find as follows:

_____

_____

_____

_____

DATE:_____          _____

                                AOC DIRECTOR

## Radnor Psychiatric Group, PLC
5123 VIRGINIA WAY
SUITE C-11
BRENTWOOD, TENNESSEE 37027

Telephone: (615) 373-5205
Fax: (615) 373-5165

July 19, 2019

To Whom It May Concern:

RE:  Jeffrey Fenton, DOB: 

Jeff Fenton has been a patient under my care since February 2012.  He has been diagnosed with a
Generalized Anxiety Disorder, Attention Deficit Disorder, and some Obsessive Compulsive
Personality traits.  He has been complaint with both his psychiatric medications prescribed and
his individual psychotherapy with Terry Huff, LCSW.

The symptoms of his illnesses have interfered with his ability to maintain employment, despite
compliance with our treatment recommendations.  His condition does not predispose him to any
violent behavior and, to my knowledge, he has not been involved in any violent behavior since
being a patient under my care.

If you have any further questions regarding his diagnosis, treatment, or prognosis, please contact
me with his permission.

Sincerely,

Richard E. Rochester, M.D.

Terry M. Huff, LCSW
Suite 134
5115 Maryland Way
Brentwood, TN 37027
615-627-4191
terrymhuff.com

August 28, 2019

To Whom it May Concern:

I'm writing at the request of my client, Mr. Jeff Fenton, to explain his mental health challenges and their effects on his general functioning. I am licensed as a clinical social worker in Tennessee, and I have a private psychotherapy practice in Brentwood. I have been providing psychotherapy services for thirty years. My specialty is in helping adults with attention deficit hyperactivity disorder (ADHD).

I began seeing Mr. Fenton May 3, 2018. His primary concerns for which he sought my help were marital problems and effects of his ADHD. He has a history of particular difficulties with occupational functioning due to extraordinary perfectionism and getting lost in details, which contribute to inefficiency and missed deadlines. This particular challenge, along with certain other features, are consistent with symptoms of obsessive compulsive personality disorder. ADHD and OCPD have been the focus of Mr. Fenton's psychotherapy. He also has specific phobias and social anxiety, which have not been the primary focus in therapy.

ADHD is a neurological condition that makes it difficult to manage one's attention and inhibit impulses. It is often misperceived as an inability to focus rather than difficulty managing and shifting the focus of one's attention. Adults with ADHD often have difficulty returning to open awareness when locked into a focused state of awareness. They often have trouble activating and sustaining effort on monotonous tasks, organizing and prioritizing tasks, keeping track of items needed for tasks, estimating and tracking time, managing emotions skillfully, inhibiting speech and action (tending to talk excessively and interrupt others), and inhibiting impulses.

Obsessive Compulsive Personality Disorder is characterized by "preoccupation with orderliness, perfectionism, and mental and interpersonal control, at the expense of flexibility, openness, and efficiency," according to the DSM-5 (Diagnostic and Statistical of Mental Disorders - 5th edition). Individuals with this disorder try "to maintain a sense of control through painstaking attention to rules, trivial details, procedures, lists, schedules, or form to the extent that the major point of the activity is lost." They may get so caught up in the details of a project that they don't complete it, or they miss deadlines. If can take them a long time to complete a task due to this excessive preoccupation with details. They are often "inflexible about matters of morality, ethics, or values and may force themselves and others to follow rigid moral principles and very strict standards of performance." They often have trouble delegating tasks to others, as others must conform to their way of doing things. Those tasks must be done "correctly." They tend to "plan ahead in meticulous detail and are unwilling to consider changes." Their ability to compromise may be compromised by the inflexibility. They are uncomfortable with relationships and situations in which they are not in control or where they must rely on others. They are uncomfortable with the unpredictable.

One effect of the OCPD is Mr. Fenton's communication when dealing with conflict. His excesses in speech and writing can appear imposing or hostile. He acknowledges his compulsion to communicate excessively. The compulsion is driven by an undercurrent of unsettled feelings that persist until he is certain there is no possibility of being misunderstood. This pattern is consistent with the disorder (OCPD). His effect on others—i.e., anyone receiving the excess of communication—is often lost on him, as his attention is locked into the effort to be understood. Consequently, those efforts are experienced by others as intense and sometimes hostile.

