This document is not available for review electronically.
It is available for review at the courthouse.
See W.D. Mich. LCivR 5.7(d)(ii)

**This video is not my property.**
Source: Connie Reguli, J.D.
URL: https://tennfamilylaw.wordpress.com/

This video is evidence in a federal civil rights, conspiracy, fraud, and racketeering lawsuit, filed by Jeff Fenton.

THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN
Lawsuit Filed on 10/23/2023
Case No. 1:23-cv-1097

Evidence Title: 2010-10-05_reguli-tn-senate-judiciary-comm-retaliation-pt-1.mp4
URL: https://rico.jefffenton.com/evidence/2010-10-05_reguli-tn-senate-judiciary-comm-retaliation-pt-1.mp4

The defendants in this case will be named
at the end of this video.



Scanned Clean ✔

**This video is not my property.**
Source: Connie Reguli, J.D.
URL: https://tennfamilylaw.wordpress.com/

This video is evidence in a federal civil rights, conspiracy, fraud, and racketeering lawsuit, filed by Jeff Fenton.

THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN
Lawsuit Filed on 10/23/2023
Case No. 1:23-cv-1097

Evidence Title: 2010-10-05_reguli-tn-senate-judiciary-comm-retaliation-pt-2.mp4
URL: https://rico.jefffenton.com/evidence/2010-10-05_reguli-tn-senate-judiciary-comm-retaliation-pt-2.mp4

The defendants in this case will be named
at the end of this video.



Scanned Clean ✓



Scanned Clean ✓

**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MICHIGAN**

| JEFFREY RYAN FENTON, | |
|---|---|
| PLAINTIFF | |
| v. | **CASE NO. 1:23-cv-1097** |
| VIRGINIA LEE STORY ET AL., | |
| DEFENDANTS | |

| EVIDENCE TITLE: | 2018-10-15_wilco-seeking-ada-assistance-recorded-call.mp3 |
|---|---|
| **Internet URL:** | https://rico.jefffenton.com/evidence/2018-10-15_wilco-seeking-ada-assistance-recorded-call.mp3 |
| **RELATED DOC:** | https://rico.jefffenton.com/evidence/2018-10-15_wilco-seeking-ada-assistance-call-transcript.pdf |
| **ECF LOCATION:** | Case 1:23-cv-01097-PLM-RSK, ECF No. 1-39, PageID.2046-2067 |

**Description:** Plaintiff called the number printed on the back of the Chancery Court Summons, which stated, "For ADA assistance, please call ADA coordinator: 615-790-5428." Sought information about ADA accommodations/modifications, as well as basic *pro se* info about court forms, protected income and assets, etc.

The .mp3 audio file on this disc is evidence in this federal civil rights, conspiracy, fraud, and racketeering lawsuit.

**This video is not my property.**

This video is evidence in a federal civil rights, conspiracy, fraud, and racketeering lawsuit, filed by Jeff Fenton.

THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN
Lawsuit Filed on 10/23/2023
Case No. 1:23-cv-1097

Evidence Title: 2017-02-01_wsmv-binkley-arrest-expunged-by-moreland.mp4
URL: https://rico.jefffenton.com/evidence/2017-02-01_wsmv-binkley-arrest-expunged-by-moreland.mp4

The defendants in this case will be named
at the end of this video.



Scanned Clean ✔



**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN**

**JEFFREY RYAN FENTON,**
    PLAINTIFF

         v.

**VIRGINIA LEE STORY ET AL.,**
    DEFENDANTS

**CASE NO. 1:23-CV-1097**

| | |
|---|---|
| **EVIDENCE TITLE:** | **2019-06-20_wcso-exparte-order-of-protection-service.mp3** |
| **Internet URL:** | https://rico.jefffenton.com/evidence/2019-06-20_wcso-exparte-order-of-protection-service.mp3 |
| **RELATED DOC:** | https://rico.jefffenton.com/evidence/2019-10-21_order-of-protection-as-illegal-prior-restraint.pdf |
| **ECF LOCATION:** | Case 1:23-cv-01097-PLM-RSK, ECF 1-18, PageID.766 ~ ECF 1-22, PageID.1038; ECF 52, PageID.4225-4228. |

**Description:** Fraudulent "Order of Protection" (official oppression) based upon false testimony to assassinate Plaintiff's character in court, without being heard. Court ignored hundreds of pages of sworn testimony and evidence Plaintiff filed on record on 8/29/2019. By bad faith defaults after wrongfully evicted & displaced outside TN to survive.

The .mp3 audio file on this disc is evidence in this federal civil rights, conspiracy, fraud, and racketeering lawsuit.

