UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

JEFFREY RYAN FENTON,

    Plaintiff,

v.

CADENCE BANK, et. al.,

    Defendants.

Case No: 1:23-cv-01097-PLM-RSK

Hon. Paul L. Maloney

_____

## CERTIFICATE OF SERVICE

    I, Danielle L. Galla, certify that on September 24, 2024, I electronically filed the **Rule 7.1 Corporate Disclosure Statement of Defendant Cadence Bank**, **Stipulation to Extend Defendant Cadence Bank's Time to Answer or Otherwise Respond to Plaintiff's Amended Complaint (ECF 66) Pursuant to Rule 9(b)(1)**, **Order Extending Defendant Cadence Bank's Time to Answer or Otherwise Respond to Plaintiff's Amended Complaint (ECF 66) Pursuant to Rule 6(b)(1)**, and this **Certificate of Service** with the Court using the Court's ECF system, which will provide electronic notice and copies to all parties of record.

    In addition, copies of the foregoing documents were served on September 24, 2024 to Jeffrey Ryan Fenton, *pro se* Plaintiff, via first class mail to: 17195 Silver Parkway, #150, Fenton, MI 48430.

    /s/ Danielle L. Galla
    Danielle L. Galla
    Butzel Long, P.C.
    300 Ottawa Avenue, NW, Suite 620
    Grand Rapids, MI 49503
    (616) 988-5600