| | |
|---|---|
| JEFFREY RYAN FENTON, | Case No. 1:23-CV-01097 |
| Plaintiff, | |
| | Hon. Paul L. Maloney |
| v | |
| | **Certificate of Rule Compliance – Word Count – for Motion for Summary Judgment of Defendants Marlin and McArther Sanders Under Fed.R.Civ.P.56** |
| VIRGINIA LEE STORY, et al., | |
| Defendants. | |

Sandra J. Densham, counsel for Defendants Marlin and McArthur Sanders Real Estate, certifies under W.D. Mich. LCivR 7.2(b)(i)(ii) that Defendants' Motion for Summary Judgment under Fed.R.Civ.P.56 contains 4,987 words, using Microsoft Office Standard 2010.

Respectfully submitted,

Dated: September 30, 2024

/s/ Sandra J. Densham
Sandra J. Densham (P69397)
PLUNKETT COONEY
Attorneys for Defendants Marlin and
McArthur Sanders Real Estate
333 Bridge Street NW, Suite 530
Grand Rapids, MI 49504
Direct: (616) 752-4627
sdensham@plunkettcooney.com

Open.14500.42980.35205338-1