# UNITED STATES DISTRICT COURT

for the

Western District of Michigan    ▼

**FILED - LN**
October 17, 2024 10:40 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY __/ls/__    SCANNED BY: __

|  |  |
|---|---|
| JEFFREY RYAN FENTON | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) Civil Action No. 1:23-cv-1097 |
|  | ) ) |
| VIRGINIA LEE STORY et al., | ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Chancery Court for Williamson County Tennessee
135 4th Avenue South #236
Franklin, TN 37064

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

AUG 1 9 2024                                       *CLERK OF COURT*

Date: ___~~5/23/2024~~___                    *Paula J. Wood*
                                                                    *Signature of Clerk or Deputy Clerk*

RICO SERVICE: SHIPPED via USPS on 8/28/2024 at 4:09 PM
Case 3:24-cv-01282    Document 107    Filed 10/17/24    Page 1 of 24 PageID #: 5539
Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

Civil Action No. 1:23-cv-1097

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*     CHANCERY COURT FOR WILLIAMSON COUNTY TENNESSEE

was received by me on *(date)*          8/21/2024          .

☐ I personally served the summons on the individual at *(place)*

_____     on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____     on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*

Pursuant to F.R.Civ.P. 4(j)(2)(B) and Mich. Ct. R. 2.105, defendant CHANCERY COURT FOR WILLIAMSON COUNTY TENNESSEE was served via certified U.S. mail, upon Clerk & Master Jakob L. Schwendimann using tracking number 70202450000036715105 on September 3, 2024, along with Mayor Rogers Anderson using tracking number 70203160000230014971 on August 30, 2024. See attached receipt copies from the USPS.

I declare under penalty of perjury that this information is true.

Date: 10/12/2024          *Marsha Ann Fenton*
                                                       *Server's signature*

                                                       Marsha Ann Fenton
                                                       *Printed name and title*

                                                       17195 Silver Pkwy, #150, Fenton, MI 48430-3426
                                                       *Server's address*

Additional information regarding attempted service, etc:

Additional officials provided service on behalf of all COUNTY OF WILLIAMSON TENNESSEE offices and entities, include: service of County Clerk Jeff Whidby using tracking number 70202450000036716133 on September 9, 2024.    Service of District Attorney Stacey Edmonson using tracking number 70202450000036716126 on September 7, 2024. Service of Register of Deeds Sherry Anderson using tracking number 70202450000036716140 on September 9, 2024. Service of County Attorney Lisa Carson using tracking number 70202450000036716249 on September 20, 2024. Receipts were returned unsigned for Whidby and Edmonson, but signed for R. Anderson, S. Anderson, Carson, and Schwendimann.

RICO SERVICE: SHIPPED via USPS on 8/28/2024 at 4:09 PM
Case 3:24-cv-01282    Document 107    Filed 10/17/24    Page 2 of 24 PageID #: 5540
Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)



**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/28/2024                04:09 PM

| Product | Qty | Unit Price | Price |
|---------|-----|------------|-------|

Priority Mail®    1           $15.80
   Franklin, TN 37065
   Weight: 5 lb 12.30 oz
   Expected Delivery Date
     Fri 08/30/2024
   Insurance                $0.00
     Up to $100.00 included
   Certified Mail®           $4.85
     Tracking #:
      70202450000036715105
   Return Receipt         $4.10
     Tracking #:
      9590 9402 8627 3244 0683 50
Total                    $24.75

Grand Total:            $303.60

Credit Card Remit       $303.60
   Card Name: VISA
   Account #: XXXXXXXXXXXX8359
   Approval #: 518290
   Transaction #: 717
   AID: A0000000031010     Chip
   AL: VISA CREDIT
   PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-1-5531338-2
Clerk: 6

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*.

