# UNITED STATES DISTRICT COURT
## for the
### Western District of Michigan ▼

<table>
<tr><td rowspan="11" style="width:60%">

JEFFREY RYAN FENTON
_____
*Plaintiff(s)*

v.

VIRGINIA LEE STORY et al.,
_____
*Defendant(s)*

</td><td>

**FILED - LN**
October 21, 2024 4:17 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:__pjw /_____   SCANNED BY:_____

Civil Action No. 1:23-cv-1097

</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Elaine Beaty Beeler
437 Battle Avenue
Franklin, TN 37064

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

AUG 1 9 2024
Date: ___5/23/2024___          _____
                                *Signature of Clerk or Deputy Clerk*

Civil Action No. 1:23-cv-1097

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____  ELAINE BEATY BEELER_____

was received by me on *(date)* _____ August 21, 2024 _____ .

☐ Other *(specify):*

Service of defendant ELAINE BEATY BEELER was initiated pursuant to F.R.Civ.P. 4(e)(1) and Mich. Ct. R. 2.105(A) by delivering to her the *lawsuit service package* as itemized in ECF 69 and 69-1 of this lawsuit, via certified U.S. mail with tracking number 70203160000230014704, return receipt requested, with *delivery restricted* to the addressee. This package was successfully delivered to defendant Beeler's residence on August 26, 2024, at 2:30 PM. See the attached receipt copies from the USPS.

Despite executing service with *restricted delivery* exactly as outlined in Mich. Ct. R. 2.105(A), somehow *every* individual bar defendant in this lawsuit managed to defeat, or persuade their mail carrier(s) to help defeat, the successful *confirmation of service* as intended in this rule, by either interfering with return of the *"return receipt requested"*, returning it blank and unsigned devoid of any delivery information, or returning it signed by someone other than the named defendant to whom the lawsuit service was clearly *addressed*, despite delivery being restricted to that specific individual.

In this instance, the return receipt was mailed back from Tennessee, but there was no signature confirmation or delivery information provided.

Additionally *nineteen days later,* after being reported by the USPS as having been successfully delivered, with the return receipt already returned to Michigan through the mail, this parcel appears to have been injected back into the mail stream on September 14 in the Nashville Distribution Center, marked as "REFUSED", "RETURN TO SENDER". At which point it began its journey back to Michigan, returning on August 30, *thirty-seven days* after originally being sent.

Brian Joseph Gallagher of Lennon Miller PLC made an appearance in this matter on behalf of defendant Beeler on September 17, 2024, with that then becoming the *deemed date of service* for defendant Beeler.

"(3) An action shall not be dismissed for improper service of process unless the service failed to *inform* the defendant of the action within the time provided in these rules for service." Rule 2.105(K)(3) - Process; Manner of Service, Mich. Ct. R. 2.105(K)(3).

In the spirit of Mich. Ct. R. 2.105(K)(3) above, the objective here was to err on the side of caution while completing service, since clearly the defendant must have been *informed* about this action prior to the date of *first appearance* of her counsel evidenced in the record.

I declare under penalty of perjury that this information is true.

Date: 10/20/2024            _____ *Marsha Ann Fenton* _____
                                              *Server's signature*

                                        Marsha Ann Fenton
                              _____
                                          *Printed name and title*

                            17195 Silver Pkwy, #150, Fenton, MI  48430-3426
                              _____
                                            *Server's address*

## UNITED STATES POSTAL SERVICE.

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/24/2024                          11:25 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|

Priority Mail®        1                    $14.25
    Franklin, TN 37064
    Weight: 3 lb 10.80 oz
    Expected Delivery Date
        Mon 08/26/2024
    Insurance                            $0.00
        Up to $100.00 included
    Restricted Del                      $12.75
        Recipient name
        ELAINE B BEELER
        Tracking #:
     ➤  70203160000230014704
    Return Receipt                       $4.10
        Tracking #:
        9590 9402 8627 3244 0684 97
Total                                   $31.10

Grand Total:                           $147.60

Credit Card Remit                      $147.60
    Card Name: VISA
    Account #: XXXXXXXXXXXX8359
    Approval #: 014252
    Transaction #: 185
    AID: A0000000031010      Chip
    AL: VISA CREDIT
    PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-3-6753461-2
Clerk: 06



## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Franklin, TN 37064          OFFICIAL USE

| Certified Mail Fee | $4.10 | 0451 06 |
|---|---|---|
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☒ Return Receipt (hardcopy) | $0.00 | |
| ☐ Return Receipt (electronic) | $12.75 | Postmark |
| ☒ Certified Mail Restricted Delivery | $0.00 | Here |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | | |
| Postage | $14.25 | AUG 24 2024 |
| | | 08/24/2024 |
| Total Postage and Fees | $31.10 | |

