# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| JEFFREY RYAN FENTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 3:24-cv-01282 |
| v. | ) District Judge William Campbell |
| | ) |
| VIRGINIA LEE STORY, ET AL., | ) |
| | ) |
| Defendants. | ) |

## JOINT MOTION TO SUBSTITUTE COUNSEL

Come now Brian Gallagher of Lennon Miller, PLC and Lisa Carson of Buerger, Moseley & Carson, PLC and file this joint motion to substitute Lisa Carson as counsel for Defendants, Elaine Beaty Beeler, Williamson County, Tennessee and Williamson County Sheriff's Office in this case. This Joint Motion is not intended to constitute a waiver by these Defendants of any objection to personal jurisdiction, inadequate service of process, improper joinder or any other defense or objection in this matter, which defenses and objections are expressly reserved.

Respectfully submitted,

/s/Brian J. Gallagher
Brian J. Gallagher (P72712)
LENNON MILLER PLC
151 South Rose Street, Suite 900
Kalamazoo, MI 49007
Telephone: (269) 488-3027
Email: bgallagher@lennonmiller.com

/s/Lisa M. Carson
Lisa M. Carson, BPR# 14782
**BUERGER, MOSELEY & CARSON, PLC**
*Attorney for Defendants Elaine Beaty Beeler, Williamson County, Tennessee and Williamson County Sheriff's Office*
4068 Rural Plains Circle, Suite 100
Franklin, TN 37064
Telephone: (615) 794-8850
Facsimile: (615) 790-8861
Email: lcarson@buergerlaw.com

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been filed and delivered via U.S. mail on October 30, 2024 to the following:

Jeffrey Ryan Fenton
17198 Silver Parkway, #150
Fenton, MI 48430-3426

I certify that a true and exact copy of the foregoing has been forwarded via the Court's electronic filing system on October 30, 2024 to the following:

Valerie Henning Mock
Wilson Elser Moskowitz Edelman & Dicker LLP
17197 N Laurel Park Drive, Suite 201
Livonia, MI 48152

Anica Clarissa Jones
U.S. Attorney's Office
719 Church Street
Suite 3300
Nashville, TN 37203

Ryan D. Cobb
U.S. Attorney (Grand Rapids)
The Law Building
330 Ionia Avenue, NW
Grand Rapids, MI 49501

Sandra J. Densham
Plunkett Cooney
333 Bridge Street, NW, Suite 530
Grand Rapids, MI 49504

Thomas Anderson
1187 Old Hickory Boulevard, Suite 125
Brentwood, TN 37027

Laura C. Baucus
Dykema Gossett PLLC
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI 48304

Bret Chaness
Rublin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071

Michael L.Gutierrez
Tyler A. Burk
Butzel Long PC
300 Ottawa Avenue, NW, Suite 620
Grand Rapids, MI 49503

Dawn Nicole Williams
Dykema Gossett PLLC
Capitol View Building
201 Townsend Street, Suite 900
Lansing, MI 48933

Peako Jenkins
Assistant Attorney General
P.O. Box 20207
Nashville, TN 37202-0207

Benjamin E. Goldammer
Danica G. Suedekum
Kay Griffin, PLLC
222 Second Avenue North
Suite 340-M
Nashville, TN 37201

/s/Lisa M. Carson