IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JEFFREY RYAN FENTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Case No. 3:24-cv-01282 |
| v. | ) District Judge Campbell |
| | ) Magistrate Judge Holmes |
| VIRGINIA LEE STORY, ET AL., | ) |
| | ) |
| Defendants. | ) |

## AFFIDAVIT OF LISA CARSON

The undersigned affiant, Lisa M. Carson, being first duly sworn, hereby deposes and says:

1. I am counsel of record for Defendants Williamson County, Tennessee and Williamson County Sheriff's Office in this action. I am over the age of eighteen (18) and am otherwise competent to give this affidavit.

2. This case was transferred to this court from the Western District of Michigan on October 25, 2024. These Defendants have a currently pending Motion to Dismiss the case based on jurisdiction and venue issues (Doc. 78) that has likely been rendered moot by the transfer[1], but other grounds for dismissal exist.

3. Additional time is necessary to prepare a responsive pleading addressing these other grounds for dismissal of Plaintiff's allegations.

---

[1] It is not clear to Defendants whether the currently pending Motion to Dismiss related to venue and personal jurisdiction, which is likely moot, impacts the timing of their responsive pleading upon transfer. Accordingly, they file the accompanying Motion out of an abundance of caution.

4. I am requesting that Defendants Williamson County, Tennessee and Williamson County Sheriff's office be granted an extension to November 22, 2024 in which to file an answer or other responsive pleading.

5. Because of Plaintiff's pro se status, we request that the Court excuse Defendants from the consultation requirement of the local rules related to opposition to this Motion.

FURTHER AFFIANT SAITH NOT.

_____
Lisa M. Carson

STATE OF TENNESSEE )
)
COUNTY OF WILLIAMSON )

Subscribed and sworn to before me this 31st day of October, 2024.

_____
Notary Public

My Commission Expires:

7/25/2027

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been filed and delivered via U.S. mail on October 31, 2024 to the following:

Jeffrey Ryan Fenton
17198 Silver Parkway, #150
Fenton, MI 48430-3426

I certify that a true and exact copy of the foregoing has been forwarded via the Court's electronic filing system on October 31, 2024 to the following:

Brian Joseph Gallagher
Lennon Miller PLC
151 S Rose Street, Suite 900
Kalamzoo, MI 48152

Valerie Henning Mock
Wilson Elser Moskowitz Edelman & Dicker LLP
17197 N Laurel Park Drive, Suite 201
Livonia, MI 48152

Anica Clarissa Jones
U.S. Attorney's Office
719 Church Street
Suite 3300
Nashville, TN 37203

Ryan D. Cobb
U.S. Attorney (Grand Rapids)
The Law Building
330 Ionia Avenue, NW
Grand Rapids, MI 49501

Sandra J. Densham
Plunkett Cooney
333 Bridge Street, NW, Suite 530
Grand Rapids, MI 49504

Thomas Anderson
1187 Old Hickory Boulevard, Suite 125
Brentwood, TN 37027

Laura C. Baucus
Dykema Gossett PLLC
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI 48304

Bret Chaness
Rublin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071

Michael L. Gutierrez
Tyler A. Burk
Butzel Long PC
300 Ottawa Avenue, NW, Suite 620
Grand Rapids, MI 49503

Dawn Nicole Williams
Dykema Gossett PLLC
Capitol View Building
201 Townsend Street, Suite 900
Lansing, MI 48933

Peako Jenkins
Assistant Attorney General
P.O. Box 20207
Nashville, TN 37202-0207

Benjamin E. Goldammer
Danica G. Suedekum
Kay Griffin, PLLC
222 Second Avenue North
Suite 340-M
Nashville, TN 37201

/s/Lisa M. Carson