*[signature: William L. Campbell, Jr.]*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| JEFFREY RYAN FENTON, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **Case No. 3:24-cv-01282** |
| v. | ) **District Judge William Campbell** |
| | ) |
| VIRGINIA LEE STORY, ET AL., | ) |
| | ) |
| **Defendants.** | ) |

## JOINT MOTION TO SUBSTITUTE COUNSEL

Come now Brian Gallagher of Lennon Miller, PLC and Lisa Carson of Buerger, Moseley & Carson, PLC and file this joint motion to substitute Lisa Carson as counsel for Defendants, Elaine Beaty Beeler, Williamson County, Tennessee and Williamson County Sheriff's Office in this case. This Joint Motion is not intended to constitute a waiver by these Defendants of any objection to personal jurisdiction, inadequate service of process, improper joinder or any other defense or objection in this matter, which defenses and objections are expressly reserved.

Respectfully submitted,

*/s/Brian J. Gallagher*
Brian J. Gallagher (P72712)
LENNON MILLER PLC
151 South Rose Street, Suite 900
Kalamazoo, MI 49007
Telephone: (269) 488-3027
Email: bgallagher@lennonmiller.com