UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| JEFFREY RYAN FENTON, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 3:24-cv-01282 |
| VIRGINIA LEE STORY, ET AL., | ) ) ) | Jury Demanded |
| Defendants. | ) | |

### STATE DEFENDANTS' MOTION FOR EXTENSION OF TIME

Defendants Michael Binkley, Frank Clement, Jr., Andy Bennett, William Neal McBrayer, James Hivner, John Coke, Sandra Garrett, the State of Tennessee, the Tennessee Administrative Office of the Courts, the Tennessee Court of Appeals Middle Division, the Chancery Court for Williamson County, the Supreme Court of Tennessee, and the Board of Professional Responsibility move to have until December 20, 2024, to respond to the Amended Complaint. Undersigned counsel requires time to thoroughly review the Amended Complaint and the extensive number of exhibits attached to it. This request is not made to prolong justice or impede the swift resolution of these matters. For these reasons, Defendants request that the Court grant this motion to respond to the Amended Complaint by December 20, 2024.

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

<u>s/ Peako Jenkins</u>
PEAKO JENKINS, BPR #32190
Assistant Attorney General
Law Enforcement and Special
Prosecutions Division
P.O. Box 20207
Nashville, Tennessee 37202-0207
Office: 615-741-8059
Fax: 615-532-2541
Email: peako.jenkins@ag.tn.gov

**CERTIFICATE OF SERVICE**

I certify a true and exact copy of the foregoing has been sent via U.S. Mail on **November 13, 2024**, to the following:

Jeffrey Ryan Fenton
17198 Silver Parkway, #150
Fenton, MI 48430-3426
615-837-1300
contact@jefffenton.com

I certify a true and exact copy of the foregoing has been forwarded via the Court's electronic filing system on **October 28, 2024**, to the following:

Valerie Henning Mock
Wilson Elser Moskowitz Edelman & Dicker LLP
17197 N Laurel Park Drive, Suite 201
Livonia, MI 48152

Brian Joesph Gallager
Lennon Miller PLC
151 S Rose Street, Suite 900
Kalamazoo, MI 49007

Ryan D. Cobb
The Law Building
330 Ionia Avenue, NW
Grand Rapids, MI 49501

Sandra J. Densham
333 Bridge Street, NW, Suite 530
Grand Rapids, MI 49504

Thomas Anderson
1187 Old Hickory Boulevard, Suite 125
Brentwood, TN 37027

Laura C. Baucus
Dykema Gossett PLLC
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI 48304

Bret Chaness
Rublin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
Michael L. Gutierrez
Tyler A. Burk
Butzel Long PC
300 Ottawa Avenue, NW, Suite 620
Grand Rapids, MI 49503

Dawn Nicole Williams
Dykema Gossett PLLC
Capitol View Building
201 Townsend Street, Suite 900
Lansing, MI 48933

                s/ Peako Jenkins
                PEAKO JENKINS
                Assistant Attorney General