| | |
|---|---|
| **JEFFREY RYAN FENTON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | No. 3:24-cv-01282 |
| ) | |
| **VIRGINIA LEE STORY, MICHAEL** ) | |
| **WEIMAR BINKLEY, KATHRYN LENN** ) | |
| **YARBROUGH, ELAINE BEATY BEELER,** ) | |
| **MARY ELIZABETH MANEY AUSBROOKS,** ) | |
| **ALEXANDER SERGEY KOVAL, HENRY** ) | |
| **EDWARD HILDEBRAND III, CHARLES M.** ) | |
| **WALKER, THOMAS EARL EUGENE** ) | |
| **ANDERSON, ROY PATRICK MARLIN,** ) | |
| **SAMUEL FORREST ANDERSON, JAMES** ) | |
| **MICHAEL HIVNER, JOHN BRANDON** ) | |
| **COKE, SANDRA JANE LEACH GARRETT,** ) | |
| **Individually and in their official capacities,** ) | |
| **FRANK GOAD CLEMENT JR., ANDY** ) | |
| **DWANE BENNETT, WILLIAM NEAL** ) | |
| **MCBRAYER, In their official capacities,** ) | |
| **STORY, BARNETT, & COBB, PLC, RUBIN** ) | |
| **LUBLIN TN, PLLC, BANK OF AMERICA** ) | |
| **CORPORATION, CADENCCE BANK,** ) | |
| **STATE OF TENNESSEE, COUNTY OF** ) | |
| **WILLIAMSON TENNESSEE, WILLIAMSON** ) | |
| **COUNTY SHERIFF'S OFFICE, CHANCERY** ) | |
| **COURT FOR WILLIAMSON COUNTY** ) | |
| **TENNESSEE, TENNESSEE COURT OF** ) | |
| **APPEALS MIDLLE DIVISION, SUPREME** ) | |
| **COURT OF THE STATE OF TENNESSE,** ) | |
| **BOARD OF PROFESSIONAL** ) | |
| **RESPONSIBILITY OF THE SUPREME** ) | |
| **COURT OF TN, TENNESSEE** ) | |
| **ADMINISTRATIVE OFFICE OF THE** ) | |
| **COURTS,** ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF ENTRY OF APPEARANCE

Comes the firm Leitner, Williams, Dooley & Napolitan, PLLC, and hereby gives notice of its

entry of appearance as counsel of record for Defendant, Henry Edward Hildebrand, III, without

waiving any available defenses.

Respectfully submitted,

**LEITNER, WILLIAMS, DOOLEY
& NAPOLITAN, PLLC**

By: */s/ Anthony M. Noel*
    **Anthony M. Noel**
    BPRN 018828
    **Laura Bassett**
    BPRN 035936
    750 Old Hickory Boulevard
    Building One, Suite 200
    Brentwood, Tennessee 37027
    (615) 255-7722
    tony.noel@leitnerfirm.com
    laura.bassett@leitnerfirm.com

    *Attorneys for Defendant
    Henry Edward Hildebrand, III*

## CERTIFICATE OF SERVICE

    I hereby certify that on November 19, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record:

    Jeffrey Ryan Fenton
    17195 Silver Parkway, #150
    Fenton, Michigan 48430-3426
    contact@jefffenton.com

    *Pro Se Plaintiff*

This the 19th day of November, 2024.

By: */s/ Anthony M. Noel*
    **Anthony M. Noel**