Civil Action No. 1:23-cv-1097
3:24-CV-01282

**AMENDED PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*     KATHRYN LYNN YARBROUGH

was received by me on *(date)*     August 21, 2024

RECEIVED NOV 25 2024 U.S. District Court Middle District of TN

☒ Other *(specify)*:

    Proof of Service for defendant Kathryn Lynn Yarbrough was filed in this lawsuit in ECF 95, PID.5213-5234. However, due to concerns related to the delay of several outstanding defendants making an appearance in this matter, including defendant Yarbrough, out of an abundance of caution, service of defendant Yarbrough was initiated for a *third time*, this time using *registered* mail for added security, while requesting an *electronic* return receipt instead of the traditional green card, to prevent it from potentially getting detached and lost in the mail.

    Despite executing service with *restricted delivery* exactly as outlined in Mich. Ct. R. 2.105(A), somehow *every* individual bar defendant in this lawsuit managed to defeat, or persuade their mail carrier(s) to help defeat, the successful *confirmation of service* as intended in this rule, by either interfering with return of the *"return receipt requested"*, returning it blank and unsigned devoid of any delivery information, or returning it signed by someone other than the named defendant to whom the lawsuit service was clearly *addressed*, despite delivery being *restricted* to that specific individual. (See 'Exhibit-A' filed in ECF 96-1, PID.5265-5285.)

    On October 17, 2024 at 11:55 AM service of defendant Kathryn Lynn Yarbrough was initiated pursuant to F.R.Civ.P. 4(e)(1) and Mich. Ct. R. 2.105(A) by delivering to her the lawsuit service package as itemized in ECF 69 and 69-1 of this lawsuit, via *registered* U.S. mail with tracking number RF753202335US, electronic return receipt requested, with delivery restricted to the addressee. This package was successfully delivered and signed for *personally* by defendant Yarbrough on October 25, 2024, at 1:05 PM. (See the attached receipt copies from the USPS.)

    "(3) An action shall not be *dismissed* for improper service of process unless the service failed to *inform* the defendant of the action within the time provided in these rules for service." Rule 2.105(K)(3) - Process; Manner of Service, Mich. Ct. R. 2.105(K)(3).

    In the spirit of Mich. Ct. R. 2.105(K)(3) above, I recommend changing the date in which defendant Kathryn Lynn Yarbrough is *"deemed served"* by the court, from the September 6, 2024 date which I originally filed in ECF 95, PID. 5214, to the date of her most recent service, where she clearly and *without doubt* received and signed for service herself, on October 25, 2024, at 1:05 PM. My efforts in this matter have been to err on the side of caution, for the benefit of the defendants, while successfully completing service with the highest degree of reliability I know how, for this price point.

I declare under penalty of perjury that this information is true.

Date: 10/25/2024

*Marsha Ann Fenton*
Server's signature

Marsha Ann Fenton
*Printed name and title*

17195 Silver Pkwy, #150, Fenton, MI 48430-3426
*Server's address*

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan ▼

| | |
|---|---|
| JEFFREY RYAN FENTON <br> *Plaintiff(s)* <br> v. <br> VIRGINIA LEE STORY et al., <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:23-cv-1097 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Kathryn Lynn Yarbrough
408 Preakness Drive
Thompsons Station, TN 37179

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: AUG 1 9 2024  ~~5/23/2024~~

*Paula J. Wood*
*Signature of Clerk or Deputy Clerk*

# Board of Professional Responsibility
of the Supreme Court of Tennessee

Search

ATTORNEY LOGIN

ABOUT THE BOARD    FOR THE PUBLIC    FOR LEGAL PROFESSIONALS    NEWS & PUBLICATIONS

# Attorney Details

**Name:**
Yarbrough, Kathryn Lynn

**Address:**
223 Town Center Pkwy Unit 1897
Spring Hill, TN 37174-3040

**BPR Number:**
032789

**Status:**
Active

**Office County:**
Maury

**Licensed in TN Since:**
2014

**Law School:**
Nashville School of Law

## Public Information:
No Public Information Available

## Informational Releases for Public Discipline:
No Public Discipline

## Names Used:

**Name**

Kathryn Lynn Yarbrough

* Information accurate as of Monday, October 14, 2024 6:00 PM UTC

ABOUT THE BOARD

FOR THE PUBLIC

FOR LEGAL PROFESSIONALS

NEWS & PUBLICATIONS

LINKS OF INTERESTS

# Mission Statement

To assist the Court in protecting the public from harm from unethical lawyers by administering the disciplinary process; to assist the public by providing information about the judicial system and the disciplinary system for lawyers; and, to assist lawyers by interpreting and applying the Court's disciplinary rules.

