| | |
|---|---|
| **JEFFREY RYAN FENTON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) No. 3:24-cv-01282 |
| | ) |
| **VIRGINIA LEE STORY, MICHAEL WEIMAR BINKLEY, KATHRYN LENN YARBROUGH, ELAINE BEATY BEELER, MARY ELIZABETH MANEY AUSBROOKS, ALEXANDER SERGEY KOVAL, HENRY EDWARD HILDEBRAND III, CHARLES M. WALKER, THOMAS EARL EUGENE ANDERSON, ROY PATRICK MARLIN, SAMUEL FORREST ANDERSON, JAMES MICHAEL HIVNER, JOHN BRANDON COKE, SANDRA JANE LEACH GARRETT, Individually and in their official capacities, FRANK GOAD CLEMENT JR., ANDY DWANE BENNETT, WILLIAM NEAL MCBRAYER, In their official capacities, STORY, BARNETT, & COBB, PLC, RUBIN LUBLIN TN, PLLC, BANK OF AMERICA CORPORATION, CADENCCE BANK, STATE OF TENNESSEE, COUNTY OF WILLIAMSON TENNESSEE, WILLIAMSON COUNTY SHERIFF'S OFFICE, CHANCERY COURT FOR WILLIAMSON COUNTY TENNESSEE, TENNESSEE COURT OF APPEALS MIDLLE DIVISION, SUPREME COURT OF THE STATE OF TENNESSE, BOARD OF PROFESSIONAL RESPONSIBILITY OF THE SUPREME COURT OF TN, TENNESSEE ADMINISTRATIVE OFFICE OF THE COURTS,** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this case for Mary Beth Ausbrooks.

Respectfully submitted,

GORDON REES SCULLY MANSUKHANI, LLP

*s/ James R. Embrey, Jr.*
James R. Embrey, Jr., BPR 019370
4031 Aspen Drive, Suite 290
Franklin, TN 37067
Phone: (615) 640-0976
Facsimile: (615) 970-7490
Email: jembrey@grsm.com
*Attorneys for Defendant Mary Beth Ausbrooks*

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record, as well as sending a copy to the following address via USPS and/or electronic mail:

**Jeffrey Ryan Fenton**
17195 Silver Parkway, #150
Fenton, Michigan 48430-3426
contact@jefffenton.com
*Pro Se Plaintiff*

**Megan R. Calme**
Wilson Elser Moskowitz Edelman & Dicker, LLP
3102 West End Avenue
Suite 400
Nashville, Tennessee 37203

**Sarah M. Mathews**
Wilson Elser Moskowitz Edelman & Dicker, LLP
3102 West End Avenue
Suite 400
Nashville, Tennessee 37203

**Peako Jenkins**
Tennessee Attorney General's Office
P.O. Box 20207
Nashville, Tennessee 37202-0207

**Anica Clarissa Jones**
U.S. Attorney's Office
719 Church Street
Suite 3300
Nashville, Tennessee 37203

**Sandra J. Densham**
Plunkett Cooney
333 Bridge Street, NW, Suite 530
Grand Rapids, Michigan 49504

**Kimberly Michelle Ingram-Hogan**
**George H. Cate, III**
**Erik Halvorson**
Bradley Arant Boult Cummings, LLP
(Nashville, TN Office)
1221 Broadway
Suite 2400
Nashville, Tennessee 37203

**Laura C. Baucus**
Dykema Gossett PLLC
39577 Woodward Avenue, Suite 300
Bloomfield Hills, Michigan 48304

**Bret Chaness**
Rublin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, Georgia 30071

**Benjamin E. Goldammer**
**Danica G. Suedekum**
Kay Griffin, PLLC
222 Second Avenue North
Suite 340-M
Nashville, Tennessee 37201

**Dawn Nicole Williams**
Dykema Gossett PLLC
Capitol View Building
201 Townsend Street, Suite 900
Lansing, Michigan 48933

**Lisa M. Carson**
Buerger, Moseley & Carson, PLC
4068 Rural Plains Circle
Suite 100
Franklin, TN 37064
615-794-8850
Fax: 615-790-8861
Email: lcarson@buergerlaw.com

**Laura Ellen Bassett**
Leitner, Williams, Dooley & Napolitan, PLLC
750 Old Hickory Blvd
Building One
Ste 200
Brentwood, TN 37027
(615) 324-2733
Fax: (615) 780-2210
Email: laura.bassett@leitnerfirm.com

**Thomas E. Anderson**
1187 Old Hickory Blvd., Ste. 125
Brentwood, TN 37027
(615) 969-5819
PRO SE

**Laura C. Baucus**
Dykema Gossett PLLC (Bloomfield Hills)
39577 Woodward Ave., Ste. 300
Bloomfield Hills, MI 48304
(248) 203-0796
Email: lbaucus@dykema.com

*s/ James R. Emrey, Jr.*
James R. Embrey, Jr.