**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

JEFFREY RYAN FENTON,

     Plaintiff,                        No. 3:24-cv-01282

VIRGINIA LEE STORY, ET AL.,

     Defendants.

**NOTICE OF APPEARANCE OF COUNSEL**

Please take notice of the appearance of Gregory Brown of the law offices of Lowe Yeager & Brown PLLC, who is authorized to practice in this court, as counsel of record for Defendant Samuel Forrest Anderson in this matter. This is not a general appearance. In providing this Notice, Defendant Anderson does not waive but rather specifically reserves all issues related to service of process, sufficiency of service of process, statute of limitations, and all other procedural and/or substantive rights, defenses, and contentions available under the law and the facts of this case.

Respectfully submitted,

/s/ *Gregory Brown*
Gregory Brown, TN BPR# 027944
W. Scott Hickerson, TN BPR# 026369
LOWE YEAGER & BROWN PLLC
920 Volunteer Landing, Suite 200
Knoxville, TN 37915
Telephone: (865) 521-6527
Facsimile: (865) 637-0540
gb@lyb.law
wsh@lyb.law
*Counsel for Defendant Samuel Forrest Anderson*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing Notice of Appearance of Counsel was filed with the Clerk of the District Court using the CM/ECF system on this the 17th day of December 2024, which sent notification of such filing to all parties registered with the Court's electronic filing system, and was also served on the following via U.S. Mail:

Jeffrey Ryan Fenton
17195 Silver Parkway, #150
Fenton, Michigan 48430-3426
Pro Se Plaintiff

Thomas E. Anderson
1187 Old Hickory Blvd., Ste. 125
Brentwood, TN 37027
(615) 969-5819
Pro se Defendant

Rothschild & Ausbrooks PLLC
110 Glancy Street, Suite 109
Goodlettsville, TN 37072

Spragins, Barnett & Cobb PLC
312 East Lafayette
Jackson, TN 38301

Bankers Title & Escrow Corporation
3310 West End Ave., Suite 540
Nashville, TN 37203

Bank of America Corp.
4909 Savarese Circle
Tampa, FL 33634

/s/ *Gregory Brown*