# UNITED STATES DISTRICT COURT
for the
Western District of Michigan ▼

JEFFREY RYAN FENTON )
)
*Plaintiff(s)* )
v. ) **3:24-CV-01282**
) Civil Action No. 1:23-cv-1097
)
VIRGINIA LEE STORY et al., )
)
*Defendant(s)* )

**RECEIVED**
**JAN 21 2025**
US DISTRICT COURT
MID DIST TENN

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Rubin Lublin TN, PLLC
119 South Main Street, Suite 500
Memphis, TN 38103

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  AUG 19 2024
       5/23/2024

*Paula J. Wolf*
Signature of Clerk or Deputy Clerk

Civil Action No. 1:23-cv-1097

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  RUBIN LUBLIN TN, PLLC

was received by me on *(date)*  August 21, 2024 .

☒ *Other (specify):*

Service of defendant RUBIN LUBLIN TN, PLLC was initiated pursuant to F.R.Civ.P. 4(h)(1)(A) and Mich. Ct. R. 2.105(D) by delivering the *lawsuit service package* as itemized in ECF 69 and 69-1 of this lawsuit, via *certified* U.S. mail with tracking number 70202450000036715129, return receipt requested, to the registered agent address as listed with the Tennessee Secretary of State, Division of Business Services, for SOS Control #000601696. This package was successfully delivered to "Northwest Registered Agent, Inc" on behalf of Rubin Lublin TN, PLLC on **September 5, 2024, at 10:27 AM**. (See attached receipt copies and proofs from the USPS.)

Mich. Ct. R. 2.105(D) states: "Process may be served on a private corporation (domestic or foreign) by: (1) serving a summons and a copy of the complaint on an officer or the resident agent; (2) serving a summons and a copy of the complaint on a director, trustee, or person in charge of an office or business establishment of the corporation and sending a summons and a copy of the complaint by registered mail, addressed to the principal office of the corporation".

Pursuant to Mich. Ct. R. 2.105(D), in addition to serving the *registered agent* the lawsuit service package was also delivered to the *principal address* of the corporation via *certified* U.S. mail with tracking number 70203160000230017262, return receipt requested. This package was successfully delivered to Rubin Lublin TN, PLLC on **September 9, 2024, at 4:31 PM**. (See attached receipt copies and proofs from the USPS.)

As a layer of redundancy to ensure that every defendant in this lawsuit was provided as much notice as possible, *alternative service* was also executed via *email* using Streak Email Tracking Software, as explained in the MOTION FOR ALTERNATIVE SERVICE, filed in ECF 177 and 177-1. The attached screenshots show that Rubin Lublin TN, PLLC was provided email notice at nbrown@rubinlublin.com on **September 24, 2024,** which was successfully received and viewed at least once that same day. For information about Streak Email Tracking Software please see https://www.streak.com. A video demonstration of this software can be viewed online at https://www.youtube.com/watch?v=dMKtSYU-rd8.

Per Mich. Ct. R. 2.105(K)(3), "(3) An action shall not be dismissed for improper service of process unless the service failed to *inform* the defendant of the action within the time provided in these rules for service." Rule 2.105(K)(3) - Process; Manner of Service.

In the spirit of Mich. Ct. R. 2.105(K)(3) above, service was deemed satisfied either upon full completion of service as outlined in Mich. Ct. R. 2.105, per the entity type (in this case on September 9, 2024), or upon first appearance in this matter by counsel, since they obviously were informed about this action prior to the date of first appearance by their counsel as evidenced in the record. Bret Chaness of Rubin Lublin, LLC, made an appearance in this matter **September 24, 2024.**

My efforts in this matter have been to err on the side of caution, for the benefit of the defendants, while successfully completing service with the highest degree of reliability I know how, for this price point.

I declare under penalty of perjury that this information is true.

Date: 11/23/2024

*Marsha Ann Fenton*
Server's signature

Marsha Ann Fenton
*Printed name and title*

17195 Silver Pkwy, #150, Fenton, MI  48430-3426
*Server's address*

RICO SERVICE: SHIPPED via USPS on 9/04/2024 at 10:06 AM
Case 3:24-cv-01282   Document 203   Filed 01/21/25   Page 2 of 16 PageID #: 522
Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)



**3:24-cv-01282**

# Division of Business Services
## Department of State
### State of Tennessee
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102

