DEFENDANT: ROTHCHILD & AUSBROOKS                             RECEIVED SERVICE: 8/26/2024

AO 440 (Rev. 06/12) Summons in a Civil Action



PLAINTIFF'S EXHIBIT A

# UNITED STATES DISTRICT COURT
## for the
### Western District of Michigan

JEFFREY RYAN FENTON

*Plaintiff(s)*

v.

VIRGINIA LEE STORY et al.,

*Defendant(s)*

)
)
)
)
)
)
) Civil Action No. 1:23-cv-1097
)
)
)
)
)
)

RECEIVED JAN 21 2025 US DISTRICT COURT MID DIST TENN

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Rothschild & Ausbrooks, PLLC
~~1222 16th Avenue South, Suite 12~~
~~Nashville, TN 37212~~

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

AUG 1 9 2024

Date: ~~5/23/2024~~

CLERK OF COURT

*Paula G. Woods*

*Signature of Clerk or Deputy Clerk*

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 11:14 AM     Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

Case 3:24-cv-01282   Document 205   Filed 01/21/25   Page 1 of 17 PageID #: 562

DEFENDANT: ROTHCHILD & AUSBROOKS                                                    RECEIVED SERVICE: 8/26/2024

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-1097

**PLAINTIFF'S EXHIBIT A-2**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ.)*

This summons for *(name of individual and title, if any)* __ROTHSCHILD & AUSBROOKS, PLLC__

was received by me on *(date)* __8/21/2024__

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:
Pursuant to F.R.Civ.P. 4(h)(1)(A) and Mich. Ct. R. 2.105, defendant ROTHSCHILD & AUSBROOKS, PLLC was served via certified U.S. mail, using tracking number 70202450000036715211 on 08/26/2024. See attached receipt copies from the USPS.

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __9/26/2024__            *Marsha Ann Fenton*
                                              Server's signature

                                          Marsha Ann Fenton
                                          *Printed name and title*

                                    17195 Silver Pkwy, #150, Fenton, MI 48430-3426
                                              *Server's address*

Additional information regarding attempted service, etc:

Office moved to: 110 Glancy Street, Suite 109, Goodlettsville, TN 37072-2314. Signed for by Judy Dobbins. See attached return receipt.

**DEFENDANT: ROTHCHILD & AUSBROOKS**  **RECEIVED SERVICE: 8/26/2024**



**UNITED STATES POSTAL SERVICE.**

```
                LINDEN
            215 S MAIN ST
         LINDEN, MI 48451-9998
            (800)275-8777
08/24/2024                        11:14 AM
------------------------------------------
Product            Qty     Unit      Price
                           Price
------------------------------------------
Priority Mail®       1               $14.25
   Goodlettsville, TN 37072
   Weight: 3 lb 10.80 oz
   Expected Delivery Date
      Mon 08/26/2024
   Insurance                          $0.00
      Up to $100.00 included
   Restricted Del                    $12.75
      Recipient name
         ROTHCHILD AUSBROOKS
      Tracking #:
         70202450000036715211
   Return Receipt                     $4.10
      Tracking #:
         9590 9402 8627 3244 0678 65
Total                                $31.10

------------------------------------------
Grand Total:                         $31.10
------------------------------------------
Credit Card Remit                    $31.10
   Card Name: VISA
   Account #: XXXXXXXXXXXX8359
   Approval #: 014241
   Transaction #: 670
   AID: A0000000031010         Chip
   AL: VISA CREDIT
   PIN: Not Required
------------------------------------------
UFN: 255460-0451
Receipt #: 840-54930036-1-5522912-2
Clerk: 6
```



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

Goodlettsville, TN 37072
Certified Mail Fee $4.10
Extra Services & Fees
  ☒ Return Receipt (hardcopy)   $0.00
  ☐ Return Receipt (electronic) $12.75
  ☒ Certified Mail Restricted Delivery $0.00
  ☐ Adult Signature Required    $0.00
  ☐ Adult Signature Restricted Delivery
Postage $14.25
Total Postage and Fees $31.10

Postmark AUG 24 2024  08/24/2024  LINDEN MI 0451

ROTHCHILD & AUSBROOKS
110 GLANCY ST, STE 109
GOODLETTSVILLE, TN 37072-2314

---

USPS TRACKING #
NASHVILLE TN 370
26 AUG 2024 PM 4 L

9590 9402 8627 3244 0678 65

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI    48430-3426**

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
**ROTHCHILD & AUSBROOKS**
**110 GLANCY ST, STE 109**
**GOODLETTSVILLE, TN 37072-2314**


9590 9402 8627 3244 0678 65

7020 2450 0000 3671 5211

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X  Judy Dobbins
   ☐ Agent
   ☐ Addressee
B. Received by (Printed Name)
   Judy DOBBINS
C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

RESTRICTED DELIVERY

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☒ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery
     (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

**PLAINTIFF'S EXHIBIT A-3**

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 11:14 AM    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

Case 3:24-cv-01282    Document 205    Filed 01/21/25    Page 3 of 17 PageID #: 564

ALERT: TROPICAL STORM FRANCINE, FLOODING, AND SEVERE WEATHER IN THE SOUTHERN U.S. M...

