IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JEFFREY RYAN FENTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.: 3:24-cv-01282 |
| | ) | CHIEF JUDGE CAMPBELL |
| VIRGINIA LEE STORY, et al., | ) | MAGISTRATE JUDGE HOLMES |
| | ) | |
| Defendants. | ) | |

## DEFENDANT HONORABLE CHARLES WALKER'S
## MOTION TO ASCERTAIN STATUS

Defendant, the Honorable Charles Walker (Judge Walker), by and through the United States Attorney for the Middle District of Tennessee and the undersigned Assistant United States Attorney, files this Motion to Ascertain Status pursuant to Local Rule 7.01(c), stating as follows:

This case was originally filed in the Western District of Michigan in October 2023 but was transferred to the Middle District of Tennessee on October 25, 2024. *See* ECF Nos. 127, 131. The case was assigned to Judge Campbell, but on November 7, 2024, he recused himself and noted that all other judges in this District would be recused. ECF No. 165. Accordingly, a district judge from outside this District will be designated by the Sixth Circuit Court of Appeals. *Id*.

On November 13, 2024, Judge Walker filed a Motion to Dismiss and Supporting Memorandum of Law, accompanied by a request for expedited consideration and an emergency hearing. ECF No. 167-168. The transfer to this District presents novel issues and urgency for Judge Walker, a bankruptcy judge for the Middle District of Tennessee. Judge Walker along with the standing Chapter 13 trustee and several attorneys who routinely practice in bankruptcy court

are co-defendants, which could create potential conflicts or other issues that may impact Judge Walker's ability to perform his duties.

To date, this case has not been reassigned to another district judge and Judge Walker's emergency motion remains pending. For these reasons, Judge Walker requests a status update and renews his request for expedited relief.

Respectfully submitted,

ROBERT E. MCGUIRE
Acting United States Attorney
Middle District of Tennessee

s/ Anica C. Jones
ANICA C. JONES, B.P.R. # 025325
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, TN 37203
Telephone: (615) 736-5151
Email: anica.jones@usdoj.gov
*Attorney for Defendant*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 5, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following, if registered, by operation of the Court's electronic filing system. If not registered, notice was sent by First Class, United States mail, postage prepaid, to the following:

| | |
|---|---|
| Jeffrey Ryan Fenton<br>17195 Silver Parkway #150<br>Fenton, MI 48430 | Valerie Henning Mock<br>Wilson Elser Moskowitz Edelman & Dicker LLP (Livonia)<br>17197 N Laurel Park Drive, Ste. 201<br>Livonia, MI 48152 |
| Brian Joseph Gallagher<br>Lennon Miller PLC<br>151 S Rose Street, Ste. 900<br>Kalamazoo, MI 49007 | Peako Andrea Jenkins<br>Tennessee Attorney General's Office<br>P.O. Box 20207<br>Nashville, TN 37202-0207 |
| Sandra J. Densham<br>Plunkett Cooney (Grand Rapids)<br>333 Bridge Street, NW, Ste. 530<br>Grand Rapids, MI 49504 | Thomas E. Anderson<br>1187 Old Hickory Blvd., Ste. 125<br>Brentwood, TN 37027 |
| Laura C. Baucus<br>Dykema Gossett PLLC (Bloomfield Hills)<br>39577 Woodward Avenue, Ste. 300<br>Bloomfield Hills, MI 48304 | Bret Chaness<br>Rubin Lublin, LLC<br>3145 Avalon Ridge Place, Ste 100<br>Peachtree Corners, GA 30071 |
| Benjamin E. Goldammer<br>Danica G Suedekum<br>Kay Griffin, PLLC<br>222 Second Avenue North, Suite 340-M<br>Nashville, TN 37201 | Michael L. Gutierrez<br>Tyler A. Burk<br>Butzel Long PC (GR)<br>300 Ottawa Avenue, NW, Ste. 620<br>Grand Rapids, MI 49503 |
| Dawn Nicole Williams<br>Dykema Gossett PLLC (Lansing)<br>Capitol View Bldg.<br>201 Townsend Street, Ste. 900<br>Lansing, MI 48933 | Carolina V. Martin<br>Gordon & Rees Scully Mansukhani LLP<br>4031 Aspen Grove Drive, Suite 290<br>Franklin, TN 37067 |
| Anthony M. Noel<br>Leitner, Williams, Dooley, and Napolitan, PLLC<br>750 Old Hickory Boulevard<br>Building One, Suite 200<br>Brentwood, TN 37027 | Gregory Brown<br>Lowe Yeager & Brown PLLC<br>920 Volunteer Landing, Suite 200<br>Knoxville, TN 37915 |

| Megan R. Calme | George H. Cate , III |
| Wilson Elser Moskowitz Edelman & Dicker, LLP | Bradley Arant Boult Cummings LLP (Nashville, TN Office) |
| 3102 West End Avenue, Suite 400 | 1221 Broadway, Suite 2400 |
| Nashville, TN 37203 | Nashville, TN 37203 |

s/ Anica C. Jones
ANICA C. JONES
Assistant United States Attorney