IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JEFFREY RYAN FENTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.: 3:24-cv-01282 |
| | ) | CHIEF JUDGE CAMPBELL |
| VIRGINIA LEE STORY, et al., | ) | MAGISTRATE JUDGE HOLMES |
| | ) | |
| Defendants. | ) | |

Moot. See Order forwarding this matter to the pro se staff attorney.
/s/ Patricia A. Gaughan
2/11/25

## DEFENDANT HONORABLE CHARLES WALKER'S MOTION TO ASCERTAIN STATUS

Defendant, the Honorable Charles Walker (Judge Walker), by and through the United States Attorney for the Middle District of Tennessee and the undersigned Assistant United States Attorney, files this Motion to Ascertain Status pursuant to Local Rule 7.01(c), stating as follows:

This case was originally filed in the Western District of Michigan in October 2023 but was transferred to the Middle District of Tennessee on October 25, 2024. *See* ECF Nos. 127, 131. The case was assigned to Judge Campbell, but on November 7, 2024, he recused himself and noted that all other judges in this District would be recused. ECF No. 165. Accordingly, a district judge from outside this District will be designated by the Sixth Circuit Court of Appeals. *Id*.

On November 13, 2024, Judge Walker filed a Motion to Dismiss and Supporting Memorandum of Law, accompanied by a request for expedited consideration and an emergency hearing. ECF No. 167-168. The transfer to this District presents novel issues and urgency for Judge Walker, a bankruptcy judge for the Middle District of Tennessee. Judge Walker along with the standing Chapter 13 trustee and several attorneys who routinely practice in bankruptcy court