IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

Jeffrey Ryan Fenton

    Plaintiff(s),

v.

    Case No. 3:24-cv-01282

Virginia Lee Story, et al.

    Defendant(s).

## BUSINESS ENTITY DISCLOSURE
(Disclosure of corporate affiliations, business entity citizenship, and financial interests)

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.02, Bankers Title & Escrow Corporation makes the following disclosures:

**INSTRUCTIONS: Check the applicable box or boxes, and fully provide any required information. Attach separate pages as necessary to fully provide required information.**

☐ This party is an individual, who resides in _____.

☐ This party is a publicly held corporation or other publicly held entity, incorporated in _____ and with a principal place of business in _____.

☑ This party is a privately held corporation, incorporated in Tennessee and with a principal place of business located at 3310 West End Ave., Ste 540, Nashville Tennessee 37203.

☐ This party has parent corporations
    If yes, identify **on attached page(s)** all parent corporations, including grandparent and great- grandparent corporations.

☐ Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

    If yes, identify **on attached page(s)** all such owners.

☐ This party is a limited liability company or limited liability partnership.

> If yes, identify **on attached page(s)** each member of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well. *See Delay v. Rosenthal Collins, Grp., LLC*, 585 F.3d 1003 (6th Cir. 2009).

☐ This party is an unincorporated association or entity.

> If yes, identify **on attached page(s)** the nature of the entity, the members of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well.

☐ This party is trust.

> If yes, identify **on attached page(s)** each trustee and each trustee's state of citizenship. If any trustee is other than an individual person, the required information identifying ownership of the non-individual the trustee and state of citizenship of each sub-trustee must be provided as well.

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

> If yes, identify **on attached page(s)** all corporations or entities and the nature of their interest.

**Any additional pertinent information should also be provided on attached page(s).**

Date: March 13, 2025     Signature: /s/ W. Scott Hickerson

Printed Name: W. Scott Hickerson

Title: Counsel for Bankers Title & Escrow Corp.

## CERTIFICATE OF SERVICE
**[Include certificate of service pursuant to LR 5.01. Attach as separate page if necessary due to space constraints.]**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing Notice of Appearance of Counsel was filed with the Clerk of the District Court using the CM/ECF system on this the 13th day of March, 2025, which sent notification of such filing to all parties registered with the Court's electronic filing system, and was also served on the following via U.S. Mail:

Jeffrey Ryan Fenton
17195 Silver Parkway, #150
Fenton, Michigan 48430-3426
Pro Se Plaintiff

Alexander Sergey Koval
281 Paragon Mills Road
Nashville, TN 37211

Thomas E. Anderson
1187 Old Hickory Blvd., Ste. 125
Brentwood, TN 37027
(615) 969-5819
Pro se Defendant

Rothschild & Ausbrooks PLLC
110 Glancy Street, Suite 109
Goodlettsville, TN 37072

Spragins, Barnett & Cobb PLC
312 East Lafayette
Jackson, TN 38301

Bank of America Corp.
4909 Savarese Circle
Tampa, FL 33634

/s/ *W. Scott Hickerson*