# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **JEFFREY RYAN FENTON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 3:24-cv-01282** |
| **v.** | ) | **JUDGE WILLIAM L. CAMPBELL, JR.** |
| | ) | **Magistrate Judge Barbara D. Holmes** |
| **VIRGINIA LEE STORY, *et al.*,** | ) | |
| | ) | **JURY DEMAND** |
| **Defendants.** | ) | |
| | ) | |
| | ) | |
| | ) | |

## DEFENDANT CADENCE BANK'S OPPOSITION TO RULE 59 MOTION TO ALTER JUDGMENT OR FOR A NEW TRIAL

Defendant Cadence Bank, by and through its undersigned counsel, files this response in opposition to Plaintiff's Rule 59 Motion to Alter Judgment or for a New Trial (Dkt. 238).

On March 26, 2025, the Court issued a Memorandum of Opinion and Order that granted various Defendants' motions to dismiss pursuant to Rule 12(b)(6) and dismissed Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).  *See* Dkt. 236 at 13.  Among the Motions to Dismiss specifically listed was Cadence Bank's Motion to Dismiss (Dkt. 169), which had been pending since November 15, 2024.  *See* Dkt. 236 at 13 n.3.

Plaintiff has filed a Rule 59 Motion to Alter the Judgment.  *See* Dkt. 238.  None of Plaintiff's arguments, however, adequately refute the grounds for dismissal that Cadence Bank raised in its Motion (Dkt. 169) or on which the Court based its dismissal (Dkt. 236).  Nor does Plaintiff show that the Rule 59 standards for reconsideration have been met.  Plaintiff's disagreement with the result is an insufficient basis for reversal.

For these reasons, Cadence Bank respectfully requests that the Court deny Plaintiff's Rule 59 Motion to Alter Judgment or for a New Trial with respect to Cadence Bank.

Dated: May 7, 2025

Respectfully submitted,

/s/ Kimberly M. Ingram-Hogan
George H. Cate, III (BPR #12595)
Kimberly M. Ingram-Hogan (BPR #35191)
BRADLEY ARANT BOULT CUMMINGS LLP
1221 Broadway
Suite 2400
Nashville, TN 37203
Telephone: (615) 244-2582
Facsimile: (615) 252-6380
gcate@bradley.com
kingram@bradley.com

*Attorneys for Defendant Cadence Bank*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a true and exact copy of DEFENDANT CADENCE BANK'S OPPOSITION TO RULE 59 MOTION TO ALTER JUDGMENT OR FOR A NEW TRIAL was served on the following via the following methods of service on May 7, 2025:

<u>***U.S. Mail, First Class, Postage Prepaid:***</u>

Jeffrey Ryan Fenton
17195 Silver Parkway #150
Fenton, MI 48430

*Pro se Plaintiff*

Thomas E. Anderson
1187 Old Hickory Blvd., Ste. 125
Brentwood, TN 37027

*Pro se Defendant*

<u>***Notification via the Court's electronic filing system:***</u>

Megan R. Calme
Sarah M. Mathews
Wilson Elser Moskowitz Edelman & Dicker, LLP
3102 West End Avenue
Suite 400
Nashville, TN 37203
megan.calme@wilsonelser.com
sarah.mathews@wilsonelser.com

*Counsel for Defendants Story; Story and Abernathy, PLLC*

Peako Andrea Jenkins
Tennessee Attorney General's Office
P O Box 20207
Nashville, TN 37202-0207
(615) 741-8059
peako.jenkins@ag.tn.gov

*Counsel for Defendants Bennett; Binkley; Board of Professional Responsibility of the Supreme Court of TN; Chancery Court for Williamson County, TN; Clement; Coke; Garrett; Hivner; McBrayer; State of TN; Supreme Court of the State of TN; TN Admin*

*Office of the Courts; TN Court of Appeals Middle Division; Williamson County; Williamson County Sheriff's Office ("The Tennessee Defendants")*

Lisa M. Carson
Buerger, Moseley & Carson, PLC
4068 Rural Plains Circle
Suite 100
Franklin, TN 37064
lcarson@buergerlaw.com

*Counsel for Defendant Beeler*

Anica Clarissa Jones
U.S. Attorney's Office (Nashville)
719 Church Street
Suite 3300
Nashville, TN 37203
anica.jones@usdoj.gov

*Counsel for Defendant Walker*

Sandra J. Densham (P69397)
PLUNKETT COONEY
333 Bridge St., NW, Ste. 530
Grand Rapids, MI 49504
sdensham@plunkettcooney.com

*Counsel for Defendants Marlin; McCarthur Sanders Real Estate*

Bret J. Chaness (720572)
RUBIN LUBLIN, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
bchaness@rlselaw.com

*Counsel for Defendant Rubin Lublin TN, PLLC*

Benjamin E. Goldammer
Danica G. Suedekum
Kay Griffin, PLLC
222 Second Avenue North

Suite 340-M
Nashville, TN 37201
bg@kaygriffin.com
dgrosko@kaygriffin.com

*Counsel for Defendant Hostettler, Neuhoff & Davis, LLC*


Erik Halvorson
Bradley Arant Boult Cummings LLP
1221 Broadway
Suite 2400
Nashville, TN 37203
Email: ehalvorson@bradley.com

*Counsel for Bank of America, N.A.*


/s/ Kimberly M. Ingram-Hogan
Kimberly M. Ingram-Hogan