UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

JEFFREY RYAN FENTON

v.

VIRGINIA LEE STORY et al.,

Case No. 3:24-cv-01282

RECEIVED
JUN 20 2025
US DISTRICT COURT
MID DIST TENN

## NOTICE OF APPEAL

Notice is hereby given that: JEFFREY RYAN FENTON

*(Name the party or parties filing the appeal)*

hereby appeals to the United States Court of Appeals for the Sixth Circuit from the

☒ Judgment    ☒ Order    ☒ Other (specify) Memorandum, Order, Judgment on 3/26/25

(DOC 236, 237, and 245) entered in this action on May 19, 2025 . ⟵ and Order

(Signature)
17195 Silver Parkway #150
(Address)

Fenton          MI          48430-3426
(City)         (State)     (Zip Code)

(615) 837-1300
(Phone)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was sent to Defendants and/or their Counsel (attached list)
on 6/18/25 or 6/19/25 .
or 6/20/25

(Signature)

**DOCUMENTS REGARDING** (CASE: 3:24-CV-01282):

1. NOTICE OF APPEAL

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2025, I sent the foregoing or above-named papers to the United States District Court for the Middle District of Tennessee, at their address below, for filing in case number 3:24-cv-01282.

I further certify that on or before June 20, 2025, I am serving these same documents to the defendants or their counsel by first class or priority mail with postage prepaid at the addresses listed below. If for any reason beyond my control, I am unable to complete either on the date specified, I will do so on the very next business day.

UNITED STATES DISTRICT COURT (TNMD)
719 CHURCH ST
NASHVILLE, TN 37203-6940

MEGAN CALME & SARAH MATHEWS
WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP
3102 WEST END AVE STE 400
NASHVILLE, TN 37203-1623

FENTON v. STORY et al.  Page 1 of 4  CASE NO. 3:24-cv-01282

Case 3:24-cv-01282   Document 246   Filed 06/20/25   Page 2 of 6 PageID #: 1827

PEAKO ANDREA JENKINS
TENNESSEE ATTORNEY GENERAL'S OFFICE
PO BOX 20207
NASHVILLE, TN 37202-4015

KATHRYN LYNN YARBROUGH
223 TOWN CENTER PKWY UNIT 1897
SPRING HILL, TN 37174-3040

LISA M. CARSON
BUERGER, MOSELEY & CARSON, PLC
4068 RURAL PLAINS CIR STE 100
FRANKLIN, TN 37064-8039

CAROLINA MARTIN & COURTNEY WILLIAMS
GORDON & REES SCULLY MANSUKHANI, LLP
4031 ASPEN GROVE DR STE 290
FRANKLIN, TN 37067-2951

ALEXANDER SERGEY KOVAL
CLARK & WASHINGTON, P.C.
1321 MURFREESBORO PIKE STE 320
NASHVILLE, TN 37217-2858

ANTHONY NOEL & LARUA BASSETT
LEITNER, WILLIAMS, DOOLEY, AND NAPOLITAN, PLLC
750 OLD HICKORY BLVD STE 200
BRENTWOOD TN 37027-4567

ANICA CLARISSA JONES
U.S. ATTORNEY'S OFFICE
719 CHURCH ST STE 3300
NASHVILLE, TN 37203-7155

SANDRA J. DENSHAM
PLUNKETT COONEY
333 BRIDGE ST NW STE 530
GRAND RAPIDS, MI 49504-5365

THOMAS E. ANDERSON
1187 OLD HICKORY BLVD STE 125
BRENTWOOD, TN 37027-4248

FENTON v. STORY et al.    Page 2 of 4    CASE NO. 3:24-cv-01282

Case 3:24-cv-01282    Document 246    Filed 06/20/25    Page 3 of 6 PageID #: 1828