Mr. Fenton is aware that he has more work to do on this problem. He recently requested that we focus less on the present crisis and more on managing the challenge of coping effectively with the symptoms ADHD and OCPD, and decreasing self-defeating behavior. Due to both conditions, Mr. Fenton's excessive attention to what he wants to communicate obstructs him from being aware, in a given moment, of effects of his efforts (e.g., the impact of the volume of his voice when speaking, or the volume of information when writing).

Mr. Fenton has been forthcoming in psychotherapy sessions and has been open and willing to be challenged with respect to his symptoms and their effects. He acknowledges mistakes when they are pointed out and is working to understand how his best intentions sometimes go awry, and his persistent efforts can be self-defeating.

Mr. Fenton has never expressed any intention of harming himself or others during the sixteen months that I have known him. I have never had reason to suspect any intention to harm himself or others. He has participated frequently in a support group for adults with ADHD. He has participated actively and has offered help to others in the group.

Thank you for consideration of the role that mental health and disability have played out in Mr. Fenton's life and relationships. His participation in psychotherapy and related services will continue.

Respectfully,

Terry M. Huff, LCSW

*Obsessive-Compulsive Personality Disorder (OCPD) DSM-5 301.4 (F60.5)*

*Generalized Anxiety Disorder (GAD) DSM-5 300.02 (F41.1)*

*Attention-Deficit Hyperactivity Disorder (ADHD) DSM-5 314.01 (F90.2)*

*Circadian Rhythm Sleep Disorder (CRSD) Non-24-Hour Sleep-Wake Disorder (Non-24) DSM-5 307.45 (G47.24)*

# Radnor Psychiatric Group, PLC

5123 VIRGINIA WAY
SUITE C-11
BRENTWOOD, TENNESSEE 37027

Telephone: (615) 373-5205
Fax: (615) 373-5165

November 1, 2018

RE: Jeffrey Fenton, DOB: █████████

To Whom It May Concern:

Jeffrey Fenton has been a patient under my care since 2012. He is treated for a severe Generalized Anxiety Disorder, Attention Deficit Disorder, and suffers from an Obsessive Compulsive Personality Disorder. He also has specific phobias regarding weather, driving across bridges, and flying, along with obsessive concerns over his health.

His symptoms of severe anxiety, obsessive worry, preoccupation with details and rules, perfectionism, inflexibility, and problems with rigidity have all interfered with his ability to hold a job and have a healthy relationship.

I have prescribed medication including Lexapro 40 mg a day, Vyvanse 70 mg a day, Xanax 1 mg every six hours as needed, and Restoril 30 mg at night for chronic insomnia. He also has continued to see Terry Huff, LCSW, in psychotherapy. Despite his compliance with his medication and therapy, his symptoms continue to be disabling.

Please consider Mr. Fenton's severe psychiatric condition in any judgments being made about his ability to work and his ongoing divorce. If you have any questions regarding his treatment or prognosis, please contact me with his permission.

Sincerely,

Richard E. Rochester, M.D.
RER/sde



**MERCK MANUAL**
**Professional Version**

# Obsessive-Compulsive Personality Disorder (OCPD)

*By Mark Zimmerman , MD, Rhode Island Hospital*

*Last full review/revision May 2021 | Content last modified May 2021*

Obsessive-compulsive personality disorder is characterized by a pervasive preoccupation with orderliness, perfectionism, and control (with no room for flexibility) that ultimately slows or interferes with completing a task. Diagnosis is by clinical criteria. Treatment is with psychodynamic psychotherapy, cognitive-behavioral therapy, and selective serotonin reuptake inhibitors (SSRIs).

(See also Overview of Personality Disorders.)

Because patients with obsessive-compulsive personality disorder need to be in control, they tend to be solitary in their endeavors and to mistrust the help of others.

About 2.1 to 7.9% of the general population are estimated to have obsessive-compulsive personality disorder; it is more common among men.

Familial traits of compulsivity, restricted range of emotion, and perfectionism are thought to contribute to this disorder.

**Comorbidities** may be present. Patients often also have a depressive disorder (major depressive disorder or persistent depressive disorder) or an alcohol use disorder.