**This video is not my property.**

This video is evidence in a federal civil rights, conspiracy, fraud, and racketeering lawsuit, filed by Jeff Fenton.

THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN
Lawsuit Filed on 10/23/2023
Case No. 1:23-cv-1097

Evidence Title: 2017-04-03_wtvf-moreland-tried-to-plant-drugs-on-witness.mp4
URL: https://rico.jefffenton.com/evidence/2017-04-03_wtvf-moreland-tried-to-plant-drugs-on-witness.mp4

The defendants in this case will be named
at the end of this video.



Scanned  Clean ✔



Scanned Clean ✓

## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MICHIGAN

**JEFFREY RYAN FENTON,**
PLAINTIFF

v.

**VIRGINIA LEE STORY ET AL.,**
DEFENDANTS

**CASE NO. 1:23-cv-1097**

| EVIDENCE TITLE: | 2019-08-30_judgment-wrong-emergency-call-to-court.mp3 |
|---|---|
| Internet URL: | https://rico.jefffenton.com/evidence/2019-08-30_judgment-wrong-emergency-call-to-court.mp3 |
| RELATED DOC: | |
| ECF LOCATION: | |

**Description:** Emergency phone call by Jeff Fenton to the Chancery Court Clerk & Master's Office on 8/30/2019. Received court order from 8/29/2019 hearing, substantially false and fraudulent. Attempted emergency contact with the court, Binkley, and Story, to mitigate damages before irreparable losses caused by wrongful eviction.

The .mp3 audio file on this disc is evidence in this federal civil rights, conspiracy, fraud, and racketeering lawsuit.

**This video is not my property.**

This video is evidence in a federal civil rights, conspiracy, fraud, and racketeering lawsuit, filed by Jeff Fenton.

THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN
Lawsuit Filed on 10/23/2023
Case No. 1:23-cv-1097

Evidence Title: 2017-04-03_wtvf-undercover-fbi-video-of-casey-moreland.mp4
URL: https://rico.jefffenton.com/evidence/2017-04-03_wtvf-undercover-fbi-video-of-casey-moreland.mp4

The defendants in this case will be named
at the end of this video.



Scanned Clean ✓

Scanned Clean ✓

**Evidence Title:**

2020-04-30_wilco-weems-8-29-19-transcript-buried-as-exhibit.mp3

https://rico.jefffenton.com/evidence/2020-04-30_wilco-weems-8-29-19-transcript-buried-as-exhibit.mp3

Case No. 1:23-cv-1097
JEFFREY RYAN FENTON
v. VIRGINIA LEE STORY et al.

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **JEFFREY RYAN FENTON,**<br>PLAINTIFF<br><br>v.<br><br>**VIRGINIA LEE STORY ET AL.,**<br>DEFENDANTS | **CASE NO. 1:23-CV-1097** |

| | |
|---|---|
| **EVIDENCE TITLE:** | **2020-04-30_wilco-weems-8-29-19-transcript-buried-as-exhibit.mp3** |
| **Internet URL:** | https://rico.jefffenton.com/evidence/2020-04-30_wilco-weems-8-29-19-transcript-buried-as-exhibit.mp3 |
| **RELATED DOC:** | https://rico.jefffenton.com/evidence/2019-08-29_chancery-hearing-transcript-audio-markers.pdf |
| **ECF LOCATION:** | Case 1:23-cv-01097-PLM-RSK, ECF No. 23, PageID.2863-2892 |

**Description:** Recorded phone call between Plaintiff and Sarah Weems at the Chancery C&M. Ms. Weems was responsible for transferring court records to the TN Court of Appeals. Both Beeler & Weems refused to correctly record Plaintiff's 8/29/2019 Transcript of Evidence, instead burying it in Volume-4 of his Technical Record, at pages 495-523.

The .mp3 audio file on this disc is evidence in this federal civil rights, conspiracy, fraud, and racketeering lawsuit.

**This video is not my property.**
Source: Dr. Chirstopher Savoie
URL: https://tennfamilylaw.wordpress.com/

This video is evidence in a federal civil rights, conspiracy,
fraud, and racketeering lawsuit, filed by Jeff Fenton.

THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN
Lawsuit Filed on 10/23/2023
Case No. 1:23-cv-1097

Evidence Title: 2010-10-05_savoie-tn-senate-judiciary-comm-jud-misconduct.mp4
URL: https://rico.jefffenton.com/evidence/2010-10-05_savoie-tn-senate-judiciary-comm-jud-misconduct.mp4

The defendants in this case will be named
at the end of this video.