Franklin, TN 37065    OFFICIAL USE

Certified Mail Fee   $4.85
                 $4.10
Extra Services & Fees (check box, add fee as appropriate)
☑ Return Receipt (hardcopy)    $_____
☐ Return Receipt (electronic)   $_____
☐ Certified Mail Restricted Delivery   $_____
☑ Adult Signature Required   $_____
☐ Adult Signature Restricted Delivery $_____
Postage
$ 15.80
Total Postage and Fees
$ 24.75

Postmark Here
AUG 28 2024
LINDEN, MI 48451
0451

WILLIAMSON COUNTY CHANCERY COURT
C&M JAKOB L. SCHWENDIMANN
PO BOX 1666
FRANKLIN TN     37065-1666

7020 2450 0000 3671 5105

---

**USPS TRACKING #**

NASHVILLE TN 370
SEE FORM PM 6 L

9590 9402 8627 3244 0683 50

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-1^

**United States Postal Service**

* Sender: Please print your name, address, and ZIP+4® in this box•

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI    48430-3426**

---

**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**WILLIAMSON COUNTY CHANCERY COURT**
**C&M JAKOB L. SCHWENDIMANN**

WILLIAMSON COUNTY
CLERK & MASTER
135 – 4TH AVE S. #236
FRANKLIN, TN 37064

9590 9402 8627 3244 0683 50

2. Article Number (Transfer from service label)
7020 2450 0000 3671 5105

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent   ☐ Addressee
B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☑ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt

# USPS Tracking®

FAQs >

## COMPLETED

**Tracking Number:**

**Remove ✕**

## 70202450000036715105

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 11:13 am on September 3, 2024 in FRANKLIN, TN 37064.

**Get More Out of USPS Tracking:**

   **USPS Tracking Plus®**

### Delivered
**Delivered, Left with Individual**
FRANKLIN, TN 37064
September 3, 2024, 11:13 am

**Redelivery Scheduled for Next Business Day**
FRANKLIN, TN 37064
August 31, 2024, 6:09 pm

**Arrived at Post Office**
FRANKLIN, TN 37064
August 31, 2024, 5:50 am

**Available for Pickup**
FRANKLIN
810 OAK MEADOW DR
FRANKLIN TN 37064-9998
M-F 0830-1830; SAT 0830-1600
August 30, 2024, 7:04 am

**Arrived at USPS Regional Destination Facility**
NASHVILLE TN DISTRIBUTION CENTER
August 29, 2024, 5:41 pm

**Arrived at USPS Regional Origin Facility**
DETROIT MI DISTRIBUTION CENTER

Feedback

RICO SERVICE: SHIPPED via USPS on 8/28/2024 at 4:09 PM    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

August 29, 2024, 1:47 am

**Arrived at USPS Regional Facility**

PONTIAC MI DISTRIBUTION CENTER

August 28, 2024, 8:24 pm

**Departed USPS Facility**

FLINT, MI 48502

August 28, 2024, 7:38 pm

**Departed USPS Facility**

LINDEN, MI 48451

August 28, 2024, 4:59 pm

**Departed Post Office**

LINDEN, MI 48451

August 28, 2024, 4:03 pm

**USPS in possession of item**

LINDEN, MI 48451

August 28, 2024, 3:48 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

## Text & Email Updates ⌄

## USPS Tracking Plus® ⌄

## Product Information ⌃

| Postal Product: | Features: | See tracking for related item: |
|---|---|---|
| Priority Mail® | Certified Mail™ | 9590940286273244068350 (/go/ |
| | Up to $100 insurance included. Restrictions Apply ⓘ | TrackConfirmAction? |
| | | tLabels=9590940286273244068350) |

**See Less ⌃**

Track Another Package

Enter tracking or barcode numbers

Case 3:24-cv-01282    Document 107    Filed 10/17/24    Page 5 of 24 PageID #: 5543

RICO SERVICE: SHIPPED via USPS on 8/28/2024 at 4:09 PM    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