Sent
**ELAINE B. BEELER**
Street **437 BATTLE AVE**
City, **FRANKLIN, TN 37064-3709**

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

USPS TRACKING #

NASHVILLE TN 370
28 AUG 2024 PM 2 L

9590 9402 8627 3244 0684 97

| | First-Class Mail |
|---|---|
| | Postage & Fees Paid |
| | USPS |
| | Permit No. G-10 |

United States Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

## 17195 SILVER PKWY
## PMB #150
**FENTON, MI    48430-3426**

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to:<br><br>**ELAINE B. BEELER**<br>**437 BATTLE AVE**<br>**FRANKLIN, TN 37064-3709** | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>**This USPS Return Receipt Was Mysteriously Missing A Signature and Any Information About Delivery** |
| 9590 9402 8627 3244 0684 97 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☒ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7020 3160 0002 3001 4704 | |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt |

**ALERT: TROPICAL STORM FRANCINE, FLOODING, AND SEVERE WEATHER IN THE SOUTHERN U.S. M...**

# USPS Tracking®



FAQs >

Tracking Number:                                                         Remove ✕

## 70203160000230014704

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 2:30 pm on August 26, 2024 in FRANKLIN, TN 37064.

---

**Get More Out of USPS Tracking:**

  USPS Tracking Plus®

### Delivered
**Delivered, Left with Individual**

FRANKLIN, TN 37064
August 26, 2024, 2:30 pm

**Out for Delivery**

FRANKLIN, TN 37064
August 26, 2024, 6:10 am

**Arrived at Post Office**

FRANKLIN, TN 37064
August 26, 2024, 5:51 am

**Arrived at USPS Regional Destination Facility**

NASHVILLE TN DISTRIBUTION CENTER
August 26, 2024, 12:04 am

**In Transit to Next Facility**

August 25, 2024

**Arrived at USPS Regional Origin Facility**

DETROIT MI DISTRIBUTION CENTER
August 24, 2024, 10:46 pm

**Arrived at USPS Regional Facility**

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 11:25 AM                    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

PONTIAC MI DISTRIBUTION CENTER
August 24, 2024, 6:21 pm

**Departed USPS Facility**

LINDEN, MI 48451
August 24, 2024, 12:02 pm

**Departed Post Office**

LINDEN, MI 48451
August 24, 2024, 12:01 pm

**USPS in possession of item**

LINDEN, MI 48451
August 24, 2024, 11:23 am

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**                                                                 ∨

**USPS Tracking Plus®**                                                                  ∨

**Product Information**                                                                   ∧

Feedback

| | | |
|---|---|---|
| **Postal Product:** | **Features:** | See tracking for related item: |
| Priority Mail® | Certified Mail Restricted Delivery | 9590940286273244068497 (/go/ |
| | Up to $100 insurance included. Restrictions Apply ⓘ | **TrackConfirmAction?** |
| | | **tLabels=9590940286273244068497)** |

**See Less** ∧

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 11:25 AM                         Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

# USPS Tracking®



FAQs >

**COMPLETED**

Remove ✕

**Tracking Number:**

## 9590940286273244068497

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered in or at the mailbox at 1:17 pm on August 31, 2024 in FENTON, MI 48430.

---

**Get More Out of USPS Tracking:**

  **USPS Tracking Plus®**

### Delivered
**Delivered, In/At Mailbox**
FENTON, MI 48430
August 31, 2024, 1:17 pm

**Arrived at USPS Regional Facility**
PONTIAC MI DISTRIBUTION CENTER
August 30, 2024, 7:26 am

**Arrived at USPS Regional Facility**
CHARLESTON WV PROCESSING CENTER
August 28, 2024, 9:37 am

**Departed USPS Regional Facility**
NASHVILLE TN DISTRIBUTION CENTER
August 27, 2024, 7:38 am

**Arrived at USPS Regional Facility**
NASHVILLE TN DISTRIBUTION CENTER
August 26, 2024, 10:41 pm

**Processing at USPS Facility**
FRANKLIN, TN 37064
August 26, 2024, 5:38 pm

**Return Receipt Associated**
August 24, 2024, 11:23 am

Feedback



**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/24/2024                              11:25 AM
_____

Product            Qty    Unit        Price
                          Price
- - - - - - - - - - - - - - - - - - - - - - - -

Priority Mail®       1                $14.25
  Franklin, TN 37064
  Weight: 3 lb 10.80 oz
  Expected Delivery Date
    Mon 08/26/2024
  Insurance                           $0.00
    Up to $100.00 included
  Restricted Del                     $12.75
    Recipient name
    ELAINE B BEELER
  Tracking #:
    70203160000230014704
  Return Receipt                      $4.10
    Tracking #:
    9590 9402 8627 3244 0684 97
Total                                $31.10
- - - - - - - - - - - - - - - - - - - - - - - -
Grand Total:                        $147.60
- - - - - - - - - - - - - - - - - - - - - - - -
Credit Card Remit                   $147.60
  Card Name: VISA
  Account #: XXXXXXXXXXXX8359
  Approval #: 014252
  Transaction #: 185
  AID: A0000000031010        Chip
  AL: VISA CREDIT
  PIN: Not Required
- - - - - - - - - - - - - - - - - - - - - - - -

UFN: 255460-0451
Receipt #: 840-54930036-3-6753461-2
Clerk: 06



## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at *www.usps.com*®.