© 2024 Board of Professional Responsibility of the Supreme Court of Tennessee.　　　PRIVACY STATEMENT | DISCLAIMER

2024-02

**KATHRYN LYNN YARBROUGH**
**223 TOWN CENTER PKWY UNIT 1897**
**SPRING HILL, TN    37174-3040**



```
              LINDEN
           215 S MAIN ST
        LINDEN, MI 48451-9998
           (800)275-8777
10/17/2024                    11:55 AM
----------------------------------------
Product           Qty    Unit      Price
                         Price
----------------------------------------
Priority Mail®     1              $14.80
   Spring Hill, TN 37174
   Weight: 3 lb 13.30 oz
   Expected Delivery Date
       Sat 10/19/2024
   Insurance                       $0.00
       Up to $100.00 included
   Restricted Del                 $26.30
       Amount: $0.00
   Recipient name
       KATHRYN L YARBROUGH
   Tracking #:
       RF753202335US
   e-Return Receipt                $2.62
Total                             $43.72

----------------------------------------
Grand Total:                     $165.93
----------------------------------------
Credit Card Remit                $165.93
   Card Name: VISA
   Account #: XXXXXXXXXXXX8359
   Approval #: 017145
   Transaction #: 086
   AID: A0000000031010       Chip
   AL: VISA CREDIT
   PIN: Not Required
----------------------------------------

UFN: 255460-0451
Receipt #: 840-54930036-1-5595507-2
Clerk: 6
```



PS Form 3806, Registered Mail Receipt    Copy 1 - Customer
April 2015, PSN 7530-02-000-9051    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®



October 27, 2024

Dear Marsha Fenton:

The following is in response to your request for proof of delivery on your item with the tracking number: **RF75 3202 335U S**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Post Office |
| **Status Date / Time:** | October 25, 2024, 1:05 pm |
| **Location:** | SPRING HILL, TN 37174 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Registered Mail Restricted Delivery |
| | Return Receipt Electronic |
| **Recipient Name:** | KATHRYN L YARBROUGH |

| Shipment Details | |
|---|---|
| **Weight:** | 3lb, 14.0oz |

**Recipient Signature**

Signature of Recipient: *Katya Yarbrough* (signature)

Address of Recipient: 223 TOWN CENTER PKW, SPRING HILL, TN 37174-2483

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# USPS Tracking®

FAQs >



Remove ✕

**Tracking Number:**

# RF753202335US

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at the post office at 1:05 pm on October 25, 2024 in SPRING HILL, TN 37174.

### Delivered
**Delivered, Individual Picked Up at Post Office**
SPRING HILL, TN 37174
October 25, 2024, 1:05 pm

### Available for Pickup
SPRING HILL
223 TOWN CENTER PKWY
SPRING HILL TN 37174-9998
M-F 0830-1630; SAT 0830-1100
October 24, 2024, 7:48 am

### Out for Delivery
SPRING HILL, TN 37174
October 24, 2024, 7:47 am

### Arrived at Post Office
SPRING HILL, TN 37174
October 24, 2024, 7:36 am

### Processing at USPS Facility
NASHVILLE, TN 37230
October 23, 2024, 5:31 am

### Processing at USPS Facility

1 of 3                                                                                                   10/27/2024, 3:58 AM
                  Case 3:24-cv-01282   Document 180   Filed 11/25/24   Page 6 of 16 PageID #: 286
RICO SERVICE: SHIPPED via USPS on 10/17/2024 at 11:55 AM   3:24-CV-01282   Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

NASHVILLE, TN 37230
October 23, 2024, 2:05 am

**Processing at USPS Facility**
NASHVILLE, TN 37230
October 23, 2024, 2:02 am

**Processing at USPS Facility**
DETROIT, MI 48233
October 21, 2024, 12:04 am

**Processing at USPS Facility**
DETROIT, MI 48233
October 21, 2024, 12:03 am

**In Transit to Next Facility**
October 20, 2024

**Arrived at USPS Regional Origin Facility**
DETROIT MI DISTRIBUTION CENTER
October 19, 2024, 4:01 am

**Processing at USPS Facility**
PONTIAC, MI 48340
October 18, 2024, 4:01 pm

**Arrived at USPS Regional Facility**
PONTIAC MI DISTRIBUTION CENTER
October 17, 2024, 7:16 pm

**Departed USPS Facility**
LINDEN, MI 48451
October 17, 2024, 2:51 pm

**USPS in possession of item**
LINDEN, MI 48451
October 17, 2024, 11:50 am

**Hide Tracking History**

Feedback

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

10/27/2024, 3:58 AM

Case 3:24-cv-01282     Document 180-4     Filed 11/25/24     Page 7 of 16 PageID #: 287

RICO SERVICE: SHIPPED via USPS on 10/17/2024 at 11:55 AM     3:24-CV-01282     Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

## Text & Email Updates

## Return Receipt Electronic

✓ Confirmation

Your Proof of Delivery record is complete and will be processed shortly.