**Tre Hargett**
Secretary of State

## Filing Information

**Name:** Rubin Lublin TN, PLLC

### General Information

| | | | |
|---|---|---|---|
| SOS Control # | 000601696 | Formation Locale: | TENNESSEE |
| Filing Type: | Limited Liability Company - Domestic 05/04/2009 8:03 AM | Date Formed: | 05/04/2009 |
| | | Fiscal Year Close | 12 |
| Status: | Active | Member Count: | 1 |
| Duration Term: | Perpetual | | |
| Business Type: | Professional Limited Liability Company | | |
| Managed By: | Member Managed | | |

**Registered Agent Address**
NORTHWEST REGISTERED AGENT INC
STE 200
116 AGNES RD
KNOXVILLE, TN  37919

**Principal Address**
STE 400
1661 INTERNATIONAL DR
MEMPHIS, TN  38120

The following document(s) was/were filed in this office on the date(s) indicated below:

| Date Filed | Filing Description | Image # |
|---|---|---|
| 01/08/2024 | 2023 Annual Report | B1488-4871 |
| 02/24/2023 | Registered Agent Change (by Agent) | *B1337-8119 |

Registered Agent Physical Address 1 Changed  From: 5810 SHELBY OAKS DR  To: 116 AGNES RD
Registered Agent Physical Address 2 Changed  From: STE B  To: STE 200
Registered Agent Physical City Changed  From: MEMPHIS  To: KNOXVILLE
Registered Agent Physical County Changed  From: SHELBY COUNTY  To: KNOX COUNTY
Registered Agent Physical Postal Code Changed  From: 38134-7315  To: 37919

| | | |
|---|---|---|
| 01/24/2023 | 2022 Annual Report | B1325-6117 |
| 11/16/2022 | Articles of Amendment | B1292-8960 |

Principal Address 1 Changed  From: 119 S MAIN ST  To: 1661 INTERNATIONAL DR
Principal Address 2 Changed  From: STE 500  To: STE 400
Principal Postal Code Changed  From: 38103-3659  To: 38120

| | | |
|---|---|---|
| 04/14/2022 | Registered Agent Change (by Entity) | B1201-2046 |

Registered Agent First Name Changed  From: NATALIE  To: No Value
Registered Agent Last Name Changed  From: BROWN  To: No Value
Registered Agent Organization Name Changed  From: No Value  To: NORTHWEST REGISTERED AGENT INC.

8/20/2024 6:11:33 PM                                                                                                              Page 1 of 3

RICO SERVICE: SHIPPED via USPS on 9/04/2024 at 10:56 AM

Case 3:24-cv-01282    Document 203    Filed 01/21/25    Page 3 of 16 PageID #: 523
Case 1:25-cv-01097-PLM-RSK (FENTON v. STORY et al.)

# Filing Information

**Name:** Rubin Lublin TN, PLLC

| | | |
|---|---|---|
| Registered Agent Physical Address 1 Changed  From: 119 S MAIN ST  To: 5810 SHELBY OAKS DR | | |
| Registered Agent Physical Address 2 Changed  From: STE 500  To: STE B | | |
| Registered Agent Physical Postal Code Changed  From: 38103-3659  To: 38134-7315 | | |
| 01/26/2022 | 2021 Annual Report | B1152-2093 |
| 02/15/2021 | 2020 Annual Report | B0984-0140 |
| 02/21/2020 | 2019 Annual Report | B0821-7922 |
| 02/15/2019 | 2018 Annual Report | B0654-1753 |
| 02/15/2018 | 2017 Annual Report | B0499-0161 |
| Principal Address 2 Changed  From: STE 403  To: STE 500 | | |
| Principal Postal Code Changed  From: 38103-3647  To: 38103-3659 | | |
| 03/03/2017 | 2016 Annual Report | B0356-3784 |
| 07/05/2016 | Administrative Amendment | B0270-3109 |
| 02/10/2016 | 2015 Annual Report | B0198-3476 |
| 02/19/2015 | 2014 Annual Report | B0057-1001 |
| 03/07/2014 | 2013 Annual Report | A0219-1789 |
| Principal Address 1 Changed  From: 3740 DAVINCI CT  To: 119 S MAIN ST | | |
| Principal Address 2 Changed  From: STE 150  To: STE 403 | | |
| Principal City Changed  From: PEACHTREE CORNERS  To: MEMPHIS | | |
| Principal State Changed  From: GA  To: TN | | |
| Principal Postal Code Changed  From: 30092-7614  To: 38103-3647 | | |
| Principal County Changed  From: No value  To: SHELBY COUNTY | | |
| 03/11/2013 | 2012 Annual Report | A0160-1307 |
| Principal Address 2 Changed  From: STE 400  To: STE 150 | | |
| Principal City Changed  From: NORCROSS  To: PEACHTREE CORNERS | | |
| Principal Postal Code Changed  From: 30092-7613  To: 30092-7614 | | |
| Member Count Changed  From: 2  To: 1 | | |
| 05/22/2012 | Articles of Amendment | 7057-1887 |
| Filing Name Changed  From: RUBIN LUBLIN SUAREZ SERRANO TN PLLC  To: Rubin Lublin TN, PLLC | | |
| 05/22/2012 | 2011 Annual Report | A0121-0913 |
| 01/30/2012 | Articles of Amendment | 6989-1332 |
| Business Type Changed  From: No Value  To: Professional Limited Liability Company | | |
| Filing Name Changed  From: RUBIN LUBLIN SUAREZ SERRANO TN LLC  To: RUBIN LUBLIN SUAREZ SERRANO TN PLLC | | |
| Principal Address 1 Changed  From: 3740 DAVINCI COURT  To: 3740 DAVINCI CT | | |
| Principal Address 2 Changed  From: SUITE 400  To: STE 400 | | |
| Principal Postal Code Changed  From: 30092  To: 30092-7613 | | |
| 03/29/2011 | 2010 Annual Report | A0065-0437 |