# USPS Tracking®

FAQs >



Remove ✕

**Tracking Number:**

# 70202450000036715211

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 2:19 pm on August 26, 2024 in GOODLETTSVILLE, TN 37072.

**Get More Out of USPS Tracking:**
   USPS Tracking Plus®

● **Delivered**
**Delivered, Left with Individual**
GOODLETTSVILLE, TN 37072
August 26, 2024, 2:19 pm

● **Out for Delivery**
GOODLETTSVILLE, TN 37072
August 26, 2024, 6:10 am

● **Arrived at Post Office**
GOODLETTSVILLE, TN 37072
August 26, 2024, 4:54 am

● **Arrived at USPS Regional Destination Facility**
NASHVILLE TN DISTRIBUTION CENTER
August 26, 2024, 12:02 am

● **In Transit to Next Facility**
August 25, 2024

● **Arrived at USPS Regional Origin Facility**
DETROIT MI DISTRIBUTION CENTER
August 24, 2024, 10:47 pm

**PLAINTIFF'S EXHIBIT A-4**

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 11:14 AM    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

Case 3:24-cv-01282    Document 205    Filed 01/21/25    Page 4 of 17 PageID #: 565

DEFENDANT: ROTHCHILD & AUSBROOKS                                                    RECEIVED SERVICE: 8/26/2024

**Arrived at USPS Regional Facility**
PONTIAC MI DISTRIBUTION CENTER
August 24, 2024, 6:21 pm

**Departed USPS Facility**
LINDEN, MI 48451
August 24, 2024, 12:02 pm

**Departed Post Office**
LINDEN, MI 48451
August 24, 2024, 12:01 pm

**USPS in possession of item**
LINDEN, MI 48451
August 24, 2024, 11:03 am

Hide Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**                                                                    ∨

**USPS Tracking Plus®**                                                                     ∨

**Product Information**                                                                     ∧

| Postal Product: | Features: | See tracking for related item: |
|---|---|---|
| Priority Mail® | Certified Mail Restricted Delivery | 9590940286273244067865 (/go/TrackConfirmAction?tLabels=9590940286273244067865) |
|  | Up to $100 insurance included. Restrictions Apply ⓘ |  |

See Less ∧

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**PLAINTIFF'S EXHIBIT A-5**

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 11:14 AM        Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

Case 3:24-cv-01282   Document 205   Filed 01/21/25   Page 5 of 17 PageID #: 566

DEFENDANT: MARY BETH AUSBROOKS                                    RECEIVED SERVICE: 8/26/2024

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan ▼

**PLAINTIFF'S EXHIBIT A-6**

JEFFREY RYAN FENTON )
)
*Plaintiff(s)* )
v. ) Civil Action No. 1:23-cv-1097
)
VIRGINIA LEE STORY et al., )
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Mary Elizabeth Maney Ausbrooks
120 Meadows Road
White House, TN 37188

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

AUG 1 9 2024

Date: ~~5/23/2024~~

*Paula J. Wadel*
Signature of Clerk or Deputy Clerk

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 11:25 AM   Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

Case 3:24-cv-01282   Document 205   Filed 01/21/25   Page 6 of 17 PageID #: 567

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-1097

**PLAINTIFF'S EXHIBIT A-7**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ.)*

This summons for *(name of individual and title, if any)*   MARY ELIZABETH MANEY AUSBROOKS
was received by me on *(date)*   8/21/2024   .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:
Pursuant to F.R.Civ.P. 4(e)(1) and Mich. Ct. R. 2.105, defendant MARY ELIZABETH MANEY AUSBROOKS was served via certified U.S. mail with restricted delivery, using tracking number 70202450000036715204 on 08/26/2024. See attached receipt copies from the USPS.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9/26/2024

*Server's signature*  (signed: Marsha Ann Fenton)

Marsha Ann Fenton
*Printed name and title*

17195 Silver Pkwy, #150, Fenton, MI 48430-3426
*Server's address*

Additional information regarding attempted service, etc:

Unsure about residential address, served at her law firm. Signed for by "Judy Dobbins". See attached return receipt.