GREGORY BROWN & WILLIAM HICKERSON
LOWE YEAGER & BROWN, PLLC
920 VOLUNTEER LANDING LN STE 200
KNOXVILLE, TN 37915-2584

ALAN RHENEY
SPRAGINS, BARNETT & COBB, PLC
312 E LAFAYETTE ST
JACKSON, TN 38301-6220

BRET CHANESS
RUBIN LUBLIN, LLC
3145 AVALON RIDGE PL STE 100
PEACHTREE CORNERS, GA 30071-1570

R L MOORE
BANKERS TITLE & ESCROW CORPORATION
3310 WEST END AVE STE 540
NASHVILLE, TN 37203-6802

B. GOLDAMMER & D. SUEDEKUM
KAY GRIFFIN, PLLC
222 2ND AVE N STE 340M
NASHVILLE, TN 37201-1649

G. CATE & K. INGRAM-HOGAN
BRADLEY ARANT BOULT CUMMINGS, LLP
1221 BROADWAY STE 2400
NASHVILLE, TN 37203-7238

ERIK HALVORSON
BRADLEY ARANT BOULT CUMMINGS
1221 BROADWAY STE 2400
NASHVILLE, TN 37203-7238

## ELECTRONIC SERVICE OPTIONS

Many of my filings in this lawsuit are also made publicly available on the Internet, through my list[1] of documents filed by myself in this lawsuit, since the release of my lawsuit service package[2]. I typically try to do this as quickly as I can after filing them in court, depending upon my workload. Not every filing warrants being electronically published in this manner, while my time is extremely limited, therefore I cannot provide any guarantees about which documents will or will not be made available online, or exactly when.

For those interested, these files are usually "true" digitally created PDF files, in full color, often with optical character recognition enabled, sometimes with electronic bookmarks, and occasionally with a built-in table of contents which is hyperlinked for easy and efficient referencing, in my largest and most significant documents, such as my amended complaint[3].

## CERTIFICATION AND DECLARATION

By signing below, I, Jeffrey Ryan Fenton, certify that this document has been executed in good faith, in the honest pursuit of justice, and in strict compliance with F.R.Civ.P. 11(b).

Pursuant to 28 U.S. Code § 1746, I declare under penalty of perjury that the foregoing is true and correct.

All rights reserved.

Executed on June, 17, 2025.

JEFFREY RYAN FENTON, PRO SE
17195 SILVER PARKWAY, #150
FENTON, MI, 48430-3426
CONTACT@JEFFFENTON.COM
HTTPS://JEFFFENTON.COM
(P) 615.837.1300
#TNinjustice
#iAMhuman

---

[1] https://jefffenton.com/digital-service-package-for-lawsuit/fenton-filings-since-service/
[2] https://jefffenton.com/digital-service-package-for-lawsuit/
ECF 69, PID.5030-5042 | https://rico.jefffenton.com/evidence/1-23-cv-01097_fenton-vs-story-lawsuit-service-pack-details.pdf
[3] DOC 66, PID 4870-5007 | https://rico.jefffenton.com/evidence/3-24-cv-01282_fenton-vs-story-first-amended-complaint.pdf



INSPECTED BY: [signature] 6/18/25

DATE:

Align top of FedEx Express® shipping label here.

ORIGIN ID:FNTA (810) 428-6500
JEFFREY FENTON
7041 SILVER LAKE RD

LINDEN, MI 48451
UNITED STATES US

SHIP DATE: 17JUN25
ACTWGT: 0.15 LB
CAD: 6994102/SSFE2600

BILL CREDIT CARD

TO **CLERK OF THE COURT**
**US DISTRICT COURT**
**719 CHURCH ST**

**NASHVILLE TN 37203**
(810) 428-6500       REF:
INV:
PO:                  DEPT:

FedEx Express


TRK# 3901 0600 5709     WED – 18 JUN 10:30A
[0201]                  PRIORITY OVERNIGHT

X4 RNCA                 37203
                        TN-US  BNA

Envelope

Recycle me.



RECEIVED
JUN 20 2025
US DISTRICT COURT
MID DIST TENN