## Symptoms and Signs of OCPD

Symptoms of obsessive-compulsive personality disorder may lessen even over a time period as short as 1 year, but their persistence (ie, remission and relapse rates) during the long term are less clear.

In patients with obsessive-compulsive personality disorder, preoccupation with order, perfectionism, and control of themselves and situations interferes with flexibility, effectiveness, and openness. Rigid and stubborn in their activities, these patients insist that everything be done in specific ways.

To maintain a sense of control, patients focus on rules, minute details, procedures, schedules, and lists. As a result, the main point of a project or activity is lost. These patients repeatedly check for mistakes and pay extraordinary attention to detail. They do not make good use of their time, often leaving the most important tasks until the end. Their preoccupation with the details and making sure everything is perfect can endlessly delay completion. They are unaware of how their behavior affects their coworkers. When focused on one task, these patients may neglect all other aspects of their life.

Because these patients want everything done in a specific way, they have difficulty delegating tasks and working with others. When working with others, they may make detailed lists about how a task should be done and become upset if a coworker suggests an alternative way. They may reject help even when they are behind schedule.

Patients with obsessive-compulsive personality disorder are excessively dedicated to work and productivity; their dedication is not motivated by financial necessity. As a result, leisure activities and relationships are neglected. They may think they have no time to relax or go out with friends; they may postpone a vacation so long that it does not happen, or they may feel they must take work with them so that they do not waste time. Time spent with friends, when it occurs, tends to be in a formally organized activity (eg, a sport). Hobbies and recreational activities are considered important tasks requiring organization and hard work to master; the goal is perfection.

These patients plan ahead in great detail and do not wish to consider changes. Their relentless rigidity may frustrate coworkers and friends.

Expression of affection is also tightly controlled. These patients may relate to others in a formal, stiff, or serious way. Often, they speak only after they think of the perfect thing to say. They may focus on logic and intellect and be intolerant of emotional or expressive behavior.

These patients may be overzealous, picky, and rigid about issues of morality, ethics, and values. They apply rigid moral principles to themselves and to others and are harshly self-critical. ~~They are rigidly deferential to authorities and insist on exact compliance to rules, with no exceptions for extenuating circumstances.~~

## Diagnosis of OCPD

https://rico.jefferson.3o2/quidence9/2028-07-08_Doc...anda..t050t-for-miied-03/25/24     Page 225-pf0935 (Pa9SelDEHT O40730RY et al.)

Case 3:24-cv-01282_Document 50-1 Filed 03/25/24     Page 25 of 35 PageID#: 4076

- Clinical criteria (Diagnostic and Statistical Manual of Mental Disorders, *Fifth Edition* [DSM-5])

For a diagnosis of obsessive-compulsive personality disorder, patients must have

- A persistent pattern of preoccupation with order; perfectionism; and control of self, ~~others,~~ and situations

This pattern is shown by the presence of ≥ 4 of the following:

- Preoccupation with details, rules, schedules, organization, and lists
- A striving to do something perfectly that interferes with completion of the task
- Excessive devotion to work and productivity (not due to financial necessity), resulting in neglect of leisure activities and friends
- Excessive conscientiousness, fastidiousness, and inflexibility regarding ethical and moral issues and values
- Unwillingness to throw out worn-out or worthless objects, even those with no sentimental value
- Reluctance to delegate or work with other people unless those people agree to do things exactly as the patients want
- ~~A miserly approach to spending for themselves and others because they see money as something to be saved for future disasters~~
- Rigidity and stubbornness

Also, symptoms must have begun by early adulthood.

## Differential diagnosis

Obsessive-compulsive personality disorder should be distinguished from the following disorders:

- **Obsessive-compulsive disorder (OCD):** Patients with OCD have true obsessions (repetitive, unwanted, intrusive thoughts that cause marked anxiety) and compulsions (ritualistic behaviors that they feel they must do to reduce their anxiety-related obsessions). Patients with OCD are often distressed by their lack of control over compulsive drives; in patients with obsessive-compulsive personality disorder, the need for control is driven by their preoccupation with order so their behavior, values, and feelings are acceptable and consistent with their sense of self.

- **Avoidant personality disorder:** Both avoidant and obsessive-compulsive personality disorders are characterized by social isolation; however, in patients with obsessive-compulsive personality disorder, isolation results from giving priority to work and productivity rather than relationships, and these patients mistrust others only because of their potential to intrude on the patients' perfectionism.