Scanned Clean ✓



Scanned Clean ✓

**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MICHIGAN**

| JEFFREY RYAN FENTON, | |
|---|---|
| PLAINTIFF | **CASE NO. 1:23-CV-1097** |
| v. | |
| VIRGINIA LEE STORY ET AL., | |
| DEFENDANTS | |

| EVIDENCE TITLE: | 2020-05-01_coa-hivner-8-29-19-hearing-transcript-recorded-call.mp3 |
|---|---|
| **Internet URL:** | https://rico.jefffenton.com/evidence/2020-05-01_coa-hivner-8-29-19-hearing-transcript-recorded-call.mp3 |
| **RELATED DOC:** | https://rico.jefffenton.com/evidence/2019-08-29_chancery-hearing-transcript-audio-markers.pdf |
| **ECF LOCATION:** | Case 1:23-cv-01097-PLM-RSK, ECF No. 23, PageID.2863-2892 |

**Description:** Recorded phone call from 5/1/2020, between Jeff Fenton and TN COA Clerk James Hivner, requesting his assistance with getting my 8/29/2019 Transcripts of Evidence *recorded correctly* as such, by Beeler and the Chancery Court, who instead buried it in Volume-4 of my Technical Records, in Pages 495-523.

The .mp3 audio file on this disc is evidence in this federal civil rights, conspiracy, fraud, and racketeering lawsuit.

**This video is not my property.**
Source: John Gentry
URL: https://wethepeoplev50.com/videos

This video is evidence in a federal civil rights, conspiracy,
fraud, and racketeering lawsuit, filed by Jeff Fenton.

THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN
Lawsuit Filed on 10/23/2023
Case No. 1:23-cv-1097

Evidence Title: 2020-01-27_gentry-unconstitutional-judicial-oversight.mp4
URL: https://rico.jefffenton.com/evidence/2020-01-27_gentry-unconstitutional-judicial-oversight.mp4

The defendants in this case will be named
at the end of this video.



Scanned Clean



Scanned Clean ✓

https://rico.jefffenton.com/evidence/2020-07-02_bk-trustee-john-mclemore-recorded-call.mp3

2020-07-02_bk-trustee-john-mclemore-recorded-call.mp3

Evidence Title:

Case No. 1:23-CV-1097
v
JEFFREY RYAN FENTON
v VIRGINIA LEE STORY et al.

2020-07-02_bk-trustee-john-mclemore-recorded-call.mp3

## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MICHIGAN

**JEFFREY RYAN FENTON,**
PLAINTIFF

v.

**VIRGINIA LEE STORY ET AL.,**
DEFENDANTS

**CASE NO. 1:23-CV-1097**

| EVIDENCE TITLE: | **2020-07-02_bk-trustee-john-mclemore-recorded-call.mp3** |
|---|---|
| **Internet URL:** | https://rico.jefffenton.com/evidence/2020-07-02_bk-trustee-john-mclemore-recorded-call.mp3 |
| **RELATED DOC:** | https://rico.jefffenton.com/evidence/2020-07-02_bk-trustee-john-mclemore-call-declaration.pdf |
| **ECF LOCATION:** | Case 1:23-cv-01097-PLM-RSK, ECF No. 28, PageID.3276-3288 |

**Description:** Recorded phone call between Plaintiff and his ex-wife's Chapter-7 Bankruptcy Trustee, Attorney John C. McLemore. Attorney McLemore handled Ms. Fenton's bankruptcy (#3:19-bk-02693) from December 6th, 2019, through completion, on or about January 26th, 2021. (Plaintiff was unlawfully deprived of notice and participation by the bk court.)

The .mp3 audio file on this disc is evidence in this federal civil rights, conspiracy, fraud, and racketeering lawsuit.

**This video is not my property.**

This video is evidence in a federal civil rights, conspiracy, fraud, and racketeering lawsuit, filed by Jeff Fenton.

THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN
Lawsuit Filed on 10/23/2023
Case No. 1:23-cv-1097

Evidence Title: 2021-03-21_knox-news-binkley-threatens-prior-restraints.mp4

URL: https://rico.jefffenton.com/evidence/2021-03-21_knox-news-binkley-threatens-prior-restraints.mp4

The defendants in this case will be named
at the end of this video.



Scanned Clean ✓



Scanned Clean ✓

## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MICHIGAN

**JEFFREY RYAN FENTON,**
PLAINTIFF

v.