# USPS Tracking®

FAQs >



**Tracking Number:**                                              Remove ✕

## 95909402862 73244068350

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item arrived at our USPS facility in PONTIAC MI DISTRIBUTION CENTER on September 5, 2024 at 10:38 am. The item is currently in transit to the destination.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

Feedback

### Moving Through Network
**Arrived at USPS Regional Facility**

PONTIAC MI DISTRIBUTION CENTER
September 5, 2024, 10:38 am

**Departed USPS Regional Facility**

NASHVILLE TN DISTRIBUTION CENTER
September 5, 2024, 7:49 am

**Arrived at USPS Regional Facility**

NASHVILLE TN DISTRIBUTION CENTER
September 3, 2024, 10:22 pm

**Return Receipt Associated**

August 28, 2024, 3:48 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)



**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

09/05/2024        04:25 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® | 1 | | $14.25 |

Franklin, TN 37064
Weight: 3 lb 14.60 oz
Expected Delivery Date
    Sat 09/07/2024

| | | |
|---|---|---|
| Insurance | | $0.00 |
| Up to $100.00 included | | |
| Certified Mail® | | $4.85 |
| Tracking #: | | |
| 70202450000036716133 | | |
| Return Receipt | | $4.10 |
| Tracking #: | | |
| 9590 9402 8418 3156 9889 62 | | |
| Total | | $23.20 |

Grand Total:          $142.05

Credit Card Remit        $142.05
Card Name: VISA
Account #: XXXXXXXXXXXX8359
Approval #: 515052
Transaction #: 785
AID: A0000000031010     Chip
AL: VISA CREDIT
PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-1-5542496-2
Clerk: 6

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*

**OFFICIAL USE**

| | |
|---|---|
| Certified Mail Fee | $4.85 |
| $4.10 | |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☑ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $ |
| ☑ Certified Mail Restricted Delivery | $ |
| ☐ Adult Signature Required | $ |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $14.25 |
| Total Postage and Fees | |
| $ | |

Postmark Here
SEP - 5 2024
09/05/2024

7020 2450 0000 3671 6133

**JEFF WHIDBY**
**WILLIAMSON COUNTY CLERK**
**1320 W MAIN ST STE 125**
**FRANKLIN, TN 37064-3700**

---

USPS TRACKING#



9590 9402 8418 3156 9889 62

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI 48430-3426**

---

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**JEFF WHIDBY**
**WILLIAMSON COUNTY CLERK**
**1320 W MAIN ST STE 125**
**FRANKLIN, TN 37064-3700**

9590 9402 8418 3156 9889 62

7020 2450 0000 3671 6133

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X     ☐ Agent
      ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from Item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

**This USPS Return Receipt Was Mysteriously Missing A Signature and Any Information About Delivery**

3. Service Type
☑ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt

**ALERT: TROPICAL STORM FRANCINE, FLOODING, AND SEVERE WEATHER IN THE SOUTHERN U.S. M...**

# USPS Tracking®

FAQs >

## COMPLETED

Tracking Number:

Remove ✕

## 70202450000036716133

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 2:38 pm on September 9, 2024 in FRANKLIN, TN 37064.

___

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**
**Delivered, Left with Individual**
FRANKLIN, TN 37064
September 9, 2024, 2:38 pm

● **Out for Delivery**
FRANKLIN, TN 37064
September 7, 2024, 6:10 am

● **Arrived at Post Office**
FRANKLIN, TN 37064
September 7, 2024, 2:42 am

● **Arrived at USPS Facility**
FRANKLIN, TN 37064
September 7, 2024, 2:28 am

● **Departed USPS Regional Facility**
NASHVILLE TN DISTRIBUTION CENTER
September 7, 2024, 1:31 am

● **Arrived at USPS Regional Destination Facility**
NASHVILLE TN DISTRIBUTION CENTER
September 6, 2024, 10:05 pm