Franklin, TN 37064     OFFICIAL USE

| Certified Mail Fee | $4.10 | 0451 |
| | | 06 |

Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)       $0.00
☐ Return Receipt (electronic)     $12.75
☒ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required        $0.00
☐ Adult Signature Restricted Delivery $

Postmark Here

LINDEN, MI 48451

AUG 24 2024
08/24/2024

Postage      $14.25

Total Postage and Fees
$31.10

Sent

Street

City,

**ELAINE B. BEELER**
**437 BATTLE AVE**
**FRANKLIN, TN 37064-3709**

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

USPS TRACKING #

NASHVILLE TN 370
26 AUG 2024 PM 2 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 8627 3244 0684 97

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI    48430-3426**

---

### SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

**ELAINE B. BEELER**
**437 BATTLE AVE**
**FRANKLIN, TN 37064-3709**

9590 9402 8627 3244 0684 97

2. Article Number (Transfer from service label)

7020 3160 0002 3001 4704

### COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

**This USPS Return Receipt**
**Was Mysteriously Missing**
**A Signature and Any**
**Information About Delivery**

3. Service Type
☐ Adult Signature                    ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☒ Certified Mail®                    ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery ☐ Signature Confirmation™
☐ Collect on Delivery                ☐ Signature Confirmation Restricted Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
  (over $500)

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt



RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 11:25 AM          Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)



**Arrived at USPS Regional Facility**

INDIANAPOLIS IN DISTRIBUTION CENTER
September 14, 2024, 5:01 pm

According to research performed by the Linden Michigan Postmaster, this lawsuit service package appears to have been originally accepted by the defendant (successfully delivered, though the recipient refused to sign the signature confirmation, as did most of the defendants.) Then **nineteen** days later, the recipient/defendant returned this package to the USPS and **refused it**, having it shipped back to Michigan, where it arrived **thirty-seven** days after being shipped.

**Arrived at USPS Facility**

INDIANAPOLIS, IN 46219
September 14, 2024, 12:09 pm

**In Transit to Next Facility**

September 14, 2024, 8:01 am

**Latest Update**

Your item was delivered to an individual at the address at 2:30 pm on August 26, 2024 in FRANKLIN, TN 37064.

**Departed USPS Regional Facility**

NASHVILLE TN DISTRIBUTION CENTER
September 14, 2024, 5:27 am

LATER DAYS 19

PREVIOUSLY

**Out for Delivery**

FRANKLIN, TN 37064
August 26, 2024, 6:10 am

**Delivered**

**Delivered, Left with Individual**

FRANKLIN, TN 37064
August 26, 2024, 2:30 pm

**Arrived at USPS Regional Destination Facility**

NASHVILLE TN DISTRIBUTION CENTER
August 26, 2024, 12:04 am

**Arrived at USPS Regional Origin Facility**

DETROIT MI DISTRIBUTION CENTER
August 24, 2024, 10:46 pm

**Arrived at USPS Regional Facility**

PONTIAC MI DISTRIBUTION CENTER
August 24, 2024, 6:21 pm

**Departed USPS Facility**

LINDEN, MI 48451
August 24, 2024, 12:02 pm

**Departed Post Office**

LINDEN, MI 48451
August 24, 2024, 12:01 pm

**USPS in possession of item**

LINDEN, MI 48451
August 24, 2024, 11:23 am

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 11:25 AM

Case 3:24-cv-01282   Document 114   Filed 10/21/24   Page 9 of 10 PageID #: 5631

Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

● **Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

---

**Text & Email Updates** ⌄

---

**Product Information** ⌃

| | | |
|---|---|---|
| **Postal Product:** Priority Mail® | **Features:** Certified Mail Restricted Delivery  Up to $100 insurance included. Restrictions Apply ⓘ | **See tracking for related item:** 9590940286273244068497 (/go/TrackConfirmAction? tLabels=9590940286273244068497) |

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=2&text28777=&tLabels=70203160000230014704%2C    4/4

Case 3:24-cv-01282   Document 114   Filed 10/21/24   Page 10 of 10 PageID #: 5632

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 11:25 AM    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)