Your confirmation will be sent to the following:

contact@jefffenton.com

## Product Information

**Postal Product:**
Priority Mail®

**Features:**
Registered Mail Restricted Delivery
Return Receipt Electronic

See Less ∧

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

3 of 3                                                                                                    10/27/2024, 3:58 AM

RICO SERVICE: SHIPPED via USPS on 10/17/2024 at 11:55 AM    Case 3:24-cv-01282   Document 180   Filed 11/25/24   Page 8 of 16 PageID #: 288
3:24-CV-01282                      Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

**contact@jefffenton.com**

| | |
|---|---|
| **From:** | auto-reply@usps.com |
| **Sent:** | Sunday, October 27, 2024 3:58 AM |
| **To:** | contact@jefffenton.com |
| **Subject:** | USPS Return Receipt (Electronic) Info for RF753202335US |
| **Attachments:** | RF753202335US.pdf |



Tracking #: RF753202335US

Hello Marsha Fenton,

**Thank you for using USPS.com® to request a Return Receipt (Electronic) letter for your shipment.**

Tracking #:  RF753202335US

Service Type:  Priority Mail®

Attachment:  Return Receipt (Electronic) letter (PDF) provided by the U.S. Postal Service®.

Your Return Receipt (Electronic) letter is in the attached PDF. You will need Adobe Acrobat Reader installed on your device to open the PDF. Download Adobe Acrobat Reader for free.

If you need help or have questions about USPS Tracking® services and features, visit USPS Tracking FAQs.

**Want to Track on the Go?**

Track packages with USPS Text Tracking® service. Simply text your tracking number to 28777 (2USPS) or select the Text Update option on the USPS Tracking site. Standard Message and Data Rates may apply. For more information, visit USPS Text Tracking.

1

Case 3:24-cv-01282    Document 180    Filed 11/25/24    Page 9 of 16 PageID #: 289
RICO SERVICE: SHIPPED via USPS on 10/17/2024 at 11:55 AM    3:24-CV-01282    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan ☑

**FILED- LN**
September 30, 2024 11:54 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: eod  scanned by: 4009/30

| | |
|---|---|
| JEFFREY RYAN FENTON | )<br>)<br>)<br>) |
| *Plaintiff(s)* | ) |
| v. | )  Civil Action No. 1:23-cv-1097 |
| | )<br>) |
| VIRGINIA LEE STORY et al., | )<br>)<br>) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Kathryn Lynn Yarbrough
408 Preakness Drive
Thompsons Station, TN 37179

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

AUG 1 9 2024
Date: ~~5/23/2024~~

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-1097

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____KATHRYN LYNN YARBROUGH_____

was received by me on *(date)* _____8/21/2024_____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:
Pursuant to F.R.Civ.P. 4(e)(1) and Mich. Ct. R. 2.105, defendant KATHRYN LYNN YARBROUGH was served via certified U.S. mail with restricted delivery, using tracking number 70203160000230014698 on September 6, 2024. See attached receipt copies from the USPS.

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: __9/26/2024__     __Marsha Ann Fenton__
                                    *Server's signature*

                                    Marsha Ann Fenton
                                    *Printed name and title*

                                    17195 Silver Pkwy, #150, Fenton, MI 48430-3426
                                    *Server's address*

Additional information regarding attempted service, etc:

The first service attempt was sent via USPS, with tracking number 70203160000230014902 on August 24, 2024 at 11:25 AM with certified restricted delivery to defendant Yarbrough's long-term and last known place of employment, working with defendant Story at 136 4th Avenue South, Franklin, TN 37064-2622. This was attempted prior to her home address because it was believed to be more convenient for her in the afternoons, since her home is in a different town based upon the information on hand. (Additional information continued on the next page.)

## PROOF OF SERVICE—ADDITIONAL INFORMATION (CONTINUED)

According to the email tracking notifications provided by the USPS, service was delivered to the front desk of Story and Abernathy, PLLP on August 26, 2024, at 11:08 AM. Although the final tracking manifest provided by the USPS website contradicts that claim, instead showing that the package was "forwarded" from the office of Story and Abernathy on August 26th at 11:12 AM.

Ultimately this package appears to have been sent in circles, passing through the USPS Nashville Distribution Center four separate times, on 8/26, 8/29, 8/31, and on 9/4, while it was sent to the Franklin Post Office on at least two different occasions, on 8/26 and on 9/3/2024, before being returned in Michigan on September 9th, 2024.