8/20/2024 6:11:33 PM

Page 2 of 3

Case 3:24-cv-01282    Document 203    Filed 01/21/25    Page 4 of 16 PageID #: 524

RICO SERVICE: SHIPPED via USPS on 9/04/2024 at 10:06 AM    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

# Filing Information

| Name: | Rubin Lublin TN, PLLC |
|---|---|

Principal Address 2 Changed  From: SUITE 100  To: SUITE 400
01/03/2011   Mailing Address Update                                                                 NO IMAGE
05/14/2010   Articles of Amendment                                                                  6719-2765
03/02/2010   2009 Annual Report                                                                     A0008-1237
Member Count Changed  From: 1  To: 2
Registered Agent First Name Changed  From: EVERETT  To: Natalie
Registered Agent Middle Name Changed  From: L  To: No Value
Registered Agent Last Name Changed  From: HIXSON JR  To: Brown
Registered Agent Physical Address 1 Changed  From: 1 PARK PL STE 380  To: 119 S. Main Street, Suite 500
Registered Agent Physical Address 2 Changed  From: 6148 LEE HWY  To: No Value
Registered Agent Physical City Changed  From: CHATTANOOGA  To: Memphis
Registered Agent Physical County Changed  From: Hamilton County  To: Shelby County
Registered Agent Physical Postal Code Changed  From: 37421  To: 38103
08/26/2009   Articles of Amendment                                                                  6588-1358
Name Changed
05/04/2009   Initial Filing                                                                          6529-1448

| Active Assumed Names (if any) | Date | Expires |
|---|---|---|

8/20/2024 6:11:33 PM                                                                                 Page 3 of 3

Case 3:24-cv-01282    Document 203    Filed 01/21/25    Page 5 of 16 PageID #: 525
RICO SERVICE: SHIPPED via USPS on 9/04/2024 at 10:06 AM              Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com

Memphis, TN 38120

Certified Mail Fee $4.85 $4.10

Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☒ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $

Postage $16.95

Total Postage and Fees $

RUBIN LUBLIN TN, PLLC
1661 INTERNATIONAL DR STE 400
MEMPHIS, TN    38120-1431

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

RUBIN LUBLIN TN, PLLC
1661 INTERNATIONAL DR STE 400
MEMPHIS, TN    38120-1431

9590 9402 8627 3244 0677 42

7020 3160 0002 3001 7262

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X    ☐ Agent    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

**This USPS Return Receipt Mysteriously Disappeared, It was Never Returned After Successful Delivery.**

3. Service Type
☒ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

ALERT: HURRICANE HELENE, FLOODING, AND SEVERE WEATHER IN THE SOUTHEASTERN U.S. MAY IMPA...