**DEFENDANT: MARY BETH AUSBROOKS**   RECEIVED SERVICE: 8/26/2024





**PLAINTIFF'S EXHIBIT A-8**

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 11:25 AM   Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

DEFENDANT: MARY BETH AUSBROOKS                                         RECEIVED SERVICE: 8/26/2024

**ALERT: TROPICAL STORM FRANCINE, FLOODING, AND SEVERE WEATHER IN THE SOUTHERN U.S. M...**

# USPS Tracking®

FAQs >



Remove ✕

**Tracking Number:**

**70202450000036715204**

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 2:19 pm on August 26, 2024 in GOODLETTSVILLE, TN 37072.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

● **Delivered**
**Delivered, Left with Individual**
GOODLETTSVILLE, TN 37072
August 26, 2024, 2:19 pm

● **Out for Delivery**
GOODLETTSVILLE, TN 37072
August 26, 2024, 6:10 am

● **Arrived at Post Office**
GOODLETTSVILLE, TN 37072
August 26, 2024, 4:54 am

● **Arrived at USPS Regional Destination Facility**
NASHVILLE TN DISTRIBUTION CENTER
August 26, 2024, 12:02 am

● **In Transit to Next Facility**
August 25, 2024

● **Arrived at USPS Regional Origin Facility**
DETROIT MI DISTRIBUTION CENTER
August 24, 2024, 10:45 pm

**PLAINTIFF'S EXHIBIT A-9**

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 11:25 AM         Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

**DEFENDANT: MARY BETH AUSBROOKS**                                      **RECEIVED SERVICE: 8/26/2024**

### Arrived at USPS Regional Facility
PONTIAC MI DISTRIBUTION CENTER
August 24, 2024, 6:21 pm

### Departed USPS Facility
LINDEN, MI 48451
August 24, 2024, 12:02 pm

### Departed Post Office
LINDEN, MI 48451
August 24, 2024, 12:01 pm

### USPS in possession of item
LINDEN, MI 48451
August 24, 2024, 11:21 am

Hide Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**  ∨

**USPS Tracking Plus®**  ∨

**Product Information**  ∧

| Postal Product: | Features: | See tracking for related item: |
|---|---|---|
| Priority Mail® | Certified Mail Restricted Delivery | 9590940286273244067810 (/go/TrackConfirmAction?tLabels=9590940286273244067810) |
|  | Up to $100 insurance included. Restrictions Apply ⓘ |  |

See Less ∧

**Track Another Package**

Enter tracking or barcode numbers

### Need More Help?
Contact USPS Tracking support for further assistance.

**PLAINTIFF'S EXHIBIT A-10**

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 11:25 AM           Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)



**Tre Hargett**
Secretary of State

# Division of Business Services
## Department of State
### State of Tennessee
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102

## Filing Information

**PLAINTIFF'S EXHIBIT B**

**Name:** ROTHSCHILD & AUSBROOKS, PLLC

### General Information

| | | | |
|---|---|---|---|
| SOS Control # | 000381114 | Formation Locale: | TENNESSEE |
| Filing Type: | Limited Liability Company - Domestic 12/09/1999 11:27 AM | Date Formed: | 12/09/1999 |
| | | Fiscal Year Close | 12 |
| Status: | Active | Member Count: | 1 |
| Duration Term: | Perpetual | | |
| Managed By: | Member Managed | | |

**Registered Agent Address**
MARY BETH AUSBROOKS
STE 109
110 GLANCY ST
GOODLETTSVILLE, TN 37072

**Principal Address**
STE 109
110 GLANCY ST
GOODLETTSVILLE, TN 37072

The following document(s) was/were filed in this office on the date(s) indicated below:

| Date Filed | Filing Description | Image # |
|---|---|---|
| 01/22/2024 | 2023 Annual Report | B1495-7444 |
| | Principal Address 1 Changed  From: 1222 16TH AVE S  To: 110 GLANCY ST | |
| | Principal Address 2 Changed  From: STE 12  To: STE 109 | |
| | Principal City Changed  From: NASHVILLE  To: GOODLETTSVILLE | |
| | Principal Postal Code Changed  From: 37212-2926  To: 37072 | |
| | Registered Agent Physical Address 1 Changed  From: 1222 16TH AVE S  To: 110 GLANCY ST | |
| | Registered Agent Physical Address 2 Changed  From: STE 12  To: STE 109 | |
| | Registered Agent Physical City Changed  From: NASHVILLE  To: GOODLETTSVILLE | |
| | Registered Agent Physical Postal Code Changed  From: 37212-2926  To: 37072 | |
| 03/22/2023 | 2022 Annual Report | B1361-4627 |
| 03/16/2022 | 2021 Annual Report | B1179-8430 |
| 02/23/2021 | 2020 Annual Report | B0982-3971 |
| 02/04/2021 | Administrative Amendment | B0979-3352 |
| 03/24/2020 | 2019 Annual Report | B0839-8213 |
| 04/02/2019 | 2018 Annual Report | B0680-4419 |
| 03/22/2018 | 2017 Annual Report | B0518-4417 |