- **Schizoid personality disorder:** Both schizoid and obsessive-compulsive personality disorders are characterized by a seeming formality in interpersonal relationships and by detachment. However, the motives are different: a basic incapability for intimacy in patients with schizoid personality disorder vs discomfort with emotions and dedication to work in patients with obsessive-compulsive personality disorder.

# Treatment of OCPD

- Psychodynamic psychotherapy
- Cognitive-behavioral therapy
- Selective serotonin reuptake inhibitors (SSRIs)

General treatment of obsessive-compulsive personality disorder is similar to that for all personality disorders. Information about treatment for obsessive-compulsive personality disorder is sparse. Also, treatment is complicated by the patient's rigidity, obstinacy, and need for control, which can be frustrating for therapists.

Psychodynamic therapy and cognitive-behavioral therapy can help patients with obsessive-compulsive personality disorder. Sometimes during therapy, the patient's interesting, detailed, intellectualized conversation may seem psychologically oriented, but it is void of affect and does not lead to change.

SSRIs may be useful.

June 30, 2020

Re: IGA deficiency

In October, 2014, I was referred by my Internal Medicine Dr. Peddireddy to consult with Dr. Suresh Anne at the Asthma, Allergy, and Immunology Center in Flint MI. I was diagnosed with a primary immune deficiency. I have no detectable immunoglobulin A (IgA).

Dr. Anne told me I could no longer visit hospital patients or work in any part of the hospital. As a retired pediatric intensive care nurse, I had wanted to volunteer to work with children. I had to retire from my voluntary parish nurse position. I could no longer visit ill church members at home due to the danger of contracting an infection.

This was over 5 years before the dangerous covid-19. I have not gone to a store, church, hair salon, etc. since, due to the danger to my health. All food and supplies are delivered. None of my family is allowed to visit........only my son who helps me maintain my health. If he gets exposed, I could easily have a disastrous outcome.

Thank you,

*Marsha A. Fenton*

Marsha A. Fenton

# Letter Details



**MICHIGAN MEDICINE**
UNIVERSITY OF MICHIGAN

Michigan Medicine Allergy Clinic | Brighton Center for
Specialty Care
Entrance 1, Level 2
7500 Challis Rd
Brighton MI 48116-9416
Telephone: 734-647-5940
Fax: 734-615-2436

January 13, 2022

To Whom It May Concern:

I had the pleasure of seeing Marsha Fenton on 12/10/2021. She is currently undergoing
evaluation for immunodeficiency. I have recommended that she continue to take all
precautions recommended for unvaccinated people given it is unclear whether she was
able to produce a normal immune response to the COVID-19 vaccines and may not be
protected. Therefore, if possible her son Jeff Fenton should continue to work remotely in
order to avoid COVID-19 exposures for Marsha.

Any further questions can be directed to the office at the phone number listed above.

From the office of:
Mariel Rosati Benjamin, MD

CC
Marsha A. Fenton

*This letter was initially viewed by Marsha A Fenton at 1/13/2022 3:44 PM.*

MyChart® licensed from Epic Systems Corporation © 1999 - 2022 - PRD4

## *ASTHMA, ALLERGY AND IMMUNOLOGY CENTER*

S. Anne, M.D.    R. Botta, M.D.    I. Badr, M.D.    R. Mahajan, M.D.    H. Azzam, M.D.

**Patient Name:** Marsha Fenton
**DOB:** ▓▓▓▓▓ [74 years]
**Visit Date:** 7/2/2020

Ravikumar Peddireddy, M.D.
G-1071 North Ballenger Highway, Suite 206
Flint, MI 48504

Dear Dr. Peddireddy:

Thank you very much for letting me participate in the management of Marsha Fenton, who was seen by telephone consultation on 07/02/20. Marsha states that her IgA deficiency has been stable. She denies any upper or lower respiratory tract infection. She has been following strict avoidance measures from exposing to the COVID-19 infection. She is wearing the mask. She is staying home. Her son also stays with her, who is not working at this time. She denies any fever, chills, or rigors. She denies any upper or lower respiratory tract infection.

PHYSICAL EXAMINATION: Deferred at this time since this was done by telephone consultation.