**VIRGINIA LEE STORY ET AL.,**
DEFENDANTS

**CASE NO. 1:23-CV-1097**

| | |
|---|---|
| **EVIDENCE TITLE:** | **2020-09-30_wilco-inquiry-about-extended-op-and-sales-records.mp3** |
| **Internet URL:** | https://rico.jefffenton.com/evidence/2020-09-30_wilco-inquiry-about-extended-op-and-sales-records.mp3 |
| **RELATED DOC:** | https://rico.jefffenton.com/evidence/2020-09-24_5yr-op-ext-retaliation-no-notice-motion-hearing.pdf |
| **ECF LOCATION:** | Case 1:23-cv-01097-PLM-RSK, ECF No. 17, PageID.2331-2416 |

**Description:** Recorded phone call between Plaintiff and Chancery Court Clerk & Master Elaine Beeler. Plaintiff informed the court that he was provided **no due process** (motion, notice, cause, or opportunity to defend) the **5-year extension** for the court's fraudulent, unheard, default "order of protection", ADA interference with employment, retaliation, Hobbs Act extortion, and official oppression.

The .mp3 audio file on this disc is evidence in this federal civil rights, conspiracy, fraud, and racketeering lawsuit.

**This video is not my property.**

This video is evidence in a federal civil rights, conspiracy, fraud, and racketeering lawsuit, filed by Jeff Fenton.

THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN
Lawsuit Filed on 10/23/2023
Case No. 1:23-cv-1097

Evidence Title: 2022-05-02_wtvf-tn-legislature-voice-votes.mp4

URL: https://rico.jefffenton.com/evidence/2022-05-02_wtvf-tn-legislature-voice-votes.mp4

The defendants in this case will be named
at the end of this video.



Scanned Clean ✔



Scanned Clean ✓

## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MICHIGAN

**JEFFREY RYAN FENTON,**
      PLAINTIFF

               v.

**VIRGINIA LEE STORY ET AL.,**
      DEFENDANTS

**CASE NO. 1:23-CV-1097**

| EVIDENCE TITLE: | 2021-12-02_fbi-mark-shafer-binkley-story-corruption.mp3 |
|---|---|
| Internet URL: | https://rico.jefffenton.com/evidence/2021-12-02_fbi-mark-shafer-binkley-story-corruption.mp3 |
| RELATED DOC: | https://rico.jefffenton.com/evidence/2021-12-02_fbi-mark-shafer-binkley-story-corruption.pdf |
| ECF LOCATION: | Case 1:23-cv-01097-PLM-RSK, ECF No. 1-29, PageID.1699-1707; ECF No. 52, PageID.4174-4201 |

**Description:** Plaintiff sought out and contacted FBI Special Agent Mark Shafer, whose name was listed on the criminal complaint for corrupt Nashville Judge Casey Moreland. After learning the Nashville Resident Agency is managed out of the Memphis Field Office, this was Special Agent Shafer's return call to Plaintiff about Binkley.

The .mp3 audio file on this disc is evidence in this federal civil rights, conspiracy, fraud, and racketeering lawsuit.

**This video is not my property.**
Source: Connie Reguli, J.D.
URL: https://tennfamilylaw.wordpress.com/

This video is evidence in a federal civil rights, conspiracy,
fraud, and racketeering lawsuit, filed by Jeff Fenton.

THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN
Lawsuit Filed on 10/23/2023
Case No. 1:23-cv-1097

Evidence Title: 2022-10-22_reguli-tennessees-new-attempt-at-slavery.mp4
URL: https://rico.jefffenton.com/evidence/2022-10-22_reguli-tennessees-new-attempt-at-slavery.mp4

The defendants in this case will be named
at the end of this video.



Scanned Clean

Scanned Clean ✓

Evidence Title:

2022-03-10_doj-ustp-megan-seliber-bk-fraud-referral.mp3

https://rico.jefffenton.com/evidence/2022-03-10_doj-ustp-megan-seliber-bk-fraud-referral.mp3

Case No. 1:23-cv-1097
JEFFREY RYAN FENTON
v.
VIRGINIA LEE STORY et al.

**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| **JEFFREY RYAN FENTON,** PLAINTIFF | **CASE NO. 1:23-CV-1097** |
| v. | |
| **VIRGINIA LEE STORY ET AL.,** DEFENDANTS | |

| EVIDENCE TITLE: | 2022-03-10_doj-ustp-megan-seliber-bk-fraud-referral.mp3 |
|---|---|
| **Internet URL:** | https://rico.jefffenton.com/evidence/2022-03-10_doj-ustp-megan-seliber-bk-fraud-referral.mp3 |
| **RELATED DOC:** | https://rico.jefffenton.com/evidence/2022-03-15_ustp-bk-fraud-referral-confirmed-no-notice.pdf |
| **ECF LOCATION:** | Case 1:23-cv-01097-PLM-RSK, ECF No. 48, 49, PageID.4019-4028; ECF No. 52, PageID.4208-4210 |

**Description:** Plaintiff contacted Paul Randolph, the Acting United States Trustee for Region 8, over Kentucky and Tennessee, with a bankruptcy fraud complaint/referral, who then assigned the matter to USTP Trial Attorney Megan Seliber in the Nashville USTP office. This is a recorded call between Plaintiff and Megan Seliber.