Feedback

RICO SERVICE: SHIPPED via USPS on 9/05/2024 at 4:25 PM          Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

**Arrived at USPS Regional Origin Facility**

DETROIT MI DISTRIBUTION CENTER
September 6, 2024, 12:56 am

**Arrived at USPS Regional Facility**

PONTIAC MI DISTRIBUTION CENTER
September 5, 2024, 10:32 pm

**In Transit to Next Facility**

September 5, 2024, 10:18 pm

**Departed USPS Facility**

FLINT, MI 48502
September 5, 2024, 9:44 pm

**Departed Post Office**

LINDEN, MI 48451
September 5, 2024, 5:04 pm

**Departed USPS Facility**

LINDEN, MI 48451
September 5, 2024, 4:57 pm

**USPS in possession of item**

LINDEN, MI 48451
September 5, 2024, 4:19 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**                                                                    ⌄

**USPS Tracking Plus®**                                                                      ⌄

**Product Information**                                                                      ⌃

| Postal | Features: | See tracking for related item: |
|--------|-----------|-------------------------------|
| **Product:** | Certified Mail™ | **959094028418315698962 (/go/** |
| Priority | Up to $100 insurance included. Restrictions Apply ⓘ | **TrackConfirmAction?** |
| Mail® | | **tLabels=9590940284183156988962)** |

**See Less** ⌃

Feedback

RIC0 SERVICE: SHIPPED via USPS on 9/05/2024 at 4:25 PM                Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

# USPS Tracking®

**FAQs >**



**Tracking Number:**

**Remove ✕**

## 9590940284183156988962

**Copy**    **Add to Informed Delivery (https://informeddelivery.usps.com/)**

### Latest Update

Your item was delivered to an individual at the address at 3:26 pm on September 11, 2024 in FENTON, MI 48430.

**Get More Out of USPS Tracking:**

    **USPS Tracking Plus®**

Feedback

### Delivered
**Delivered, Left with Individual**
FENTON, MI 48430
September 11, 2024, 3:26 pm

**Arrived at USPS Regional Facility**
PONTIAC MI DISTRIBUTION CENTER
September 10, 2024, 11:07 am

**Return Receipt Associated**
September 5, 2024, 4:19 pm



**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

### Text & Email Updates    ⌄

### USPS Tracking Plus®    ⌄



**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

09/05/2024       04:25 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|

Priority Mail®    1         $14.25
   Franklin, TN 37064
   Weight: 3 lb 14.10 oz
   Expected Delivery Date
     Sat 09/07/2024
   Insurance               $0.00
     Up to $100.00 included
   Certified Mail®          $4.85
     Tracking #:
       70202450000036716126
   Return Receipt          $4.10
     Tracking #:
       9590 9402 8627 3244 0675 13
Total                $23.20

Grand Total:          $142.05

Credit Card Remit       $142.05
   Card Name: VISA
   Account #: XXXXXXXXXXXX8359
   Approval #: 515052
   Transaction #: 785
   AID: A0000000031010     Chip
   AL: VISA CREDIT
   PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-1-5542496-2
Clerk: 6

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*

OFFICIAL USE

Certified Mail Fee   $4.35

Extra Services & Fees (check box, add fee as appropriate)
☑ Return Receipt (hardcopy)   $
☐ Return Receipt (electronic)   $
☒ Certified Mail Restricted Delivery   $
☐ Adult Signature Required   $
☐ Adult Signature Restricted Delivery $

Postage   $14.25

Total Postage and Fees

Postmark — SEP - 5 2024 — LINDEN, MI 48451 — USPS — 09/05/20

7020 2450 0000 3671 6126

**D.A. STACEY EDMONSON**
**1441 NEW HIGHWAY 96 W STE 2**
**FRANKLIN, TN    37064-4831**

---

**USPS TRACKING #**

NASHVILLE TN 370
SEP 2024 PM 6 L

9590 9402 8627 3244 0675 13

| First-Class Mail |
|---|
| Postage & Fees Paid |
| USPS |
| Permit No. G-10 |

**United States Postal Service**

*• Sender: Please print your name, address, and ZIP+4® in this box•*

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI    48430-3426**

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**D.A. STACEY EDMONSON**
**1441 NEW HIGHWAY 96 W STE 2**
**FRANKLIN, TN    37064-4831**