Upon return of the package, it was stamped "ATTEMPTED - NOT KNOWN, UNABLE TO FORWARD, RETURN TO SENDER", all of which seem odd, for the following reasons:

1) Service to defendant Yarbrough was attempted at the same time as defendant Story's service was successful, so the mail carrier was at the right office location.

2) This was believed to have been the place of employment for defendant Yarbrough for over a decade, so for it to be stamped as "NOT KNOWN" seems strange.

3) Lastly, it was stamped "UNABLE TO FORWARD", yet it was unsuccessfully forwarded several times, according to the shipping manifest and email notices.

Eventually this was returned to me in Michigan, but since I had been monitoring the tracking online, Jeff decided to initiate a second service attempt at defendant Yarbrough's home, while due to time concerns for completing service we did not wait until we received this package back. Instead, another lawsuit service package was produced and service was attempted a second time to defendant Yarbrough, this time at her home address. This attempt too had some peculiarities, but appears to have been ultimately successful.

RICO SERVICE: SHIPPED via USPS on 09/04/2024 at 1:45 PM   3:24-CV-01282   Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

Case 3:24-cv-01282   Document 180   Filed 11/25/24   Page 12 of 16 PageID #: 292

**DEFENDANT: KATHRYN YARBROUGH** — **SECOND SERVICE ATTEMPT** — **RECEIVED SERVICE: 9/06/2024**





RICO SERVICE: SHIPPED via USPS on 09/04/2024 at 1:45 PM   3:24-CV-01282   Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

**DEFENDANT: KATHRYN YARBROUGH**  **SECOND SERVICE ATTEMPT**  **RECEIVED SERVICE: 9/06/2024**

USPS TRACKING #

9590 9402 8627 3244 0684 80

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10


UNITED STATES
POSTAL SERVICE

United States Postal Service

ℓ / EDW   Customer Information   September

* Sender: Please print your name, address, and ZIP+4® in this box*

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI    48430-3426**

| Signature | [signature] |
| Address | **408 PREAKNESS DR, THOMPSONS STATION, TN 37179** |

Enter up to 35 items separated by commas.

Select Search Type:    Quick Search  ▾    Submit

Product Tracking & Reporting, All Rights Reserved
Version: 24.3.3-69ff40aa

> This was returned by the USPS exactly as shown, but folded in half and stapled together.
>
> No information was provided except what you can see here.
>
> I interpret this to be saying that the green card fell off the package inside the delivering mail carrier's vehicle, so they had the addressee sign for the package electronically (or by some other means), which they printed out on this white piece of paper, in place of the green card. Then the best I can figure, the mail carrier must have found the green card later in their vehicle, since it was attached as shown, so they stapled this singed proof of delivery to the green card and returned stapled together.

looks like the green card became unattached before delivery

RICO SERVICE: SHIPPED via USPS on 09/04/2024 at 1:45 PM   **3:24-CV-01282**   Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

**DEFENDANT: KATHRYN YARBROUGH**     SECOND SERVICE ATTEMPT     RECEIVED SERVICE: 9/06/2024



Help

**Product Tracking & Reporting**     UNITED STATES POSTAL SERVICE

Home   Search   Reports   Manual Entry   Rates/Commitments   PTR / EDW   Customer Information   September 2*

### USPS Tracking Intranet
### Delivery Signature and Address

Tracking Number: 7020 3160 0002 3001 4698

This item was delivered on 09/06/2024 at 11:28:00

< Return to Tracking Number View

| Signature | *(handwritten signature)* |
| --- | --- |
| Address | **408 PREAKNESS DR, THOMPSONS STATION, TN 37179** |

Enter up to 35 items separated by commas.

Select Search Type:   Quick Search   ▼   Submit

Product Tracking & Reporting, All Rights Reserved
Version: 24.3.3-69ff40aa

*looks like the green card became unattached before delivery*

RICO SERVICE: SHIPPED via USPS on 09/04/2024 at 1:45 PM   **3:24-CV-01282**   Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

Case 3:24-cv-01282   Document 180   Filed 11/25/24   Page 15 of 16 PageID #: 295






**CERTIFIED MAIL**

7020 3160 0002 3001 3592

Retail
U.S. POSTAGE PAID
PM
LINDEN, MI 48451
NOV 19, 2024
37203
$17.92
RDC 03
S2324P501513-03

PRESS FIRMLY TO SEAL

UNITED STATES POSTAL SERVICE

- Expected delivery date spe
- Domestic shipments includ
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INSURED**


PS00001000014
EP14F July 2022
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

FROM:
**17195 SILVER PKWY**
**PMB #150**
FENTON, MI 48430-3426

RECEIVED
NOV 25 2024
U.S. District Court
Middle District of TN

TO:
UNITED STATES DISTRICT COURT
**ATTN: CLERK OF THE COURT**
**719 CHURCH ST**
**NASHVILLE, TN 37203-6940**