# USPS Tracking®

FAQs >



**Tracking Number:**

70203160000230017262

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

Remove ✕

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 4:31 pm on September 9, 2024 in MEMPHIS, TN 38120.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

● **Delivered**
Delivered, Front Desk/Reception/Mail Room
MEMPHIS, TN 38120
September 9, 2024, 4:31 pm

● **Out for Delivery**
MEMPHIS, TN 38120
September 9, 2024, 6:10 am

● **Arrived at USPS Facility**
MEMPHIS, TN 38119
September 9, 2024, 4:01 am

● **Arrived at Hub**
MEMPHIS, TN 38119
September 8, 2024, 10:19 am

● **Departed USPS Regional Facility**
MEMPHIS TN DISTRIBUTION CENTER
September 8, 2024, 2:57 am

● **Arrived at USPS Regional Facility**
MEMPHIS TN DISTRIBUTION CENTER
September 8, 2024, 12:59 am

● **Arrived at USPS Regional Facility**

Feedback

- MEMPHIS TN MAIL PROCESSING CENTER
  September 7, 2024, 8:40 pm

- **Arrived at USPS Regional Facility**
  MEMPHIS TN DISTRIBUTION CENTER
  September 7, 2024, 8:30 pm

- **Departed USPS Regional Facility**
  MEMPHIS TN DISTRIBUTION CENTER
  September 7, 2024, 7:57 pm

- **Arrived at USPS Regional Destination Facility**
  MEMPHIS TN DISTRIBUTION CENTER
  September 7, 2024, 4:38 pm

- **In Transit to Next Facility**
  September 6, 2024

- **Arrived at USPS Regional Origin Facility**
  DETROIT MI DISTRIBUTION CENTER
  September 5, 2024, 12:10 pm

- **Departed Post Office**
  LINDEN, MI 48451
  September 4, 2024, 4:02 pm

- **USPS in possession of item**
  LINDEN, MI 48451
  September 4, 2024, 10:03 am

- **Hide Tracking History**

Feedback

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

---

**Text & Email Updates**  ⌄

---

**USPS Tracking Plus®**  ⌄

---

**Product Information**  ⌃

| | | |
|---|---|---|
| **Postal Product:** Priority Mail® | **Features:** Certified Mail™ Up to $100 insurance included. Restrictions Apply ⓘ | **See tracking for related item:** 9590940286273244067742 (/go/TrackConfirmAction?tLabels=9590940286273244067742) |

# USPS Tracking®

FAQs >

> **This is the tracking for the Return Receipt. This shows that the Return Receipt was purchased, but it was never mailed back from Tennessee.**

Remove ✕

**Tracking Number:**

9590940286273244067742

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

The U.S. Postal Service has received electronic notification on September 4, 2024 at 10:03 am that you have associated a return receipt to your item.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

● **Pre-Shipment**
**Return Receipt Associated**
September 4, 2024, 10:03 am

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates     ⌄

USPS Tracking Plus®     ⌄

Product Information     ⌃

| Postal Product: | Features: | |
|---|---|---|
| USPS Ground Advantage™ | Return Receipt USPS Tracking® | See tracking for related item: 70203160000230017262 (/go/TrackConfirmAction?tLabels=70203160000230017262) |

Feedback



```
UNITED STATES POSTAL SERVICE.
        LINDEN
     215 S MAIN ST
   LINDEN, MI 48451-9998
      (800)275-8777
09/03/2024              02:20 PM
--------------------------------
Product      Qty   Unit    Price
                   Price
--------------------------------
Priority Mail®  1          $14.25
  Knoxville, TN 37919
  Weight: 3 lb 12.20 oz
  Expected Delivery Date
    Thu 09/05/2024
  Insurance                $0.00
    Up to $100.00 included
  Certified Mail®          $4.85
    Tracking #:
    70202450000036715129
  Return Receipt           $4.10
    Tracking #:
    9590 9402 8627 3244 0683 05
Total                     $23.20

--------------------------------
Grand Total:              $97.80
--------------------------------
Credit Card Remit         $97.80
  Card Name: VISA
  Account #: XXXXXXXXXXXX8359
  Approval #: 313091
  Transaction #: 753
  AID: A0000000031010     Chip
  AL: VISA CREDIT
  PIN: Not Required
--------------------------------

UFN: 255460-0451
Receipt #: 840-54930036-1-5538003-2
Clerk: 6
```

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

Certified Mail Fee
Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☒ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $
Total Postage and Fees $

Postmark Here — SEP -3 2024 — LINDEN, MI 48451

NORTHWEST REGISTERED AGENT INC
O/B/O: RUBIN LUBLIN TN, PLLC
116 AGNES RD, STE 200
KNOXVILLE, TN   37919-6306

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

NORTHWEST REGISTERED AGENT INC
O/B/O: RUBIN LUBLIN TN, PLLC
116 AGNES RD, STE 200
KNOXVILLE, TN   37919-6306

9590 9402 8627 3244 0683 05

2. Article Number (Transfer from service label)
7020 2450 0000 3671 5129

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☒ Adult Signature               ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery   ☐ Registered Mail™
☒ Certified Mail®               ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery    ☐ Signature Confirmation™
☐ Collect on Delivery           ☐ Signature Confirmation Restricted Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

DEFENDANT: RUBIN LUBLIN TN, PLLC                                LAWSUIT DELIVERED: 9/5/2024 (DEEMED SERVED: 9/9/2024)

ALERT: TROPICAL STORM FRANCINE, FLOODING, AND SEVERE WEATHER IN THE SOUTHERN U.S. M...