# Filing Information

**PLAINTIFF'S EXHIBIT B-2**

Name: ROTHSCHILD & AUSBROOKS, PLLC

| Date | Filing | Reference |
|---|---|---|
| 03/31/2017 | 2016 Annual Report | B0370-9518 |
| 03/28/2016 | 2015 Annual Report | B0219-3396 |

Registered Agent First Name Changed  From: EDGAR  To: MARY
Registered Agent Middle Name Changed  From: M  To: BETH
Registered Agent Last Name Changed  From: ROTHSCHILD III  To: AUSBROOKS
Registered Agent Physical Address 1 Changed  From: 1222 16TH AVE S STE 12  To: 1222 16TH AVE S
Registered Agent Physical Address 2 Changed  From: No Value  To: STE 12

| Date | Filing | Reference |
|---|---|---|
| 03/23/2015 | 2014 Annual Report | B0071-4885 |
| 03/14/2014 | 2013 Annual Report | 7302-0352 |
| 03/26/2013 | 2012 Annual Report | 7176-0300 |
| 02/22/2012 | 2011 Annual Report | 6998-2958 |

Principal Address 2 Changed  From: SUITE 12  To: STE 12
Principal Postal Code Changed  From: 37212  To: 37212-2926

| Date | Filing | Reference |
|---|---|---|
| 03/02/2011 | 2010 Annual Report | 6839-3037 |
| 03/01/2010 | 2009 Annual Report | 6665-0042 |

Member Count Changed  From: 2  To: 1

| 06/30/2009 | Articles of Amendment | 6561-1606 |

Name Changed

| 02/20/2009 | 2008 Annual Report | 6453-1745 |
| 01/02/2009 | Articles of Amendment | 6415-2519 |

Name Changed

| 01/17/2008 | 2007 Annual Report | 6180-2287 |
| 02/02/2007 | 2006 Annual Report | 5939-2258 |
| 06/08/2006 | Articles of Amendment | 5804-1036 |

Name Changed

| 01/06/2006 | 2005 Annual Report | 5641-0112 |
| 09/12/2005 | Articles of Amendment | 5551-1181 |

Name Changed

| 04/13/2005 | 2004 Annual Report | 5431-0200 |
| 03/26/2004 | 2003 Annual Report | 5085-3522 |
| 03/10/2003 | 2002 Annual Report | 4748-1799 |

Principal Address Changed
Registered Agent Physical Address Changed

| 01/09/2003 | Articles of Amendment | 4693-1287 |

Principal Address Changed
Registered Agent Physical Address Changed

## Filing Information

**PLAINTIFF'S EXHIBIT B-3**

Name:  ROTHSCHILD & AUSBROOKS, PLLC

| | | |
|---|---|---|
| 01/24/2002 | 2001 Annual Report | 4401-2937 |
| 03/29/2001 | 2000 Annual Report | 4162-0782 |
| 12/09/1999 | Initial Filing | 3778-2127 |

| Active Assumed Names (if any) | Date | Expires |
|---|---|---|
| | | |

ATTORNEY LOGIN 🔒

# Board of Professional Responsibility
of the Supreme Court of Tennessee

Search

ABOUT THE BOARD    FOR THE PUBLIC    FOR LEGAL PROFESSIONALS    NEWS & PUBLICATIONS

## Attorney Details

**Name:**
Ausbrooks, Mary Elizabeth

**Address:**
110 Glancy St 109
Goodlettsville, TN 37072

**BPR Number:**
018097

**Status:**
Active

**Office County:**
Davidson

**Licensed in TN Since:**
1996

**Law School:**
University of Memphis - Cecil C. Humphreys School of Law

## Public Information:
**No Public Information Available**

## Informational Releases for Public Discipline:
**No Public Discipline**

## Names Used:

**Name**

Mary Elizabeth Ausbrooks

Mary Elizabeth Maney

\* Information accurate as of Tuesday, December 03, 2024 11:00 AM UTC

**PLAINTIFF'S EXHIBIT C**

ABOUT THE BOARD
FOR THE PUBLIC
FOR LEGAL PROFESSIONALS
NEWS & PUBLICATIONS
LINKS OF INTERESTS

## Mission Statement

To assist the Court in protecting the public from harm from unethical lawyers by administering the disciplinary process; to assist the public by providing information about the judicial system and the disciplinary system for lawyers; and, to assist lawyers by interpreting and applying the Court's disciplinary rules.