IMPRESSION: Ms. Marsha Fenton has:
1. IgA deficiency, and
2. Chronic rhinosinusitis.

RECOMMENDATIONS:
1. Marsha is prone to develop recurrent infections. Therefore, I advised her to follow strict isolation measures from exposure to COVID-19 infection.
2. Since her son stays with Marsha, I strongly recommend that her son should do his work from home since it will reduce significantly the risk of exposure of Ms. Fenton to the COVID-19 virus.
3. A follow-up appointment has been scheduled in one year but I advised her to contact me as soon as the pandemic is over for further evaluation and treatment.

Once again, thank you very much for letting me participate in the management of Marsha Fenton. Please do not hesitate to contact me if you need any further information.

Respectfully,

Suresh Anne', M.D.

Signed Electronically By Suresh Anne, MD
Signed Date: 7/3/2020 9:16:00 AM

E-Faxed to Ravikumar Peddireddy, MD On 7/3/2020 9:16:00 AM

| 5155 Norko Drive | 801 Joe Mann Blvd Suite L | 818 W King St. Suite 101 | 1254 N. Main Street | 4792 Rochester Rd | 18161 W. Thirteen Mile Rd. Suite C | 46325 W. 12 Mile Rd. Suite 215 |
|---|---|---|---|---|---|---|
| Flint, MI 48507 | Midland, MI 48642 | Owosso, MI 48867 | Lapeer, MI 48446 | Troy, MI 48084 | Southfield, MI 48076 | Novi, MI 48377 |

# Lab Results Report

Asthma, Allergy and Immunology Center

Patient: FENTON, MARSHA     DOB: [REDACTED]     Gender: F

Order Number: 0011494
Account #: 45961
Collection Time: 05/10/2018 10:43
Received Time: 05/10/2018 10:44
Specimen:
Comments:

Provider: ANNE, SURESH
Source (Lab): Quest
Result Time: 05/11/2018 19:07
Accession #: WX534222V
Volume (ml):     Fasting: NO
Additional Information:

| Test | Result | Flag | Unit | Status | Ref. Range | Lab |
|---|---|---|---|---|---|---|
| **IMMUNOGLOBULINS :** | | | | | | |
| IMMUNOGLOBULIN A | <5 | L | mg/dL | F | 81-463 | CB |
| IMMUNOGLOBULIN G | 1494 | | mg/dL | F | 694-1618 | CB |
| IMMUNOGLOBULIN M | 68 | | mg/dL | F | 48-271 | CB |

---

Performing Laboratory Information:

CB     Quest Diagnostics-Wood Dale, 1355 Mittel Blvd Wood Dale, IL 60191-1024, , Anthony V Thomas, M.D.

Abnormal Flags:

L     Below low normal

Page 1 of 1 (5/15/2018 1:40:47 PM)

| | |
|---|---|
| **From:** | Jeff Fenton |
| **Sent:** | Friday, October 16, 2020 3:20 PM |
| **To:** | appellatecourtclerk |
| **Cc:** | Lisa Marsh |
| **Subject:** | M2019-02059-COA-R3-CV | FAWN ███████ FENTON v. JEFFREY RYAN FENTON | 2020-10-16 EMERGENCY MOTION Notifying of Exigent Circumstances | 2020-10-16 AFFIDAVIT of Jeffrey R Fenton - Authenticity of Audio |
| **Attachments:** | Richard Rochester Psychiatrist son-in-law of late Judge Thomas Wiseman and wife Emily Matlack Wiseman (of Oak Hill).pdf; Terry Huff Psychotherapist - Parents Glenn and Honor Huff (Founders of Agape & Huff Groccery) - Uncle Mutt Huff (WILCO Sheriff for 12 Years) WILCO  1800s.pdf; Strong Man Principle.pdf; TECHNICAL RECORDS Glossary.xlsx; 2020-10-16 EMERGENCY MOTION Notifying of Exigent Circumstances.pdf; 2020-10-16 AFFIDAVIT of Jeffrey R Fenton - Authenticity of Audio.pdf; 24,220 PIECES OF DIVORCE EVIDENCE (36 GB).pdf; 2020-07-08 ADA Request for Modification due to Mental Health (Under Tennessee Judicial Branch Policy 2_07).pdf; 2020-10-15 AFFIDAVIT OF MARSHA ANN FENTON (Mother).pdf; 2020-10-15 FATHER Dan Fenton - Letter Verifing that I could NOT Live with Him (Despite Story's Claims).pdf; Jeffs Mothers Home in Michigan (125k - 780 SqFt).pdf; Fawns Mothers Home in California (FOUR Million Dollars).pdf; M2019-02059 Transcript of Evidence-2 (original).pdf; M2019-02059 Transcript of Evidence-2a (with audio times).pdf |