The .mp3 audio file on this disc is evidence in this federal civil rights, conspiracy, fraud, and racketeering lawsuit.

**This video is not my property.**
Source: @SouthernGirlCrimeStories
https://www.youtube.com/watch?v=UY0SWIpzLZY

This video is evidence in a federal civil rights, conspiracy, fraud, and racketeering lawsuit, filed by Jeff Fenton.

THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN
Lawsuit Filed on 10/23/2023
Case No. 1:23-cv-1097

Evidence Title: 2022-12-22_sgcs-franklin-tn-corruption-abuse-solomon-case.mp4

URL: https://rico.jefffenton.com/evidence/2022-12-22_sgcs-franklin-tn-corruption-abuse-solomon-case.mp4

The defendants in this case will be named
at the end of this video.



Scanned Clean



**Evidence Title:**

2023-10-11_usdc-wdm-emily-can-file-in-lansing.mp3

https://rico.jefffenton.com/evidence/2023-10-11_usdc-wdm-emily-can-file-in-lansing.mp3

**Case No. 1:23-cv-1097**
v.
**JEFFREY RYAN FENTON**
**VIRGINIA LEE STORY et al.**

## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MICHIGAN

**JEFFREY RYAN FENTON,**
Plaintiff

v.

**CASE NO. 1:23-CV-1097**

**VIRGINIA LEE STORY ET AL.,**
Defendants

| | |
|---|---|
| **Evidence Title:** | 2023-10-11_usdc-wdm-emily-can-file-in-lansing.mp3 |
| **Internet URL:** | https://rico.jefffenton.com/evidence/2023-10-11_usdc-wdm-emily-can-file-in-lansing.mp3 |
| **Related Doc:** | https://rico.jefffenton.com/evidence/2024-01-09_objection-to-wdm-report-recommendation.pdf |
| **ECF Location:** | Case 1:23-cv-01097-PLM-RSK, ECF No. 14, 14-1, PageID.2181-2187 |

**Description:** Recorded phone call between Plaintiff and [clerk] Emily at the United States District Court for the Western District of Michigan in Lansing. Plaintiff was told he could file his lawsuit in Lansing, and if the court finds it should have been filed in a different Federal Court, they will transfer it while preserving his filing date.

The .mp3 audio file on this disc is evidence in this federal civil rights, conspiracy, fraud, and racketeering lawsuit.

**This video is not my property.**
Source: Connie Reguli, J.D.
URL: https://tennfamilylaw.wordpress.com/

This video is evidence in a federal civil rights, conspiracy, fraud, and racketeering lawsuit, filed by Jeff Fenton.

THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN
Lawsuit Filed on 10/23/2023
Case No. 1:23-cv-1097

Evidence Title: 2016-08-11_reguli-tn-indigent-task-force-poverty-fam-dep-ct.mp4
URL: https://rico.jefffenton.com/evidence/2016-08-11_reguli-tn-indigent-task-force-poverty-fam-dep-ct.mp4

The defendants in this case will be named
at the end of this video.



**This video is not my property.**

Source: Connie Reguli, J.D.
URL: https://tennfamilylaw.wordpress.com/

This video is evidence in a federal civil rights, conspiracy, fraud, and racketeering lawsuit, filed by Jeff Fenton.

THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN
Lawsuit Filed on 10/23/2023
Case No. 1:23-cv-1097

Evidence Title: 2019-02-26_reguli-tn-gen-assy-conflict-in-child-welfare-sys.mp4
URL: https://rico.jefffenton.com/evidence/2019-02-26_reguli-tn-gen-assy-conflict-in-child-welfare-sys.mp4

The defendants in this case will be named
at the end of this video.



JEFFREY RYAN FENTON
v. VIRGINIA LEE STORY et al.
Case No. 1:23-cv-1097

https://rico.jefffenton.com/evidence/2019-02-26_reguli-tn-gen-assy-conflict-in-child-welfare-sys.mp4

Evidence Title:
2019-02-26_reguli-tn-gen-assy-conflict-in-child-welfare-sys.mp4

Scanned Clean