9590 9402 8627 3244 0675 13

2. Article Number (Transfer from service label)
7020 2450 0000 3671 6126

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X      ☐ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

**This USPS Return Receipt Was Mysteriously Missing A Signature and Any Information About Delivery**

3. Service Type
☑ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053      Domestic Return Receipt



RICO SERVICE: SHIPPED via USPS on 9/05/2024 at 4:25 PM      Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

**ALERT: TROPICAL STORM FRANCINE, FLOODING, AND SEVERE WEATHER IN THE SOUTHERN U.S. M...**

# USPS Tracking®

FAQs >



**Tracking Number:**

Remove ✕

## 70202450000036716126

Copy        **Add to Informed Delivery (https://informeddelivery.usps.com/)**

### Latest Update

Your item was delivered to an individual at the address at 12:01 pm on September 7, 2024 in FRANKLIN, TN 37064.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**
**Delivered, Left with Individual**
FRANKLIN, TN 37064
September 7, 2024, 12:01 pm

**Out for Delivery**
FRANKLIN, TN 37064
September 7, 2024, 6:12 am

**Arrived at Post Office**
FRANKLIN, TN 37064
September 7, 2024, 6:01 am

**Arrived at USPS Regional Destination Facility**
NASHVILLE TN DISTRIBUTION CENTER
September 6, 2024, 10:04 pm

**Arrived at USPS Regional Origin Facility**
DETROIT MI DISTRIBUTION CENTER
September 6, 2024, 12:53 am

Feedback

**Arrived at USPS Regional Facility**

PONTIAC MI DISTRIBUTION CENTER
September 5, 2024, 10:32 pm

**In Transit to Next Facility**

September 5, 2024, 10:18 pm

**Departed USPS Facility**

FLINT, MI 48502
September 5, 2024, 9:44 pm

**Departed Post Office**

LINDEN, MI 48451
September 5, 2024, 5:04 pm

**Departed USPS Facility**

LINDEN, MI 48451
September 5, 2024, 4:57 pm

**USPS in possession of item**

LINDEN, MI 48451
September 5, 2024, 4:24 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌃

| Postal Product: | Features: | See tracking for related item: |
|---|---|---|
| Priority Mail® | Certified Mail™ | 9590940286273244067513 (/go/ |
| | Up to $100 insurance included. Restrictions Apply ⓘ | TrackConfirmAction? |
| | | tLabels=9590940286273244067513) |

**See Less** ⌃

Track Another Package

[ Enter tracking or barcode numbers ]

RICO SERVICE: SHIPPED via USPS on 9/05/2024 at 4:25 PM

# USPS Tracking®

**FAQs >**



**COMPLETED**

**Tracking Number:**                                                                    **Remove ✕**

## 95909402862732244067513

**Copy**        **Add to Informed Delivery (https://informeddelivery.usps.com/)**

## Latest Update

Your item was delivered in or at the mailbox at 2:02 pm on September 10, 2024 in FENTON, MI 48430.