3:24-CV-01282

# USPS Tracking®

FAQs >



Remove ✕

**Tracking Number:**

# 70202450000036715129

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

---

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 10:27 am on September 5, 2024 in KNOXVILLE, TN 37919.

---

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered
**Delivered, Front Desk/Reception/Mail Room**
KNOXVILLE, TN 37919
September 5, 2024, 10:27 am

### Out for Delivery
KNOXVILLE, TN 37919
September 5, 2024, 6:10 am

### Arrived at Post Office
KNOXVILLE, TN 37919
September 5, 2024, 4:58 am

### Departed USPS Regional Facility
KNOXVILLE TN DISTRIBUTION CENTER
September 5, 2024, 3:50 am

### Arrived at USPS Regional Destination Facility
KNOXVILLE TN DISTRIBUTION CENTER
September 4, 2024, 8:16 pm

- **Arrived at USPS Regional Origin Facility**
  DETROIT MI DISTRIBUTION CENTER
  September 4, 2024, 2:50 am

- **Arrived at USPS Regional Facility**
  PONTIAC MI DISTRIBUTION CENTER
  September 3, 2024, 5:52 pm

- **Departed USPS Facility**
  LINDEN, MI 48451
  September 3, 2024, 2:44 pm

- **USPS in possession of item**
  LINDEN, MI 48451
  September 3, 2024, 2:15 pm

**Hide Tracking History**

What Do **USPS** Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

---

**Text & Email Updates** ⌄

---

**USPS Tracking Plus®** ⌄

---

**Product Information** ⌃

| | | |
|---|---|---|
| **Postal Product:** Priority Mail® | **Features:** Certified Mail™ Up to $100 insurance included. Restrictions Apply ⓘ | **See tracking for related item:** 9590940286273244068305 (/go/TrackConfirmAction?tLabels=9590940286273244068305) |

**See Less** ⌃

**Track Another Package**

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

# USPS Tracking®

FAQs >



Remove ✕

**Tracking Number:**

**9590940286273244068305**

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered in or at the mailbox at 2:04 pm on September 9, 2024 in FENTON, MI 48430.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered
**Delivered, In/At Mailbox**
FENTON, MI 48430
September 9, 2024, 2:04 pm

### Arrived at USPS Regional Facility
PONTIAC MI DISTRIBUTION CENTER
September 7, 2024, 1:11 pm

### Departed USPS Regional Facility
KNOXVILLE TN DISTRIBUTION CENTER
September 6, 2024, 4:38 am

### Arrived at USPS Regional Facility
KNOXVILLE TN DISTRIBUTION CENTER
September 5, 2024, 9:39 pm

### Return Receipt Associated
September 3, 2024, 2:15 pm

**Hide Tracking History**

## Text & Email Updates

## USPS Tracking Plus®

## Product Information

**Postal Product:**
USPS Ground Advantage™

**Features:**
Return Receipt
USPS Tracking®

See tracking for related item: 70202450000036715129 (/go/TrackConfirmAction?tLabels=70202450000036715129)

See Less ∧

**Track Another Package**

Enter tracking or barcode numbers

Feedback

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs










**CERTIFIED MAIL**

7020 3160 0002 3001 3820

PRESS FIRMLY TO SEAL

Retail
U.S. POSTAGE PAID
PM
LINDEN, MI 48451
JAN 16, 2025
37203
$15.30
RDC 03
S2324P501513-03

# UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

FROM: **17195 SILVER PKWY**
**PMB #150**
**FENTON, MI  48430-3426**

RECEIVED
JAN 21 2025
US DISTRICT COURT
MID DIST TENN

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INSURED**


PS00001000014
EP14F July 2022
OD: 12 1/2 x 9 1/2


To schedule free Package Pickup, scan the QR code.
USPS.COM/PICKUP

**UNITED STATES DISTRICT COURT**
**ATTN: CLERK OF THE COURT**
**719 CHURCH ST**
**NASHVILLE, TN  37203-6940**

3:24-CV-01282