© 2024 Board of Professional Responsibility of the Supreme Court of Tennessee.    PRIVACY STATEMENT | DISCLAIMER

2024-02





| | DATE MAILED | TRACKING NUMBER | DATE DELIVERED | RETURN RECEIPT TRACKING NUMBER | GREEN CARD RETURNED | GREEN CARD SIGNED | GREEN CARD SIGNED BY NAMED DEFENDANT |
|---|---|---|---|---|---|---|---|
| STORY AND ABERNATHY, PLLP | | | | | | | |
| » VIRGINIA LEE STORY | 8/24/2024 at 11:25 AM | 70203160000230011758 | 8/26/2024 at 11:09 AM | 9590940286273244068244 | ☑ | ☑ | ☑ |
| » KATHRYN LYNN YARBROUGH (1ST ATTEMPT @ STORY'S OFFICE) | 8/24/2024 at 11:25 AM | 70203160000230014919 | 8/26/2024 at 11:08 AM | 9590940286273244068220 | ☑ | ☑ | ☐ |
| » KATHRYN LYNN YARBROUGH (2ND ATTEMPT @ HOME) | 8/24/2024 at 11:25 AM | 70203160000230014902 | REFUSED/RETURNED | 9590940286273244068213 | ☐ | ☐ | ☐ |
| » KATHRYN LYNN YARBROUGH (3RD ATTEMPT @ PMB) | 9/04/2024 at 1:45 PM | 70203160000230014698 | 9/06/2024 at 11:28 AM | 9590940286273244068480 | ☑ | ☑ | ☐ |
| » KATHRYN LYNN YARBROUGH (3RD ATTEMPT @ PMB) | 10/17/2024 at 11:55 AM | RF753202335US | 10/25/2024 at 1:05 PM | ELECTRONIC: D SIGNED | | | |
| CHANCERY COURT FOR WILLIAMSON COUNTY TN | | | | | | | |
| » MICHAEL WEIMAR BINKLEY | 8/28/2024 at 4:09 PM | 70202450000036715105 | 9/03/2024 at 11:13 AM | 9590940286273244068350 | ☑ | ☑ | ☑ |
| » ELAINE BEATY BEELER | 8/23/2024 at 2:51 PM | 70203160000230014711 | 8/26/2024 at 12:39 PM | 9590940286273244068503 | ☐ | ☐ | ☐ |
| WILLIAMSON COUNTY SHERIFF'S OFFICE | 8/24/2024 at 11:25 AM | 70203160000230014704 | 8/26/2024 at 2:30 PM | 9590940286273244068497 | ☑ | ☑ | ☑ |
| | 8/28/2024 at 4:09 PM | 70202450000036715112 | 8/30/2024 at 10:13 AM | 9590940286273244068367 | ☑ | ☑ | ☑ |
| ROTHSCHILD & AUSBROOKS, PLLC | | | | | | | |
| » MARY ELIZABETH MANEY AUSBROOKS (1ST ATTEMPT @ WORK) | 8/24/2024 at 11:14 AM | 70202450000036715211 | 8/26/2024 at 2:19 PM | 9590940286273244067865 | ☑ | ☑ | ☑ |
| – MARY ELIZABETH MANEY AUSBROOKS (2ND ATTEMPT @ HOME) | 8/24/2024 at 11:25 AM | 70202450000036715204 | 8/26/2024 at 2:19 PM | 9590940286273244067810 | ☑ | ☑ | ☐ |
| – MARY ELIZABETH MANEY AUSBROOKS (3RD ATTEMPT @ WORK) | 10/17/2024 at 3:46 PM | RF753202318US | UNCLAIMED & RETURNED | | | | |
| » – MARY ELIZABETH MANEY AUSBROOKS (4TH ATTEMPT @ HOME) | 10/28/2024 at 3:46 PM | RF708196483US | 11/21/2024 at 2:41 PM | ELECTRONIC: D SIGNED | | | |
| » – ALEXANDER SERGEY KOVAL (1ST ATTEMPT @ HOME) | 10/29/2024 at 12:25 PM | 70203160000230013578 | REFUSED/UNCLAIMED | | ☐ | ☑ | ☑ |
| » – ALEXANDER SERGEY KOVAL (2ND ATTEMPT @ WORK) | 8/24/2024 at 10:59 AM | 70203160000230014728 | 8/26/2024 at 11:29 AM | 9590940286273244068473 | ☐ | ☐ | ☐ |
| » – ALEXANDER SERGEY KOVAL (3RD ATTEMPT @ HOME) | 10/21/2024 at 10:41 AM | RF753202406US | REFUSED/UNCLAIMED | | | | |
| » – ALEXANDER SERGEY KOVAL (4TH ATTEMPT @ WORK) | 10/28/2024 at 3:46 PM | RF708196470US | REFUSED/UNCLAIMED | | | | |
| | 10/29/2024 at 12:25 PM | 70203160000230013585 | 10/31/2024 at 10:36 AM | | | | |
| HOSTETTLER, NEUHOFF & DAVIS, LLC | | | | | | | |
| » CARL A NEUHOFF JR (2ND ATTEMPT @ RA via REG MAIL) | 8/24/2024 at 2:06 PM | 70203160000230014933 | 8/26/2024 at 10:26 AM | 9590940286273244068190 | ☑ | ☑ | ☑ |