Hello Justices,

Please find attached my "2020-10-16 AFFIDAVIT of Jeffrey R Fenton - Authenticity of Audio", which covers the authenticity of the transcripts for the 8/31/2019 hearing, both the audio version and the transcribed with TIME MARKERS every paragraph to sync with the audio. Also find attached the "2020-10-16 EMERGENCY MOTION Notifying of Exigent Circumstances". These both cover a broad spectrum, which I believe completely, irrefutably, disprove ALL THREE ACTIONS by the Trial Court.

Money is no longer my goal… I'm simply unable to seek financial restitution without legal Counsel. Likewise, with as hard as I have worked, and I have worked probably 16 hours per day on this for LITERALLY MONTHS, I'm just not capable of narrowing down this evidence:

- DOCUMENTED DIVORCE EVIDENCE,
- 36.6 GB of Data
- 24,020 FILES
- 2,001 FOLDERS

I could create a storyboard, website or blog, write a book or a miniseries, but there is no way I can fit this much evidence that EVERY ACTION TAKEN AGAINST ME HAS BEEN FRAUDULENT, IN BAD FAITH in a legal document like a BRIEF, without at least a few more months to work EVERYDAY on it, or if you were to provide me with competent Counsel. I thought that I could do it, and I believe that you will find that I have done a LOT of work, but the entire Narrative of Ms. Story is FALSE. As you will also find if ANYONE ever reads my "ONE AND DONE" filed on 8/29/2019: TRv1-3, Pages 119-380.

I'm attacheding a copy of my "TECHNICAL RECORDS Glossary.xlsx" spreadsheet also, if anyone there can help me and might find that useful.

The reason I need such an excesive amount of stuff attached to my record, is because Ms. Story totally exploited my disabilities, with basically a "decoy" divorce, because it was far cheaper and more effective than telling the TRUTH about anything!

As such, I am missing a LOT of significant PROOF that Ms. Story and Judge Binkley didn't treat me ethically or legally.

I understand how powerful they both are, which is why I KNOW that I have no hopes of receiving any financial restitution from them, without Counsel and another five years of my life to devote to this.

I just want all the LIES removed, no record as an ABUSER, as a STALKER, a simple non-contested divorce with no alimony due either party, ever! With any of the bogus legal fees for Ms. Story or Ms. Fenton charged back to Ms. Fenton. While I'm not even seeking restitution for my legal fees, if you could please just order Williamson County Court to pay the fees for this appeal, both their fees and yours. I believe there is more than adequate proof they have significant exposure here.

I also need the Order of Protection both terminated and expunged from existence, so that it won't keep hurting my already terrible vocational opportunites please.

If you all can accomplish that, without the need for me to write a Brief, or their reply brief, or anything else, then I will be satisfied with that, and move on with my life!

I know that legally I'm due probably a mid-six figure judgment, but I also know that I'll never get it! So at age 51, I just want to have my NAME, my REPUTATION, and my CONSTITUTIONAL RIGHTS restored as though none of this craziness took place!

If that is not possible, then please provide me with legal counsel, because surely anyone who listens to the audio recording of the hearing on 8/29/2019 WHILE FACT CHECKING EVERYTHING STORY/BINKLEY say with the previous judgment and both sets of transcripts, NOTHING lines up! They just relentlessly BULLIED me darn near to death!