**Get More Out of USPS Tracking:**

    **USPS Tracking Plus®**

### Delivered
**Delivered, In/At Mailbox**
FENTON, MI 48430
September 10, 2024, 2:02 pm

**Arrived at USPS Regional Destination Facility**
PONTIAC MI DISTRIBUTION CENTER
September 9, 2024, 12:51 pm

**Arrived at USPS Regional Origin Facility**
NASHVILLE TN DISTRIBUTION CENTER
September 7, 2024, 8:48 pm

**USPS picked up item**
FRANKLIN, TN 37064
September 7, 2024, 12:03 pm

**Return Receipt Associated**
September 5, 2024, 4:24 pm

**Hide Tracking History**

Feedback

Case 3:24-cv-01282    Document 107    Filed 10/17/24    Page 14 of 24 PageID #: 5552

RICO SERVICE: SHIPPED via USPS on 9/05/2024 at 4:25 PM    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)



**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

09/05/2024                                    04:25 PM

---

Product              Qty    Unit    Price
                            Price

---

Priority Mail®        1             $14.25
  Franklin, TN 37064
  Weight: 3 lb 14.20 oz
  Expected Delivery Date
    Sat 09/07/2024
  Insurance                         $0.00
    Up to $100.00 included
  Certified Mail®                   $4.85
    Tracking #:
    70202450000036716140
  Return Receipt                    $4.10
    Tracking #:
    9590 9402 8418 3156 9889 55
Total                               $23.20

---

Grand Total:                        $142.05

---

Credit Card Remit                   $142.05
  Card Name: VISA
  Account #: XXXXXXXXXXXX8359
  Approval #: 515052
  Transaction #: 785
  AID: A0000000031010      Chip
  AL: VISA CREDIT
  PIN: Not Required

---

UFN: 255460-0451
Receipt #: 840-54930036-1-5542496-2
Clerk: 6

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com™.

OFFICIAL USE

Certified Mail Fee  $4.35

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $
☐ Return Receipt (electronic)    $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required       $
☐ Adult Signature Restricted Delivery $

Postage  $14.25

Total Postage and Fees




Postmark
Here
SEP - 5 2024
09/05/2024
USPS

7020 2450 0000 3671 6140

SHERRY ANDERSON
WILCO REGISTER OF DEEDS
1320 W MAIN ST STE 201
FRANKLIN, TN   37064-3700

---

USPS TRACKING #

9590 9402 8418 3156 9889 55

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

* Sender: Please print your name, address, and ZIP+4® in this box•

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI   48430-3426**

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**SHERRY ANDERSON**
**WILCO REGISTER OF DEEDS**
**1320 W MAIN ST STE 201**
**FRANKLIN, TN   37064-3700**



9590 9402 8418 3156 9889 55

2. Article Number (Transfer from service label)
7020 2450 0000 3671 6140

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☒ Adult Signature                ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery  ☐ Registered Mail™
☒ Certified Mail®                ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery   ☐ Signature Confirmation™
☐ Collect on Delivery            ☐ Signature Confirmation Restricted Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
  (over $500)

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt

DEFENDANT: COUNTY OF WILLIAMSON TENNESSEE    SHERRY ANDERSON (DEEDS)    RECEIVED SERVICE: 9/09/2024

ALERT: TROPICAL STORM FRANCINE, FLOODING, AND SEVERE WEATHER IN THE SOUTHERN U.S. M...

# USPS Tracking®

FAQs >

## **COMPLETED**

Tracking Number:

Remove ✕

## 70202450000036716140

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 2:35 pm on September 9, 2024 in FRANKLIN, TN 37064.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**
**Delivered, Left with Individual**
FRANKLIN, TN 37064
September 9, 2024, 2:35 pm

**Out for Delivery**
FRANKLIN, TN 37064
September 7, 2024, 6:10 am

**Arrived at Post Office**
FRANKLIN, TN 37064
September 7, 2024, 2:42 am

**Arrived at USPS Regional Destination Facility**
NASHVILLE TN DISTRIBUTION CENTER
September 6, 2024, 10:06 pm

**Arrived at USPS Regional Origin Facility**
DETROIT MI DISTRIBUTION CENTER
September 6, 2024, 12:55 am

**Arrived at USPS Regional Facility**
PONTIAC MI DISTRIBUTION CENTER
September 5, 2024, 10:32 pm

Feedback

RICO SERVICE: SHIPPED via USPS on 9/05/2024 at 4:25 PM    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