| » THOMAS E. ANDERSON | 10/28/2024 at 11:52 AM | RF753202383US | 11/04/2024 at 3:03 PM | ELECTRONIC: RA SIGNED | | | |
| | 8/23/2024 at 4:29 PM | 70203160000230014896 | 8/26/2024 at 2:16 PM | 9590940286273244068206 | ☑ | ☑ | ☑ |
| MCARTHUR SANDERS REAL ESTATE | | | | | | | |
| » ROY PATRICK MARLIN | 8/24/2024 at 2:06 PM | 70202450000036715198 | 8/26/2024 at 3:25 PM | 9590940286273244068268 | ☐ | ☐ | ☐ |
| – ROY PATRICK MARLIN (2ND ATTEMPT @ WORK) | 8/24/2024 at 10:59 AM | 70203160000230014780 | 8/26/2024 | 9590940286273244068411 | ☑ | ☑ | ☑ |
| | 9/04/2024 at 1:45 PM | 70203160000230017330 | 9/06/2024 at 10:40 AM | 9590940286273244067551 | ☑ | ☑ | ☑ |
| BANKERS TITLE & ESCROW CORPORATION | | | | | | | |
| » R L MOORE (2ND ATTEMPT @ RA via REG MAIL) | 8/24/2024 at 2:06 PM | 70202450000036715945 | 8/27/2024 at 1:55 PM | 9590940286273244068374 | ☐ | ☐ | ☐ |
| » SAMUEL FORREST ANDERSON (1ST ATTEMPT @ HOME) | 10/28/2024 at 11:52 AM | RF753202366US | 11/02/2024 at 12:31 PM | ELECTRONIC: A SIGNED | | | |
| – SAMUEL FORREST ANDERSON (2ND ATTEMPT @ WORK) | 8/24/2024 at 10:59 AM | 70203160000230014759 | 8/26/2024 at 11:40 AM | 9590940286273244068442 | ☐ | ☐ | ☐ |
| | 10/17/2024 at 11:55 AM | RF753230985US | 10/23/2024 at 11:00 AM | ELECTRONIC: D SIGNED | | | |
| BK: HENRY EDWARD HILDEBRAND III (1ST ATTEMPT @ HOME) | 8/24/2024 at 10:59 AM | 70203160000230014803 | 8/26/2024 at 2:59 PM | 9590940286273244068398 | ☐ | ☐ | ☐ |
| – BK: HENRY EDWARD HILDEBRAND III (2ND ATTEMPT @ WORK) | 10/21/2024 at 10:41 AM | RF753202352US | 10/28/2024 at 9:12 AM | ELECTRONIC: A SIGNED | | | |
| – BK: HENRY EDWARD HILDEBRAND III (3RD ATTEMPT @ HOME) | 10/29/2024 at 12:25 PM | RF753231067US | 11/15/2024 at 10:48 AM | ELECTRONIC: A SIGNED | | | |
| BK: CHARLES M. WALKER | 8/24/2024 at 2:06 PM | 70203160000230014889 | 8/26/2024 at 1:20 PM | 9590940286273244068183 | ☑ | ☑ | ☐ |
| – BK: CHARLES M. WALKER (2ND ATTEMPT) | 10/21/2021 at 10:41 AM | 70203202349US | 10/28/2024 at 9:15 AM | ELECTRONIC: D SIGNED | | | |
| BANK OF AMERICA N.A. | | | | | | | |
| – C T CORPORATION (2ND ATTEMPT @ RA) | 9/18/2024 at 9:10 AM | 70202450000036716195 | 9/23/2024 at 10:43 AM | 9590940286273244067575 | ☐ | ☐ | ☐ |
| » RUBIN LUBLIN TN, PLLC | 10/17/2024 at 10:06 AM | RF753202321US | 10/21/2024 at 9:57 AM | ELECTRONIC: A SIGNED | | | |
| – RUBIN LUBLIN TN, PLLC (RA: Northwest Reg Agt) | 9/04/2024 at 10:06 AM | 70203160000230017262 | 9/09/2024 at 4:31 PM | 9590940286273244067742 | ☐ | ☐ | ☐ |
| | 9/04/2024 at 10:06 AM | 70202450000036715129 | 9/05/2024 at 10:27 AM | 9590940286273244068305 | ☑ | ☑ | ☑ |
| CADENCE BANK | | | | | | | |
| » CADENCE BANK (RA: CT Corporation System) | 9/03/2024 at 2:20 PM | 70203160000230014957 | 9/06/2024 at 12:58 PM | 9590940286273244067797 | ☑ | ☑ | ☑ |
| » SPRAGINS, BARNETT, & COBB PLC | 9/03/2024 at 2:20 PM | 70203160000230014940 | 9/05/2024 at 10:15 AM | 9590940286273244067780 | ☑ | ☑ | ☑ |
| – ALAN RHENEY (2ND ATTEMPT @ RA via REG MAIL) | 8/28/2024 at 4:09 PM | 70202450000036715143 | 9/03/2024 at 1:21 PM | 9590940286273244068312 | ☑ | ☑ | ☑ |
| | 10/28/2024 at 11:52 AM | RF753202397US | 11/13/2024 at 12:18 PM | ELECTRONIC: A SIGNED | | | |