If you can't either provide the simple cure requested above, or provide me with legal counsel to draft my brief, along with the time for them to do so, knowing there is a LOT of Discovery in this case, which without seeing it is really overwhelming and surpasses most peoples ability to BELIEVE. That is why the AUDIO TRANSCRIPTS, along with the documented PROOF I'm sending you here and in several subsequent emails (due to file size), asking that you please supplement my record with each. While PLEASE recording the 8/29/2019 TRANSCRIPTS OF EVIDENCE as TRANSCRIPTS OF EVIDENCE instead of leaving it buried in my Technical Record as Williamson County filed it. I spent $500 and I couldn't tell you all the work I went through to try to do that correctly 15 different ways, but

Williamson County REFUSED to file that as a Transcript of Evidence. Now that I'm supplying you with the AUDIO RECORDING (which Judge Binkley gave me permission to record) as well as the written transcripts, with time markers written throughout the transcripts at the top left of each paragraph, it is SO EASY TO VERIFY, it is much more reliable than a single media format! While the AUDIO format is essential to know the TONE, FORCE, and ways which we all communicated, to be able to separate out what was clearly abusive.

As stated, I'm about to send you probably close to a dozen emails of files, asking that you PLEASE add them to my record so that it contains an element of TRUTH!

If you want to SEAL all the records when this is over, to protect us ALL from embarrasement, I am fine with that. I just don't want the Court hiding their faults, burried in the technical records instead of as a transcript of evidence, while exposing all of our dirty laundry.

Also, if none of these solutions will work for you, then please transfer this appeal to the Eastern Tennessee Court of Appeals. I'm hoping they will have less conflicts of interests relationally, but I really don't know. I just read that they are quite vigelant at prosecuting bad Judicial actors. Plus I really like that one Suppreme Court lady from over there… Sharon G. Lee. I have a tremendous amount of respect for her, putting the US Constitution above both TN law, and the people who administrate those laws. I really like this opinioin of hers: https://www.tncourts.gov/sites/default/files/christensenj.opn_.dis_.pdf (It was the article that the language on our No Trespassing Signs were based upon.)

I'm planning to live with my mother now for the rest of her life, so as much as I hate Michigan, I expect to live out the rest of my life here. While though I absolutely loved Tennessee and Williamson County, living in Middle Tennessee for 25 years, I will never step foot on Tennessee Soill again, unless I must to seek the restitution of my NAME and RIGHTS. I lost too much way too quickly, while finding that without $$ I had no voice at all!

Please don't take that personally. I loved the people there, but in 7.1 minutes of my testimony, with only TWO short 30—minute court hearings, I lost everything that I loved in my LIFE! Then I was chased out nearly at gun point, which Virginia Story went to Federal Court to obtain an order to sell my personal property, which she made me leave there, in an attempt to supercede Tennessee State law. She wanted to deny me my $10k personal property exemption, and tried to extort $2k from my mother for puffed up storage charges, or said that she would sell or discard my stuff. I don't mean to be rude, but that woman belongs behind bars! I've dealt with all sorts of people in my life, but I've never dealt with anyone as absent of a soul as her, on either side of the law.

Since I'm NOT seeking money, since you will SEE and HEAR I have been terribly violated by Ms. Story under the pretense of law, I don't see why their would be any need for her to have an opportunity to write a brief, or to drag this out further. She is the one who deserves to be charged with crimes. She is the one who would owe me hundreds of thousands of dollars, but I know that I'll never get it, so I'll just be better off to let go of any money!

Additionally, my ex-wife is broken and destitute from this all. She is currently unemployeed and bankrupt. I know that she will recover, but she won't even try until after this action is over with, for fear that she will be forced to pay me alimony, and I'd rather just close that door and assure her that she is free to try to live the best life that she can.

So I'm hoping that this once, the COA can make an exception for all of our best interests. There just isn't anything left to gain, without either myself or Ms. Fenton losing MORE, both of which are unacceptable consequences to me. Please don't allow them to file charges against Ms. Fenton, because she could have never done MOST of this without POWERFUL PEOPLE who could lift her OVER the laws.

If anything bad will happen to Ms. Fenton, then I will need to battle this out with the Courts to try to protect her, from the bigger bullies on the playground. Otherwise, I just need my life back please!

Please let me know any questions or concerns you have.

Thank you for considering my request.

Everything to follow in the next two days will be in regards to this action, requesting to be supplemented to my record please.

Again, I do ask that this all be looked at and considered by THREE of the JUSTICES at the Appellate Level, so that one judge alone who is buddies with either party can't just sweep this under the rug. I know that we'd like to think that isn't the sort of World we live in, and I know nothing about any of you personally, I just know how Nashville works.