**In Transit to Next Facility**

September 5, 2024, 10:18 pm

**Departed USPS Facility**

FLINT, MI 48502
September 5, 2024, 9:44 pm

**Departed Post Office**

LINDEN, MI 48451
September 5, 2024, 5:04 pm

**Departed USPS Facility**

LINDEN, MI 48451
September 5, 2024, 4:57 pm

**USPS in possession of item**

LINDEN, MI 48451
September 5, 2024, 4:20 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

---

**Text & Email Updates**                                                          ∨

Feedback

**USPS Tracking Plus®**                                                           ∨

**Product Information**                                                           ∧

---

| Postal | Features: | See tracking for related item: |
|---|---|---|
| **Product:** | Certified Mail™ | **9590940284183156988955** (/go/ |
| Priority | Up to $100 insurance included. Restrictions Apply ⓘ | **TrackConfirmAction?** |
| Mail® | | **tLabels=9590940284183156988955)** |

**See Less** ∧

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

# USPS Tracking®

**FAQs >**



**COMPLETED**

**Tracking Number:**    **Remove ✕**

## 9590940284183156988955

**Copy**    **Add to Informed Delivery (https://informeddelivery.usps.com/)**

## Latest Update

Your item was delivered in or at the mailbox at 2:10 pm on September 19, 2024 in FENTON, MI 48430.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

Feedback

**Delivered**
**Delivered, In/At Mailbox**
FENTON, MI 48430
September 19, 2024, 2:10 pm

**Arrived at Post Office**
FENTON, MI 48430
September 19, 2024, 7:07 am

**Return Receipt Associated**
September 5, 2024, 4:20 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**    ⌄

**USPS Tracking Plus®**    ⌄

RICO SERVICE: SHIPPED via USPS on 9/05/2024 at 4:25 PM    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)



**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

09/18/2024                 09:10 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|

Priority Mail®    1            $14.25
  Franklin, TN 37064
  Weight: 3 lb 12.90 oz
  Expected Delivery Date
    Fri 09/20/2024
  Insurance                   $0.00
    Up to $100.00 included
  Certified Mail®          $4.85
    Tracking #:
    → 70202450000036716249
  Return Receipt          $4.10
    Tracking #:
    9590 9402 8627 3244 0676 29
Total                    $23.20

Grand Total:           $142.60

Credit Card Remit      $142.60
  Card Name: VISA
  Account #: XXXXXXXXXXXX8359
  Approval #: 808101
  Transaction #: 341
  AID: A0000000031010    Chip
  AL: VISA CREDIT
  PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-3-6780830-2
Clerk: 06



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

Certified Mail Fee  $4.85
$           $4.10
Extra Services & Fees (check box, add fee as appropriate)
☑ Return Receipt (hardcopy)  $0.00
☐ Return Receipt (electronic)  $0.00
☐ Certified Mail Restricted Delivery  $0.00
☑ Adult Signature Required  $0.00
☐ Adult Signature Restricted Delivery $
Postage  $14.25
Total Postage and Fees
$  $23.20
Postmark Here
09/18/2024

LISA M. CARSON
BUERGER, MOSELEY & CARSON, PLC.
4068 RURAL PLAINS CIR STE 100
FRANKLIN, TN   37064-8039



**USPS TRACKING #**

9590 9402 8627 3244 0676 29

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI   48430-3426**



**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**LISA M. CARSON**
**BUERGER, MOSELEY & CARSON, PLC.**
**4068 RURAL PLAINS CIR STE 100**
**FRANKLIN, TN   37064-8039**

9590 9402 8627 3244 0676 29

2. Article Number (Transfer from service label)
7020 2450 0000 3671 6249

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X              ☐ Agent
                   ☐ Addressee
B. Received by (Printed Name)  C. Date of Delivery