| | DATE MAILED | TRACKING NUMBER | DATE DELIVERED | RETURN RECEIPT TRACKING NUMBER | GREEN CARD RETURNED | GREEN CARD SIGNED | GREEN CARD SIGNED BY NAMED DEFENDANT |
|---|---|---|---|---|---|---|---|
| **TENNESSEE COURT OF APPEALS MIDDLE DIVISION** | | | | | | | |
| » JAMES MICHAEL HIVNER | 9/05/2024 at 4:25 PM | 70202450000036716157 | 9/07/2024 at 10:49 AM | 9590940286273244067827 | ☑ | ☑ | ☑ |
| » FRANK GOAD CLEMENT JR. | 8/24/2024 at 2:06 PM | 70203160000230014834 | 8/27/2024 at 1:43 PM | 9590940286273244068381 | ☐ | ☐ | ☐ |
| » ANDY DWANE BENNETT | 8/28/2024 at 4:09 PM | 70202450000036715167 | 8/30/2024 at 2:41 PM | 9590940286273244068282 | ☐ | ☐ | ☐ |
| » WILLIAM NEAL MCBRAYER | 8/28/2024 at 4:09 PM | 70202450000036715150 | 9/03/2024 at 10:05 AM | 9590940286273244068299 | ☐ | ☐ | ☐ |
| **SUPREME COURT OF THE STATE OF TENNESSEE** | 8/28/2024 at 4:09 PM | 70202450000036715136 | 8/31/2024 at 12:35 PM | 9590940286273244068275 | ☐ | ☐ | ☐ |
| | 8/28/2024 at 4:09 PM | 70202450000036715082 | 8/30/2024 at 9:25 AM | 9590940286273244067827 | ☑ | ☑ | ☑ |
| **TNSC- ADMINISTRATIVE OFFICE OF THE COURTS** | 8/28/2024 at 2:06 PM | 70202450000036715075 | 8/30/2024 at 12:25 PM | 9590940286273244067834 | ☑ | ☑ | ☑ |
| — JOHN BRANDON COKE | 8/24/2024 at 2:06 PM | 70202450000036715181 | UNCLAIMED & RETURNED | 9590940286273244068251 | ☑ | ☑ | ☑ |
| — JOHN BRANDON COKE (2ND ATTEMPT @ WORK) | 9/04/2024 at 10:06 AM | 70202450000036715846 | 9/07/2024 at 12:35 PM | 9590940286273244067766 | ☑ | ☑ | ☑ |
| **TNSC- BOARD OF PROFESSIONAL RESPONSIBILITY** | 9/04/2024 at 10:06 AM | 70203160000230017163 | 9/09/2027 at 1:01 PM | 9590940286273244067759 | ☑ | ☐ | ☑ |
| » SANDRA JANE LEACH GARRETT | 8/23/2024 at 4:29 PM | 70203160000230014797 | REFUSED/UNCLAIMED | 9590940286273244068404 | ☐ | ☐ | ☐ |
| — SANDRA GARRETT (2ND ATTEMPT @ WORK) | 9/18/2024 at 9:10 AM | 70202450000036716232 | 9/20/2024 at 11:30 AM | 9590940286273244067612 | ☐ | ☑ | ☐ |
| **STATE OF TENNESSEE (OFFICIALS SERVED BELOW):** | | | | | | | |
| » TN - GOVERNOR BILL LEE | 8/28/2024 at 4:09 PM | 70202450000036715099 | 9/11/2024 at 1:34 PM | 9590940286273244068343 | | | ☑ |
| — TN - GOVERNOR BILL LEE (ALL TN SUMMONSES) | 9/18/2024 at 9:10 AM | 70202450000036716201 | 9/20/2024 at 3:43 PM | 9590940286273244067582 | ☑ | ☑ | ☑ |
| » TN - ATTORNEY GENERAL JONATHAN SKRMETTI | 9/03/2024 at 2:20 PM | 70202450000036715853 | 9/06/2024 at 7:37 AM | 9590940286273244067773 | ☑ | ☐ | ☑ |