For anyone who is concerned that I might been a nut case, then listen to the audio first please! Plus, though the court heard me speak a whole 7.1 minutes to decide that I'm a danger to society, my psychiatrist and my psychotherapists, have literally spent HUNDREDS of hours with me, and believe exactly the opposite, as the documention which you have in my ADA mod request shows… which I will attach here again.

Both are LIFE LONG Brentwood residents. Terry Huff my Psychotherapist's family has been living in Williamson County since the 1800s! His parents founded Agape, Huff Groccery in Brentwood, and were tremendously respected and wonderful people, as is Terry. He would never attest to anyone being "safe" who is dangerous, for any amount of money. He won't even accept a free book without buying it!

As for my Psychiatrist Dr. Richard Rochester, besides being an expert in his field, he grew up in the shadow of US District Middle Tennessee Judge Thomas Wiseman, trying to live up to his standards, since they were his wife's parents.

https://rico.jefffenton.com/evidence/2020-10-16_coa-emergency-motion-reporting-misconduct.pdf    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

I may not have any voice, power, or money here, but these people are all SALT OF THE EARTH, and their voices echo that I AM NOT DANGEROUS TO MS FENTON OR ANYONE ELSE! Terry Huff has even met with both me and Ms. Fenton together, way more recently than Ms. Story's claim of us not communicating in her OP application, so Terry knows about some of Ms. Fenton's challenges too, and has watched the dynamics between us, and knows that my heart only hurts for her! If I could give her everything we had together back and just walk away empty handed, I would in a heartbeat, but I wanted my "legal share", which ended up not being something Ms. Fenton was willing to part with, so we lost everything. I wish I had a clue earlier, so that at least I could have left her in a better place than I found her in, 15-years ago. But regretfully I don't have that power.

Please let me know when you all decide, how I should proceed. If you can't cure my name, reputation and civil rights without me writing a BRIEF, I will waste months more of my life on it, but I've already been in this basement in Michigan for a year, and would like to get to have some good memories with my mother while she is still able to get around and about.

Thank you for your consideration.
Jeff Fenton

FILED: 8/29/2019 @ 9:17 AM

| HUSBAND'S RESPONSE AND COUNTERMOTION TO WIFE'S MOTION FOR VIOLATION OF THE EX PARTE ORDER OF PROTECTION AND FOR DATE CERTAIN FOR WALK THROUGH OF HOUSE AND MOTION FOR SCHEDULING ORDER | 63-PAGES (Primary)<br><br>TR. v1 (page 119) through TR.v2 (page 181)<br><br>v1: 124 through v2: 32 | TR. v1-v3<br><br>(p119 - 380)<br><br>v1: 124-155<br><br>v2: 2-151<br><br>v3: 2-80 | Court started at 9am… texted Mitchell to inform Chancellor I was running late.<br><br>Stayed up several nights in a row preparing, didn't have time to BIND 3-Copies of Exhibit-B.<br><br>Had to run out the door to Chancery Clerk & Master to file stamp.<br><br>FILED 17 minutes AFTER court started, then rushed to find "The Old Franklin Court House".<br><br>In court I handed Virginia Story copies of everything, and I provided Mitchell with copies of my signed and stamped request to release them as my counsel as I had promised. | Supplement EXHIBIT-B.<br><br>Add Husband's Response and Counter Complaint for Divorce.<br><br>Remove type-o (check spelling) where on Request #1, I asked for OP and to pay court costs. (Obviously mistakes.)<br><br>Explain gap in Exhibit Lettering Syntax, and that I didn't understand how to properly reference the EXHIBITS within the main document, but they all apply and please take them into consideration, even if not correctly cited and referenced.<br><br>DOC-60/PDF-61 REMOVE: "The Order of Protection be made permanent and that Husband be required to pay her attorney's fees for having to bring this Motion." (Obviously mistakes.)<br><br>Other Typo's possible – I was in a rush, trying to use another form as a template and piece it together to the best of my ability, in a frantic rush, already running late for court.<br><br>Had to sign and GO, without proofreading or looking back. |

# Jeff Fenton

17195 Silver Parkway # 150
Fenton, MI 48430-3426

**Phone:** (615) 837-1300