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

**ALERT: HURRICANE HELENE, FLOODING, AND SEVERE WEATHER IN THE SOUTHEASTER...**

# USPS Tracking®

FAQs >



*COMPLETED*

**Tracking Number:**

Remove ✕

## 70202450000036716249

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:28 pm on September 20, 2024 in FRANKLIN, TN 37064.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

Feedback

### Delivered
**Delivered, Front Desk/Reception/Mail Room**
FRANKLIN, TN 37064
September 20, 2024, 12:28 pm

**Out for Delivery**
FRANKLIN, TN 37064
September 20, 2024, 6:10 am

**Arrived at Post Office**
FRANKLIN, TN 37064
September 20, 2024, 5:45 am

**Arrived at USPS Regional Destination Facility**
NASHVILLE TN DISTRIBUTION CENTER
September 19, 2024, 8:28 pm

**In Transit to Next Facility**

September 19, 2024

**Arrived at USPS Regional Origin Facility**

DETROIT MI DISTRIBUTION CENTER
September 18, 2024, 8:16 pm

**Departed Post Office**

LINDEN, MI 48451
September 18, 2024, 4:02 pm

**USPS in possession of item**

LINDEN, MI 48451
September 18, 2024, 9:06 am

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates** ∨

Feedback

**USPS Tracking Plus®** ∨

**Product Information** ∧

| **Postal Product:** | **Features:** | **See tracking for related item:** |
|---|---|---|
| Priority Mail® | Certified Mail™ | **9590940286273244067629 (/go/** |
| | Up to $100 insurance included. Restrictions Apply ⓘ | **TrackConfirmAction?** |
| | | **tLabels=9590940286273244067629)** |

**See Less ∧**

Track Another Package

Enter tracking or barcode numbers

# USPS Tracking®

FAQs >

**COMPLETED**

**Tracking Number:**

Remove ✕

## 9590940286273244067629

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered in or at the mailbox at 12:26 pm on September 30, 2024 in FENTON, MI 48430.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

Feedback

● **Delivered**

**Delivered, In/At Mailbox**

FENTON, MI 48430
September 30, 2024, 12:26 pm

● **Arrived at USPS Regional Facility**

PONTIAC MI DISTRIBUTION CENTER
September 28, 2024, 1:50 pm

● **Departed USPS Regional Facility**

NASHVILLE TN DISTRIBUTION CENTER
September 24, 2024, 8:05 am

● **Arrived at USPS Regional Facility**

NASHVILLE TN DISTRIBUTION CENTER
September 21, 2024, 9:16 pm

● **Return Receipt Associated**

September 18, 2024, 9:06 am

●



PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

TO SEAL

Y®

estinations.

rage.

Pick

P

**FROM:**

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI    48430-3426**

SW
Screened By

**TO:**

**USDC WESTERN DISTRICT OF MICHIGAN**

**113 FEDERAL BLDG**
**315 W ALLEGAN ST RM 113**
**LANSING, MI    48933-1514**

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; July 2022; All rights reserved.

PRESS FIRMLY TO SEAL

PRESS FIRM




This package is made from post-consumer waste. Please recycle - again.


UI
PO

■ Expected delive
■ Domestic shipm
■ USPS Tracking®
■ Limited internati
■ When used inter

*Insurance does not co
Domestic Mail Manual
** See International Ma

# FLAT RA
ONE RATE ■ A

# TRACKE


PS00001


UNITED STATES POSTAL SERVICE.

**Retail**

**US POSTAGE PAID**
$10.45
Origin: 48451
10/15/24
2554600451-6

**P**

**PRIORITY MAIL®**

1 Lb 11.00 Oz
**RDC 03**

EXPECTED DELIVERY DAY: 10/17/24

C002

SHIP
TO:

RM 113
315 W ALLEGAN ST
LANSING MI 48933-1514

**USPS TRACKING® #**



9505 5107 4346 4289 7352 54