| — TN - JONATHAN SKRMETTI (ALL TN SUMMONSES) | 9/18/2024 at 9:10 AM | 70202450000036716218 | 9/20/2024 at 7:14 AM | 9590940286273244067599 | ☑ | ☑ | ☑ |
| — TN - SECRETARY TRE HARGETT | 9/05/2024 at 4:25 PM | 70202450000036716119 | 9/09/2024 at 12:40 PM | 9590940286273244067537 | ☑ | ☑ | ☑ |
| — TN - TREASURER DAVID LILLARD | 9/05/2024 at 4:25 PM | 70203160000230017279 | 9/09/2024 at 12:40 PM | 9590940286273244067544 | ☑ | ☐ | ☑ |
| — TN - SENATOR RICHARD BRIGGS | 8/28/2024 at 4:09 PM | 70203160000230014988 | 8/29/2024 at 11:48 PM | 9590940286273244068169 | ☐ | ☐ | ☐ |
| — TN - JUSTICE SHARON G. LEE | 9/10/2024 at 2:07 PM | 70202450000036716188 | 9/12/2024 at 2:41 PM | 9590940286273244068887 | ☐ | ☐ | ☐ |
| **COUNTY OF WILLIAMSON TENNESSEE (OFF BELOW):** | | | | | | | |
| » WC - ROGERS ANDERSON (MAYOR) | 8/28/2024 at 4:09 PM | 70203160000230014971 | 8/30/2024 at 10:52 AM | 9590940286273244067841 | ☑ | ☐ | ☑ |
| — WC - ROGERS ANDERSON (ALL WC SUMMONSES) | 9/18/2024 at 9:10 AM | 70202450000036716225 | 9/20/2024 at 11:47 AM | 9590940286273244067605 | ☐ | ☐ | ☐ |
| » WC - JEFF WHIDBY (COUNTY CLERK) | 9/05/2024 at 4:25 PM | 70202450000036716133 | 9/09/2024 at 2:38 PM | 9590940286273244067513 | ☑ | ☑ | ☐ |
| » WC - STACEY EDMONSON (DISTRICT ATTORNEY) | 9/05/2024 at 4:25 PM | 70202450000036716126 | 9/07/2024 at 12:01 PM | 9590940286273244067513 | ☑ | ☐ | ☑ |
| » WC - SHERRY ANDERSON (REGISTER OF DEEDS) | 9/05/2024 at 4:25 PM | 70202450000036716140 | 9/09/2024 at 2:35 PM | 9590940286418315698955 | ☑ | ☐ | ☑ |
| » WC - LISA CARSON (COUNTY ATTORNEY) | 9/18/2024 at 9:10 AM | 70202450000036716249 | 9/20/2024 at 12:28 PM | 9590940286273244067629 | ☐ | ☐ | ☐ |

67— LAWSUIT SERVICES PACKAGES PRODUCED & MAILED AS OF DECEMBER 12, 2024 (Costing Approximately $100 Each for Materials and Postage, without Counting Time or Labor.)

67 Lawsuit Service Packages Weighing 3.875 lbs Each (finished) = 260 lbs of Paper (plus drafts, setup, and waste), 469 Labels, 67 Flash Drives....

For a list of documents & media in each lawsuit service package, please see https://rico.jeffenton.com/evidence/1-23-cv-01097_fenton-vs-story-lawsuit-service-pack-details.pdf

A Motion for Alternative Service was filed in ECF 177, PID.234-243, on 11/25/2024. (https://rico.jeffenton.com/3-24-cv-01282/ecf/177.pdf)

For Alternative Service please visit https://service.jefffenton.com